| | |
|---|---|
| **From:** | The Norseman and the Gypsy Girl <TheNorseGypsyForge@gmail.com> |
| **Sent:** | Wednesday, January 25, 2023 10:19 AM |
| **To:** | WAWDdb_NewCasesTac |
| **Subject:** | New Case filing |
| **Attachments:** | IFPApplication Signed.pdf; SCA Complaint Lawsuit.pdf; LAWSUIT COVER SHEET Signed.pdf |

**CAUTION - EXTERNAL:**

Hello,
We are submitting a new civil suit on our own behalf, in Pro Per. We are also filing an IFP Application. Please let us know if we are submitting this incorrectly or if there is anything else we need to do.
Thank you
George and Lori Parker

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.