**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

RAVI SUBRAMANIAN
CLERK OF COURT
1717 PACIFIC AVE
ROOM 3100
TACOMA, WA 98402

January 26, 2023

Lori A. Parker
10710 199TH ST E
GRAHAM, WA 98338

Your civil action, ***Parker et al v. Society for Creative Anachronism Inc***, was filed in the United States District Court – Western District of Washington on January 25, 2023.

The case has been assigned to District Court Judge Robert J. Bryan, case number **3:23–cv–05069–RJB**. All documents filed with the Court must include the entire case number in order to be properly posted on the docket.

The following deficiencies have been noted:

> **IFP Application(s) Needed**
> An Application for In Forma Pauperis (IFP) was not submitted for *Lori A. Parker*. The necessary IFP form(s) is/are enclosed for your convenience. The IFP Application(s) must be submitted by **2/27/2023**.

The deficiencies must be corrected by the listed deadline(s). Please return the requested documents to the address listed above. Failure to do so may affect the status of your case, including dismissal of the action by the Court.

cc: file