1
2
3
4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

5
6

GEORGE DC PARKER II,

7

Plaintiff,

8

v.

9

SOCIETY FOR CREATIVE
ANACHRONISM INC,

10

Defendants.

Case No. 3:23-cv-05069-RJB

ORDER TO SHOW CAUSE

11
12

Plaintiff George Parker, who is proceeding *pro se*, filed a Motion to Proceed *In*

13

*Forma Pauperis* (IFP). Dkt. 1.

14

Based on the information supplied to the Court, plaintiff can afford the $402.00

15

filing fee. Therefore, plaintiff is ordered to show cause why his motion to proceed IFP

16

should not be denied. Plaintiff must respond to this order to show cause on or before

17

March 24, 2023. In the alternative, plaintiff may pay the $402.00 filing fee before that

18

date.

19

Failure to show cause or pay the amount shall be deemed a failure to properly

20

prosecute this matter and the Court will recommend dismissal of this matter.

21
22
23
24
25

1    Dated this 7th day of March, 2023.

2

3

4    Theresa L. Fricke
     United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER TO SHOW CAUSE - 2