UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEORGE DC PARKER II,

               Plaintiff,

  v.

SOCIETY FOR CREATIVE ANACHRONISM INC,

               Defendants.

Case No. 3:23-cv-05069-RJB

ORDER

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    the Court adopts the Report and Recommendation;

    (2)    plaintiff's IFP is DENIED; and

    (3)    plaintiff's action is DISMISSED without prejudice for failure to prosecute.

Dated this ___ day of April, 2023.

                                                     Robert J. Bryan
                                                     United States District Judge

ORDER - 1