# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEORGE DC PARKER II,

        Plaintiff,

  v.

SOCIETY FOR CREATIVE ANACHRONISM INC,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 3:23-cv-05069-RJB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

    The Report and Recommendation is adopted and approved. Plaintiff's *in forma pauperis* application is denied, and his 42 U.S.C. § 1983 complaint is DISMISSED without prejudice for failure to prosecute.

    Dated this __ day of [Pick the date].

                            RAVI SUBRAMANIAN
                            Clerk of Court

                            s/Enter Deputy name.
                            Deputy Clerk

- 1