WAWD (Rev. 2/2018) IFP and WrittenConsent

# UNITED STATES DISTRICT COURT
Western District of Washington

FILED ___ LODGED
___ RECEIVED

APR 13 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

George DC Parker II, and
Lori A Parker

**Plaintiff**

vs.

THE SOCIETY FOR CREATIVE
ANACHRONISM, INC., a/k/a/ "SCA" :
or "SCA, Inc."

**Defendant(s)**

Case Number: 3:23-cv-05069-RJB

**DECLARATION AND APPLICATION
TO PROCEED IN FORMA PAUPERIS
AND WRITTEN CONSENT FOR
PAYMENT OF COSTS**

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) Lori A Parker declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is *briefly* stated as follows:

Negligence on the part of the Defendant to protect from harrassment, bullying and hostile work environment. Negligence and failure on the part of the Defendant in implementing their own policies and proceedures, resulting in punative action on the part of the Defendant, resulting in emotional and monetary damages

In support of this application, I answer *all* of the following questions:

1. Are you presently employed?

☑ Yes   Total amount of net monthly salary (take home pay) $ 1200

Name and address of employer Saguaro Learning, LLC 4500 E Speedway Blvd. #15, Tucson, Az. 85712

☐ No   Date of last employment _____ Total amount of last net monthly salary $ _____

2. If married, is your spouse presently employed?  ☐ Not married

☑ Yes   Total amount of spouse's net monthly salary (take home pay) $ 2000

Name and address of employer Drakkar Industries, 10 710 19 9th St E. Graham, Wa. 98338

☐ No   Date of spouse's last employment _____ Total amount of last net monthly salary $ _____

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

| | |
|---|---|
| a. Business, profession or other self-employment | $ 3200 |
| b. Income from rent, interest or dividends | $ 0 |
| c. Pensions, annuities or life insurance payments | $ 0 |
| d. Disability, unemployment, workers compensation or public assistance | $ 0 |
| e. Gifts or inheritances | $ 0 |
| f. Money received from child support or alimony | $ 0 |
| g. Describe any other source of income  none | $ 0 |

4. List the amount for each of the following for you and/or your spouse:

Cash on hand $ 25     Checking Account $ 38     Savings Account $ 92

5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☑ Yes
☐ No

4 acres in Hereford, AZ
2 acres in Graham, WA

$ 45,000
  120,000

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children.)

☐ Yes
☑ No

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

Housing, transportation, utilities, credit card payments     2400
Loan payments                                                $ 600

8. Provide any other information that will help explain why you cannot pay court fees and costs.

Our son is living on the Washington property but we are covering most of the expenses. He is over 21, so we can't claim him as a dependent. Paying taxes has depleted our most of our funds. The current economy and the aftermath of the affects of the recent pandemic have negatively impacted the business as well as my personal finances.

I declare under penalty of perjury that the foregoing is true and correct.

4/12/2023                  *[signature: Lori A Parker]*
**Executed on: (Date)**     **Signature of Plaintiff (Required)**

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(c)

I, (print your name) **Lori A Parker**

hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

4/12/2023                  *[signature: Lori A Parker]*
**Executed on: (Date)**     **Signature of Plaintiff (Required)**