UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

George DC Parker II, and

Lori A Parker

                      Plaintiff(s),

v.

THE SOCIETY FOR CREATIVE ANACHRONISM, INC., a/k/a/ "SCA" or "SCA, Inc.", et.al,

                      Defendant(s)

Case No. 3:23-cv-05069-RJB
MOTION FOR EXTENSION

Plaintiff George DC Parker II, and Lori A Parker hereby moves this Court for an extension of time to respond to the Court's Order to Show Cause currently due on March 24, 2023. In support of this Motion, Plaintiffs states as follows:

1. Plaintiffs require additional time to prepare a response to the Court's Order to Show Cause due to a lack of notification by the Clerks office of any filings for this case. Plaintiffs have duly registered with CM/ECF as required, but have not been receiving notifications.

2. Plaintiffs were informed by CM/ECF representatives as well as a court clerk that they would not be able to submit any filings or begin any proceedings until the

Court ruled on our motion to proceed IFP, however, Plaintiffs were not aware that we would not get notification of any filings by The Court.

3. Plaintiffs were not aware that the motion for Pro Se status for Plaintiff Lori Parker had to be filed separately and only one could be submitted with the original complaint and the second could not be filed via email. Therefore, Plaintiff Lori Parker's paperwork for Pro Se status was not received by the Court.

4. Plaintiff Lori Parker's paperwork for *In Forma Pauperis (IFP)* status was not received by the Court.

5. The requested extension will not prejudice Defendant.

6. The requested extension will not delay the resolution of this matter.

WHEREFORE, Plaintiffs respectfully request that this Court grant an extension of time to respond to the Court's Order to Show Cause currently due on March 24, 2023.

Dated: April 12, 2023

Respectfully submitted,

*/s/ George DC Parker II*

George DC Parker II,

1  and

2  *[signature: Lori A. Parker]*
3

4  Lori A Parker

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21