```
                                      FILED ____ LODGED
                                           ____ RECEIVED
                                      APR 13 2023
                                  CLERK U.S. DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON AT TACOMA
                           BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

George DC Parker II, and

Lori A Parker

,

Plaintiff(s),

v.

THE SOCIETY FOR CREATIVE ANACHRONISM, INC., a/k/a "SCA" or "SCA, Inc.", et.al,

Defendant(s).

Case No. 3:23-cv-05069-RJB
AFFIDAVIT IN SUPPORT OF ORDER TO SHOW CAUSE

1. Plaintiff George is self employed, so his income is slightly variable.

2. Plaintiff George's has a business loan that we neglected to include in his IFP application. While it is a business loan, as a sole proprietor, it is still considered a personal expense. The total amount of that loan is $60,000. It has been reflected on Plaintiff Lori's application.

3. Our son and daughter are living on the property in Washington. Our daughter is unemployed and on state assistance so she can not afford to pay any of the expenses for her living costs. Our son pays what he can, but is a minimum wage earner

4. We are covering the bulk of those expenses for the property in Washington including but not limited to utilities, property taxes and mortgage.

5. Both of our children are over 21, so we can not claim them as dependents.

6. We have now had to cover taxes and additional unforeseen expenses since Plaintiff George submitted his IFP application, therefore, those figures are no longer accurate. They have been corrected and accurately reflected in Plaintiff Lori's IFP application.

7. The current economy and the aftermath of the effects of the recent pandemic have negatively impacted the business as well as our personal finances and continues to do so.

8. We had a second business that was predicated on our membership in the organization controlled by the Board of Directors of the

Defendant organization. The loss of the ability to conduct that business due to Defendant's actions has significantly impacted our finances.

Dated: April 10, 2023

Respectfully submitted,

*[signature: George DC Parker II]*

George DC Parker II, and

*[signature: Lori A Parker]*

Lori A Parker,