UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEORGE DC PARKER II,

                Plaintiff,

  v.

SOCIETY FOR CREATIVE
ANACHRONISM INC,

                Defendants.

Case No. C23-5069 RJB

ORDER GRANTING PLAINTIFFS' APPLICATIONS TO PROCEED IN FORMA PAUPERIS

    Plaintiffs' applications to proceed *in forma pauperis* (Dkts. 1,5) are GRANTED. Plaintiffs do not appear to have funds available to afford the $402.00 Court filing fee.

    The Court instructs the Clerk to strike the undersigned's Report and Recommendation dismissing the case without prejudice (Dkt. 4). Plaintiffs' motion for extension of time to respond to the Court's earlier order to show cause (Dkt. 3) is denied as moot. Billington (22-5707)

    Dated this 17th day of April, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S APPLICATIONS TO
PROCEED IN FORMA PAUPERIS - 1