AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-05069-RJB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Society for Creative Anachronism Inc
was received by me on *(date)* April 22, 2023.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CT - Corporation (agent) Diana Ruiz, who is designated by law to accept service of process on behalf of *(name of organization)* Society for Creative Anachronism Inc on *(date)* April 24, 2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0 for travel and $ 65 for services, for a total of $ 65.

I declare under penalty of perjury that this information is true.

Date: April 24, 2023

*Server's signature*

Caroline Abramyan, RPS (LA 2022017197)
*Printed name and title*

313 East Broadway #10484 Glendale, CA 91209
*Server's address*

Additional information regarding attempted service, etc: