UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| George DC Parker II, and<br>Lori A Parker<br><br>　　　　　　　Plaintiff(s),<br>　　v.<br><br>THE SOCIETY FOR CREATIVE ANACHRONISM, INC., a/k/a/ "SCA" or "SCA, Inc.", et.al,<br><br>　　　　　　　Defendant(s). | Case No. 3:23-cv-05069-RJB<br><br>MOTION FOR ENTRY OF DEFAULT JUDGMENT<br><br>NOTED FOR MAY 16, 2023 |

　　　　Plaintiffs George DC Parker II, and Lori A Parker hereby moves that the clerk of court enter default against defendants THE SOCIETY FOR CREATIVE ANACHRONISM, INC., a/k/a/ "SCA" or "SCA, Inc.", et.al, pursuant to Federal Rule of Civil Procedure 55(a).

　　　　In support of this request Plaintiffs relies upon the record in this case (Dkt. 9) and the Affidavit in Support of Default submitted herein.

Dated: May 16th, 2023

Respectfully submitted,

*/s/ George DC Parker II*

George DC Parker II, and

*/s/ Lori A Parker*

Lori A Parker

MOTION FOR ENTRY OF DEFAULT JUDGMENT- 1