UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| George DC Parker II, and<br><br>Lori A Parker,<br><br>　　　　　　　　Plaintiff(s),<br>　　v.<br><br>THE SOCIETY FOR CREATIVE ANACHRONISM, INC., a/k/a/ "SCA" or "SCA, Inc.", et.al,<br><br>　　　　　　　　Defendant(s). | Case No. 3:23-cv-05069-RJB<br><br>AFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGEMENT |

1. George DC Parker II, and Lori A Parker, plaintiffs in the above-entitled action and acting Pro Se.

2. The complaint was filed on 4/17/2023.

3. The summons was filed on 4/21/2023

4. Defendants have listed CT-Corporation, (agent) Diana Ruiz with the California Secretary of State as their Agent of Record to receive documents and court filings.

5. Agent of Record was served with a copy of the summons and complaint on 4/24/2023, as reflected on the docket sheet by the proof of service filed on 5/12/2023.

6. An answer to the complaint was due on 5/15/2023.

7. Defendants have failed to appear, plead or otherwise defend within the time allowed and, therefore, are now in default.

AFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGEMENT - 1

8. Plaintiff requests that the clerk of court enter default against the defendants.

Dated: May 16th, 2023
Respectfully submitted,

*[signature]*

George DC Parker II, and

*[signature]*

Lori A Parker,

AFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGEMENT - 2