UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

George DC Parker II, and

Lori A Parker,

              Plaintiff(s),

v.

THE SOCIETY FOR CREATIVE ANACHRONISM, INC., a/k/a/ "SCA" or "SCA, Inc.", et.al,

              Defendant(s).

Case No. 3:23-cv-05069-RJB
(PROPOSED) ORDER OF DEFAULT JUDGMENT

The defendants, THE SOCIETY FOR CREATIVE ANACHRONISM, INC., a/k/a/ "SCA" or "SCA, Inc.", et.al,, having failed to appear, plead or otherwise defend in this action, and default having been entered on _____ day of _____, 2023, and plaintiffs having requested judgment against the defaulted defendants and having filed a proper motion and affidavit (declaration) in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Plaintiffs, George DC Parker II, and Lori A Parker and against defendants, THE SOCIETY FOR CREATIVE ANACHRONISM, INC., a/k/a/ "SCA" or "SCA, Inc.", et.al,, as follows:

1. Damages in the amount of $150,000 together with costs, interest, punitive damages and attorneys fees as permitted by law. Plaintiffs suffered emotional and mental distress which persists to this day, loss of friendships, recreation, loss of business, opportunity and quality of life.

ORDER OF DEFAULT JUDGMENT - 1

2. The Court hereby directs the Defendants to:

    a. Announce the reversal of the Revocation and Denial of participation of Plaintiff George Parker II on all media platforms owned and managed by the corporation.

    b. Issue an apology to Plaintiff George Parker II on all forms of official communication in the organization, including the Facebook groups.

    c. Extend a lifetime membership to Plaintiff George Parker II.

    d. Extend a lifetime membership to Plaintiff Lori Parker.

    e. Revise or otherwise amend the Corporate documents to clarify and define the actions that will result in a Revocation and Denial of participation.

    f. Revise or otherwise amend the Corporate documents to clarify and define the actions that will result in a Kingdom sanctions above banishment from the presence of the Crown.

    g. Revise or otherwise amend the Corporate documents to clarify and define the least restrictive sanctions and punishments that fit the circumstances of an infraction.

    h. Revise or otherwise amend Corporate documents to clearly state that personal pages are not governed or monitored by the SCA, and that any content on non-SCA pages is not subject to SCA oversight or punishment.

    i. Revise or otherwise amend the Corporate documents to clarify that persona names do not automatically show or otherwise denote SCA participation or membership.

ORDER OF DEFAULT JUDGMENT - 2

j. Adopt and implement a clear, concise Diversity, Equity and Inclusion Handbook that includes specific information, training requirements, mediation processes and remedies for those with the so-called invisible disabilities as listed above.

k. Adopt and implement clear, mandatory Diversity, Equity and Inclusion training for all officers that is tracked for security, and that includes specific information, remedies and processes for those with the so-called invisible disabilities outlined above.

l. Adopt and implement a concise guide for the election of all officers that is universally applied and available to all members.

m. Adopt and implement a concise guide for the elevation of members to the Peerage that is universally applied and available to all members.

n. Adopt and implement a concise guide for determining who is qualified for Crowns, Peerages and offices (local and national level) that is universally applied and available to all members.

o. Revise or otherwise amend the Corporate documents to clarify the complaint process at the local and national level.

p. Revise or otherwise amend the Corporate documents to adequately address member protection from harassment, defamation, slander and bullying at SCA related activities and/or events that are available to all members.

q. Revise or otherwise amend the corporate documents to clarify local and corporate requirements for the Seneschal office candidates to participate in mandatory conflict resolution training.

ORDER OF DEFAULT JUDGMENT - 3

r. Revise or otherwise amend the corporate documents to clarify local and corporate requirements for the Crown or Coronet candidates to participate in mandatory conflict resolution training.

s. Revise or otherwise amend the Corporate documents to clarify the investigative process at the local and national level.

t. Revise or otherwise amend the Corporate documents to provide clear policy and procedures for the complaint process to include mediation by 3rd parties unaffiliated in any way with either complainant or defendant, that is universally applied and that is available to all members.

u. Revise or otherwise amend the Corporate documents to clarify the requirements for the appointment of investigators which includes mandatory training in  conflict resolution at the local and national level.

v. Removal of the requirement in the investigation procedures for video conferencing with an investigator.

w. Revise or otherwise amend the Corporate documents to allow for the appeal of local actions up to and including R&D.

x. Revise or otherwise amend the Corporate documents to allow for the appeal of corporate actions up to and including R&D.

y. Revise or otherwise amend the Corporate documents to allow for the appeal of local and corporate actions up to and including R&D, that does not include a requirement for "new information".

ORDER OF DEFAULT JUDGMENT - 4

   z. Revise or otherwise amend the Corporate documents to allow for the appeal of local and corporate actions up to and including R&D, that includes remedies for officer malfeasance.

Dated this _____ day of _____, 2023

_____

Robert J. Bryan

United States District Judge

ORDER OF DEFAULT JUDGMENT - 5