HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE DC PARKER, II & LORI A PARKER,<br><br>           Plaintiffs,<br>   v.<br><br>SOCIETY FOR CREATIVE ANACHRONISM INC., aka SCA and/or SCA, INC.,<br><br>           Defendant. | CASE NO. C23-5069-RJB<br><br>DEFAULT ENTRY AGAINST DEFENDANT SOCIETY FOR CREATIVE ANACHRONISM INC. |

Pursuant to Fed. R. Civ. P. 55(a) and LCR 55(a), default is hereby entered against defendant SOCIETY FOR CREATIVE ANACHRONISM INC. for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

DATED this 18th day of May 2023.

Ravi Subramanian, CLERK

By:   s/Tyler Campbell
Tyler Campbell, Deputy Clerk