1
2                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
3

4   George DC Parker II, and :

5   Lori A Parker,
                        Plaintiff(s),                Case No. 3:23-cv-05069-RJB
6            v.                                      AFFIDAVIT IN SUPPORT OF
7                                                    FINANCIAL DAMAGES
    THE SOCIETY FOR CREATIVE :
8   ANACHRONISM, INC., a/k/a/ "SCA" :
    or "SCA, Inc.", et.al,
9
                        Defendant(s).
10

11

12      As a proximate and direct result of Defendant's negligence and/or reckless

13   conduct described herein, Plaintiffs were harmed as a result and have sustained

14   emotional injuries, mental anguish, pain, and loss of enjoyment of life and life's

15   pleasures, loss of business and business opportunity.

16

17      Plaintiffs George Parker and Lori Parker are seeking injunctive relief because

18   they were further harmed by the removal and revocation of Plaintiff George Parker's

19   membership, which destroyed their medieval business, The Norse Gypsy Forge as

20   other actions by the Corporation and its officers as shown in Dkt 9. This left them with

21   thousands of dollars of debt and tens of thousands of dollars of inventory and supplies.

22   The removal process was in contravention to the SCA by-laws and policies.

23

24

MOTION FOR - 1

The Norse Gypsy Forge generated an average of $1500 per month income. The loss of that income amounts to $30,000 over the last 20 months since Plaintiffs revocation of membership. The removal from membership has caused significant emotional distress to the plaintiffs, particularly to Lori Parker, who was not officially removed but faced the same consequences, such as being shunned, ostracized, and harassed by the members of the organization. The defendants acted in a discriminatory and unjust manner, violating the plaintiffs' rights as members and dignity. The removal of membership, which includes a denial of participation, has left the Parkers with a severe loss of lifestyle, loss of quality of life, loss of friendships, and loss of self-esteem, greatly impacting them emotionally and physically. The loss of participation has resulted in sleepless nights, anxiety, depression and humiliation, as well as a loss of reputation and good standing within the organization.

Simple damages cannot restore the Plaintiffs to their status prior to the negligent actions of the SCA. The Plaintiffs are asking for relief in the amount of $150,000.

Plaintiff's loss of income, $1,500/month x 20 months = $30,000

For Plaintiff George Parker, $30,000 x 2 = $60,000

For Plaintiff Lori Parker, $30,000 x 2 = $60,000

Total damages = $150,000

MOTION FOR - 2

Dated: May 19, 2023

Respectfully submitted,

*[signature: George DC Parker II]*

George DC Parker II, and

*[signature: Lori A Parker]*

Lori A Parker,

Motion for - 3