Honorable Robert J. Bryan

IN THE UNITED STATE DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| GEORGE DC PARKER II and LORI A. PARKER,<br><br>    Plaintiff(s),<br><br>    v.<br><br>THE SOCIETY FOR CREATIVE ANACHRONISM, INC., a/k/a/ "SCA" or "SCA, Inc.", et.al,<br><br>    Defendant(s). | NO. 3:23-cv-05069-RJB<br><br>NOTICE OF APPEARANCE |

TO:       Clerk of the Court;

AND TO:   George DC Parker II and Lori A. Parker, Plaintiffs Pro Se

PLEASE TAKE NOTICE that the appearance of defendant The Society for Creative Anachronism, a/k/a SCA or SCA, Inc., hereby entered in the above-entitled action through the undersigned attorneys, without precluding the right to challenge lack of jurisdiction, insufficiency of process and insufficiency of service of process pursuant to CR 12(b), and that all future pleadings or papers, exclusive of original process, are to be served upon said attorneys at their address below stated.

NOTICE OF APPEARANCE - 1
11010-0002  5909836
NO. 3:23-cv-05069-RJB

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1  DATED this 19th day of May, 2023.

2                          PREG O'DONNELL & GILLETT PLLC

3

4                          By /s/ Justin E. Bolster
                           By /s/ Debra Dickerson

5                               Justin E. Bolster, WSBA #38198
                             Debra Dickerson, WSBA #20397

6                          Attorneys for Defendant The Society for Creative Anachronism, Inc., a/k/a SCA, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF APPEARANCE - 2
11010-0002  5909836
NO. 3:23-cv-05069-RJB

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

## DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that on this day the undersigned caused to be served in the manner indicated below a copy of the foregoing document directed to the following individuals:

**Counsel for Plaintiffs George DC Parker II and Lori A. Parker**:
George DC Parker II
Lori A. Parker
10710 199th Street East
Graham, WA  98338

\_\_\_  **Via Messenger**
\_\_\_  **Via Facsimile –**
_X_  **Via U.S. Mail, postage prepaid**
\_\_\_  **Via Overnight Mail, postage prepaid**
_X_  **Via Court E-Service or email with recipient's approval**
*thenorsegypsyforge@gmail.com*

DATED at Seattle, Washington, this 19th day of May, 2023.

/s/ Ana I. Todakonzie
Ana I. Todakonzie

NOTICE OF APPEARANCE - 3
11010-0002  5909836
NO. 3:23-cv-05069-RJB

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113