UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE DC PARKER, II & LORI A PARKER,<br><br>      Plaintiffs,<br> v.<br><br>SOCIETY FOR CREATIVE ANACHRONISM, aka SCA and/or SCA, INC.,<br><br>      Defendant. | CASE NO. 3:23-cv-05069-RJB<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge Robert J. Bryan:

On May 18, 2023, the *pro se* Plaintiffs' motion for default was granted by the Clerk of the Court and default was entered against the Defendant. Dkt. 18. On May 19, 2023, the Plaintiffs filed a pleading titled "Proposed Order of Default Judgment," (Dkt. 19) and "Affidavit in Support of Financial Loss" (Dkt. 19-1). When the Plaintiffs docketed these pleadings they did not indicate in the Court's electronic filing system, CM/ECF, that they intended these pleadings

MINUTE ORDER - 1

to be a motion. That same day, on May 19, 2023, a notice of appearance was entered for the Defendant. Dkt. 20.

W.D. Wash. Local Rule ("Local Rule") 7(b)(1) provides that a noting date must appear below the title of a motion. Further, "argument in support of the motion shall not be made in a separate document [like an affidavit] but shall be submitted as part of the motion itself." *Id.* Additionally, if an opposing party has appeared, motions for the court to enter default judgment should be noted in accordance with Local Rule 7(d).

The "Proposed Order of Default Judgment" (Dkt. 19) failed to follow Local Rule 7(b) and 7(d) and no further action will be taken on it.

Dated this 22nd day of May, 2023.

The foregoing Minute Order authorized by THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2