1

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

3

George DC Parker II, and
Lori A Parker

4

                              Plaintiff(s),

5                 v.

6

THE SOCIETY FOR CREATIVE
ANACHRONISM, INC., a/k/a/ "SCA"
or "SCA, Inc.", et.al,

7

8                              Defendant(s).

9

Case No. 3:23-cv-05069-RJB

MOTION FOR ENTRY OF
DEFAULT JUDGMENT

 NOTED FOR MAY 22, 2023

10      Plaintiffs George DC Parker II, and Lori A Parker hereby moves that the court

11 grant a default judgement against defendants THE SOCIETY FOR CREATIVE

12 ANACHRONISM, INC., a/k/a/ "SCA" or "SCA, Inc.", et.al, pursuant to Federal Rule of

13 Civil Procedure 55(a).

14      In support of this request Plaintiffs relies upon the record in this case (Dkt. 9) and

15 the following facts:

16      1. George DC Parker II, and Lori A Parker, are the Plaintiffs in the above-

17         entitled action and acting Pro Se.

18      2. The complaint was filed on 4/17/2023.

19      3. The summons was filed on 4/21/2023

20      4. Defendants have listed CT-Corporation, (agent) Diana Ruiz with the

21         California Secretary of State as their Agent of Record to receive

22         documents and court filings. (exhibit A)

23

24

MOTION FOR ENTRY OF DEFAULT JUDGMENT- 1

5.  Agent of Record was served with a copy of the summons and complaint on 4/24/2023, as reflected on the docket sheet by the proof of service filed on 5/12/2023 (dkt 15).

6.  An answer to the complaint was due on 5/15/2023.

7.  Defendants failed to appear, plead, or otherwise defend within the time allowed pursuant to FRCP 55(a) LCR 55(a) and, therefore, are in default.

8.  DEFAULT ENTRY was entered by the Clerk on 5/18/2023 (dkt. 18)

9.  Plaintiffs filed a motion for default on 5/19/2023 (dkt 16)

10.  Defendants filed a notice of appearance on 5/19/2023 (dkt 20).

11.  As of the filing of this motion, dated 5/23/2023, Defendants have further failed to state a defense or show cause for the failure to appear prior to the deadline pursuant to FRCP 55(a) LCR 55(a)

Wherein these facts are not in dispute, Plaintiffs moves this court to grant the Motion for Default Judgement and award all damages sought in complaint listed in dkt. 9, section III, items a-z, including but not limited to, lifetime membership in the SCA for Plaintiff George Parker and lifetime membership in the SCA for Lori Parker, an apology for and reversal of the revocation & denial of membership (R&D) of Plaintiff George Parker as well as monetary damages as follows:

Plaintiff's loss of income, $1,500/month x 20 months = $30,000

Emotional Damages for Plaintiff George Parker, $30,000 x 2 = $60,000

Emotional Damages for Plaintiff Lori Parker, $30,000 x 2 = $60,000

Total damages = $150,000

MOTION FOR ENTRY OF DEFAULT JUDGMENT- 2

1   Together with costs, interest, and punitive damages as deemed reasonable and prudent

2   by The Court.

3

4

5   Dated: May 23rd, 2023

6   Respectfully submitted,

7

8   George DC Parker II, and

9

10

11   Lori A Parker

12

13

14

15

16

17

18

19

20

21

22

23

24

MOTION FOR ENTRY OF DEFAULT JUDGMENT- 3