# Exhibit A



https://bizfileonline.sos.ca.gov/search/business