UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE DC PARKER, II & LORI A PARKER,<br><br>          Plaintiffs,<br>    v.<br><br>SOCIETY FOR CREATIVE ANACHRONISM, aka SCA and/or SCA, INC.,<br><br>          Defendant. | CASE NO. 3:23-cv-05069-RJB<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge Robert J. Bryan:

Pursuant to W.D. Wash. Local Rule 7(d)(1) and 7(d)(3), the *pro se* Plaintiffs' Motion for Entry of Default Judgment (Dkt. 22) **IS RENOTED** to **June 9, 2023**.

Dated this 23rd day of May, 2023.

The foregoing Minute Order authorized by THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 1