Honorable Robert J. Bryan

IN THE UNITED STATE DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

GEORGE DC PARKER II and LORI A. PARKER,

Plaintiff(s),

v.

THE SOCIETY FOR CREATIVE ANACHRONISM, INC., a/k/a/ "SCA" or "SCA, Inc.", et.al,

Defendant(s).

NO. 3:23-cv-05069-RJB

ORDER GRANTING DEFENDANT'S MOTION TO VACATE DEFAULT

[PROPOSED]

**NOTE ON MOTION DOCKET: JUNE 9, 2023**

THIS MATTER having come before the Court on Defendant The Society for Creative Anachronism, Inc.'s Motion to Vacate Default and the Court having reviewed the court file and the following pleadings:

1. Defendant's Motion to Vacate Default;

2. Declaration of Louise Du Cray in support of Defendants Motion to Vacate Default;

3. Declaration of Eben Kurtzman in support of Defendants Motion to Vacate Default

4. _____;

5. _____; and

ORDER GRANTING MOTION TO VACATE DEFAULT - 1
11010-0002  5910791
NO. 3:23-cv-05069-RJB

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

6. _____;

and being otherwise fully advised in the premises, now therefore, it is hereby

ORDERED that Defendants Motion to Vacate Default is **GRANTED**.

DATED this _____ day of June, 2023.

_____
Robert J. Bryan
U.S. District Court Judge

Submitted by:

PREG O'DONNELL & GILLETT, PLLC

By /s/ Justin E. Bolster
   Justin E. Bolster, WSBA #38198
   Debra Dickerson, WSBA #20397
Attorney for Defendant SAIC, Inc.

ORDER GRANTING MOTION TO VACATE DEFAULT - 2
11010-0002  5910791
NO. 3:23-cv-05069-RJB

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

# DECLARATION OF SERVICE

I hereby declare that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record listed below:

**Counsel for Plaintiffs George DC Parker II and Lori A. Parker**:
George DC Parker II
Lori A. Parker
10710 199th Street East
Graham, WA  98338

\_\_\_  **Via Messenger**
\_\_\_  **Via Facsimile –**
_X_  **Via U.S. Mail, postage prepaid**
\_\_\_  **Via Overnight Mail, postage prepaid**
_X_  **Via Court E-Service or email with recipient's approval**
*thenorsegypsyforge@gmail.com*

DATED at Seattle, Washington, this 23rd day of May, 2023.

/s/ Justin E. Bolster
Justin E. Bolster, WSBA #38198

ORDER GRANTING MOTION TO VACATE DEFAULT - 3
11010-0002  5910791
NO. 3:23-cv-05069-RJB

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113