# Exhibit A




https://bizfileonline.sos.ca.gov/search/business