EXHIBIT D

 Gmail                                                                Lori Parker <alizaunde@gmail.com>

**Pending Litigation**
1 message

**Ha'kon Thorgeirsson** <thorgiersson@gmail.com>                              Tue, Jan 17, 2023 at 3:09 PM
To: Seneschal SCA <seneschal@sca.org>
Cc: Ali <Alizaunde@gmail.com>

Hello,
In light of the board's refusal to here my request to reconsider my R&D as of my last email dated June 15, 2022, I would like to inform you and the Board of Directors of our intention to file a lawsuit for damages in the amount of $150,000 along with other punitive and injunctive relief. This will include, but is not limited to, damages caused to my wife, our business and me.

In an effort to resolve this issue outside of a court of law, I am making a good faith effort to offer a solution to our differences. If we can come to an agreement here, it will avoid any monetary/punitive damages that may due us. All I am asking for here and now is to have the R&D reversed and my membership reinstated. If the board agrees with this request, I would ask that this reversal be published in all the venues where my R&D had previously been published.

Please find enclosed an excerpt of the prepared lawsuit, wherein it outlines the reasons we feel we are entitled to this relief. Be advised, we are prepared to file this lawsuit on the first business day (January 23, 2023) following the next scheduled Board meeting (January 22, 2023) unless we here from your office that the board has agreed to these terms outlined herein.

George & Lori Parker

📄 **Complaint-1-15 ProSe.pdf**
747K