# EXHIBIT E

I hereby request a removal of the Revocation and Denial of Membership handed down in October 2021. I request this based on the following:

****Edit****
Failure of the SCA, its officers and/or its Board of Directors to recognise and provide reasonable accommodations for my disability, Autism Spectrum; Asperger's Syndrome.  This disability was outlined in my response to the original complaint, and was mentioned again in both of my preceding appeals.
****end edit****

Failure of SCA Officers to follow Corporate Policy regarding the investigation of myself, George Parker, regarding the April 2nd exile as outlined in the Seneschals Handbook, Section VI.C.1

Failure of the Officers to follow the Sanctions and Procedures and Policies Manual, Section 6A, specifically #2 and #5.

Failure of the Society DEI Office to address the transgression as outlined in the DEI Mission Statement and the statements made on the publicly accessible web page ( Society for Creative Anachronism (sca.org).


Seneschals Handbook Section 6.A.4
Complaints need to be made in writing. Text messages and IM services such as Facebook Messenger are not considered official channels for complaints. If you receive communication through those media, you are free to investigate further and determine if 18 a formal complaint needs to be made, but ultimately such a complaint needs to come through an official channel. Email to an officer address is considered an official channel.

and section 6.B.3
Whoever you assign to investigate the complaint must be seen to be trusted, respected, and neutral. They cannot be associated with either party in the complaint nor have some other conflict of interest.

Section 6.c.1 (prejudicial and discriminatory)
They can be in person, or by phone or videoconference. Attempts to contact interviewees need to be documented, and multiple attempts need to be made if necessary, preferably by more than one method. If someone refuses to talk to the investigator, that needs to be noted. If someone only wants to submit a written statement, that should be allowed, but it should be noted in the investigator's report that the person declined to be interviewed.

and section 6.C.2
2. The person being interviewed should be given a copy of the notes and the opportunity to correct or add to the information if needed.

And Section 6.D.1
1. Once the investigation is concluded, you and the Crown will need to review the information and decide what, if any, action is appropriate.

 And section 6.D.4

4. If the decision is that a Royal Sanction is appropriate, you and the Crown will need to refer to the Sanctions Guide, located on the Society Seneschal's web page, for detailed information on enacting that sanction: http://socsen.sca.org/seneschal-resources/. The Sanctions Guide spells out all the procedural steps that need to happen for the sanction to be done correctly. It is important to be sure all the steps are followed—the Board can, and has, overturned sanctions that were improperly done. An improperly done sanction can also put you and the Crown at risk of sanction by the Board.

And Section 6.D 5
. If a Temporary Removal from Participation was enacted, it will be reviewed by the Board, and if upheld, an investigation by the Society Seneschal's office will probably occur. You will almost certainly 20 be contacted and interviewed by the investigator, so you need to keep all records of the investigation, including contact information for those involved. These should be kept on some form of independent, secure storage.

And Section 6.D.6
6. Important: The investigation files are a permanent part of your office files and need to be passed on to your successor. Do not delete an investigation file—someone might appeal a sanction years later!

Governing Docs
Section B in its entirety

Section C.1
t. Within 15 business days of the imposition of the sanction, the specific cause and occasion of the sanction must be explained in writing to the sanctioned individual.

Sanctions and Procedures manual
Section 4.c.5.
5. Grounds for the issuance of a Temporary Removal from Participation in the Society include, but are not limited to: a. Serious transgressions of SCA rules which include violation of the Governing Documents or other rules of the SCA; b. Theft, misappropriation, or deliberate misuse of SCA funds or property; c. Situations in which an individual is under criminal investigation by a modern law enforcement agency or is considered to be a risk to the SCA or its participants due to conviction of a dangerous felony or violation of a civil law or court order which could put the SCA or its participants at risk; d. Behavior which could put the SCA or its participants at risk or fear of imminent harm; e. Actions that endanger public health and safety.

Section 6: Standard Sanction Process  2 A. The Kingdom Seneschal transmits the sanction package to the Society Seneschal. The package will include the following:
Section 6.A.4
4. Any statements from the Complainant(s) and any witnesses
Section 6.A.5
5. Statement from the sanctioned person, if any.

B. Society Level Process
The Society Seneschal shall:
3. Present the Sanction, including the full package and the case cover sheet, to the Board of Directors at their next scheduled meeting, or within 30 days, whichever is later.

C. Board of Directors Process
1. The Board of Directors will review the sanctions package.

2. At its discretion the Board may:
 a. Uphold or overturn the sanction.
b. Extend the sanction and request the Society Seneschal investigate the matter for a determination of the need for additional action up to and including Revocation of Membership and Denial of Participation.

3. Before the Board can consider a Revocation of Membership and Denial of Participation, the sanctioned person must be notified in accord with the Corporate Policies of the SCA, Inc. The Society Seneschal is responsible for sending this notification, which may be by email or postal mail


DEI Terms and Concepts Document
What does Diversity, Equity, and Inclusion mean for members of the SCA? First, that we are aware of issues going on in the world we live in and we know that our organization is not insulated from the impacts of implicit bias. Second, that to be successful we must welcome and value new and existing members who are different from 90% of our populace. Third, that discrimination, sexual harassment, bullying, and hate speech will not be tolerated in our Society. Lastly, that we take action. We value chivalry and live by those tenets we claim to hold as ideal. When a participant violates the code of conduct we require, we let them know so they can adjust their behavior. The phrase, "if you see something, say something" can be applied here.

DEI Mission Statement
The DEI Officer will facilitate the necessary conversations and decision-making that can lead to a more equitable and inclusive SCA.

DEI Handbook
1.A.
 Educate SCA kingdom officers and help them create a climate of equity for all members to contribute despite the presence of differences.
Guiding Principal section
inclusion: People of differing perspectives and identities feel welcomed, respected, and valued. Inclusion means we identify and eliminate barriers that have prevented the full participation of any group members.
Diversity: Differences among groups of people based on factors such as race, age, gender, religion, sexual orientation, disabilities, socioeconomic status, or culture.