Exhibit F




# Social Media Policy

April 2021

Society Social Media Policies

Copyright 2021 — The Society for Creative Anachronism, Inc.  All Right's Reserved.  Printed copies of this document can be ordered from the SCA Marketplace, P.O. Box 360789, Milpitas, CA 95036---0789.  Members of the Society for Creative Anachronism, Inc. may photocopy this work in whole or in part for SCA use provided copyright credit is given and no changes are made to the text.  The contents of this document will be posted at http://www.sca.org and further reproduction on the internet sites is expressly forbidden.

## I. Objectives

Through this policy, SCA Inc. seeks to:

A. encourage its members and participants to use creativity and innovation in the use of social media by its entities to increase connectivity and participation,

B. ensure that all content posted to official SCA social media channels by any officer or participant supports the achievement of the Society's Mission, and its role as an international non-profit volunteer educational organization,

C. ensure that all people engaging with, and on behalf of SCA Inc. through social media have a clear and common understanding of expected standards of behavior, and how they will be managed.

## II. Scope

A. This policy applies to:

   a. all people communicating through official SCA Inc. social media channels,

   b. people using a profile or interacting on any social media, including unofficial channels, in a manner that demonstrates a direct connection to SCA Inc.,

   c. officers of SCA Inc. with responsibility for managing SCA Inc. social media channels.

## III. Policy Statement

A. SCA Inc.'s expectations for functioning in an online world are stated in Corpora II.b 'All participants are expected to behave in an appropriate and respectful manner.' Participants must consider how their online actions may impact the reputation of SCA Inc. 'Society for Creative Anachronism' and 'SCA' are trademarked by the Society and SCA Inc. reserves its rights to manage the use of these trademarks.

B. Everyone taking part in an official SCA social media channel shall:

   a. adhere to SCA Inc. Core values,

   b. behave with courtesy, honor, chivalry, and respect, even in times of inevitable differences of opinion,

   c. comply with SCA policy and modern law,

    d. Observe channel rules – in addition to our own requirements, you must observe the policies of the specific social media channels that participants are using – including the Terms of Service for the associated platform/channel,

    e. avoid personal attacks and limit their comments to the issues under discussion,

    f. ensure that the information they provide is informed and factually accurate, when commenting about SCA Inc.,

    g. be responsible in their choice of material to post via official SCA social media channels and be patient with others who post material on these channels as well.

C. When posting content, all participants should recognize that:

    a. Comments posted online are available immediately to a wide audience,

    b. material posted online effectively lasts forever and may be copied without limit,

    c. others may view material posted online out of context or use it for an unintended purpose,

    d. liking, sharing or commenting on a post may be regarded as endorsing the content or author,

    e. platforms or channels' security settings may not protect or keep material private

D. Participants must not make comments on social media:

    a. on behalf of SCA Inc., except where they are authorized to represent SCA Inc.,

    b. affecting their ability to fulfil any official SCA duties in an impartial manner,

    c. damaging to the integrity or reputation of the Society. (This does not include reasonable criticism.)

E. People in official corporate or administrative roles acting on behalf of SCA Inc. must not:

    a. Make public commercial endorsements on official channels. This includes that are evaluative, either positive or negative, or that imply exclusivity (such as an "official" product or service).

F. People in official corporate, administrative or high-profile roles in SCA Inc. should:

    a. exercise particular care because of their leadership roles, and the real, or apparent, influence they may be perceived to have,

    b. ensure that all content they post to SCA sites supports the achievement of the Society's Mission, and its role as an international non-profit volunteer educational organization,

    c. clearly state that their views are personal and not the views of SCA Inc., except where they are authorized to represent SCA Inc.

G. People posting content on official channels must ensure that it is either:

    a. Publicly available or licensed for use under an appropriate release (i.e., public domain, creative commons, intellectual property release).  Where permission have not previously been obtained, written permission should be obtained through an online form or email, or

    b. Voluntarily distributed by a creator. (Creators should ensure that all permissions, attributions, and relevant linking occurs prior to distributing their content), or

    c. Consistent with 'Fair Use' principles.

