**EXHIBIT G** George Parker <thorgiersson@gmail.com>

## Notice of Sanction - issued by Christian and Helene III, King and Queen of An Tir
2 messages

**An Tir Seneschal** <seneschal@antir.org>     Fri, Apr 2, 2021 at 12:53 PM
To: George Parker <thorgiersson@gmail.com>

Dear Mr. Parker:

On *April 2, 2021* Their Majesties Christian and Helene III of the Kingdom of An Tir issued the following sanction against you: *Exile from the Kingdom.* This sanction was issued for the following reason(s):

*On April 1, 2021 you participated in a discussion on a page of another SCA member. In this discussion you used Hate speech towards a protected class. This violates the SCA Core Values and the policy against Hate speech.*

Exile from the Kingdom means that you may not engage in any SCA activity in the Kingdom that issued the sanction. This also precludes participation in any Kingdom-controlled social or electronic media. This sanction does not preclude participation in activities in other Kingdoms. This sanction will be reviewed by the Board of Directors. You will receive a notification from the Society Seneschal of the results of this review. This sanction will continue until at such time that the Crown steps down.

If this sanction is the result of a complaint and the complainant is known to you, you shall not contact them nor harass them directly or through others about this matter. You may refer to the SCA Sanctions Manual, located at http://socsen.sca.org/, for further information on this sanction's restrictions on your SCA participation, your responsibilities, and your rights of appeal. Questions regarding the information in the Sanctions Manual may be directed to the Society Seneschal's office.

Regards,

Mistress Attia Prima, OP (Amanda Grayson)
Kingdom Seneschal, An Tir
seneschal@antir.org

---

**Ha'kon Thorgeirsson** <thorgiersson@gmail.com>     Fri, Jan 14, 2022 at 6:31 PM
Draft To: Ali <Alizaunde@gmail.com>

[Quoted text hidden]
--

Kveðja í þjónustu við drauminn,

Hans Drottinvald Hákon Þorgeirsson von Eignersfjord
AoA, CLA,CSD,CST,GoS.OoGB, CoB
*Azure, a chevron enarched within and conjoined at the point to a chevron argent between a drakkar and a Thor's hammer Or*