Honorable Robert J. Bryan

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE DC PARKER II and LORI A. PARKER,<br><br>Plaintiff(s),<br><br>v.<br><br>THE SOCIETY FOR CREATIVE ANACHRONISM, INC., a/k/a/ "SCA" or "SCA, Inc.", et.al,<br><br>Defendant(s). | NO. 3:23-cv-05069-RJB<br><br>DEFENDANT THE SOCIETY FOR CREATIVE ANACHRONISM'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to LCR 7.1(a)(1), the undersigned counsel of record for Defendant The Society for Creative Anachronism certifies that there is no parent corporation or any publicly held corporation owning 10% or more of its stock.

Pursuant to LCR 7.1(b), the undersigned counsel of record for Defendant The Society for Creative Anachronism certifies that the Company is a citizen of the following jurisdiction:

California.

/ / /

/ / /

---

DEFENDANT THE SOCIETY FOR CREATIVE ANACHRONISM'S CORPORATE DISCLOSURE STATEMENT - 1
11010-0002  5910013
NO. 3:23-cv-05069-RJB

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1 | DATED this 2nd day of June, 2023.

PREG O'DONNELL & GILLETT PLLC

By /s/ Justin E. Bolster
    Justin E. Bolster, WSBA #38198
    Debra Dickerson, WSBA #20397
Attorneys for Defendant The Society for Creative Anachronism, Inc., a/k/a/ SCA, Inc.

DEFENDANT THE SOCIETY FOR CREATIVE ANACHRONISM'S CORPORATE DISCLOSURE STATEMENT - 2
11010-0002  5910013
NO. 3:23-cv-05069-RJB

PREG O'DONNELL & GILLETT PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

# DECLARATION OF SERVICE

I hereby declare that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record listed below:

**Counsel for Plaintiffs George DC Parker II and Lori A. Parker**:
George DC Parker II
Lori A. Parker
10710 199th Street East
Graham, WA  98338

```
___  Via Messenger
___  Via Facsimile –
 X   Via U.S. Mail, postage prepaid
___  Via Overnight Mail, postage prepaid
 X   Via Court E-Service or email with
     recipient's approval
     thenorsegypsyforge@gmail.com
```

DATED at Seattle, Washington, this 2nd day of May, 2023.

/s/ Justin E. Bolster
Justin E. Bolster, WSBA #38198

DEFENDANT THE SOCIETY FOR CREATIVE ANACHRONISM'S CORPORATE DISCLOSURE STATEMENT - 3
11010-0002  5910013
NO. 3:23-cv-05069-RJB

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113