HONORABLE ROBERT J. BRYAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE DC PARKER II and LORI A. PARKER,<br><br>Plaintiff(s),<br><br>v.<br><br>THE SOCIETY FOR CREATIVE ANACHRONISM, INC., a/k/a/ "SCA" or "SCA, Inc.", et.al,<br><br>Defendant(s). | NO. 3:23-cv-05069-RJB<br><br>DEFENDANT THE SOCIETY FOR CREATIVE ANACHRONISM'S ANSWER TO PLAINTIFF'S COMPLAINT |

COMES NOW Defendant The Society For Creative Anachronism's ("SCA" or "Defendant"), by and through its attorneys of record, Preg O'Donnell and Gillett, and hereby answers as follows.

### I.  THE PARTIES TO THIS COMPLAINT

A.  Defendant lacks sufficient information to admit or deny the allegations asserted in paragraph A of Plaintiff's Complaint and therefore denies the same.

B.  Admit.

C.  Basis for Jurisdiction

DEFENDANT THE SOCIETY FOR CREATIVE ANACHRONISM'S ANSWER TO PLAINTIFF'S COMPLAINT - 1
NO. 3:23-cv-05069-RJB

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1. Defendant lacks sufficient information to admit or deny the allegations asserted in paragraph 1 of Plaintiff's Complaint and therefore denies the same.

2. Defendant lacks sufficient information to admit or deny the allegations asserted in paragraph 2 of Plaintiff's Complaint and therefore denies the same.

3. Admit.

4. Paragraph 4 of Plaintiff's Complaint requires no responses. To the extent Paragraph C. 4 requires any responses, Defendant denies the same.

5. Admit.

6. Defendant denies paragraph 6 as stated. Defendant admits that SCA was incorporated in 1968 and that An Tir was first recognized in 1973 when it was created as a Principality. An Tir became a Kingdom in 1982.

7. Defendant lacks sufficient information to admit or deny the allegations asserted in paragraph 7 of Plaintiff's Complaint and therefore denies the same.

8. Admit.

9. Admit.

10. Defendant denies paragraph 11 as stated. Defendant admits it has over 20,000 members worldwide.

11. Defendant denies paragraph 11 as stated. Defendant admits that there was a gathering of people on May 1, 1966 that later grew into the SCA which was incorporated in 1968.

12. Admit.

13. Admit.

DEFENDANT THE SOCIETY FOR CREATIVE ANACHRONISM'S ANSWER TO PLAINTIFF'S COMPLAINT - 2
NO. 3:23-cv-05069-RJB

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

14.     Defendant denies paragraph 14 as stated but admits that the SCA Society Seneschal manages that administration of SCA's historical recreation and makes interpretations and clarifications of policies governing historical recreation aspects of SCA.

15.     Defendant denies paragraph 15 as stated but admits that the SCA Kingdom Seneschal is an administrative office of the SCA whose tasks include coordinating with other kingdom officers. Defendant SCA further admits that the seneschal of a Barony is an administrative office at the local level and can be a representative of the group.

16.     Defendant denies paragraph 16 as stated but admits that there is a body of participants known as the "Peerage" who are nominated pursuant to various rules that differ depending on the kingdom.

17.     Defendant denies paragraph 17 as stated. Defendant admits names and devices are submitted to the office of heraldry. The address to which they are mailed varies from kingdom to kingdom. After vetting at the kingdom level the submissions are forwarded to a deputy at the corporate office of heralds for submission who goes through a process that includes a check for conflicts in other kingdoms.

18.     Defendant denies Plaintiff's Complaint ¶ 18 as stated but admits that the crown of a kingdom is chosen by the Crown Tourney. The crown has a number of roles and duties that are executed by the crown during their time in office.

II.     STATEMENT OF CLAIM

19.      In response to paragraph 19 of Plaintiff's Complaint, Defendant admits that Plaintiffs George Parker and Lori Parker ("the Parkers") were members of the SCA. To the extent paragraph 19 differs from the above, Defendant lacks sufficient information to admit or deny the allegations asserted in paragraph 19 of Plaintiff's Complaint and therefore denies the same

DEFENDANT THE SOCIETY FOR CREATIVE ANACHRONISM'S ANSWER TO PLAINTIFF'S COMPLAINT - 3
NO. 3:23-cv-05069-RJB

PREG O'DONNELL & GILLETT PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

20. Defendant admits that Lori Parker was the kingdom YAFA officer for a period of time under Julia Sempronia and that Julia was replaced by Lenora Trouble. To the extent paragraph 20 differs from the above, Defendant lacks sufficient information to admit or deny the allegations asserted in paragraph 20 of Plaintiff's Complaint and therefore denies the same

21. Defendant lacks sufficient information to admit or deny the allegations asserted in paragraph 21 of Plaintiff's Complaint and therefore denies the same.

