HONORABLE ROBERT J. BRYAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE DC PARKER II and LORI A. PARKER,<br><br>                    Plaintiffs,<br><br>   v.<br><br>THE SOCIETY FOR CREATIVE ANACHRONISM, INC., a/k/a/ "SCA" or "SCA, Inc.", et.al,<br><br>                    Defendant. | NO. 3:23-cv-05069-RJB<br><br>ORDER DENYING PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT<br><br>[PROPOSED]<br><br>**NOTE ON MOTION DOCKET:**<br>**JUNE 9, 2023** |

THIS MATTER having come before the Court on Plaintiffs' Motion for Entry of Default Judgment, and the Court having reviewed the court file and the following pleadings:

    1.    Plaintiffs' Motion for Entry of Default Judgment;

    2.    Defendant's Opposition to Plaintiffs' Motion for Entry of Default Judgment;

    3.    _____;

    4.    _____;

    and

    5.    _____.

ORDER DENYING PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT - 1
11010-0002  Proposed Order
NO. 3:23-cv-05069-RJB

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

and being otherwise fully advised in the premises, now therefore, it is hereby ORDERED that Plaintiffs' Motion for Entry of Default Judgment is **DENIED**.

DATED this _____ day of June, 2023.

_____
ROBERT J. BRYAN
U.S. DISTRICT COURT JUDGE

<u>Submitted by:</u>

**PREG O'DONNELL & GILLETT, PLLC**

By <u>s/ Justin E. Bolster</u>
Justin E. Bolster, WSBA #38198
Debra Dickerson, WSBA #20397

*Attorney for Defendant The Society for Creative Anachronism*

ORDER DENYING PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT - 2
11010-0002  Proposed Order
NO. 3:23-cv-05069-RJB

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113