# EXHIBIT 1



*IV. A.*
*5/25/2021*

## SOCIETY FOR CREATIVE ANACHRONISM, INC.

### Casefile Cover Sheet    **CCS**
2019

| | |
|---|---|
| **Accused Modern Name / SCA** | George Parker / Hakon Thorgeirsson Von Eignersfojord |
| **Requested Board Action(s)** | Uphold Exile: ☒  TRP: ☐  Investigate: ☐  R&D: ☐  Other: ☐ |
| **Accused Mailing Address** | 5705 S. Charro Lane, Hereford, AZ 85615 |
| **Accused email / telephone** | Unknown |
| **Sanction Type/Date/Kingdom** | Exile, April 2, 2021 |
| **First and Final Board Review** | First Review Date:              Final Review Date: |
| Date of Complaint | 4/1/2021   Kingdom An Tir |

| Complainant Information | |
|---|---|
| Modern Name | Came in from a few people, and I was also aware of it. |
| SCA Name | |
| Address | |
| Email / Telephone | |
| Member # | Date Kingdom Seneschal was notified   4/1/2021 |

| Incident Information | | | |
|---|---|---|---|
| SCA Event | | Steward | |
| City, State | | | Date |

| CASEFILE FORM CHECKLIST - Enter YES if complete | | | |
|---|---|---|---|
| Complaint (Form 1) | x | Defendant Answer (Form 6) | |
| Witness Statements (Form 2) | x | SocSen Letter (Form 7A/7B) | |
| Newsletter Notice (Form 3) | x | SocSen Final Letter (Form 8) | |
| Kingdom Sen. Letter (Form 4) | x | Appeal Received (Form 9) | |
| Proof of Delivery (Form 5) | x | Board Review of Appeal | |
| Kingdom Investigator / email | | | |
| Society Investigator / email | | | |

**Casefile Instructions for Kingdom Seneschals and Investigators**

1. The Casefile Cover Sheet and Forms 1, 2, 3, 4, 5, and 6 must be **fully completed** before sending casefile to the Society Seneschal.   Incomplete casefiles will be returned.
2. Form 5: Simply insert photo of Proof of Delivery receipt in box provided.
3. Copy the Witness Form 2 as needed to complete additional witness statements for the casefile.
4. The Accused must be contacted and provided a redacted copy of the complaint. If the accused declines to be interviewed or to offer a written statement, enter into the Form 6 narrative:
**"THE ACCUSED DECLINED TO PROVIDE A STATEMENT WHEN CONTACTED."**

**Casefile Progress Notes**

**George Parker (Ha'kon Thorgeirsson) Exile from the Realm**
**Crown: Christian and Helene**
**Kingdom: An Tir**
**Date of Sanction: April 2, 2021**

**Society Seneschal's Summary:**

On approximately March 30, 2021, an SCA member reposted on her Facebook page a statement regarding speaking up against bigotry. In the original statement the term "cis guys" was used. A lively discussion ensued, during which Mr. Parker took exception to the term "cis" and claimed it was an offensive term. For awhile the discussion was fairly reasonable, but eventually it got distinctly sharp. Mr. Parker (and others) made a few comments which skirted the edge of acceptability, and then referred to people in the discussion as "faggots". He then attempted to explain that other terms now considered offensive once were normal speech. At some point later he removed his comment.

Complaints were made to both the kingdom seneschal and the Society level; at least one of them was sent to the Directors via Comments. At least one complainant also referenced previous behavior by Mr. Parker toward the complainant via email or private message which she interpreted as harassment. The Crown of An Tir issued an Exile from the Realm on April 2, 2021, citing violations of the Hate Speech Policy by Mr. Parker.

It should be noted here that at the time of the incident, Mr. Parker and his wife were in the process of moving from An Tir to Atenveldt. The kingdom seneschal mentioned this to me and indicated the Crown was unsure of whether they could issue a sanction. I told her they could still do an Exile if they wished, and suggested that if they wanted to do a TRP instead, they should probably talk to the Crown of Atenveldt first. I do not know whether they ever did this, or indeed whether they ever considered a TRP.

