# EXHIBIT 2

VII.D
10/24/2021

## SOCIETY FOR CREATIVE ANACHRONISM, INC.

Casefile Cover Sheet                                                        CCS
2019

| | |
|---|---|
| **Accused Modern Name / SCA** | George Parker / Hakon Thorgeirsson Von Eignersfojord |
| **Requested Board Action(s)** | Uphold Exile: ☐  TRP: ☐  Investigate: ☐  R&D: ☒  Other: ☐ |
| **Accused Mailing Address** | 5705 S. Charro Lane, Hereford, AZ 85615 |
| **Accused email / telephone** | Unknown |
| **Sanction Type/Date/Kingdom** | Exile, April 2, 2021 |
| **First and Final Board Review** | First Review Date: 5/25/2021   Final Review Date: |
| **Date of Complaint** | 4/1/2021 | Kingdom An Tir |

| Complainant Information | |
|---|---|
| Modern Name | Multiple complaints—social media incident |
| SCA Name | |
| Address | |
| Email / Telephone | |
| Member # | Date Kingdom Seneschal was notified  4/1/2021 |

| Incident Information | | |
|---|---|---|
| SCA Event | | Steward |
| City, State | | Date |

| CASEFILE FORM CHECKLIST - Enter YES if complete | | | |
|---|---|---|---|
| Complaint (Form 1) | x | Defendant Answer (Form 6) | |
| Witness Statements (Form 2) | x | SocSen Letter (Form 7A/7B) | |
| Newsletter Notice (Form 3) | x | SocSen Final Letter (Form 8) | |
| Kingdom Sen. Letter (Form 4) | x | Appeal Received (Form 9) | |
| Proof of Delivery (Form 5) | x | Board Review of Appeal | |
| Kingdom Investigator / email | | | |
| Society Investigator / email | | | |

| Casefile Instructions for Kingdom Seneschals and Investigators |
|---|
| 1. The Casefile Cover Sheet and Forms 1, 2, 3, 4, 5, and 6 must be **fully completed** before sending casefile to the Society Seneschal.    Incomplete casefiles will be returned. |
| 2. Form 5: Simply insert photo of Proof of Delivery receipt in box provided. |
| 3. Copy the Witness Form 2 as needed to complete additional witness statements for the casefile. |
| 4. The Accused must be contacted and provided a redacted copy of the complaint. If the accused declines to be interviewed or to offer a written statement, enter into the Form 6 narrative: |
| "THE ACCUSED DECLINED TO PROVIDE A STATEMENT WHEN  CONTACTED." |
| Casefile Progress Notes |

# Investigator's Report

**INVESTIGATION REPORT:** George Parker, AN TIR (Exile)

Investigator's Name: Stacy Hall

Date(s) of Investigation: 24 July 2021-17 September 2021

**REASON FOR INVESTIGATION:** George Parker (SCA: Hakon Thorgeirsson) was formally accused by several Complainants of engaging in hate speech on the personal SCA-centric Facebook page of LaToya Johnson (Maude Louisianna d'Orleans) using his SCA name. On 2 April 21, the Crown of An Tir, Christian and Helene, issued an Exile from the Kingdom against G. Parker. The Board of Directors upheld this action in May 2021, and ordered an investigation into possible sanctions up to and including revocation and denial of membership for Mr. Parker.

**SUMMARY TIMELINE:**
**1 April 2021**: After a lengthy online argument, G. Parker, using his SCA name (Hakon Thorgeirsson) made remarks defined as hate speech, including the term "faggot" used in-context as a derisive slur in the presence of numerous online witnesses. G. Parker later deleted the comment, however his remarks were screencaptured by several and complaints were filed (see LaToya screencaptures, Rachel Sommers, "dirty deleted" comment).
See:
  1. Interview: "080321 Email Response from TRMs An Tir, G. Parker case"
  2. Interview: "080321 Email response interview AnTirKS"
  3. "George Parker Board uphold exile" Screen caps LaToya, see page 47 in PDF.
  4. "Nykera.jpg" complaint letter, see "Exhibits: Nykera" and attachment "Nykera.jpg"

**2 April 2021:** Their Royal Majesties (TRMs) Christian and Helene Exiled G. Parker from An Tir. Sanction was delivered by USPS, and announced in the kingdom newsletter, but not read into Court as TRMs An Tir were not holding courts due to ongoing COVID19 concerns. The Kingodm Seneschal (KS) An Tir sent notification to KS Atenveldt (See "040121Email to Adenveldt with screen shot") to be assured TRMs Atenveldt were aware of the situation surrounding G. Parker, who resided in Atenveldt at the time of sanction.

