# EXHIBIT H

Her Ladyship Alizand LeFevre
*(Aka Alizaunde Thorgeirsson née LeFevre)* *(aka as Lori of Mons Tonitrus)*
AoA, GdS , CLA, CSD, CSC, CoB, CGB, GoS
(Lori A Parker, Member # 70161)

*Date of 1st Membership: 1993*                 *Device Passed: 2003*                 *Name passed: 2014*

Vert, a chevron enarched within and conjoined at the point to a chevron argent between two fleurs-de-lys and a Thor's hammer Or.

*Awards (by date):*

1. Panther's Torch (BAO) <Baronial A&S> Sept 2020
2. Baroness' Favor (BAO) Nov. 2018
3. Friend of the Summits (Summits) March 2018
4. Raven's Gem (Aquaterra) <Baronial Largess> Sept 2017
5. Companion of the Order of the Briar (CoB) (BAO) <Baronial Service, 2nd level> April 2017
6. Goutte de Sang (GdS) <Kingdom Service>: Jan 2015
7. Golden Blossom (CGB) (BAO) <Baronial Service 1st level>: Nov. 2014
8. Light of Atenveldt (CLA) <Kingdom Service>: Nov. 2003
9. Sable Chevronels (CSC)(BMT)<Baronial Service>: April 2003
10. Beacon of the Desert (was la Orden del Sirviente del Sol) (CSD) <Kingdom Service>: Mar 2003
11. Guardian of the Saguaro (GoS)(BMT): May 1998
12. Award of Arms (AoA): July 1998

*YAFA Program Director Commendation to the BoD –*

| | |
|---|---|
| 1st Qtr. January 14, 2017 (pgs. 15-16) | 1st Qtr. January 27, 2018 (pgs 13-14) |
| 2nd Qtr. April 22, 2017 (pg. 18) | 2nd Qtr. April 21, 2018 (Presidents Report, pg 11) |
| 3rd Qtr. July 15, 2017 (pg 16) | 3rd Qtr. July 21, 2018 (Presidents Report pgs.13-14) |
| 4th Qtr. Oct 28, 2017 (pg 15) | 4th Qtr. Oct 20, 2018 (Presidents Report pg 19) |

*Offices Held:*

1. Society Seneschal Deputy: YAFA Program Director 10/2018- Current
2. Society YAFA Deputy 9/2017-10/2018
3. Baronial Herald Blatha An Oir (March 2018-current)
4. Kingdom Family Activities Coordinator (YAFA) 8/2016-9/2017
5. Baronial Herald Blatha An Oir (3/2018-current)
6. Boar Herald (An Tir) 2013-2014
7. Emergency Kingdom Calendar, Atenveldt 2003-2005
8. Baronial Webmistress (Barony March of Mons Tonitrus, Atenveldt) 2001-2003
9. Baronial Seneschal (Barony March of Mons Tonitrus, Atenveldt) 2001-2003
10. Deputy Hospitlar (Barony March of Mons Tonitrus, Atenveldt) 1996
11. Deputy Sheriff (Barony of Tir Ysgithir, Atenveldt) 1993-1994

*Events Autocrated:*

Co-Autocrat/Merchant Autocrat: Autumn War (An Tir)  2018
Merchant Autocrat: Autumn War (An Tir) 2017
Family Activities (co- with West): An Tir West War (An Tir) 2017
Merchant Autocrat: Embers and Ambrosia (An Tir) 2017
Merchant Autocrat: Autumn War (An Tir) 2016
Merchant Autocrat: Embers and Ambrosia (An Tir) 2016
Merchant Autocrat: Autumn War (An Tir) 2015
Merchant (Co- Autocrat): Autumn War (An Tir) 2014
Waterbearing An Tir West War (An Tir) 2015
Waterbearing Autumn War (An Tir) 2014
Waterbearing: May Crown Tourney (Co-Autocrat) (An Tir) 2014
Waterbearing: May Crown Tourney (Co-Autocrat) (An Tir) 2013
Pre-registration: Autumn War (An Tir) 2009
Volunteer Coordinator: Autumn War (An Tir) 2008
Estrella War XXI Early Arrival Deputy (Atenveldt) 2004

Southern Crusades: (Co-Main, Merchant) (Atenveldt) 2004
Southern Crusades: (Site) (Atenveldt) 2003
Crown Tourney: (Main) (Atenveldt) Sept 2003
Baronial Sunday: (Main) (Atenveldt) 2002
Barmaids: (Main) (Atenveldt) 1998, 2003

*Other Interests:*
- Baronial Kitchen (Estrella War) 2002
- Website for Southern Crusades 2002-2003
- Moderator for Baronial E-List (BMT) 2001-2004
- Barons War: Security 1995-1998
- Serving Feast (Too many to count)

*Other accomplishments*
- Wood Arts
  Kingdom A&S Single Entry- Kolrosing- March 2018
  Taught Kolrosing Classes:
  Egils 2018
  An Tir/ West War 2018
  William Tell 2018
- Embroidery
- Metalcast site tokens:
  Barmaids > '98
  Mace & Greatsword>'02
- Research