# EXHIBIT I

Lord Hákon Þorgeirsson von Eignersfjord
CLA, CSD, CST, GoS
(George DC Parker II, Memb.# 56581)

Date of Membership: 1989                                          Name & Device Passed: 2003

Azure, a chevron enarched within and conjoined at the point to a chevron argent between a drakkar and a Thor's hammer Or.

Awards:
1. Award of Arms (AoA): May 1994
2. Guardian of the Saguaro (GoS) (BMMT)<Baronial Service>: 1998
3. La Orden Del Sirviente Del Sol (CSD)(Atenveldt)<Kingdom Lower Service>: Jan 2003
4. Order of the Silver Thunderbolt (CST)(BMMT)<Baronial Heavy Fighting>: July 2003
5. Light of Atenveldt (CLA)(Atenveldt)<Kingdom Upper Service>: Sept 2003
6. Golden Blossom <Baronial Service>(BAO) Sept. 2016
7. Ravens Gem <Baronial Largess> (BOA) Sept. 2017
8. Baroness Favor (BAO) Nov. 2018
9. Panther's Torch (BAO)<Baronial A&S>  Apr 2019
10. Jambe de Lion (An Tir) <Kingdom A&S>  Jun 2019
11. Silver Falcon (BAO)<Excellence in Metal Arts> Sept 2020

Offices Held:
- Baronial Sheriff: (BMMT) 1994 – 1996
- Brewing Champion -Barmaids (BMMT) 1996
- Baronial Marshal: (BMMT) 2002-2005
- Baron's Champion: (BMMT) 2003
- Captain of the Guard: (BMMT) 2003-2004
- Baronial Champion – A&S (BAO) 2018

Events Autocrated:
- Barmaids Main (BMMT) 1998
- Barmaids - MIC (BMMT) 1991
- Barmaids -MIC (BMMT) 1998
- Baronial Sunday (BMMT) 2002
- Barmaids- MIC (BMMT) 2002
- Under Siege- Security (BMMT/BTY) 2002
- Barmaids - Main (BMMT) 2003
- Baronial War Practice (BMMT) 2003
- Southern Crusades: (Security) (BMMT/BTY) 2003
- Crown Tourney (BMMT) Sept 2003
- Autumn War (BAO) 2018

Volunteer
Barons War: (BTY) Security 1993-1998
Estrella War: (Atenveldt) Security 1992-2004
Under Siege: (BMMT/BTY) Marshal 2002
Barmaid's tourney: -Security (BMMT) 2004,

Other accomplishments
Collegium 2018:  A&S class on Viking Wire Braid.
Metalcast site tokens:
        Barmaids >98,
        Mace & Greatsword >02
Baronial A&S class: Viking Wire Braid (BMMT) 2002
Armor building and teaching (workshops)- including chain, leather and plate
Aided newcomers and longtime players in designing and making armor
Taken an active part in teaching the fighting arts to new members.

Brewing, teach brewing arts to all who wish to learn