H. No person may publish content on official SCA Inc. social media channels that is:

    a. Content that could be interpreted as directly or indirectly participating in, or intervening in, any political campaign on behalf of (or in opposition to) any candidate for elective public office. This includes public statements of position (verbal or written) made on behalf of SCA Inc. in favor of or in opposition to any candidate for public office,

    b. Content that involves modern religion or modern religious subjects,

    c. Content that broadcasts false or misleading information, including content which is intended to disparage, intimidate, or negatively impact the reputation of an individual, branch, event, or other group,

    d. Bullying, abusive, harassment, hate speech, profanity, or sexually explicit,

    e. Breaking or encouraging the breaking of modern law or SCA Inc. policies and rules,

    f. Engaging in the "doxing" of other members of, or participants in, SCA Inc.,

    g. Endangering or threatening the safety or well-being of others,

    h. Intentionally disruptive or provocative for the purpose of causing group dissent, i.e. trolling,

    i. SCA financial information which has not been approved for release,

    j. Voting on SCA financial matters,

    k. Content that involves fundraising for individuals rather than official SCA branches whether personal or in a society context,

    l. Otherwise disallowed by existing SCA policy, including but not limited to published Society and Kingdom Seneschal, Exchequer, Chronicler, and Webminister policies,

    m. Deemed by SCA administrators or social media officers to be inappropriate for the channel according to any guidelines set for participation in that particular channel,

    n. Knowingly publish links to any internet locations that break any of these rules.

I. No person using a profile connected to the SCA may publish content on Social media that is:

    a. Bullying, abusive, harassment, or hate speech,

    b. Endangering or threatening the safety or well-being of others.

J. Where SCA Corpora requires content to be published first through specific venues (for example, Kingdom newsletters or websites, or through announcements in Court), no person may publish content to any social media channel prior to that initial announcement.  Examples include:

    a. Unapproved changes to law, policy, and handbooks,

    b. Initial event publication in a Kingdom Newsletter/Kingdom Website for official status,

    c. Unapproved Administrative and Royal Sanctions,

    d. Official polls, including branch status change and Baronial successions.

## IV. Social Media Policy Glossary

**Channel**: individual locations within a platform (e.g. in Facebook – Pages vs groups)

**Core values**: http://socsen.sca.org/updated-statement-of-core-values/

**Doxing/doxxing**: sharing an individual's private information (including their identity or personal details) or aggregating their public information for the purpose of intimidating them through harassment.

**Fair use**: In its most general sense, a fair use is any copying of copyrighted material done for a limited and "transformative" purpose, such as to comment upon, criticize, or parody a copyrighted work. Such uses can be done without permission from the copyright owner. (https://fairuse.stanford.edu/overview/fair-use/what-is-fair-use/). Participants should check the copyright laws in their relevant jurisdiction as this law is often country specific.

**Official channel**: Social Media channels considered Official include Corporate, Society, Kingdom, Regional and Group Channels. If you conduct the official business of administering and organizing SCA activities and events in that channel, then it is Official and is subject to this policy.

**High Profile SCA Roles**: Board Members, Corporate or Society Officers, Kingdom, Regional and Group level Officers, SCA Royalty (including territorial Barons and Baronesses), Peers.

**Officers of SCA Inc**: Officers at the Corporate, Society, Kingdom, Regional and Group levels.

**Persons Authorized to Represent SCA Inc**.: Board Members, Corporate or Society Officers, Kingdom, Regional and Group level Officers, SCA Royalty (including territorial Barons and Baronesses).

**Platform**: A platform is a web-based technology that enables the development, deployment and management of social media solutions and services. It provides the ability to create social media channels and services with complete social media network functionality

**Post**: any shared or created content put on social media

**Profile connected to the SCA**: Anything reasonably associated with the SCA, which includes but is not limited to use of persona name on profile, SCA (or any local kingdom or group, listed as employer), use of registered heraldry for profile picture

**Social Media**: conversation supported by online tools

**Society Social Media Officer (SSMO):** Corporate Officer for the Society of Creative Anachronism Inc. for Social Media. This is role is currently both the Corporate and Society Officer.

**Kingdom Social Media Officer (KSMO):** Kingdom level Officer for Social Media

**Social Media Officer (SMO):** Social media officers at a branch or regional level