22. Defendant admits that Lenora Trouble sent an email on October 22, 2017 informing Ms. Parker that she is removed from the position of Family Activities Deputy for An Tir. Defendant lacks sufficient information to admit or deny the remaining allegations asserted in paragraph 22 of Plaintiff's Complaint and therefore denies the same.

23. Defendant lacks sufficient information to admit or deny the allegations asserted in paragraph 23 of Plaintiff's Complaint and therefore denies the same.

24. Defendant lacks sufficient information to admit or deny the allegations asserted in paragraph 24 of Plaintiff's Complaint and therefore denies the same.

25. Defendant admits that Plaintiff's applied to become baron and baroness in February 2019. Defendant denies that the SCA has no set of rules or guidelines pertaining to volunteers wishing to serve in any office position. Defendant lacks sufficient information to admit or deny the remaining allegations asserted in paragraph 25 of Plaintiff's Complaint and therefore denies the same.

26. Defendant lacks sufficient information to admit or deny the allegations asserted in paragraph 26 of Plaintiff's Complaint and therefore denies the same.

27. Defendant lacks sufficient information to admit or deny the allegations asserted in paragraph 27 of Plaintiff's Complaint and therefore denies the same.

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

28. Defendant denies paragraph 28 of Plaintiff's Complaint as drafted, Defendant admits Plaintiff reached out to Mike Watkins on July 8, 2019 to ask about the votes and allowance of voting for multiple candidates. The remainder of the paragraph is denied.

29. Defendant denies paragraph 29 of Plaintiff's Complaint as drafted. The SCA has no corporate policy requiring transcripts of any meetings being provided to anyone. Defendant lacks sufficient information to admit or deny the remaining allegations asserted in paragraph 30 and therefore denies the same.

30. Defendant denies paragraph 30 of Plaintiff's Complaint as drafted. The SCA admits Plaintiffs emailed Mike Watkins asking to appeal the Crown's decision on their complaint on or about March 4, 2020, alleging lack of interviews. SCA lacks sufficient information to admit or deny the remaining allegations asserted in paragraph 30 of Plaintiff's Complaint and therefore denies the same.

31. Defendant admits that the Crown stated via email an intent to prohibit various parties from posting on the Blatha an Oir official Facebook group for six months. Defendant denies that SCA corporate policy was violated. To the extent Paragraph 31 differs from the above, Defendant lacks sufficient information to admit or deny the remaining allegations and therefore denies the same

32. Defendant denies paragraph 30 of Plaintiff's Complaint as drafted. The SCA admits George Parker emailed Mike Watkins on or about March 15, 2020. The email speaks for itself but Defendant denies the email contains the questions as alleged. Defendant further admits Mr. Parker sent an email on April 27, 2020. Defendant lacks sufficient information to admit or deny the remaining allegations asserted in paragraph 32 of Plaintiff's Complaint and therefore denies the same

DEFENDANT THE SOCIETY FOR CREATIVE ANACHRONISM'S ANSWER TO PLAINTIFF'S COMPLAINT - 5
NO. 3:23-cv-05069-RJB

PREG O'DONNELL & GILLETT PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

33. Defendant lacks sufficient information to admit or deny the allegations asserted in paragraph 33 of Plaintiff's Complaint and therefore denies the same

34. Defendant lacks sufficient information to admit or deny the allegations asserted in paragraph 34 of Plaintiff's Complaint and therefore denies the same

35. Defendant admits that on April 2, 2021, an email was sent followed by a certified letter on April 8, 2021, to Plaintiff George Parker stating that the Board would review the sanction and a brief announcement that the exile had occurred was published in the kingdom newsletter as required by SCA sanction procedures and the kingdom website.  To the extent paragraph 35 differs from the above, Defendant lacks sufficient information to admit or deny the remaining allegations asserted and therefore denies the same

36. Defendant lacks sufficient information to admit or deny the allegations asserted in paragraph 36 of Plaintiff's Complaint and therefore denies the same

37. Defendant admits that Plaintiff wrote the SCA Board asking for an appeal of the exile, and admits he stated he had a general disability but did not specify a specific disability. SCA denies that the Board consists solely of peers voted in by other Board Members. At the time complained of by Plaintiffs one of the Board members was not a peer.  Defendant lacks sufficient information to admit or deny the remaining allegations asserted in paragraph 37 and therefore denies the same

38. Denied. An email was sent by George Parker on April 8, 2021, providing his position. That email was treated as an appeal and he was told how he could submit supplemental information if he desired to.