Unfortunately, various official social media groups within An Tir chose to post the sanction announcement from the kingdom web page. (It was posted to the web page because An Tir is not currently holding virtual courts, and there have been several variances granted for this to be the procedure when a court announcement cannot be made.) One of those posts resulted in some unkind comments by a few members of the barony where the couple resided. This was dealt with by pulling the post, after which the baronial social media officer posted a statement expressing her dismay and displeasure with the behavior displayed.

Mr. Parker has submitted a lengthy response/appeal, which is included in the packet. He had also submitted some screenshots of the conversation, but since the kingdom seneschal had also sent me the entire conversation as of the date she collected the screenshots, I did not include Mr. Parker's less-complete screenshots.

Mr. Parker and his wife allege that the Crown and kingdom seneschal mishandled the sanction, but I do not find that to be the case. Their assertions are that the Crown and kingdom seneschal are biased against them and this is the reason for the swift action; that no investigation was conducted prior to the sanction; and that Mr. Parker was not asked to provide a statement. I cannot say whether the kingdom officials are biased against him or not, but the violation of the Society's hate speech policy was both clear and well-documented, which rendered a detailed kingdom investigation unnecessary. It might have been preferable for the kingdom to have informed Mr. Parker in advance of the sanction, but our rules do not actually require prior notice.

# Complainants' Statements

| SOCIETY FOR CREATIVE ANACHRONISM, INC. | | | |
|---|---|---|---|
| COMPLAINT FORM | | | Form 1 - 2019 |
| Date of Complaint | 4/1/2021 | Kingdom of Incident | AnTir |
| Complainant Information | | | |
| Modern Name | Nykera Daedra | | |
| Name and Kingdom | Nykera Daedra/AnTir | | |
| Address | | | |
| Email / Telephone | | | |
| Membership# | | Date Kingdom Seneschal was notified | 4/1/2021 |
| COMPLAINT  Page 1 | | | |

I,          *(name)*          , am making this statement to the best of my recollection.

## Bullying complaint



Nykera Daedra

Thu 4/1/2021 6:52 PM
To: An Tir Seneschal
Cc: An Tir Crown; Attia Prima

Hello!
So the "one year no SCA social media time is clearly up.
And as I am sure you've heard this among other things have been
posted

**Hakon Thorgeirsson**

To those who support my stand, thank you. To
those who are interferent or don't understand it, I
would encourage you to re-read the comments
wherein I'm being called "sis dude" and tell me
that that term isn't being used as much as an
insult as calling a homosexual a homo or a fag.
All you faggots can stick your reticule and scorn
up your collective asses along with everything
else you seem to like to stick there.

32 mins   Like   More

At what point does his behavior warrant a permanent Bann? How many
people
Need to be offended and suffer his abuse?
Please look Into this.
Thank you
Nykera

. . .

Reply     Reply all     Forward

COMPLAINT CONTINUED  Page 2

| SOCIETY FOR CREATIVE ANACHRONISM, INC. | | | |
|---|---|---|---|
| COMPLAINT FORM 2019 | | | Form 1 - |
| Date of Complaint | 4/1/2021 | Kingdom of Incident | AnTir |
| Complainant Information | | | |
| Modern Name | Mary Larose | | |
| Name and Kingdom | Lucrezia Veneziano Martini/AnTir | | |
| Address | | | |
| Email / Telephone | | | |
| Membership# |  | Date Kingdom Seneschal was notified | 4/1/2021 |
| COMPLAINT  Page 1 | | | |
| COMPLAINT CONTINUED  Page 3 | | | |

### FW: Unacceptable online behaviour

**Mary Larose** ████████████████
Fri 4/2/2021 10:50 AM
To: An Tir Seneschal ████████████████

📎 2 attachments (386 KB)
Aizand.docx; Yafa Social media conversation Sept 2017 original screen capture.docx;

**Greetings Mistress Attia,**

I just wanted to make you aware that I have sent the attached compliant to the BOD in regard to a former An Tir citizen. Normally I would go through the An Tir chain, but they have moved to Arizona and she is a Society level officer.