**May 2021:** Exile of G. Parker was upheld by the Board in May 2021 (See "George Parker Board uphold exile")

**LISTING OF INDIVIDUALS CONTACTED/INTERVIEWED:**
  1. M. Grayson (Attia Prima); Kingdom Seneschal An Tir, ▮▮▮▮▮▮▮▮▮▮
  2. TRMs An Tir, Helene and Christian; sanctioning Crown; ▮▮▮▮▮▮▮▮▮▮▮▮
  3. G. Parker (Hakon Thorgeirsson), Subject; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ After an initial issue with a typo in his email address, G. Parker did respond to requests for statement and/or interview. See Email string: "091721 email string G. Parker Re_ Parker Case, An Tir; Investigator assigned"

**INTERVIEWS AND INFORMATION PRESENTED:**
1. Interview: "080321 Email Response from TRMs An Tir, G. Parker case" (TRM An Tir, Helene and Christian)
2. Interview: "080321 Email response interview AnTirKS" [KS An Tir, M. Grayson (Attia Prima)]
3. Email string: "091721 email string G. Parker Re_ Parker Case, An Tir; Investigator assigned"
4. Interview: "091721 G. Parker email response to investigator questions"

**EXHIBITS:** Items 2 and 3 are from the Original file from Society Seneschal and are listed here as the pertinent items for this particular investigation involving only G. Parker's comments.
1. "040121Email to Adenveldt with screen shot" Email from KS An Tir to KS Atenveldt regarding G. Parker relocation and Exile (from Investigator's email conversation with KS An Tir) 1 April 2021.
2. "George Parker Board uphold exile", screencaps LaToya: From the Society Seneschal's report to the Board, screencaptures of the escalating online conversation between G. Parker and numerous persons.
3. "Nykera.jpg" complaint letter: From the Society Seneschal's report to the Board, letter of complaint including screencapture of G. Parker engaging in hate speech.

**KINGDOM CASEFILE OR INVESTIGATION REPORT:** There was no in depth kingdom investigation. The documentation of the Subject's comments were very clear. TRMs An Tir issued Exile immediately. This documentation is also at the Society level.

**INVESTIGATOR'S SUMMARY:**

Prior to the inflammatory online statements made by G. Parker, he and others, were put in an "online time-out" by TRMs An Tir for the duration of one year due to continuing online social media arguments.

After this year ended, around 1 April 2021, there was a series of escalating social media postings in one thread on a personal, SCA-centric, Facebook page where G. Parker (using his SCA name, Hakon Thorgeirsson Von Eignersfojord) ultimately made clear, in-context, remarks (including the slur "faggot") that are defined in Corpora as hate speech.

As G. Parker had moved to Atenveldt by the time of this online exchange, TRMs An Tir stated in interview that They sanctioned G. Parker with Exile from An Tir as an immediate measure to prevent him from participating in SCA activities in An Tir, including making further statements in An Tir social media*. TRMs further stated that They considered TRP, but ultimately decided upon Exile as They did not wish to overstep Their authority with (now) another kingdom's subject. The KS An Tir emailed the KS Atenveldt 1 April 2021 informing Atenveldt of TRMs An Tir's sanction and alerting Atenveldt to possible issues.

The screen captures sent to KS An Tir, Corporate DEI, and the Society Seneschal are an accurate documentation of this incident of hate speech.

It is clear from his statements in interview that G. Parker feels attacked and is angry; he was defended in the thread by a few people who agreed with his opinion that "cis" was being used in a degrading manner. G. Parker is of the opinion that he was defending himself from the slur "cis-dude" multiple times in the social media thread. In his rebuttals to Corporate and in interview G. Parker does not deny making the post. He did regret making the post "in the heat of anger" and deleted the post without comment, but not before the capture was taken and then reposted by those who were "out to get him".

G. Parker complains that he was not given the same opportunity to apologize as others would have prior to his Exile, which was rendered within 24 hours of his regretted statement. G. Parker believes that any attempts made by him to apologize after the Exile would have been seen as merely apologizing to get out of trouble. He maintains that:

1. He was not accurately informed of the complaints against him;
2. He was not given the opportunity to apologize prior to his Exile
3. Corpora X.A.4 was not specific in its definition of hate speech to include personal social media pages; and
4. The Social Media policy does specifically delineate the parameters of hate speech in social media and the updated policy post-dates his transgressions.

G. Parker's comments are well documented and are in violation of several SCA governing documents including but not limited to: Corpora Section X.A.4 regarding hate speech (including definition); Corpora Section II b; the current (which post-date this incident) Society's Social Media policy (Sections II, III A-D, and G).

*[NB]: The reaction to the announced Exile caused a flurry of additional threatening posts from numerous people, particularly in Blatha an Oir. The investigator considered contacting the SMOs for BaO and An Tir [Jen Harper (Lucia Robertsdottir) SMO An Tir;                    and Anne Asplund (Baroness Anne) SMO BaO;                              for their experiences, but decided these could be separate forthcoming complaints that are not related to the individual actions of G. Parker which resulted in his Exile.*

# Investigator email with An Tir Crown

 **Gmail**

S Hall ███████████

## Re: Investigator Assigned to Parker Case; Request for Interview
1 message

**Queen** ███████                                  Mon, Aug 2, 2021 at 3:30 PM
To: S Hall ███████████████
Cc: An Tir Crown - ███████████ sanctions deputy ████████████

Good afternoon Stacy/Gwen!

We did indeed consider a TRP for Mr Parker, particularly due to the nature of his offence, and his history of poor behaviour. We felt however, that due to his move to another Kingdom that it fell out of the scope of what We feel Our judgement should cover. We felt that an exile from Our realm would protect Our Populace from the impact of any future action he might take.
We were lead to believe that Our Seneschal reached out to the KSen of his current Kingdom to let them know about the event, and to let them know what actions We were moving forward with.

We feel very strongly that when an issue takes place outside Our Kingdom borders (or especially across multiple Kingdoms) that We are not the right level to decide the final outcome. This is consistent with previous sanctions and actions We have taken (or not taken), so as to not overstep Our authority.