39. Defendant admits paragraph 39 with the correction that the notice occurred on July 25, 2021.

DEFENDANT THE SOCIETY FOR CREATIVE ANACHRONISM'S ANSWER TO PLAINTIFF'S COMPLAINT - 6
NO. 3:23-cv-05069-RJB

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

40. Defendant admits there was a transposition error in the email address used for Plaintiff and Plaintiff was advised of this. To the extent paragraph 40 differs from the above, Defendant lacks sufficient information to admit or deny the remaining allegations asserted and therefore denies the same

41. Defendant admits that Plaintiff was offered the choice of a phone call, a video call or email correspondence to provide his statements and information as part of the investigation. Mr. Parker chose to provide a response via email. Defendant further admits the quote "aggressively adversarial" was used but is being used out of context in the Complaint. To the extent paragraph 41 differs from the above, Defendant denies the same.

42. Defendant admits the appeal and various documents were submitted on January 15, 2022, to the Board and that the appeal was put on the agenda for the Board's conference call of February 28, 2022. The meeting minutes for that meeting reflect that by consensus the Board declined to hear the appeal. To the extent Paragraph 42 differs from the above, Defendants deny the same.

43. Defendant admits Plaintiff emailed Lis Schraer on March 12, 2022, and admits Ms. Schraer responding that she could not communicate directly with Plaintiff Lori Parker since she was not the sanctioned individual. Defendants denies the remainder of Paragraph 43.

44. Defendants admit that Plaintiffs asked for a second appeal and that his request was denied. To the extent Paragraph 44 differs from the above, Defendant denies the same.

## COUNT I – NEGLIGENCE

45. Defendant acknowledges Plaintiffs reincorporation of paragraphs 1-44 and reasserts its answers to these paragraphs here.

46. (a) – (u) Defendant denies Paragraph 46 and subparts (a)-(u) to Paragraph 46.

DEFENDANT THE SOCIETY FOR CREATIVE ANACHRONISM'S ANSWER TO PLAINTIFF'S COMPLAINT - 7
NO. 3:23-cv-05069-RJB

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1   47. Deny.

2   48. Paragraph 48 calls for legal conclusions for which no answer is required by
3   Defendant. To the extent an answer is required, Defendant denies the same.

4   49. Deny.

5   50. Deny.

6   51. Deny.

7   52. Deny.

8   53. Deny.

9   54. Deny.

10   55. Deny.

11   56. Deny.

## COUNT II – NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

13   57. Defendant acknowledges Plaintiffs reincorporation of paragraphs 1-56 and
14   reasserts its answers to these paragraphs here.

15   58. Paragraph 58 calls for legal conclusions for which no answer is required by
16   Defendant. To the extent an answer is required, Defendant denies the same.

17   59. Deny.

18   60. Deny.

## COUNT III – INJUNCTIVE RELIEF

20   61. Defendant acknowledges Plaintiffs reincorporation of paragraphs 1-60 and
21   reasserts its answers to these paragraphs here.

22   62. Deny.

DEFENDANT THE SOCIETY FOR CREATIVE ANACHRONISM'S ANSWER TO PLAINTIFF'S COMPLAINT - 8
NO. 3:23-cv-05069-RJB

PREG O'DONNELL & GILLETT PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

63. Defendant denies paragraph 63 as stated but Defendant does admit that Plaintiffs were members of SCA in good standing for a number of years. Defendants lacks sufficient information to admit or deny the remaining allegations asserted in paragraph 63 of Plaintiff's Complaint and therefore denies the same.

64. Paragraph 64 calls for legal conclusions for which no answer is required by Defendant. To the extent an answer is required, Defendant denies the same.

65. Defendants lacks sufficient information to admit or deny the remaining allegations asserted in paragraph 65 of Plaintiff's Complaint and therefore denies the same.