Regards,

Isabella Lucrezia

---

**From:** Mary Larose ████████████████
**Date:** Friday, April 2, 2021 at 10:46 AM
**To:** ████
**Subject:** Unacceptable online behaviour

Greetings members of the BOD,

I am writing today about someone, Hakon Thorgeirsson, who continues to be abusive and posts unacceptable rhetoric on Facebook. While not on official groups, this post was on an SCA member's post, where it has been seen by numerous members of our LGBTQ+ community. This person, once threatened me while I was the An Tir Social Media Deputy. The threat was because I was trying to get his wife to follow Society social media protocols for our Facebook YAFA group. Instead of following our protocols she block me, and our Kingdom Seneschal (who she actually reported to). Given the nature of the group, we could not have it be an official Kingdom group where the Kingdom Social Media Deputy, nor the Seneschal could monitor the contents. I had to create a new "official" group and she refused to shut down her "unofficial group. She was removed from being YAFA deputy for our Kingdom, but somehow was given the position at the Corporate level, which she appears to still hold. The reason I Mention this now, although it occurred in 2017/18, is on a thread where this screen capture was posted

**From:** Mary Larose
**Date:** Friday, April 2, 2021 at 10:46 AM
**To:**
**Subject:** Unacceptable online behaviour

Greetings members of the BOD,

I am writing today about someone, Hakon Thorgeirsson, who continues to be abusive and posts unacceptable rhetoric on Facebook. While not on official groups, this post was on an SCA member's post, where it has been seen by numerous members of our LGBTQ+ community. This person, once threatened me while I was the An Tir Social Media Deputy. The threat was because I was trying to get his wife to follow Society social media protocols for our Facebook YAFA group. Instead of following our protocols she block me, and our Kingdom Seneschal (who she actually reported to). Given the nature of the group, we could not have it be an official Kingdom group where the Kingdom Social Media Deputy, nor the Seneschal could monitor the contents. I had to create a new "official" group and she refused to shut down her "unofficial group. She was removed from being YAFA deputy for our Kingdom, but somehow was given the position at the Corporate level, which she appears to still hold. The reason I Mention this now, although it occurred in 2017/18, is on a thread where this screen capture was posted numerous people have posted about being bullied and harassed by both these people...including my successor as Kingdom Social Media Deputy. I feel it reflects badly on the BOD for a woman with this type of record to hold a Society level position. I feel that we, as populace need to start doing a better job at pushing these types of instances up the chain. While I held the Social Media position in An Tir we did not yet have the Bullying and Harassment policy or social media policies we have now.

I would normally go up the chain with our current Kingdom Senechal, but these people no longer live in An Tir as they have moved to Arizona.

This is the current post

4/12/2021                                           Mail - An Tir Seneschal - Outlook



**Hakon Thorgeirsson**

To those who support my stand, thank you. To
those who are interferent or don't understand it, I
would encourage you to re-read the comments
wherein I'm being called "sis dude" and tell me
that that term isn't being used as much as an
insult as calling a homosexual a homo or a fag.
All you faggots can stick your reticule and scorn
up your collective asses along with everything
else you seem to like to stick there.

32 mins     Like     More

The threat he sent to me was this, the one and only post I made to his wife's now "unofficial" Facebook group. I
had never posted about his wife anywhere, nor had I ever bullied her. This is an example of what he considers me
"bullying" her.



Mary Larose shared a group.                                          ...
15 April at 15:02

Hello all, This is just a reminder that this group is an unofficial group and
is not at all sanctioned by the Kingdom. The official group is:

https://www.facebook.com/groups/127088954719158/

An Tir - Official Youth and Family Achievement
(YAFA) Gro

🖑  ⊖ ⊕   96.3%  ▾   🗒  🔚  🖼  🔲        ⬆

10



**Mary Larose** shared a group.
15 April at 15:02                                      ...

Hello all, This is just a reminder that this group is an unofficial group and is not at all sanctioned by the Kingdom. The official group is:

https://www.facebook.com/groups/127088954719158/

An Tir - Official Youth and Family Achievement (YAFA) Group
72 Members

✓ Joined

❤ 2                                      2 Comments  Seen by 49

👍 Like

This is the threat I received the next day.

https://outlook.office.com/mail/AAMkADNjZTJjYTdmLWFlMGMtNDc1NC1hNzlhLTE3NzE2ZjgxZDVhYgAuAAAAAAC6X5ETDx5vRtFOYmOop4z3AQA   2/3

It seems to me that your continuous effort to undermine the YAFA unoffical FB page is vindictive, petty and inexcusable.  Just because the official page is unsuccessful is no excuse to attack Alizaunde's page just because it's out performing yours by leaps and bounds.