Should the BoD decide to take a stronger action than We have already issued, We would absolutely support that in any way possible. Hate language has no place in Our Society, modern or medieval.

Thank you again for your time in this unpleasant matter :)

Christian III
Hélène III

---

**From:** S Hall ███████████
**Sent:** Monday, August 2, 2021 12:29:22 PM
**To:** Queen ████████████
**Cc:** An Tir Crown ██████████████ sanctions deputy ████████████
**Subject:** Re: Investigator Assigned to Parker Case; Request for Interview

Gracious Majesties,

Thank You for Your very prompt and thorough reply!

As my only follow up question to You: Did You consider stronger sanctions, i.e., TRP, given Mr. Parker's history before deciding on Exile?

Slainte,
Gwen/Stacy

On Sun, Aug 1, 2021 at 6:40 PM Queen ████████████████ wrote:
Good afternoon Stacy/Gwendolynn, and well met!

We feel this matter is fairly straightforward and can easily be related via email, thereby saving everyone's collective "Zoom Spoons" as it were; if however you would rather have a quick back and forth on videochat, We can of course make Ourselves available for that.

On April 1st 2021 We were made aware of a comment that Mr Parker made on the Facebook Persona page of a lady who used to live in An Tir (Maude Louisiana d'Orléans mka LaToya Johnson).

It has been some time since the incident, so the nature of the whole conversation is a little fuzzy; essentially in a thread where Mr Parker was defending his right to be offended by the adjective "cis-" he threw out an utterly non-sequitor use of hate speech against homosexuals.

12

8/3/2021

Case 3:23-cv-05069-RJB   Document 34-2   Filed 06/09/23   Page 10 of 24
Gmail - Re: Investigator Assigned to Parker Case; Request for Interview

This is not the first time We have witnessed Mr Parker be inappropriate on Facebook; early on in this Reign we issued an Administrative sanction against him, his wife, and a third party who were all antagonizing each other on SCA related pages. This was a 6-month hiatus from communicating with one another, and from participating in the Baronial forums; these terms were, for the most part, observed by all parties.

With this context of repeated behaviour, and his very clear-cut use of established hate language that appeared on the SCA Persona page of a member, We felt it was in the best interest of Our Populace to prevent him from participation in An Tir, for at least the rest of Our reign. It was Our understanding that at the time of the sanction Mr Parker was not currently residing in An Tir, and therefore this was not likely to be an undue hardship on him and his business.

Feel free to reach out again if you need any clarification, or if you have any follow-up questions We can answer. Thank you for volunteering your time to the SCA in this manner; it is an unfortunate side of the administration, but We feel very strongly that it is important for impartial investigators to get both sides of a story so the General Populace can feel safe from retaliation or unfair actions.

We hope you and yours are safe and healthy, and that you have a lovely evening! Warmest regards,

Christian III
Rex An Tir

Hélène III
Regina An Tir

**Get** Outlook for Android

---

**From:** S Hall
**Sent:** Saturday, July 31, 2021, 8:30 a.m.
**To:** An Tir Crown
**Cc:** sanctions deputy
**Subject:** Re: Investigator Assigned to Parker Case; Request for Interview

July 31, 2021

Greetings unto Your Noble Majesties An Tir, Christian and Helene

My hopes that I find You well.

My name is Stacy Hall (SCA: Gwenndolynn ní hÁilleacháin), and, as Ms. Clark mentioned in the introductory email, I am an investigator with the Society Seneschal's office for SCA, Inc.; I have been assigned to look into the complaint against G. Parker/Hakon Thorgeirsson, who made several inflammatory remarks online under his SCA name.

As Your Majesties sanctioned Mr. Parker with Exile, I would like to speak with You with regard to his postings, the subsequent complaints that followed, and Your Majesties decision for Exile. I will be happy to contact you via phone or Zoom at a mutually convenient time, or we may conduct our conversation via email as Your Majesties may wish to answer my questions together. There may be follow-up questions as we move forward, and I would welcome any additional information or materials You wish to include in relation to this investigation.

If You agree to this conversation, You will receive a copy of the notes from the interview and are allowed to correct or add to them as necessary. You will not receive any statements from other parties involved or a copy of the final investigative report.

As Your Majesties already know, the identities of all parties are kept confidential. Likewise, should names of other witnesses come up in the course of the investigation, those names are also kept confidential. Should You know or guess the names of the persons involved, You are cautioned not to contact them regarding this matter or attempt to influence the investigation in any way beyond Your own communications with the investigator.

For more information about how the investigative process generally works, you may refer to the Investigator's Guide, located at: https://www.sca.org/wp-content/uploads/2021/01/InvestigatorsGuide.pdf

Very sincerely yours,

Stacy Hall

13

 Gmail

S Hall ▬▬▬▬▬▬

## Re: Investigator Assigned to Parker Case; Interview questions
1 message

**An Tir Seneschal** ▬▬▬▬▬▬          Tue, Aug 3, 2021 at 11:58 AM
To: S Hall ▬▬▬▬▬▬

Good Morning, Gwen,

- I have a screencapture from Nykera, but the screencapture does not show the date or whether this was an official FaceBook page or a personal page: Do you have the date of the Nykera screen capture and from which page was this taken (Baronial, An Tir, personal)?