66. Deny.

67. Deny.

68. Deny.

### III.    RELIEF

Defendant SCA denies Plaintiffs' prayer for relief including subparts a-z. SCA additionally denies all allegations not specifically address elsewhere herein.

### IV.    CERTIFICATE AND CLOSING

Defendant acknowledges Plaintiffs' Certificate and Closing. No further answer is required.

### V.    **AFFIRMATIVE DEFENSES**

Defendant re-alleges all admissions, denials and allegations pleaded above and further asserts the following affirmative defenses.

1. Some or all of Plaintiffs claims are barred by the statute of limitations.

2. Plaintiffs have failed to state a claim for which relief can be granted.

3. Defendant complied with its policies and procedures.

4. Plaintiffs failed to exhaust their administrative remedies.

DEFENDANT THE SOCIETY FOR CREATIVE ANACHRONISM'S ANSWER TO PLAINTIFF'S COMPLAINT - 9
NO. 3:23-cv-05069-RJB

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

5. Plaintiffs have assumed the risk of their actions.

6. Plaintiffs has failed to mitigate their alleged damages.

7. Plaintiffs were treated in a manner comparable to other persons and members of SCA.

8. Plaintiffs' allegations are directed to the conduct of third-parties over whom the Defendant has no control.

9. Plaintiffs are not employees of SCA.

10. The statute of limitations bars some or all of Plaintiffs' alleged claims.

11. Damages must be apportioned pursuant to RCW 4.22.070.

12. Non-parties are at-fault as alleged in Plaintiffs' Complaint, and damages must be apportioned to the individual non-parties identified by Plaintiffs that include the individuals whom Plaintiffs claim made comments directed towards them on the various Facebook pages.

13. Damages, if any, sustained by Plaintiffs were proximately caused by persons other than Defendant and Defendant has no legal liability, either direct or vicarious.

## VI. DEFENDANT'S RESERVATION OF RIGHTS

Without waiving any affirmative defenses or claims, Defendant reserves the right to amend this Answer and add additional affirmative defenses, cross claims, third-party claims, and additional parties as investigation and discovery requires.

## VII. DEFENDANT'S PRAYER FOR RELIEF

WHEREFORE having fully answered the allegations contained in Plaintiffs' Complaint for Damages, Defendant prays for the following relief:

1. That Plaintiff's Complaint be dismissed with prejudice;

DEFENDANT THE SOCIETY FOR CREATIVE ANACHRONISM'S ANSWER TO PLAINTIFF'S COMPLAINT - 10
NO. 3:23-cv-05069-RJB

PREG O'DONNELL & GILLETT PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

2. That any Judgment against Defendant be reduced by Plaintiff's fault and/or the fault of other persons or entities;

3. That Defendant be awarded its attorneys' fees and costs incurred in defending against this action; and

4. For such other and further relief as this Court deems just and equitable.

DATED this 2nd day of June, 2023.

        PREG O'DONNELL & GILLETT PLLC

By /s/ Justin E. Bolster
   Justin E. Bolster, WSBA #38198
   Debra Dickerson, WSBA# 20397
Attorneys for Defendant The Society for Creative Anachronism, Inc., a/k/a/ SCA, Inc.

DEFENDANT THE SOCIETY FOR CREATIVE ANACHRONISM'S ANSWER TO PLAINTIFF'S COMPLAINT - 11
NO. 3:23-cv-05069-RJB

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

# DECLARATION OF SERVICE

I hereby declare that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record listed below:

**Plaintiffs Pro Se George DC Parker II and Lori A. Parker**:
George DC Parker II
Lori A. Parker
10710 199th Street East
Graham, WA  98338

\_\_\_  Via Messenger
\_\_\_  Via Facsimile –
_X_  Via U.S. Mail, postage prepaid
\_\_\_  Via Overnight Mail, postage prepaid
_X_  Via Court E-Service or email with recipient's approval
*thenorsegypsyforge@gmail.com*

DATED at Seattle, Washington, this 2nd day of June, 2023.

/s/ Justin E. Bolster
Justin E. Bolster, WSBA #38198

DEFENDANT THE SOCIETY FOR CREATIVE ANACHRONISM'S ANSWER TO PLAINTIFF'S COMPLAINT - 12
NO. 3:23-cv-05069-RJB

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113