These attacks are NOT within your purview as the Media officer of the Kingdom and reflects very poorly on you.  As moderator of the list it is within MY purview to remove you and/or delete any post I feel is harassing, bullying or otherwise offensive.



It is also within my purview to report your constant harassment and bullying of Alizaunde to the Society.  Please review the new Societies anti-bullying rules.  If you do not end your constant attacks on this wonderful person I will be force to take the appropriate action against you.

Thank you for your consideration of this matter.

Mary Larose known as Isabella Lucrezia Veneziano Martini, OL, OP – An Tir
Member ▮▮▮▮▮▮

12

# Emails to Society DEI Officer

Fwd: Oh boy do I have a doozie for ya

**Subject:** Fwd: Oh boy do I have a doozie for ya
**From:** Jessica Van Hattem █████████
**Date:** 4/4/2021, 11:26 AM
**To:** Lis Schraer ████████████ **Brigid Costello** ████████████, John Fulton
████████████

I got two emails about this guy - forwarding both over to y'all.

Thanks,

Jessica

---

**From:** Jamie P █████████████
**Sent:** Friday, April 2, 2021 12:35:24 AM
**To:** Jessica Van Hattem █████████
**Subject:** Oh boy do I have a doozie for ya

Greetings your most excellent excellency;
I hope that you are well. I look forward to a time when we are able to gather safely again. This person made a severely homophobic comment on a post and from what I understand he has threatened multiple kingdom Seneschals in An-Tir with physical harm to the point where he was banned from sca social media for a year. His year is up and he is in full swing.

I am sorry to add more drama to your plate as I am certain you have had a Chinese buffet style plate this past year. If there is any way I can be of service to you, please don't hesitate to reach out.
In service,
Hattori Fuyutsukime

—Image.jpeg

4/20/2021, 3:39 PM

Fwd: Oh boy do I have a doozie for ya



4/20/2021, 3:39 PM

Fwd: Oh boy do I have a doozie for ya

— Image-1.jpeg



**Hakon Thorgeirsson**

To those who support my stand, thank you. To those who are interferent or don't understand it, I would encourage you to re-read the comments wherein I'm being called "sis dude" and tell me that that term isn't being used as much as an insult as calling a homosexual a homo or a fag. All you faggots can stick your reticule and scorn up your collective asses along with everything else you seem to like to stick there.

32 mins    Like    More

— Attachments:

| | |
|---|---|
| Image.jpeg | 238 KB |
| Image-1.jpeg | 72.7 KB |

4/20/2021, 3:39 PM

# George Parker's Appeal

Hello;

The King and Queen of An Tir have chosen to exile me from the kingdom for their reign. The email from their seneschal stated this:

> On *April 2, 2021* Their Majesties Christian and Helene III of the Kingdom of An Tir issued the following sanction against you: *Exile from the Kingdom.* This sanction was issued for the following reason(s):
>
> On *April 1, 2021 you participated in a discussion on a page of another SCA member. In this discussion you used Hate speech towards a protected class. This violates the SCA Core Values and the policy against Hate speech.*

They did not give any details of where I violated any rules. As you can see in the above statement, explanation of what I did was so brief that I have to guess exactly which discussion, on what page did I engage in, wherein I did anything and what I could have said that was to be defined as hate speech. Nowhere does it state any fact supporting the sanction save to say that at some time I offended some one and engaged in hate speech. Nor does it spell out my appeal rights but only to tell me in what publication I might find them.

Sanction policy Paragraph C. has several subparagraphs that were not adhered to:

> *4. For Kingdom Sanctions, the event at which the Sanction was announced*
> *6. A brief statement of facts supporting the sanction*
> *7. Right of appeal*

I was not given an opportunity to respond to this sanction, nor was I told that I even had that right. Additionally, I cannot find anywhere that I might have violated any "hate speech" rules. The only "hate speech" rules I can find is in the Media Policies. Which state:

**Outward Facing Outlets and being "Official"**
> *Social Media pages/outlets considered Official include Kingdom and Regional Branch Outlets. Social media pages/outlets for unrecognized groups such as households, fan groups and communities are not considered official. While there are many pages, groups, and other outlets, if you conduct the official business in that page/outlet, then it is Official and should be treated as such.*