Looking back at the emails I received this post happened on April 1, 2021. I received two screen shots from two different people. Nykera and Mary LaRose. This post was on Maude's facebook page. I've attached a screen shot of that page. Maude has very actively indicated this page is her SCA page and regularly discusses, argues, etc about the society on that page. I just went back and was able to pull the entire thread and take screen shots of it. I will put it in the one drive folder and share it with you.

- Was Mr. Parker previously prohibited from making social media posts prior to the incidents around April 30, 2021?

Yes, him, his wife and a person named Raphella were put on a social media time out. There had been ongoing complaints about Alizand and Hakon in Blatha An Oir. It was alleged they harassed, bullied and were just downright mean to people. When we/I looked into it, Alizand had supplied me with so many screen shots of Hakon and her acting out that the Crown just said you know what, just put them on timeout. All of them including Raphella were on time out from the Blatha an Oir pages. Supposedly during this time out, they got mad on other An Tir Pages and the previous Kingdom SMO actually removed them from those pages for a short period also. But that is just what I heard, not that I know for a fact.

- It is my understanding that Mr. Parker was either moving or had moved to Atenveldt at the time of his abusive language: Do I understand correctly? And, is the Atenveldt Kingdom Seneschal aware of the sanctions from An Tir?

Yes, I did. On April 2nd. I have attached those emails also in One drive.

Please let me know if you need anything further from me. I have copies of everything between Hakon and Blatha an oir also.

And let me know if you can't get into the one drive folder I just shared with you.

Attia

----

Regards,

Mistress Attia Prima, OP (Amanda Grayson)

Kingdom Seneschal, An Tir

**From:** S Hall

**Sent:** Tuesday, August 3, 2021 8:51 AM

**To:** An Tir Seneschal

**Subject:** Re: Investigator Assigned to Parker Case; Interview questions

Good morning Attia,

And please call me Stacy or Gwen! My apologies for the delay in response to your email. Thank you so much for sending along the contact information for the SMOs and for agreeing to speak with me on the matter of G. Parker. I am a former kingdom seneschal myself, so I very much appreciate your time and consideration.

I just have a few questions, mainly for documentation of the timeline and verifying dates on screencaptures, etc. It sounds like you and I both have fairly hectic schedules, so I'll set my questions below for your review and answers. If I'm too vague or the question is unspecific and you'd like a qualifier, please let me know. Questions are underlined for ease of reading and reference.

- I have a screencapture from Nykera, but the screencapture does not show the date or whether this was an official FaceBook page or a personal page: Do you have the date of the Nykera screen capture and from which page was this taken (Baronial, An Tir, personal)?

- Was Mr. Parker previously prohibited from making social media posts prior to the incidents around April 30, 2021?

- It is my understanding that Mr. Parker was either moving or had moved to Atenveldt at the time of his abusive language: Do I understand correctly? And, is the Atenveldt Kingdom Seneschal aware of the sanctions from An Tir?

Thank you again for your time and considerable cooperation and I'll look forward to hearing from you.

Best,
Gwen/Stacy

On Sat, Jul 31, 2021 at 7:01 PM An Tir Seneschal ⬛⬛⬛⬛⬛ wrote:
Hello Ms Hall,

I am happy to speak with you through Zoom or email. Whatever can be most convenient. My schedule is open after 430pm pacific time. I'm not normally available on Monday.

The Kingdom social media's email address is ⬛⬛⬛⬛ Her name is Jenn Harper and her SCA name is Lucia Robertsdottir.

I will work on getting contact information for the Baltha An Oir social media officer for you.

Please let me know what works for you. Please feel free to call me Mandy or Attia.

Attia
**Get** Outlook for iOS

**From:** S Hall ⬛⬛⬛⬛⬛

**Sent:** Saturday, July 31, 2021 8:40:46 AM

**To:** An Tir Seneschal ⬛⬛⬛⬛⬛

**Cc:** sanctions deputy ⬛⬛⬛⬛⬛ ⬛⬛⬛⬛⬛ n>

**Subject:** Re: Investigator Assigned to Parker Case; request for interview

July 31, 2021

Dear Ms. Grayson (SCA: Attia Prima):

16

Greetings Mistress Attia and my hopes that I find you well.

My name is Stacy Hall (SCA: Gwenndolynn ní hÁilleacháin), and, as Ms. Clark mentioned in the introductory email, I am an investigator with the Society Seneschal's office for SCA, Inc.; I have been assigned to look into the complaint against G. Parker (Hakon Parker) who made several inflammatory remarks online under his SCA name and was subsequently Exiled from An Tir effective April 2, 2021.

As the Seneschal for An Tir, I would like to speak with you with regard to these postings and the subsequent complaints that followed. I will be happy to contact you via phone or Zoom at a mutually convenient time, or we may conduct our conversation via email. This may lead to follow-up questions as we move forward, and I would welcome any additional information or materials you wish in relation to this investigation.

I would also ask for the contact information of the Social Media Officers for your Kingdom and Blatha an Or so that I may speak with them as well.

If you agree to this conversation, you will receive a copy of the notes from the interview and are allowed to correct or add to them as necessary. You will not receive any statements from other parties involved or a copy of the final investigative report.

As you know, the identities of all parties are kept confidential. Likewise, should names of other witnesses come up in the course of the investigation, those names are also kept confidential. Should you know or guess the names of the persons involved, you are cautioned not to contact them regarding this matter or attempt to influence the investigation in any way beyond your own communications with the investigator.