**Restriction on content; paragraph 2 states;**
> *"The SCA encourages creativity and innovation in the use of social media by its entities. Certain activities and information are inappropriate to any social media page/outlet. The following material, including but not limited to posted messages, comments, threads of discussion, or media, collectively known as "content," shall not be permitted on any presence associated with the SCA."*

I have not been on any official SCA social media in an exceptionally long time. It clearly states that unrecognized groups are not covered, which would lead one to conclude, by extension, that this policy does not include personal pages either. I think the incident (if it's what I think it is) did not take place on a "presence associated with the SCA". It was on a personal page of a former member the kingdom, who now resides in a different kingdom. As far as I know, this is a member who chose to allow her membership laps in December 2020 and did not intend to reinstate it. So is it the intention of the SCA to monitor and lay claim the right to monitor and discipline "offensive activity" on the personal page of any member who uses the same name they use in the SCA on all social media posts? And to the posts on the personal pages of all it's members AND former members? Is it now the corporate policy to allow monarchs to bring sanctions for infractions committed in any kingdom under the aforementioned circumstances, theirs or not? This is an important question for all populace members. While I was in fact on my game profile, the SCA is not the only game I play, wherein I use the same name/profile/persona. Including, but not limited to online MMORPGs, and other historical reenactment groups.

I only mention this because I can only find one incident wherein people have called what I said as "hate speech", however, I don't see it that way. Hate speech requires intent, I had none. In fact much earlier in the thread I had defended the very group I am accused of hating on. But what exactly is considered "offensive material" or "hate speech"? I did not consider faggot as hate speech when intended to be directed at non LGBTQ people. While there may or may not have been anyone who were LGBTQ in the conversation, I had no intent on hurting anyone from that community and I made it a statement in general and not directed AT anyone. Had I targeted it directly at someone from the LGBTQ community this would be a different discussion, wherein I am dead wrong. As a fact, the comment was immediately deleted (though it seems some may have had a chance to take a screenshot),

Paragraph 2, Bullet point 1 states

> • Content that involves modern politics or political subjects, particularly any activity
> that may be interpreted as an endorsement of a particular political party, candidate for
> political office, legislation or referendum.

This post was all about modern politics, which is why I actually assumed that it was the person's mundane page. I didn't check since I receive posts from both her

modern profile and her game profile.  She had stated some time ago that she was no longer using her game profile so I was unaccustomed to seeing posts from it, therefore I assumed it was her modern page.

**Bullet point 3 states:**

> • *Content that broadcasts false or misleading information, including content which is intended to disparage, intimidate or negatively impact the reputation of an individual, branch, event, or other group.*

Not to engage in "whataboutism", but if the SCA intends to police people's personal social media content, a person who stated that he is a baron in the SCA on this thread clearly violated this rule in his very first interactions with me, well before I ever said anything that could even be considered inappropriate at all.  I would like to point out that several people are also currently violating this rule on several official SCA FaceBook pages in reference to this incident, as well as making disparaging comments about my wife and me.   As I stated above, this incident took place on a personal page, not on any "SCA official presence".  This means they are posting mundane issues on **OFFICAL** SCA pages.  At the very least they are posting personal "drama" on official pages.  This is in direct violation of the stated rules.  In fact, whether or not I was wrong, to say the things they are saying on an official presence is a violation of the *"or negatively impact the reputation of an individual"* clause.  Therefore, they too should have sanctions or at the very least these posts should be taken down and the moderator of these pages have a discussion on appropriate content.  Allowing these kinds of content on an official page is not ok.

**Bullet point 5 states;**

> • *Content that involves potentially lewd or offensive material, harassment, hate speech, profanity, or pornography.*

Again, not to engage in "whataboutism", however, it seems to me that the aforementioned baron is also guilty of violating this rule as well. He continued to refer to me with a term that I and others informed him is offensive.  Again there have been no sanctions against him or anyone else that joined him in bullying me so far, that I know of.  Whereas I made one comment, one time, he berated me and called me names several times throughout the conversation. He is engaging in the exact same hate speech that I am being accused of and sanctioned for.  If this is the kind of behavior that I am supposed to look up to, I think I need to find new role models.  Why can he get away with this and I cannot?  Also, as mentioned

above the current activity on official FB pages also falls under this rule under the harassment clause.  However, I have not been on any official pages.