For more information about how the investigative process generally works, you may refer to the Investigator's Guide, located at: https://www.sca.org/wp-content/uploads/2021/01/InvestigatorsGuide.pdf

I look forward to hearing from you soon and pray you remain well.

Very sincerely yours,

Stacy Hall

(Gwenndolynn ní hÁilleacháin, OP)

Investigator

On Sun, Jul 25, 2021 at 6:42 PM ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
Greetings to Your Majesties and to Mistress Attia:

I wanted to inform you that an investigator has been assigned to the George Parker (Hakon Thorgeirsson) case. Her name is (Stacy Hall (SCA: Gwenndolynn ni hAileachain). She will be contacting you in the near future to begin the investigation, and is authorized to do so by the Society Seneschal. I would appreciate it if you offered her your full cooperation. Please remember that all information collected during an investigation is confidential.

Mistress Attia, she may need email addresses for both the Kingdom and Blatha an Or Social Media Officers.

Please let me know if you have any questions.

In service to the Society,

Lee Clark/Duchess Eilis ▮▮▮▮▮▮; Boirne
Deputy to the Society Seneschal/Investigations
▮▮▮▮▮▮▮▮▮

Sponsored by https://www.newser.com/?utm_source=part&utm_medium=uol&utm_campaign=rss_taglines_more

Civil Rights Icon Who Taught Math, Too, Dies
http://thirdpartyoffers.juno.com/TGL3141/60fdf6a82c2a776a8537fst02duc1
Passengers Taken Off Plane After Teens Sends Gun Pic
http://thirdpartyoffers.juno.com/TGL3141/60fdf6a84f9d976a8537fst02duc2
Teen Pleads Guilty After Grandfather Dies in 'Swatting'
http://thirdpartyoffers.juno.com/TGL3141/60fdf6a87343a76a8537fst02duc3

# George Parker Response to Investigator

**M** Gmail                                                                    S Hall ◀

---

## Re: Parker Case, An Tir; Investigator assigned
1 message

---

**Ha'kon Thorgeirsson**                                            Fri, Sep 17, 2021 at 2:16 PM
To: S Hall
Cc: Lis Schraer                    , Lis Schraer                        sanctions deputy ◀

To answer your questions, I am in possession of the entire thread with all responses. I am also in
possession of your previous statements, where you have indicated that you were defending your position on
terminology you felt was directed at you that you found insulting. The Society Seneschal has directed me to
gather additional information for this situation in which you were Exiled; so when you mentioned that you
were not certain which statement was in question in your explanations, I sent the aforementioned statement
in an email to you for your clarification. I cannot divulge to you who I have interviewed or what was said in
those interviews, per Corporate policy.

For clarity, as I want to directly respond to each comment, I will do so in red to ensure proper connection and
to reduce the risk of missing anything.

I have received the copy you sent confirming which statement I made that this is all in reference to. Thank
you for that. This is the first confirmation I have received. Yes, this is the comment that I suspected was in
question all along. I am glad to have confirmation and no longer need to speculate. It seems to me there are
two issues at hand here:

1. You are correct, the OP was NOT directed at me personally, but it was directed towards
   everyone like me i.e. those who identify as the gender they were born.

2. If you read all of the comments you will find where "cis dude" had in fact been directed
   exactly to me, by some ill intending people and in some comments, I was even called out by
   name. You may also notice that it is in fact being used to belittle, as a slur, as an intended
   insult. I feel the intent was clear.

**1. Having had a change of heart, did you consider making an apology for the remark before you
deleted it?**

I felt that the first and foremost importance was to see the comment deleted so as to minimize the damage
done in terms of unintentionally offending. Alas others would not allow that as they almost immediately
reposted it. The owner of the page PMed me asking WFT, at which time I apologized to her. She also
suggested that I do a public apology to which I responded that I was still far too angry at the treatment I
received to apologise at that time. I told her that I would be happy to extend an apology to her daughter,
whom she said was deeply offended, as it was never my intention to hurt her.

By the time I had cooled down, the next morning, I already had an exile letter in my inbox. At that point I
felt that no apology was warranted, they got exactly what they were aiming for, my exile. Others have said
worse before this, yet were warned for this behavior not immediately exiled for the first time they said

anything offensive. I personally know of 3 people who were warned before any sanctions. Me, they slammed right away, first offense, no discussion, no warning, no opportunity to apologize, BAM you're gone within 24 hours. Clearly I am not being paranoid, they really were out to get me. Any apology at that point would have fallen on deaf ears. And would have been viewed and received as a "you are only apologizing because you got into trouble" response.

### 2. Did you hesitate before making the final statement (screencap shown in previous email), or was this a "heat of the moment" situation?

Please understand, I am not on facebook all the time, I don't check it on my phone as many people do. So when I logged back in to my computer, I saw that the discussion had exploded with comments. It took me a while to read through them all where I found several people continuing to bash me. I was infuriated, and made that post in a fit of anger without even stopping to think about it. Evidence of that is in the fact that I said in the comment that the term "fag" would be offensive to "homosexuals" yet I unthinkingly used that the full version of the term (faggot) even though I wasn't addressing (nor intending to address) any particular person. I did not know if any of the people attacking me were homosexual, nor was it my intention to personally attack them as such. It was never my intention to directly offend/address anyone's sexual preference. It was really only my intention to illustrate the double standard being applied. If it was ok for them to call people like me "cis" and "cis dude" then it must be ok for me to call others "faggot". **Let me be clear on my stand on this topic; It is NOT ok to insult anyone for their sexual orientation or lifestyle preferences whether it's straight or gay or anything in between.** I truly believe that down in my soul. It is every person's *given* right to choose their lifestyle with indifference to what anyone thinks about that choice- and no one has the right to harass you for that choice. But that is exactly what I felt they were doing to me. In retrospect, I absolutely believe they were baiting me to elicit the exact response they got. I wish I had hesitated and exhibited more self control. I am learning.