While I will admit that what I said may have been inappropriate in today's new society, due to my diagnosed disability, I'm still struggling to get a handle on what is and is not ok speech.  I was always taught that you have a right to say anything you want, however, it seems that is not the case any more. For those with my particular disability, we do not accept changes to the rules easily, especially if that change seems unfair for anyone.  Also, I was not aware that so many people would take such offense to me insulting anyone, especially when so loosely directed. After all, no one took exception to them insulting me.  It was a general statement to all those attacking me and NOT an insult/slur against any particular group, gay or straight nor to any one person.  If these people can decide at whim what is to be defined as hate speech and what is not, how is anyone supposed to know what they can say?

In my defense, upon my very first comment stating that I find the term used in the meme in question offensive, the aforementioned Landed Baron could do nothing but antagonize me, hurl insults at me and do everything in his power to get a rise out of me.  I let him know that I was not going to engage in ad hominem with him. This did little to dissuade him.  I tried to tell him that I would rather engage in civil debate in this topic.  But rather than act like a peer of the realm and try to have a civil dialog with me he felt his best course was to act like a barroom brawler and antagonize me using the very slur several of us had informed him was such.  I even posted an article from the BBC that explains why his term was a slur.  He was the one who really started the bullying off with his condescending and insulting comments.  Many seem to build on his foundation, until it got to the point that very few people seemed interested in civil dialog, but all wanted to slam me (and anyone who agreed with me) in one way or another, just because I felt that the term they were using was an insult/slur.  My opinion didn't matter, and I was told as much. Any evidence that I offered was dismissed out of hand, stating that "just because others agree with you doesn't make you right."  One person deleted all of their comments and they were some of the most offensive.

I'm sure you have received several copies of the thread in question, but I am including the screenshots I took and have attached them as a separate word document. Upon reading it I'm sure you will notice that all through the insults, attacks, and condescending comments I was respectful to everyone until I had

finally had enough and blew up.  Once again, I recognize that in light of today's attitude in protecting the LGBTQ community and the fact that some do still find the word faggot a slight against that community, it was not the best term I could have used.  But you must understand that to me, it was never a slight against "the community", it was an insult used against straight people.  Using fag/faggot against LGBTQ had long since died to my knowledge.  So I never intended it as an insult to anyone in the LGBTQ community.

I would also like to point out that nowhere in the rules can I find exactly what is to be defined as hate speech spelled out.  Otherwise, calling me a term that I have already called out as a slur would theoretically qualify as such (which would include the Baron who used it against me).  Also, in mundane law, "hate speech" is not actually defined either.  In fact, mundane law continues to protect the people's right to free speech, protected under the 1st amendment, and to try to limit mine is a violation of that protected activity.

So in summary, the BOD should not allow this exile to stand because:
1. The incident in question took place on a personal page (whether their membership is current or not is irrelevant), especially wherein the person lives in another kingdom.
2. There is no definition of what constitutes "hate speech", whether or not intent is required and who gets to define what exactly is hate speech.  I (and many people here and in other countries) consider their use of the term cis to be hate speech.  Therefore, if the word I used is hate speech, so is the word cis and all those who call me that word especially AFTER I informed them that it is offensive speech should also be sanctioned, including the original poster.  My rights are as important as anyone else's.  If you defend their right to be offended by something I said, and not mine, no one is safe.  After all that is the exact reason I used the word I did.  They were intentionally offending me because I told them as much, so I concluded that offending anyone was fair game.
3. The social media had until just recently not recognized the word I used as a violation of their hate speech policy.  I have attached an article which shows a quote from Facebook on this very topic.  The article outlines a petition to change Facebook policy, which may or may not have happened.

In closing, if this sanction stands, and/or no sanctions are levied against those who have slandered me and my wife (who was not a party to this, yet is being maligned just the same), I would like to inform you that we have an excellent case that could be taken to mundane courts.  What I said has no standing in a mundane court.  The insults that the officers and members of the SCA have engaged in is liable and will hold up in court.  These acts of libel are likely to shut down my business.  Several BOD members are attorneys, I would expect you to understand the merits of my case.
--

Kveðja í þjónustu við drauminn, (yours in service to the dream)

Hans Drottinvald Hákon Porgeirsson von Eignersfjord
AoA, CLA,CSD,CST,GoS.OoGB, CoB
*Azure, a chevron enarched within and conjoined at the point to a chevron argent between a drakkar and a Thor's hammer Or*

45