### 3. How did you come to be involved in this particular thread? You were not specifically named in the initial posting regarding "cis-dudes"; why did you decide to comment?

The original poster was a friend of mine. We frequently traded information and opinions about what we find offensive in an open exchange of ideas, both on FB and in person. This was a meme that she posted, in general and not to or at anyone specific, as she frequently did. I had no idea it would blow up like it did. If you look at the first comment I made, it was directed to her explaining that I agree with the concept that everyone should use any influence they have to address the bullying of the LGBTQ community, however, I object to the apparent use of the word "cis" as it sounded derogatory in that context. I admitted that, at that time, I didn't know what the word was being used as, I had never heard it used before that time. So I looked it up. Wherein I found that it was in fact being used as an insult to people who identified as the gender they were born into. Many had come to the defense of the word. Some of who were slamming me for objecting to it. So I posted the article I found from the BBC that explains why it is offensive. Wherein I was told that "just because others agree with you doesn't make you right". The more comments I received, the harder they slammed me, and the madder I got. Only one person entered the conversation in my defense, for which she was slammed. A peer in the conversation went on a huge, hate filled tirade to dress her down, in public, on a public forum. I would note that many who were slamming me in an extremely disrespectful manner were in fact peers. But since nothing has been said to them, and in light of my previous experience with making complaints about peers, I would have to conclude that this behavior from peers is acceptable.

20

Case 3:23-cv-05069-RJB   Document 34-2   Filed 06/09/23   Page 18 of 24

Ms. Johnson has a habit of posting controversial issues, usually bashing straight, white men for all the ills of the world. I had made it a habit to call her out (kindly and respectfully) when she posts BS. Our relationship had been based on mutual respect for differing views. Sadly, not anymore.

**As to your complaint against another Peer in An Tir that would be involving a separate incident;. For example, in this investigation involving your Exile, you are the Subject of a complaint, filed by a Complainant. It sounds like you would like to make a separate complaint against a Peer in An Tir, if I understand you correctly? I also understand that you are no longer living in An Tir, but your complaint is against someone who does live in An Tir;  if that is the case you would need to file a complaint with the Society Seneschal, with you as the Complainant.**

No, that is not what I was saying in my previous comment. I was in reference to a complaint that I had already made to the kingdom and the society, wherein my wife and I were under the same sanctions as the peer for HER actions. Evidently the crowns felt that we were just as culpable for the incident as the peer, despite all of the evidence we presented to the contrary. I mentioned it only to highlight what I feel is an actual bias on the part of the crowns, peers and certain populace members of An Tir, mostly Blatha An Oir.

In that case, our complaint was duly filed and the judgement presented to the Crowns before we or our witnesses were ever interviewed. It was not until we presented the issue to the then Society Seneschal (Mike Watkins) that we and our witnesses were interviewed. However, by that time, we feel the crowns had already made their decision to back the peer and her behavior, and so we were punished in the same manner as she was. It appeared that the same thing was happening again in this new case that you are investigating.

In my statements above, I would expect that since you have the evidence in hand and can see where the peers behaved inappropriately PRIOR to my inappropriate comment, I would hope the society could take action against them without me needing to stick my head on the chopping block once again. They deliberately baited me (Sealioning?? Gaslighting???). Over and over, with the intent of making me angry. Which they did. It has been my experience and the experience of friends that anyone who complains about a peer will live to regret that mistake. The original poster has MANY peers as friends. In light of that fact, and the subsequent fireball that was created, it becomes obvious that it was in poor judgement to even enter into this conversation in the first place...but that's hindsight. But this is exactly why I have refrained from engaging any SCA member on anything controversial. Due to my disabilities it is very easy to rile me up, I have decided that it's better to not put myself into that position.

And by the way, it has come to my attention that someone DID file a complaint about the behavior of the peers on this thread. The complaint seems to have, once again, fallen on deaf ears, and seems to have been ignored. Again, making complaints about peers in the SCA seems to be guaranteed to get you ostracized and vilified, because the corporation will do nothing to address their bad behavior. Only non-peers get investigated and punished.

In closing- let me be clear about my reactions to all this. An Tir exiled me within 24 hours of the post (that by that time had been deleted). I was, and remain, angry over the treatment from the kingdom social media officer, seneschal and crowns. I was given no opportunity to rectify or apologize or retract publicly the statement I made. Instead, I was summarily dismissed.

Case 3:23-cv-05069-RJB    Document 34-2    Filed 06/09/23    Page 19 of 24

The worst part of all of this is that the mistreatment from SCA officers has not ended with this investigation. The Arts & Science officer of Blatha an Oir (Denise Coyle), just yesterday (Sept.15) went onto a group owned by my wife and posted the exile announcement in an attempt to discredit me. On a private group held and maintained by someone not even in that kingdom. Her blatant, continued harassment is beyond belief-considering my wife complained about her behavior to the Kingdom seneschal right after the exile happened. This is an example of the extreme measures that persons in Blatha An Oir and the kingdom of An Tir will go to to see me discredited and hopefully (in their own words) R&D'd. A copy of that conversation on their baronial facebook page is available through my wife, should you have need of it.

This was a first time/one time offence. Had it been habitual this would be a different conversation.

In the end- do I regret how the thread devolved? Yes. But as stated above, apologies at this point would be worthless, as the ones it would be intended for would simply brush it aside with derision, and others would simply judge me as trying to dig myself out of a hole they see me as deserving. So what would be my options now???

Throughout this whole ordeal, beginning with the thread, continuing with the exile and now the R&D investigation, I have felt angry, abused, vilified, unheard and persecuted. All for one comment that was deleted shortly after it was made. The ramifications of that one comment have laid most heavily on my shoulders, and has had literally no effect on those who claim to be offended by it. Should you have any additional/follow up questions I would be happy to answer them.

Thank you for hearing my defence.

George Parker



**An Tir Sanctions.docx**
13K

*Investigator's note: This document was attached to the email string "091721 email string G. Parker Re_ Parker Case, An Tir; Investigator assigned", and originally titled "An Tir Sanctions.docx" by G. Parker. The title is changed to "091721 G. Parker email response to investigator questions" for ease of reading in the casefile. The investigator's questions are in black with Mr. Parker's responses in red and underlined.*

To answer your questions, I am in possession of the entire thread with all responses. I am also in possession of your previous statements, where you have indicated that you were defending your position on terminology you felt was directed at you that you found insulting. The Society Seneschal has directed me to gather additional information for this situation in which you were Exiled; so when you mentioned that you were not certain which statement was in question in your explanations, I sent the aforementioned statement in an email to you for your clarification. I cannot divulge to you who I have interviewed or what was said in those interviews, per Corporate policy.

For clarity, as I want to directly respond to each comment, I will do so in red to ensure proper connection and to reduce the risk of missing anything.

I have received the copy you sent confirming which statement I made that this is all in reference to. Thank you for that. This is the first confirmation I have received. Yes, this is the comment that I suspected was in question all along. I am glad to have confirmation and no longer need to speculate. It seems to me there are two issues at hand here:

1.  You are correct, the OP was NOT directed at me personally, but it was directed towards everyone like me i.e. those who identify as the gender they were born.

2.  If you read all of the comments you will find where "cis dude" had in fact been directed exactly to me, by some ill intending people and in some comments, I was even called out by name. You may also notice that it is in fact being used to belittle, as a slur, as an intended insult. I feel the intent was clear.

**1. Having had a change of heart, did you consider making an apology for the remark before you deleted it?**

I felt that the first and foremost importance was to see the comment deleted so as to minimize the damage done in terms of unintentionally offending. Alas others would not allow that as they almost immediately reposted it. The owner of the page PMed me asking WFT, at which time I apologized to her. She also suggested that I do a public apology to which I responded that I was still far too angry at the treatment I received to apologise at that time. I told her that I would be

23

happy to extend an apology to her daughter, whom she said was deeply offended, as it was never my intention to hurt her.

By the time I had cooled down, the next morning, I already had an exile letter in my inbox. At that point I felt that no apology was warranted, they got exactly what they were aiming for, my exile. Others have said worse before this, yet were warned for this behavior not immediately exiled for the first time they said anything offensive. I personally know of 3 people who were warned before any sanctions. Me, they slammed right away, first offense, no discussion, no warning, no opportunity to apologize, BAM you're gone within 24 hours. Clearly I am not being paranoid, they really were out to get me. Any apology at that point would have fallen on deaf ears. And would have been viewed and received as a "you are only apologizing because you got into trouble" response.

**2. Did you hesitate before making the final statement (screencap shown in previous email), or was this a "heat of the moment" situation?**

Please understand, I am not on facebook all the time, I don't check it on my phone as many people do. So when I logged back in to my computer, I saw that the discussion had exploded with comments. It took me a while to read through them all where I found several people continuing to bash me. I was infuriated, and made that post in a fit of anger without even stopping to think about it. Evidence of that is in the fact that I said in the comment that the term "fag" would be offensive to "homosexuals" yet I unthinkingly used that the full version of the term (faggot) even though I wasn't addressing (nor intending to address) any particular person. I did not know if any of the people attacking me were homosexual, nor was it my intention to personally attack them as such. It was never my intention to directly offend/address anyone's sexual preference. It was really only my intention to illustrate the double standard being applied. If it was ok for them to call people like me "cis" and "cis dude" then it must be ok for me to call others "faggot". **Let me be clear on my stand on this topic; It is NOT ok to insult anyone for their sexual orientation or lifestyle preferences whether it's straight or gay or anything in between.** I truly believe that down in my soul. It is every person's *given* right to choose their lifestyle with indifference to what anyone thinks about that choice- and no one has the right to harass you for that choice. But that is exactly what I felt they were doing to me. In retrospect, I absolutely believe they were baiting me to elicit the exact response they got. I wish I had hesitated and exhibited more self control. I am learning.

**3. How did you come to be involved in this particular thread? You were not specifically named in the initial posting regarding "cis-dudes"; why did you decide to comment?**

The original poster was a friend of mine. We frequently traded information and opinions about what we find offensive in an open exchange of ideas, both on FB and in person. This was a meme that she posted, in general and not to or at anyone specific, as she frequently did. I had no

idea it would blow up like it did.  If you look at the first comment I made, it was directed to her explaining that I agree with the concept that everyone should use any influence they have to address the bullying of the LGBTQ community, however, I object to the apparent use of the word "cis" as it sounded derogatory in that context.  I admitted that, at that time, I didn't know what the word was being used as, I had never heard it used before that time.  So I looked it up. Wherein I found that it was in fact being used as an insult to people who identified as the gender they were born into.  Many had come to the defense of the word.  Some of who were slamming me for objecting to it.  So I posted the article I found from the BBC that explains why it is offensive.  Wherein I was told that "just because others agree with you doesn't make you right". The more comments I received, the harder they slammed me, and the madder I got.  Only one person entered the conversation in my defense, for which she was slammed.  A peer in the conversation went on a huge, hate filled tirade to dress her down, in public, on a public forum.  I would note that many who were slamming me in an extremely disrespectful manner were in fact peers. But since nothing has been said to them, and in light of my previous experience with making complaints about peers, I would have to conclude that this behavior from peers is acceptable.

Ms. Johnson has a habit of posting controversial issues, usually bashing straight, white men for all the ills of the world.  I had made it a habit to call her out (kindly and respectfully) when she posts BS. Our relationship had been based on mutual respect for differing views. Sadly, not anymore.


As to your complaint against another Peer in An Tir that would be involving a separate incident;. For example, in this investigation involving your Exile, you are the Subject of a complaint, filed by a Complainant.  It sounds like you would like to make a separate complaint against a Peer in An Tir, if I understand you correctly? I also understand that you are no longer living in An Tir, but your complaint is against someone who does live in An Tir;  if that is the case you would need to file a complaint with the Society Seneschal, with you as the Complainant.

No, that is not what I was saying in my previous comment.  I was in reference to a complaint that I had already made to the kingdom and the society, wherein my wife and I were under the same sanctions as the peer for HER actions *[investigator's note: This is in reference to the previous year's "online time out" handed down by TRM An Tir]* .  Evidently the crowns felt that we were just as culpable for the incident as the peer,  despite all of the evidence we presented to the contrary. I mentioned it only to highlight what I feel is an actual bias on the part of the crowns, peers and certain populace members of An Tir, mostly Blatha An Oir.

In that case, our complaint was duly filed and the judgement presented to the Crowns before we or our witnesses were ever interviewed. It was not until we presented the issue to the then Society Seneschal (Mike Watkins) that we and our witnesses were interviewed. However, by that time, we feel the crowns had already made their decision to back the peer and her behavior, and so we were punished in the same manner as she was. It appeared that the same thing was happening again in this new case that you are investigating.

In my statements above, I would expect that since you have the evidence in hand and can see where the peers behaved inappropriately PRIOR to my inappropriate comment, I would hope the society could take action against them without me needing to stick my head on the chopping block once again.  They deliberately baited me (Sealioning?? Gaslighting???). Over and over, with the intent of making me angry. Which they did. It has been my experience and the experience of friends that anyone who complains about a peer will live to regret that mistake. The original poster has MANY peers as friends. In light of that fact, and the subsequent fireball that was created, it becomes obvious that it was in poor judgement to even enter into this conversation in the first place...but that's hindsight. But this is exactly why I have refrained from engaging any SCA member on anything controversial.  Due to my disabilities it is very easy to rile me up. I have decided that it's better to not put myself into that position.

And by the way, it has come to my attention that someone DID file a complaint about the behavior of the peers on this thread.  The complaint seems to have, once again, fallen on deaf ears, and seems to have been ignored.  Again, making complaints about peers in the SCA seems to be guaranteed to get you ostracized and vilified, because the corporation will do nothing to address their bad behavior.  Only non-peers get investigated and punished.

In closing- let me be clear about my reactions to all this. An Tir exiled me within 24 hours of the post (that by that time had been deleted). I was, and remain, angry over the treatment from the kingdom social media officer, seneschal and crowns. I was given no opportunity to rectify or apologize or retract publicly the statement I made. Instead, I was summarily dismissed.
The worst part of all of this is that the mistreatment from SCA officers has not ended with this investigation.  The Arts & Science officer of Blatha an Oir (Denise Coyle), just yesterday (Sept.15) went onto a group owned by my wife and posted the exile announcement in an attempt to discredit me.  On a private group held and maintained by someone not even in that kingdom. Her blatant, continued harassment is beyond belief- considering my wife complained about her behavior to the Kingdom seneschal right after the exile happened. This is an example of the extreme measures that persons in Blatha An Oir and the kingdom of An Tir will go to to see me discredited and hopefully (in their own words) R&D'd. A copy of that conversation on their baronial facebook page is available through my wife, should you have need of it.

This was a first time/one time offence.  Had it been habitual this would be a different conversation.

In the end- do I regret how the thread devolved? Yes. But as stated above, apologies at this point would be worthless, as the ones it would be intended for would simply brush it aside with derision, and others would simply judge me as trying to dig myself out of a hole they see me as deserving. So what would be my options now???

Throughout this whole ordeal, beginning with the thread, continuing with the exile and now the R&D investigation, I have felt angry, abused, vilified, unheard and persecuted. All for one comment that was deleted shortly after it was made.  The ramifications of that one comment have laid most heavily on my shoulders, and has had literally no effect on those who claim to be offended by it.

Should you have any additional/follow up questions I would be happy to answer them.

Thank you for hearing my defence.

George Parker