

# the society for creative anachronism, inc.

P.O. Box 360789 • Milpitas, California 95036-0789 • Tel (408) 263-9305 • Fax (408) 263-0641

## EXHIBIT K

Lis Schraer
Society Seneschal/VP for Operations
seneschal@sca.org
October 28, 2021

George Parker
5705 S. Charro Lane
Hereford, AZ 85615

Dear Mr. Parker:

At its October 24, 2021 quarterly meeting, the Board of Directors of the SCA reviewed the results of an investigation into the circumstances surrounding your Exile from the Kingdom by the Crown of An Tir in April 2021. That review resulted in the following Board action:

*Motion by Dan Watson to revoke the membership of, and deny participation to, George Parker (Hakon Thorgeirsson Von Eignersfojord) effective immediately. Second by Ross Roegner. Opposed: None. Recused: Gigi Coulson. Absent: Jennifer Krochmal. Motion carried.*

Per the SCA's Corporate Policies, a revocation or denial of membership by the Board enforces exclusion from all SCA functions in all SCA kingdoms.

You have the right to appeal this action. Per the Corporate Policies of the SCA, Inc., "A revocation or denial of membership may be appealed, but such appeal must be accompanied by new evidence that warrants re-examination by the Board." You may refer to the SCA Sanctions Manual, located at https://www.sca.org/wp-content/uploads/2021/09/Seneschal-Sanctions-Manual-2020.pdf, for more information on this sanction and your rights of appeal.

Sincerely,

Lis Schraer
Vice-President for Operations/
Society Seneschal
cc: Amanda Grayson, Kingdom Seneschal, An Tir
    Nichelle Vargo, Kingdom Seneschal, Atenveldt

Case 3:23-cv-05069-RJB    Document 35-4    Filed 06/12/23    Page 2 of 69



# Conduct & Behavior in the SCA

SHARE

Community and fun happen when people feel safe together.

In the Society for Creative Anachronism, we strive for the highest degree of ethical conduct in our actions. We dedicate ourselves to honoring our rich traditions while developing equitable policies and procedures. This ensures that all those interested in pre–17th century global history can see the SCA as a space where they belong and are welcomed.

Our expectation is that all members and participants will conduct themselves in accordance with our Core Values and policies, which include (but are not limited to) the following:


**Society
for Creative
Anachronism**

- **Harassment and Bullying Policy**
  - *from Society Seneschal's Handbook, p. 40*

- **Sexual Misconduct Policy**
  - *from Society Seneschal's Handbook, p. 42*

- **Hate Speech Statement**
  - *Corpora p. 37, X.A.4*

- **Social Media Policy** (April 2021)

- **Service Animal Policy**
  - *from Society Seneschal's Handbook, p. 39*

- **Rules of the Lists**
  - *Corpora p. 36, IX.B*
  - *also see the various martial handbooks*

- **Firearms Policy**
  - *from Society Seneschal's Handbook, p. 43*

- **Grievance Procedures**
  - *Corpora p. 38, Section X.B*
  - *Information on how to resolve disputes on a personal or local level, and subsequent steps to take if help is required.*

- **Sanctions Procedures and Policies** Manual (updated October

SHARE

**Society for Creative Anachronism**

*violated the published rules and policies of the SCA, Kingdom law, or modern law. Behavior that places the SCA or another participant at substantial risk is also subject to sanction by the Kingdom or the Society.*

The SCA is expressly welcoming to all people of any race, sex, religion, national origin, gender, sexual orientation, age, or disability. *If you believe you have bee discriminated against, sexually harassed, bullied, or subjected to hate speech,* contact a seneschal, the President of the SCA, or your Kingdom's Board Ombudsman.

For more information, please see the Governing Documents/Corpora, Seneschal's Handbook, and our complete Library of Documents.

SHARE

Subscribe to
Announcements

    



The Society for Creative Anachronism, Inc.

P.O. Box 611928, San Jose, CA 95161

membership@sca.org | (800) 789-7486 | (408) 263-9305 | Fax: (408) 263-0641

© Copyright 1995-2022 The Society for Creative Anachronism, Inc. The copyright of certain portions of www.sca.org are retained by the orig
contributors.

SHARE

# the society for creative anachronism, inc.



# ORGANIZATIONAL HANDBOOK

Including Corpora, the By-Laws, Corporate Policies, and the Articles of Incorporation

Revised December 24, 2021

© Copyright 2021 - The Society for Creative Anachronism, Inc. All Rights Reserved.

Printed copies of this document can be ordered from
SCA Marketplace, PO Box 611928, San Jose, CA 95161

*Members of the Society for Creative Anachronism, Inc. may photocopy this work in whole or in part for SCA use provided copyright credit is given and no changes are made to the text. The contents of this document will be posted at http://www.sca.org and further reproduction on other Internet sites is expressly forbidden.*

# AN INTRODUCTION TO
# THE SOCIETY FOR CREATIVE ANACHRONISM (SCA)

### SCA Mission Statement:

"The Society for Creative Anachronism (SCA) is an international non-profit volunteer educational organization. The SCA is devoted to the research and re-creation of pre-17th century skills, arts, combat, culture, and employing knowledge of world history to enrich the lives of participants through events, demonstrations, and other educational presentations and activities."

---

In pursuing its mission, the SCA is committed to excellence in its programs, communications, and activities. The SCA expects that all its members and participants will conduct themselves in accordance with the SCA Core Values, to:

- Act in accordance with the chivalric virtues of honor and service in all interactions with SCA members and participants;
- Be a responsible steward of SCA resources;
- Deal fairly with others, and value and respect the worth and dignity of all individuals,
- Practice inclusiveness and respect diversity;
- Promote a safe and respectful environment for all SCA members and participants;
- Act with transparency, fairness, integrity, and honesty;
- Maintain a harassment-free environment in SCA spaces; and,
- Avoid behavior that reflects adversely on the SCA or other SCA members and participants.

The SCA provides an environment in which members can recreate various aspects of the cultures and technology of the period, as well as doing more traditional historical research. The SCA sponsors events, which may include tournaments, feasts, martial activities, classes, and other activities reflective of pre-17th century life. Members dress in pre-17th century clothing styles worn all over the world and participate in activities based on the civil and martial skills of the period. These activities recreate aspects of the life and culture, dress, pastimes, and above all the chivalric ideals of the period, unifying our events and activities. Members have free choice of what areas they will explore. The SCA is expressly welcoming to all people of any race, sex, religion, national origin, gender, sexual orientation, age, or disability.

The SCA currently has active branches in North America, Europe, Australasia, Asia, and Africa. This "Known World" is divided into Kingdoms. Each Kingdom has a Sovereign and Consort selected by tournament combat. Some of the Kingdoms include Principalities ruled by individuals also chosen by combat. These organizations are responsible for the smaller branches based in individual towns, cities, or counties.

These governing documents set forth the workings of the SCA, Inc. and of the Society.  Except where otherwise noted, the rules of the modern corporation (the By-Laws and the Corporate Policies of the SCA, Inc.) apply only to the US and other areas not separately incorporated, while the introduction and the document named Corpora governs all the Kingdoms of the Society, wherever they exist.

C.    **Royal Lists**

Only Chivalric (rattan) combat shall be used for formal tournament lists for royal ranks.

# X.    GRIEVANCES AND SANCTIONS

## A.    General

1.    While the Society is devoted to courtesy, trustworthiness, and personal responsibility, tensions and disputes do arise.

2.    The Board is the final court of appeal for disputes that have escalated beyond the ability of the participants or the officers to handle. However, it is reluctant to play that role because its rulings affect the entire Society--often by restricting everyone's freedom and reducing their enjoyment of the organization. Corpora provides a right of appeal to the Board, but members should make every effort to work out their disputes at as low a level in the organization as possible.

3.    While it is not possible to prescribe a specific list of things to do or people to consult that will serve in all disputes, the general procedure outlined here should be adaptable to most of them. If you are directly involved in a dispute, you must go through a process at least as comprehensive as this one before asking the Board for help. If you are asked to intervene in someone else's dispute because of the office or title you hold, please don't rush in. First, urge the principals to try all measures recommended for attempting to reach a settlement without involving your level of the organization. Then, if you do intervene, make every effort to find a resolution the participants can accept, instead of escalating the dispute to higher levels of the organization.

4.    Hate speech is not tolerated in the Society. Hate speech is speech or symbols that offend, threaten, or insult individuals or groups, based on race, color, religion, national origin, sexual orientation, disability or other traits. Such symbols and speech have no essential part of any discussion of ideas and are of so little value to the Society that any benefit that may be derived from them is clearly outweighed by the harm caused. The use by any participant in the Society may result in possible sanctions up to and including revocation of membership and denial of participation.

Please report any possible instances of hate speech to your Kingdom Seneschal, the Society Seneschal or the President of the SCA immediately. For more information about hate speech and the reporting of same, please refer to the Society Seneschal's Handbook.

## B.    Grievances

1.    Principles

a.    Be understanding. There are many valid approaches to Society activity. Members should make room for each other to explore anything that supports the Society's goals, abides by its rules, is legal and does not actively interfere with the environment it attempts to create. Communication is the key to finding common ground.

b.    Look for common ground. It may be possible to find compromise by taking up both alternatives, either together or at different times.

c.    Keep a sense of perspective. There are always two sides to an issue. Make an effort to listen to the arguments of the other side with good will and honesty, and look for a solution everyone can live with.

d.    Go through the chain of command/appeal. If you can't solve the problem yourself, your requests for assistance should follow a line of authority without skipping anyone, and without spreading laterally through the organization any more than absolutely necessary. For example, when you reach a level that has royalty or royal representatives, include them on

your copy list, but don't start out by copying all the royalty in your corner of the Known World and the board on your initial complaint. Try to be circumspect and polite.

e.      Be patient. Allow each level time to try to deal with the situation and avoid the temptation to be aggressive to the people you've asked for help if they don't seem to be moving fast enough to suit you. Remember we are a volunteer society.

2.      Procedures

a.      Try to work things out face-to-face. When someone does something that interferes with your appreciation of the Society in a way you can't ignore, or that seems to be contrary to the rules, talk it over. Explain the problem as you see it and listen to the reply. (Likewise, if someone comes to you, listen carefully before you frame your answer.) Hopefully this will resolve the matter. If you can't communicate, ask someone you and the other party both respect to help, either by relaying messages or by moderating a meeting between you. Try not to go to an officer in charge of the area in question, as such an officer may be tempted or compelled to make a ruling instead of letting you reach an informal agreement.

b.      Write to the person you're having difficulty with. Describe the way you feel you're being damaged, without insults or threats. Ask for the action you feel would set things right and indicate how long you feel you can wait for a reply before making further distribution of the complaint. Do not send it to anyone else at this time. Hopefully this letter, or a series of direct letters and replies, will eventually lead you to a solution. As long as you feel you're making progress either in understanding or in getting your way, do not go on to step c.

c.      Write a formal letter to the other party. Outline any new points you may have thought of and refer to your previous correspondence. Send a copy to the officer in charge of the area in question, or to the royalty or royal representative nearest the level where you have a dispute. Depending on the situation, it may be a good idea to send copies of the letters you've already written or received on the matter with the copy of the current letter you send to the superior; if you are doing so, be sure to mention it in your letter. (It is very important to proceed openly as you pursue your complaint; things are tense enough already without adding a new–and justified–charge of sneakiness to the general dispute!) Again, set a reasonable time for a reply, and consider it carefully when it arrives. As with step b, continue at this level as long as it looks like there's any progress.

d.      Write directly to the officer in charge of the area in question, with copies to the subject of the dispute, the next higher officer, and the appropriate royalty or royal representative, if any. Explain how you feel you're being mistreated and ask for specific help. Include the entire previous correspondence if you have not already shared it with the officer–and mention the enclosures in the text. Evaluate the reply or replies before you decide to go forward.

e.      Repeat step d, moving up the organization and including everyone you've involved on your copy list. Follow your correspondents' advice as to whether or not anyone else at or below their level needs to be consulted. Eventually, you run out of levels.

f.      If no one else has managed to find a solution, the Board will do so. However, there is no guarantee that you will like what they come up with, and there is nowhere else to turn. Even if you get something resembling what you originally asked for, the effect on the Society may well be regrettable, as the Board finds it almost impossible to deal with a specific situation without touching anything else.

g.      While it appears cumbersome, this technique should reach some sort of resolution in a matter of months. The greatest number of levels between you and the Board is five, assuming a dispute between members of a canton whose barony is part of a principality. The important thing is getting a solution, NOT getting to the Board, and the approach outlined in this article will probably let you settle the matter without involving the corporate administration at all.

## C.     Sanctions

1.     Royal Sanctions

a.     The Crown of a Kingdom may sanction subjects, residents, and visitors within the borders of the Crown's Kingdom for just and stated cause. Royal Sanctions take effect from the moment of proclamation but must be announced in court and also be published in the next available issue of the kingdom newsletter if the sanction is to remain in effect. Within 15 business days of the imposition of the sanction, the specific cause and occasion of the sanction must be explained in writing to the sanctioned individual.

2.     Administrative Sanctions

a.     Officers may impose Administrative Sanctions within their areas of authority, for just and stated cause, only in accordance with the rules defined in their office handbooks or specifically granted to their offices by the Governing Documents of the SCA. Only the Society Seneschal may impose an Administrative Sanction that precludes the holding of any office including that of Crown.

3.     Temporary removal from Participation in the SCA

a.     Temporary removal from Participation precludes the individual from attendance or participation in any way, shape or form in any SCA activity, event, practice, or official gathering for any reason, at any time. This includes a ban on participation on officially recognized SCA social media (Facebook) sites, officially recognized SCA electronic email lists, and officially recognized SCA webpages. This sanction, once upheld by the Board of Directors, continues until the Board makes a final decision in the matter.

4.     Reservations to the Board of Directors

a.     Sanctions on Individuals for Actions taken as Crown

The Board explicitly reserves to itself the discipline of individuals for actions taken while serving as Sovereign or Consort of a kingdom. However, the Board will not consider complaints against the Crown before the aggrieved parties have attempted to resolve their problem directly with the Crown, and then with the appropriate kingdom and corporate officers.

b.     Sanctions upon Individuals for Actions taken as Coronet

The Board reserves to itself the final determination regarding discipline of members for actions taken while serving as Sovereign or Consort of a principality. However, the Coronet remains subject to the Crown, and provisions regarding Courts of Chivalry and sanctions. If the Crown believes the Coronet has overstepped the bounds of law and custom, the normal recourse should be in-kingdom mediation and then a Court of Chivalry. If the Board upholds the judgment of such a Court, the affected parties may be subject to loss of any honors and privileges deriving from their reign, and nullification of any official acts dating back to the incident which led to the invocation of the Court. If the Crown feels that rapid action is essential to protect the SCA, it has the option of imposing a Proscription from Active Participation upon the Coronet from the realm, effectively putting the principality reign into abeyance until either condition change within the kingdom or the Board countermands the order. However, if the Board does not agree with the Crown's judgment regarding the urgency of the situation, the Board may choose to take action against the Crown as well as, or instead of, against the Coronet.

c.     Degradation from the Peerage

The Board reserves the right to degrade a person from the Peerage. However, kingdom law may define conditions and procedures under which a recommendation for such action may be made to the Board. Unless stipulated otherwise by the Board, the Board's decision in such

a case applies only to the matter at hand. Nothing prohibits a person who has been degraded from any order of the peerage from being elevated to the peerage at a later date, should the Crown determine that the person in question now meets the requirements of the order to which the person is being elevated.

d.    Revocation of Awards of Arms and Grants of Arms

As with Peerages, the Board specifically reserves the right to revoke any Award of Arms or Grant of Arms. Kingdom law may make provisions for offering such a recommendation to the Board.



# Society
# for Creative
# Anachronism



# Seneschal Handbook

April 2021

Copyright 2021 by The Society for Creative Anachronism, Inc. All Rights Reserved. This handbook is an official publication of The Society for Creative Anachronism, Inc., a nonprofit organization dedicated to research and recreation of pre-17th century history. Copies of this document can be ordered from SCA Marketplace, P.O. Box 360789, Milpitas, CA 95036-0789, or downloaded at http://www.sca.org.

Members of The Society for Creative Anachronism, Inc., may photocopy this work in whole or in part for SCA use provided copyright credit is given and no changes are made to the content. The contents of the document are posted at http://www.sca.org and further reproduction on other Internet sites is expressly forbidden.

**3. Labels must be used within 10 days of receipt; then the file must be destroyed.**

4. Before ordering labels:

    a. Request membership listing from Corporate Office or Kingdom Seneschal and review for valid current members in the polling postal codes.

    b. Compile a spreadsheet with the postal code ranges to be polled. Only list postal codes that have current members on your spreadsheet.

- Postal codes must be in numeric order.
- If there are inclusive postal codes (i.e. – 94601-94699) please list them as such.

    c. Have polling letter printed and ready to mail.

5. To order labels:

    a. Email Corporate Office and Kingdom Seneschal (if a Deputy is ordering) to request the labels.

    b. Kingdom Seneschal must provide Corporate Office acknowledgment of the request (if a Deputy is ordering).

    c. Attach the numeric Postal Code Spreadsheet to the email.

    d. Include the deadline date for the mailing to go out.

    e. Include the requester's legal name and daytime phone number in email.

# VI. Overseeing Investigations and Sanctions

## A. Overview

1. One of your duties as Kingdom Seneschal is to receive complaints of violations of the SCA's rules and policies, to investigate such complaints, and to advise the Crown on appropriate sanctions, if it is determined that sanctions are necessary.

2. **Important: Nothing in this section supersedes the duty of the Kingdom or local Seneschal, or event staff, to contact modern law enforcement officials if a suspected criminal act has occurred at an SCA event!** Please see "Dealing with Modern Law and Legal Authorities" in this handbook for more information.

3. You should instruct your local, regional, and/or principality Seneschals to notify you at once if they receive a complaint about behavior that could put the SCA or its members at risk. This includes complaints that fall under the Bullying and Harassment Policy, found in Section XIX of this Handbook.

4. Complaints need to be made in writing. Text messages and IM services such as Facebook Messenger are not considered official channels for complaints. If you receive communication through those media, you are free to investigate further and determine if

a formal complaint needs to be made, but ultimately such a complaint needs to come through an official channel. Email to an officer address is considered an official channel.

5. Corpora states that "The Board does not accept anonymous communications, and electronic communications with no identifier of the sender other than an email address will be considered anonymous."[21] It is the policy of the Society Seneschal's office that this extends to the Society Seneschal and Kingdom Seneschals as well. Complainants may *maintain confidentiality, but completely anonymous complaints cannot be properly investigated* and are therefore not actionable. They may, however, be kept on file in case further related complaints are received.

## B. Overseeing Investigations and Sanctions

1. The purpose of a Kingdom investigation is to gather the facts of the matter, and accounts of what occurred, as close to the time of the incidents as possible and in as objective a manner as possible, so you and the Crown (and possibly other Kingdom officers, depending on the nature of the complaint or offense) can decide what action, if any, is appropriate.

2. You need to notify the Crown that a complaint has been received. Exception: if the complaint is against the Crown, you must instead notify the Society Seneschal, who will refer the matter to the Board, and if an investigation is ordered, will assign an investigator from out of kingdom. Per Corpora,[22] only the Board of Directors may sanction someone for actions taken while serving as Crown.

3. Depending on the nature of the complaint and the size of your Kingdom, you may investigate the complaint yourself, or you may delegate someone else to investigate. Whoever you assign to investigate the complaint must be seen to be trusted, respected, and neutral. They cannot be associated with either party in the complaint nor have some other conflict of interest.

## C. Investigative Procedures

1. The job of the investigator is to collect statements and evidence. They must make attempts to interview the complainant or complainants, any witnesses, and the accused. These interviews must take place separately. They can be in person, or by phone or videoconference. Attempts to contact interviewees need to be documented, and multiple attempts need to be made if necessary, preferably by more than one method. If someone refuses to talk to the investigator, that needs to be noted. If someone only wants to submit a written statement, that should be allowed, but it should be noted in the investigator's report that the person declined to be interviewed.

2. Detailed notes (as close as possible to a transcript) need to be taken during the interviews. **Recording interviews may be legally problematic, depending on the jurisdiction, and must <u>never</u> be done without the express consent of the interviewee.** The person being interviewed should be given a copy of the notes and the opportunity to correct or add to the information if needed. They are <u>not</u> entitled to receive copies of any other interview notes or the investigator's final report.

3. The investigator is required to maintain confidentiality during and after the entire process. This is very important! Investigations may not be discussed outside the chain of command. The chain of command includes the Kingdom Seneschal and any relevant deputy, the Crown (and Heirs if applicable), the investigator, and occasionally perhaps another Kingdom officer if the complaint or alleged offense falls under their purview.

4. The Crown, the Kingdom Seneschal, the Society Seneschal, and any appointed investigator are prohibited from commenting on any ongoing sanction or investigation into any matter that may lead to a sanction. This prohibition does not include necessary privileged contact with additional appropriate Society and Kingdom officers.[23]

## D. After the Investigation

1. Once the investigation is concluded, you and the Crown will need to review the information and decide what, if any, action is appropriate. Not every complaint needs to be acted upon. If you determine that it is an interpersonal conflict, mediation might be appropriate. You and the Crown are empowered to strongly suggest this, but it can't be required. It is also permissible to issue a letter to one or more parties, stating the conclusions reached and suggesting behaviors going forward that might mitigate the issues. Such a letter should be treated as confidential and kept on file by your office, as documentation should further related issues arise.

2. If you and the Crown decide to take no action, you should inform the complainant(s) and subject(s) of this decision. The complainant has the right to appeal this decision to the Board through the Society Seneschal, though the Board may or may not choose to act.[24]

3. Depending on the nature of the offense, an Administrative Action may be appropriate. Administrative Actions can include, but are not limited to, a suspension or removal from office, or limitation on participation in a particular aspect of SCA activity for a set period of time. Because an Administrative Action may involve activities under another Kingdom officer's purview, that officer must be consulted and must agree that the action is appropriate. Administrative Actions are not required to be announced or published, and they cannot be open-ended—they must have a clear end date. See the Sanction Guide for more information or contact the Society Seneschal.

4. If the decision is that a Royal Sanction is appropriate, you and the Crown will need to refer to the Sanctions Guide, located on the Society Seneschal's web page, for detailed information on enacting that sanction: http://socsen.sca.org/seneschal-resources/. The Sanctions Guide spells out all the procedural steps that need to happen for the sanction to be done correctly. It is important to be sure all the steps are followed—the Board can, and has, overturned sanctions that were improperly done. An improperly done sanction can also put you and the Crown at risk of sanction by the Board.

5. After the investigation is completed, report its results to the Society Seneschal, whether or not a sanction was enacted. Certain sanctions are automatically reported to the Board by the Society Seneschal to be reviewed and either upheld or overturned. If a Temporary Removal from Participation was enacted, it will be reviewed by the Board, and if upheld, an investigation by the Society Seneschal's office will probably occur. You will almost certainly

be contacted and interviewed by the investigator, so you need to keep all records of the investigation, including contact information for those involved. These should be kept on some form of independent, secure storage.

6. **Important:** The investigation files are a permanent part of your office files and need to be passed on to your successor. Do not delete an investigation file—someone might appeal a sanction years later!

7. For assistance in structuring your investigation packet for the Society Seneschal, please refer to the Sanctions Casefile located on the Society Seneschal's web page: http://socsen.sca.org/seneschal-resources/. If you still need help or have questions, please contact the Society Seneschal.

# VII. Deputies and Succession Planning

## A. Deputies to the Kingdom Seneschal's Office

1. Kingdom Seneschals may appoint additional deputies (with the Crown's approval) as needed to perform the duties of their office. These deputies are covered under the Kingdom Seneschal's warrant.[25]

2. Each Kingdom shall have a single responsible officer (i.e., "Waiver Secretary") as a deputy to the Kingdom Seneschal to ensure that all required waivers, rosters, and sign-in sheets are collected and safely stored within a reasonable time after each event. The Waiver Secretary shall ensure that waivers for each event can be located and provided to the appropriate officials in the event a specific waiver is required. Each Kingdom shall store all original executed waivers, rosters, and sign-in sheets, or legally accepted facsimiles, in such a manner that a responsible party can easily retrieve any needed waivers.[26]

## B. Emergency Replacement Deputy and Finding a Successor

1. All Kingdom Seneschals must have a designated emergency deputy at all times and must provide the Society Seneschal with this individual's name and contact information. This person should be someone who can step in until a successor is chosen if you are suddenly unable to fulfill your role as Kingdom Seneschal.

2. The Society Seneschal must receive copies of any applications or resumes received for the Kingdom Seneschal's office.[27]

3. Both the Crown and the Society Seneschal must agree on a candidate for the office of Kingdom Seneschal before they are put into office. The Society Seneschal will normally accept any reasonable choice the Kingdom Seneschal and the Crown propose.[28]

4. However, it is possible that a warrant may be refused. Grounds include but are not limited to:

   a. Failure to meet membership requirements as specified in Corpora.

# SOCIETY FOR CREATIVE ANACHRONISM, INC. SANCTIONS PROCEDURES AND POLICIES MANUAL

Effective as of 11/15/2019
Updated January 2020

Further updated October 2020

Copyright 2020 by The Society for Creative Anachronism, Inc. All Rights Reserved.

This handbook is an official publication of The Society for Creative Anachronism, Inc., a nonprofit organization dedicated to research and recreation of pre-17th century European history. Copies of this document can be ordered from: SCA Marketplace, P.O. Box 360789, Milpitas, CA 95036-0789, or downloaded at www.sca.org.

Members of The Society for Creative Anachronism, Inc., may photocopy this work in whole or in part for SCA use provided copyright credit is given and no changes are made to the content. The contents of the document are posted at http://www.sca.org and further reproduction on other Internet sites is expressly forbidden.

## Section 1: Intent of these Procedures and Policies; Purpose of Sanctions

A. This document sets forth the Sanction Procedures and Policies for the Society for Creative Anachronism. Where an area is governed by an affiliate agreement, the affiliate organization's rules will apply and may differ from the procedures outlined in this document.

B. The purpose of a sanction is to protect the SCA and participants by removing or limiting the participation of an individual who has violated the published rules and policies of the SCA, Kingdom law, or modern law. Behavior that places the SCA or another participant at substantial risk is also subject to sanction by the Kingdom or the Society.

## Section 2: Corporate Officers and Crowns; Authority to Act, generally

A. The Board of Directors of the SCA reserves the right to sanction any individual or group of individuals in the SCA regardless of membership status, title or position. The Board reserves the sole right to modify or waive these policies as it deems necessary. The Board has the final authority on all sanctions.

B. The Society Seneschal may investigate any complaint or incident.

C. The Kingdom Seneschal may preliminarily investigate any complaint or incident within the boundaries of their Kingdom. They may notify or consult with the Society Seneschal as needed.

D. The Crown may impose a royal sanction against an individual for violations of any provision of Corpora, the SCA Corporate Documents, and/or Kingdom Law, or suspend any Kingdom Officer for misconduct of office for the duration of their reign, consistent with this Manual.

## Section 3: Overview of Administrative Actions and Sanctions

A. **Administrative Actions**

1. Suspension of an Officer: Officers may be suspended by the Crown or their Superior Officer for cause stated in writing to the officer. Suspension by the Crown is limited to the duration of the reign. Suspension by the Superior Officer is limited to not more than 90 days. The Deputy to the suspended Officer shall assume the responsibility of office during the suspension.

2. Removal from Office of a Warranted Kingdom Officer or Deputy: Removal of a warranted deputy or warranted local officer requires the approval of both the Kingdom Officer and the Crown of the Kingdom. In the event that the Crown and Kingdom Officer cannot agree to remove the deputy, they will refer the question of removal to the appropriate Society Officer. Removal of a warranted Kingdom Great Officer requires the approval of both the Crown and the relevant Society Officer.

3. If an officer is removed on grounds that they reasonably believe are based upon discrimination of any protected class, they may request that the Society Seneschal or President review the removal.
4. Other Administrative Actions: As defined in Corpora I.F, administrative actions are not limited to suspension or removal from office. Other administrative actions may be taken by kingdom officers in consultation with the Crown or appropriate Society officer. Such actions may include, but are not limited to, temporary removal of authorization or permission to participate in certain aspects of SCA activity.[3]
5. Administrative Actions must be proportional and appropriately related to the issue causing the action. The cause of the action must be explained in writing to the subject of the Administrative Action. They must also be informed of their right to appeal the Administrative Action to the Board of Directors.[3]
6. Removal of the ability to participate in an aspect of SCA activity within a kingdom cannot exceed the term of office of the officer imposing the restriction. If the next officer wishes to extend the restriction, and the Crown or Society Officer agrees, this can be done, but the total period of the exclusion cannot exceed two years. Only the Board of Directors can permanently ban somebody from an office or from participation in a particular activity.[3]
7. Administrative Actions do not need to be announced in Court nor published in the Kingdom newsletter.

## Section 4: Overview of Kingdom and Society Sanctions

### A. Kingdom Sanction: Banishment from the Royal Presence

1. A Banishment from the Royal Presence, at any function, activity or event which the Sovereign or Consort attend, precludes the sanctioned individual from attending any Royal Court, any meetings where the Crown is present including Peerage or officer meetings, entry into the Royal Encampment, contacting the Crown in any manner, or otherwise being within 50 feet of the Crown.[1]
2. This Sanction is issued by the Crown.
3. The Sanction expires at the end of the reign. While any Sanction may be appealed, the Crown has broad rights to impose a Banishment from the Royal Presence. Therefore, appeals of this sanction will not generally be considered.[3]
4. This Sanction must be read in Court and published in the Kingdom newsletter.

### B. Kingdom Sanction: Exile from the Kingdom

1. Exile from the Kingdom precludes engaging in any SCA activity in the Kingdom that issued the sanction. This does not preclude participation in activities in other Kingdoms. This precludes participation in any Kingdom-controlled social or electronic media.
2. This Sanction is issued by the Crown.
3. This Sanction terminates at the end of the reign. This Sanction must be read in Court and published in the Kingdom newsletter.

4. No person shall be subjected to a continuance of this Sanction for more than two consecutive reigns under the circumstances that prompted the original Crown to act.
5. The Society Seneschal will present this Sanction to the Board of Directors for review.

C. **Kingdom Sanction: Temporary Removal from Participation in the Society**

1. A Temporary Removal from Participation in the Society is issued by the Crown and Kingdom Seneschal after consultation with the Society Seneschal. Temporary Removal from Participation precludes the individual from attendance or participation in any manner at any SCA activity, event, practice, or official gathering for any reason, at any time. This includes a ban on participation in officially recognized SCA social media (e.g. "Facebook") sites, officially recognized SCA electronic mail lists, and officially recognized SCA web pages.
2. This Sanction must be read in Court and published in the Kingdom newsletter.
3. The Society Seneschal will present this Sanction to the Board of Directors for review.
4. Temporary Removal from Participation will last until the Board makes a final decision on the Sanction.
5. Grounds for the issuance of a Temporary Removal from Participation in the Society include, but are not limited to:
    a. Serious transgressions of SCA rules which include violation of the Governing Documents or other rules of the SCA;
    b. Theft, misappropriation, or deliberate misuse of SCA funds or property;
    c. Situations in which an individual is under criminal investigation by a modern law enforcement agency or is considered to be a risk to the SCA or its participants due to conviction of a dangerous felony or violation of a civil law or court order which could put the SCA or its participants at risk;
    d. Behavior which could put the SCA or its participants at risk or fear of imminent harm;
    e. Actions that endanger public health and safety.

D. **Society Sanction: Emergency Temporary Removal from Participation**

1. An Emergency Temporary Removal from Participation may be issued by the Society Seneschal with the approval of the Chairman of the Board, after consultation with the Crown and/or Kingdom Seneschal of the applicable Kingdom. The Temporary Removal from Participation remains in effect until the Board reviews the decision and makes a final determination on the Removal, which can include a Revocation of Membership and Denial of Participation or lifting the Sanction, amongst other things.
2. The Society Seneschal must immediately notify the Crown and Kingdom Seneschal of the affected Kingdom and must also notify the Chairman of the

Board and the President <u>within 24 hours</u> following the issuance of the Sanction. The Chairman is responsible for notifying the Board within a reasonable time.

3. Notification of the Emergency Temporary Removal from Participation shall be made to the public in a form and format deemed appropriate by the Society Seneschal and President.

4. The Society Seneschal will present this Sanction to the Board of Directors for review.

5. Emergency Temporary Removal from Participation will last until the Board makes a final decision on the Sanction.

## Section 5: Initial Notification of Sanction

### A. Notice of Kingdom Sanction

1. The Kingdom Seneschal must notify or make a reasonable attempt to notify the sanctioned person via email or telephone as soon as possible, but must also notify the sanctioned person by certified postal mail <u>within 15 days</u> of the announcement in Royal Court.

2. If the person's mailing address cannot be obtained, the Kingdom Seneschal must document attempts to notify the person by other means, and must include that documentation in the sanctions file.[3]

3. The Kingdom Seneschal should notify the Society Seneschal of the basic facts of the Sanction <u>within 24 hours</u> of issuance.

### B. Notice of Emergency Temporary Removal from Participation

1. The Society Seneschal must notify or make a reasonable attempt to notify the sanctioned person via email or telephone as soon as possible, but must also notify the sanctioned person by certified postal mail <u>within 15 days</u> of the announcement of the Emergency Temporary Removal from Participation. If the person's mailing address cannot be obtained, the Society Seneschal must document attempts to notify the person by other means.[3]

2. The Society Seneschal must notify the President and Chairman <u>within 24 hours</u> following the issuance of the Sanction. The Chairman is responsible for notifying the Board within a reasonable time.

3. After an Emergency Temporary Removal from Participation has been issued, the appropriate Kingdom Seneschal(s) shall privately notify all local Seneschals in the affected Kingdom(s) of the Sanction.

4. Additional Kingdoms may need to be informed as necessary in the determination of the Society Seneschal.

### C. Contents of Notification

The written notice shall contain:

1. Type of Sanction/Description of conditions

2. Issuing authority (Crown and/or Kingdom Seneschal or Society Seneschal)
3. Date the Sanction was issued
4. For Kingdom Sanctions, the event at which the Sanction was announced
5. Time limit of the Sanction (if applicable)
6. A brief statement of facts supporting the sanction
7. Right of appeal

D. **Responsibility for Notification**[3]

1. At both the Kingdom and Society levels, a good-faith attempt to notify the sanctioned individual at all appropriate junctures must be made and documented.
2. Inability of the SCA or its officers to obtain contact information for an individual, after due diligence, does not exempt the individual from being sanctioned.

**Section 6: Standard Sanction Process**[2]

A. The Kingdom Seneschal transmits the sanction package to the Society Seneschal. The package will include the following:
   1. A complete statement of facts from both the Crown and Kingdom Seneschal. Both statements must state why the sanction was issued.
   2. The statement of facts from the Kingdom Seneschal must also describe the initial notice or attempt at initial notice of the Sanction to the sanctioned person; a copy of the initial notification letter; and proof of sending the letter by certified mail to the sanctioned party.
   3. Proof of publication in the Kingdom newsletter or information indicating when the publication will take place.
   4. Any statements from the Complainant(s) and any witnesses.
   5. Statement from the sanctioned person, if any.
B. Society Level Process

   The Society Seneschal shall:

   1. For a Kingdom Sanction, verify that the sanction package is complete and that all necessary steps have been taken.
   2. For an Emergency Temporary Removal from Participation, prepare documentation of the Sanction.
   3. Present the Sanction, including the full package and the case cover sheet, to the Board of Directors at their next scheduled meeting, or within 30 days, whichever is later.[3]
C. Board of Directors Process
   1. The Board of Directors will review the sanctions package.
   2. At its discretion the Board may:

      a. Uphold or overturn the sanction.

    b. Extend the sanction and request the Society Seneschal investigate the matter for a determination of the need for additional action up to and including Revocation of Membership and Denial of Participation.
    c. Impose other sanctions as needed.
    d. Take any action the Board finds necessary under the circumstances.

3. Before the Board can consider a Revocation of Membership and Denial of Participation, the sanctioned person must be notified in accord with the Corporate Policies of the SCA, Inc. The Society Seneschal is responsible for sending this notification, which may be by email or postal mail.[3]

## Section 7: Appeals Process[2]

### A. Appealing a Kingdom Sanction to the Board of Directors

1. Any person who has received a Kingdom Sanction may appeal to the Board of Directors. Only the sanctioned person may bring the appeal.
2. Appeals must have the following:

    a. An introductory letter explaining the circumstances surrounding the Sanction.
    b. Any information that the Board should consider which the sanctioned individual believes supports the appeal.

3. The person should provide all evidence to support the appeal, emailed to the Society Seneschal (seneschal@sca.org) or mailed to the SCA Corporate Office.

4. All questions about an appeal should be directed to the Society Seneschal.

### B. Appealing a Sanction from the Board of Directors

1. Only a sanctioned person may file an appeal.
2. Appeals may only be filed if there exists either sufficient evidence to conclude that the Board would have reached a different decision had the evidence discovered been reviewed by the Board, or a discovery of a material error of fact.
3. The Board is the ultimate determiner and arbiter of the rules of the Society, regardless of what authority it may delegate elsewhere. All members of the Society shall therefore have the right of appeal to the Board, provided they follow proper channels for complaint and appeal.
4. The person should provide all evidence to support the appeal, emailed to the Society Seneschal (seneschal@sca.org) or mailed to the SCA Corporate Office.
5. All questions about an appeal should be directed to the Society Seneschal.

**Section 8: Confidentiality within the Sanctions Process**

### A. Confidentiality of the accused from public statements regarding allegations

The Crown, the Kingdom Seneschal, the Society Seneschal, and any appointed investigator are prohibited from commenting on any ongoing sanction or investigation into any matter that may lead to a sanction. This prohibition does not include necessary privileged contact with additional appropriate Society and Kingdom officers.[3]

### B. Confidentiality of Complainant and Witness Identify

The statement of facts in the sanction letter shall be redacted in order not to directly identify the complainant or witnesses, who shall be referred to as "Complainant (#)" or "Witness (#)".

## SANCTION MANUAL APPENDIX

### Footnotes and Updates

1. January 2020: The definition of the sanction Banishment from the Royal Presence was reviewed and further defined at the January 2020 Board meeting. It returns to an older definition of Banishment from the Royal Presence that prevents the sanction from being constructively used as an Exile from the Kingdom.

2. January 2020: The Sanction Casefile version 2.6 contains all the forms for Sanctions and Appeals.

3. October 2020: Changes further defining Administrative Actions, rights of appeal, and notification requirements were added. Confidentiality requirements were refined to make clear that kingdom and Society officers may be contacted as necessary.



# Society
# for Creative
# Anachronism



Social Media Office

# Social Media Policy

April 2021

Society Social Media Policies

Copyright 2021 — The Society for Creative Anachronism, Inc.  All Right's Reserved.  Printed copies of this document can be ordered from the SCA Marketplace, P.O. Box 360789, Milpitas, CA 95036---0789.  Members of the Society for Creative Anachronism, Inc. may photocopy this work in whole or in part for SCA use provided copyright credit is given and no changes are made to the text.  The contents of this document will be posted at http://www.sca.org and further reproduction on the internet sites is expressly forbidden.

# I.   Objectives

Through this policy, SCA Inc. seeks to:

A.  encourage its members and participants to use creativity and innovation in the use of social media by its entities to increase connectivity and participation,

B.  ensure that all content posted to official SCA social media channels by any officer or participant supports the achievement of the Society's Mission, and its role as an international non-profit volunteer educational organization,

C.  ensure that all people engaging with, and on behalf of SCA Inc. through social media have a clear and common understanding of expected standards of behavior, and how they will be managed.

# II.   Scope

A.  This policy applies to:

   a.  all people communicating through official SCA Inc. social media channels,

   b.  people using a profile or interacting on any social media, including unofficial channels, in a manner that demonstrates a direct connection to SCA Inc.,

   c.  officers of SCA Inc. with responsibility for managing SCA Inc. social media channels.

# III.   Policy Statement

A.  SCA Inc.'s expectations for functioning in an online world are stated in Corpora II.b 'All participants are expected to behave in an appropriate and respectful manner.' Participants must consider how their online actions may impact the reputation of SCA Inc. 'Society for Creative Anachronism' and 'SCA' are trademarked by the Society and SCA Inc. reserves its rights to manage the use of these trademarks.

B.  Everyone taking part in an official SCA social media channel shall:

   a.  adhere to SCA Inc. Core values,

   b.  behave with courtesy, honor, chivalry, and respect, even in times of inevitable differences of opinion,

   c.  comply with SCA policy and modern law,

d. Observe channel rules – in addition to our own requirements, you must observe the policies of the specific social media channels that participants are using – including the Terms of Service for the associated platform/channel,

e. avoid personal attacks and limit their comments to the issues under discussion,

f. ensure that the information they provide is informed and factually accurate, when commenting about SCA Inc.,

g. be responsible in their choice of material to post via official SCA social media channels and be patient with others who post material on these channels as well.

C. When posting content, all participants should recognize that:

a. Comments posted online are available immediately to a wide audience,

b. material posted online effectively lasts forever and may be copied without limit,

c. others may view material posted online out of context or use it for an unintended purpose,

d. liking, sharing or commenting on a post may be regarded as endorsing the content or author,

e. platforms or channels' security settings may not protect or keep material private

D. Participants must not make comments on social media:

a. on behalf of SCA Inc., except where they are authorized to represent SCA Inc.,

b. affecting their ability to fulfil any official SCA duties in an impartial manner,

c. damaging to the integrity or reputation of the Society.  (This does not include reasonable criticism.)

E. People in official corporate or administrative roles acting on behalf of SCA Inc. must not:

a. Make public commercial endorsements on official channels.  This includes that are evaluative, either positive or negative, or that imply exclusivity (such as an "official" product or service).

F. People in official corporate, administrative or high-profile roles in SCA Inc. should:

a. exercise particular care because of their leadership roles, and the real, or apparent, influence they may be perceived to have,

    b.  ensure that all content they post to SCA sites supports the achievement of the Society's Mission, and its role as an international non-profit volunteer educational organization,

    c.  clearly state that their views are personal and not the views of SCA Inc., except where they are authorized to represent SCA Inc.

G.  People posting content on official channels must ensure that it is either:

    a.  Publicly available or licensed for use under an appropriate release (i.e., public domain, creative commons, intellectual property release).  Where permission have not previously been obtained, written permission should be obtained through an online form or email, or

    b.  Voluntarily distributed by a creator. (Creators should ensure that all permissions, attributions, and relevant linking occurs prior to distributing their content), or

    c.  Consistent with 'Fair Use' principles.

H.  No person may publish content on official SCA Inc. social media channels that is:

    a.  Content that could be interpreted as directly or indirectly participating in, or intervening in, any political campaign on behalf of (or in opposition to) any candidate for elective public office. This includes public statements of position (verbal or written) made on behalf of SCA Inc. in favor of or in opposition to any candidate for public office,

    b.  Content that involves modern religion or modern religious subjects,

    c.  Content that broadcasts false or misleading information, including content which is intended to disparage, intimidate, or negatively impact the reputation of an individual, branch, event, or other group,

    d.  Bullying, abusive, harassment, hate speech, profanity, or sexually explicit,

    e.  Breaking or encouraging the breaking of modern law or SCA Inc. policies and rules,

    f.  Engaging in the "doxing" of other members of, or participants in, SCA Inc.,

    g.  Endangering or threatening the safety or well-being of others,

    h.  Intentionally disruptive or provocative for the purpose of causing group dissent, i.e. trolling,

    i.  SCA financial information which has not been approved for release,

    j.   Voting on SCA financial matters,

    k.   Content that involves fundraising for individuals rather than official SCA branches whether personal or in a society context,

    l.   Otherwise disallowed by existing SCA policy, including but not limited to published Society and Kingdom Seneschal, Exchequer, Chronicler, and Webminister policies,

    m.   Deemed by SCA administrators or social media officers to be inappropriate for the channel according to any guidelines set for participation in that particular channel,

    n.   Knowingly publish links to any internet locations that break any of these rules.

I.   No person using a profile connected to the SCA may publish content on Social media that is:

    a.   Bullying, abusive, harassment, or hate speech,

    b.   Endangering or threatening the safety or well-being of others.

J.   Where SCA Corpora requires content to be published first through specific venues (for example, Kingdom newsletters or websites, or through announcements in Court), no person may publish content to any social media channel prior to that initial announcement.  Examples include:

    a.   Unapproved changes to law, policy, and handbooks,

    b.   Initial event publication in a Kingdom Newsletter/Kingdom Website for official status,

    c.   Unapproved Administrative and Royal Sanctions,

    d.   Official polls, including branch status change and Baronial successions.

# IV.  Social Media Policy Glossary

**Channel**: individual locations within a platform (e.g. in Facebook – Pages vs groups)

**Core values**: http://socsen.sca.org/updated-statement-of-core-values/

**Doxing/doxxing**: sharing an individual's private information (including their identity or personal details) or aggregating their public information for the purpose of intimidating them through harassment.

**Fair use**: In its most general sense, a fair use is any copying of copyrighted material done for a limited and "transformative" purpose, such as to comment upon, criticize, or parody a copyrighted work. Such uses can be done without permission from the copyright owner. (https://fairuse.stanford.edu/overview/fair-use/what-is-fair-use/). Participants should check the copyright laws in their relevant jurisdiction as this law is often country specific.

**Official channel**: Social Media channels considered Official include Corporate, Society, *Kingdom, Regional and Group Channels*. If you conduct the official business of administering and organizing SCA activities and events in that channel, then it is Official and is subject to this policy.

**High Profile SCA Roles**: Board Members, Corporate or Society Officers, Kingdom, Regional and Group level Officers, SCA Royalty (including territorial Barons and Baronesses), Peers.

**Officers of SCA Inc**: Officers at the Corporate, Society, Kingdom, Regional and Group levels.

**Persons Authorized to Represent SCA Inc.**: Board Members, Corporate or Society Officers, Kingdom, Regional and Group level Officers, SCA Royalty (including territorial Barons and Baronesses).

**Platform**: A platform is a web-based technology that enables the development, deployment and management of social media solutions and services. It provides the ability to create social media channels and services with complete social media network functionality

**Post**: any shared or created content put on social media

**Profile connected to the SCA**: Anything reasonably associated with the SCA, which includes but is not limited to use of persona name on profile, SCA (or any local kingdom or group, listed as employer), use of registered heraldry for profile picture

**Social Media**: conversation supported by online tools

**Society Social Media Officer (SSMO)**: Corporate Officer for the Society of Creative Anachronism Inc. for Social Media. This is role is currently both the Corporate and Society Officer.

**Kingdom Social Media Officer (KSMO)**: Kingdom level Officer for Social Media

**Social Media Officer (SMO)**: Social media officers at a branch or regional level

**Society for Creative Anachronism**

# Office of Diversity, Equity and Inclusion

SHARE

OVERVIEW        DEI RESOURCES & LINKS        INCLUSIVE EXCELLENCE        DEI CLASSES

The Diversity, Equity, and Inclusion (DEI) Office is committed to promoting the values of inclusion throughout the SCA. The focus is equity, which is just and fair inclusion into an organization in which all can participate, prosper, benefit, and reach their full potential.

The DEI office develops activities and training to cultivate a climate in which all members are treated fairly and able to thrive in a welcoming atmosphere. This



**Society for Creative Anachronism**

# DEI Officer

**Jessica Van Hattem (Baroness Zahra Tesfaye)**
equity@sca.org | additional **Contact Info**

**DEI Documents**, classes, resources, and other links.

If you have questions, concerns, or suggestions please contact the DEI officer.

## Report an Incident

*If you believe you have been discriminated against, sexually harassed, bullied, or subjected to hate speech,* there is help and the first step is to tell us about it. Contact a seneschal, the **President of the SCA**, or your Kingdom's **Board Ombudsman**. You may also "cc" equity@sca.org on your correspondence, if you like.

# DEI Concepts

**Diversity** means the presence of difference, or variety, within our groups. We each have different characteristics, preferences, abilities, strengths, weaknesses, labels, cultures, and beliefs. In the SCA, we do not allow something as organic as variety to hinder the very organization we love and support.

**Equity** means equal access. When people come together in groups, some have advantages while others have disadvantages. In context of this office, equity means a process to ensure that everyone has equal access to the same opportunities in the SCA. It also means being treated with the same courtesy,



**Society for Creative Anachronism**

means that no matter your race, culture, religion, gender, sexual orientation, disability, or able-ness, you are accepted. Verna Myers explains, "Diversity is being invited to the party. Inclusion is being asked to dance." This office will be using the framework of Inclusive Excellence.

## What does Diversity, Equity, and Inclusion mean for members of the SCA?

**First**, that we are aware of issues going on in the world we live in and we know th our organization is not insulated from the impacts of implicit bias.

**Second**, that to be successful we must welcome and value new and existing members who are different from 90% of our populace.

**Third**, that discrimination, sexual harassment, bullying, and hate speech will not be tolerated in our Society.

**Lastly**, that we take action. We value chivalry and live by those tenets we claim to hold as ideal. When a participant violates the code of conduct we require, we let them know so they can adjust their behavior. The phrase, "if you see something, say something" can be applied here.

Our job as members isn't to judge other members but to be clear on what actions are acceptable. You can simply let a member know that, "we don't treat people that way in the SCA", or "that violates our core values", or "that action/statement isn't acceptable". If you have tried that without result, or feel uncomfortable doing so, you can report any incident to your local Seneschal who will report to your Kingdom Seneschal.



**Society for Creative Anachronism**

person, it is simply something to be aware of and to challenge so that you don't act on bias, mistreat any member of the SCA, or violate our laws or policies.

SHARE

Subscribe to Announcements

    



Contact Us

Media Kit

Privacy Policy

The Society for Creative Anachronism, Inc.

P.O. Box 611928, San Jose, CA 95161

membership@sca.org | (800) 789-7486 | (408) 263-9305 | fax: (408) 263-0641

© Copyright 1995-2022 The Society for Creative Anachronism, Inc. The copyright of certain portions of www.sca.org are retained by the original contributors.

 Gmail

**Lori Parker <alizaunde@gmail.com>**

___

## Slander and Libel Complaint - Please Advise
6 messages

**Lori Parker** <alizaunde@gmail.com>                              Wed, Jul 3, 2019 at 11:03 AM
To: Seneschal An Tir <seneschal@antir.org>

Greetings-
It is with sorrow that I bring to you a complaint against one of the Peers in this Kingdom, Raphaella di Contino.

Ever since I and my husband put in for B & B of Blatha An Oir, she has been targeting us with not only libel, but slander too. The first we became aware of it was shortly before May Crown, and at that event we gave her (and anyone else) the opportunity to address her concerns with us with a 3rd party moderator/witness.
We put out publicly that we would be opening our camp for anyone who had questions of us. She responded to Maude de Louisiana that she would not go to our camp because she was afraid of being "ambushed". Raphaella suggested we come to her at the Fiddle and Flagon. After some discussion, and with much trepidation, we complied.
So we; Hakon,myself, Maude, Duchess Zenobia and Bledyn Drwg de Caerdydd all trooped over to the Fiddle. The Fiddle had several people hanging around, within hearing.
When we sat down, we asked her what questions we might answer, and she proceeded to tell us we had no business putting in for B&B, that we had no PLQs, that Angharat had put in for it 4 times already and deserved it.
She also said that Hakon is a Racist and Nazi. Hakon tried to answer her, telling her he defends the rights of all people to believe what they will, and she persisted in claiming that made him a nazi. She went on for several minutes in this way.
She also targeted be, and continues to publically, on social media- claiming I am abusive.
She explained that we were hated in the Barony because we "tell people how to do their jobs"- a reference to a conversation she was NOT a party to on the BAO page (and which our seneschal looked at and "sided" with us). She went on for nearly 20 minutes telling us how awful we were, how unsuited to the office of B&B etc. with everyone around us hearing her dressing us down.

Since the decision for B&B has been delivered, she has continued to attack us on our own pages on Social Media, and clearly, according to others, is posting on her own page about us. I am including her latest digs as attachments. I urge you to speak with Volk, Maude, the Duchess and Bledyn about the incident at May Crown as well as postings afterward.

Raphaella's name-calling and public social media targeting has become more than an irritant. Calling anyone a racist and nazi is highly-charged these days. There is no proof my husband is such, because he isn't. His family has a long military history, including his own service, of defending the rights of ALL to speak and believe what they will. That doesn't make him one of them.
She continues to surf my FB page and targets her responses about me to the other posters, as recently as this morning. I have deleted several of her more directed responses because I need my page to NOT have those accusation upon it. I intend on blocking her, but that wont stop the damage she's already done as well as the damage she clearly intends to continue doing.

My position as Society YAFA Program Director means that I cannot allow this to continue. Accusations of abuse are very serious, and I simply cannot have her continuing to tell anyone, via spoken word or social media postings, that I am abusive. It impacts my effectiveness as a Society officer. In addition, I am a certified teacher. These accusations can be detrimental to me in the Modern world as well. I simple cannot have her continue.
As she is a Peer, there must be SOMETHING that can be done!

I would rather the SCA "police" their own, rather than bringing a formal lawsuit for Libel and slander. A defamation suit will involve too many SCA people and damage the Society as well as all involved. I look at that as an extreme last resort.

We have attempted to speak with her regarding her accusations.
We have attempted a moderated session.
I have posted several times a cease and desist (at least 3), which she is ignoring.
I have had enough. Please advise me of the next step.


Lori Parker
HL Alizand Thorgeirsson née LeFevre

member # 70161

*Deputy Society Seneschal-YAFA Program*

*Bealidh Pursuivant-Blatha An Oir*

*Quis custodiet ipsos custodes?*
*Vert, a chevron enarched within and conjoined at the point to a chevron argent between two fleurs-de-lys and a Thor's hammer Or*


**3 attachments**


**Raphaella4.JPG**
91K


**RAPHAELLA1.JPG**
37K

**raephealla 2.docx**
24K

---

**An Tir Seneschal** <seneschal@antir.org>                     Mon, Jul 8, 2019 at 8:24 PM
To: "alizaunde@gmail.com" <alizaunde@gmail.com>

Greetings Lady Alizand,

I'm sorry to hear that you're encountering these interactions with Mistress Raphaella. It sounds like it is very upsetting and frustrating. The types of interactions that you've described would fall under the bullying and harassment policy that was recently published for the Kingdom of An Tir.

Since you've already made some attempts to resolve the issue privately between you and Raphaella, I would recommend working through the steps in the policy in an attempt to find resolution. I've linked the policy here for you to review:

📄 BullyingandHarassmentPolicy.pdf

At this stage, it would be beneficial to work with the Seneschal of Blatha an Oir to act as a third party to facilitate a discussion about the behavior. Utilizing the steps in the policy will, hopefully, make it clear your feelings on the matter and the need for the offending behavior to stop. If it does not, than you'll have documented the tasks that the Kingdom has laid out in order to proceed with further action.

Please let me know if you have any questions regarding this policy. I am here to help facilitate the process to find mutual resolution.

————

Regards,

Mistress Alianora Greymoor, OP (Kirsten Chow)
Kingdom Seneschal, An Tir
seneschal@antir.org

---

**From:** Lori Parker <alizaunde@gmail.com>
**Sent:** Wednesday, July 3, 2019 11:03 AM
**To:** An Tir Seneschal
**Subject:** Slander and Libel Complaint - Please Advise

[Quoted text hidden]

---

Lori Parker <alizaunde@gmail.com>                                   Mon, Jul 8, 2019 at 11:06 PM
To: An Tir Seneschal <seneschal@antir.org>

Mistress-
Thank you so very much.
I will follow up with my local seneschal, although, as I stated, I have done the first few steps of the policy prior to bringing this to your attention.

Thank you so very much for your advice on how to proceed. It is truly appreciated!


Dans un service joyeux au rêve ~

HL Alizand Thorgeirsson née LeFevre


*Deputy Society Seneschal-YAFA Program*

*Bealidh Pursuivant-Blatha An Oir*

*Quis custodiet ipsos custodes?*
*Vert, a chevron enarched within and conjoined at the point to a chevron argent between two fleurs-de-lys and a*
*Thor's hammer Or*


[Quoted text hidden]

---

**Lori Parker** <alizaunde@gmail.com>                                    Mon, Jul 8, 2019 at 11:09 PM
To: BAO Seneschal <blathaanoir.seneschal@antir.org>

Greetings and Good evening-
Is suggested by the Kingdom Seneschal, I am bringing this to your attention. I would like the chance to
discuss this privately with you and come to an understanding of what I may do next, if anything.

Please let me know of a good time to meet with you and discuss this.


Lori Parker

Dans un service joyeux au rêve ~

HL Alizand Thorgeirsson née LeFevre


*Deputy Society Seneschal-YAFA Program*

*Bealidh Pursuivant-Blatha An Oir*


*Quis custodiet ipsos custodes?*
*Vert, a chevron enarched within and conjoined at the point to a chevron argent between two fleurs-de-lys and a*
*Thor's hammer Or*


---------- Forwarded message ---------
From: **Lori Parker** <alizaunde@gmail.com>
Date: Wed, Jul 3, 2019 at 11:03 AM
Subject: Slander and Libel Complaint - Please Advise
[Quoted text hidden]
[Quoted text hidden]

---

**3 attachments**

**Raphaella4.JPG**
91K



**RAPHAELLA1.JPG**
37K



**raephealla 2.docx**
24K

---

**Lori Parker** <alizaunde@gmail.com>
To: BAO Seneschal <BlathaanOir.Seneschal@antir.org>

Wed, Jul 17, 2019 at 9:35 AM

Greetings and Good Morning-
As it was suggested by the Kingdom Seneschal, I am bringing this to your attention. I would like the chance to discuss this privately with you and come to an understanding of what I may do next, if anything.

Please let me know of a good time to meet with you and discuss this.

Dans un service joyeux au rêve ~

HL Alizand Thorgeirsson née LeFevre

As suggested by the Kingdom Seneschal, I am bringing this to you.

*Deputy Society Seneschal-YAFA Program*

*Protégé to Mistress Elonda Blue Haven*

*Bealidh Pursuivant-Blatha An Oir*

*Quis custodiet ipsos custodes?*
*Vert, a chevron enarched within and conjoined at the point to a chevron argent between two fleurs-de-lys and a Thor's hammer Or*

---------- Forwarded message ---------
From: **Lori Parker** <alizaunde@gmail.com>
Date: Wed, Jul 3, 2019 at 11:03 AM
Subject: Slander and Libel Complaint - Please Advise
To: Seneschal An Tir <seneschal@antir.org>

[Quoted text hidden]

**3 attachments**



**Raphaella4.JPG**
91K

**RAPHAELLA1.JPG**
37K

**raephealla 2.docx**
24K

---

**Lori Parker** <alizaunde@gmail.com>
To: AAAGeorge Parker <thorgiersson@gmail.com>

Sun, Oct 20, 2019 at 11:24 AM

Lori Parker

*Dans un service joyeux au rêve ~*

HL Alizand Thorgeirsson née LeFevre


*Deputy Society Seneschal-YAFA Program*

*Protégé to Mistress Elonda Blue Haven*

*Bealidh Pursuivant-Blatha An Oir*


*Quis custodiet ipsos custodes?*
*Vert, a chevron enarched within and conjoined at the point to a chevron argent between two fleurs-de-lys and a Thor's hammer Or*


---------- Forwarded message ----------
From: **Lori Parker** <alizaunde@gmail.com>
Date: Wed, Jul 3, 2019 at 11:03 AM
Subject: Slander and Libel Complaint - Please Advise
To: Seneschal An Tir <seneschal@antir.org>

[Quoted text hidden]

---

**3 attachments**



**Raphaella4.JPG**
91K

**RAPHAELLA1.JPG**
37K

**raephealla 2.docx**
24K

*By filling out and submitting the form, you agree to the following:*
The information collected and contained in complaint are for the purposes of investigation, consideration and recommendation. The information is confidential and only available to the investigator, local and Kingdom Seneschal, Complainant, and Respondent (unless the request for anonymity is agreed to). The Crown, or representative of the Crown, Society Seneschal and Board of Directors may also receive a copy of the report if appropriate to the circumstances. Witnesses may be provided access to only the information relevant to them. Where An Tir believes that a matter is serious, they may investigate without a formal complaint.

Have you read the An Tir Bullying & Harassment Policy and Procedures? If not, please do so before proceeding before filing a complaint. YES

Would you like to request to remain anonymous to the Respondent? If yes, please provide justification.

Complainant

SCA Name HL Hákon Þorgeirsson von Eignersfjord (#56581)
HL Alizand Thorgeirsson née Lefevre (#70161)

Modern Name George DC Parker II
Lori A Parker

Email Address Thorgeirsson@gmail.com

Alizaunde@gmail.com

Phone Number 253-302-0014 and 0015

Home Branch Blatha An Oir

Respondent

SCA Name Raffaella di Contino

Modern Name

Email Address

Phone Number

Home Branch Blatha An Oir (Tacoma, Wa)

Describe the behavior that you believe to be bullying and/or harassment

Where and when did the incidents occur? *Provide physical locations, dates and times wherever possible.*

How did you respond to these incidents?

Are there any witnesses to these incidents? If yes, provide SCA names, modern names, and home groups.

Ever since I and my husband put in for B & B of Blatha An Oir, she has been targeting us with not only libel, but slander too. The first we became aware of it was shortly before May Crown, and at that event we gave her (and anyone else) the opportunity to address her concerns with us with a 3rd party moderator/witness.

We put out publicly that we would be opening our camp for anyone who had questions of us. She responded to Maude de Louisiana that she would not go to our camp because she was afraid of being "ambushed". Raffaella suggested we come to her at the Fiddle and Flagon. After some discussion, and with much trepidation, we complied.

So we; Hakon, myself, Maude deLouisiana, Duchess Zenobia and Bledyn Drwg de Caerdydd all trooped over to the Fiddle. The Fiddle had several people hanging around, within hearing.

When we sat down, we asked her what questions we might answer, and she proceeded to tell us we had no business putting in for B&B, that we had no PLQs, that Angharat had put in for it 4 times already and deserved it.

She also said that Hakon is a Racist and Nazi. Hakon tried to answer her, telling her he defends the rights of all people to believe what they will, and she persisted in claiming that made him a nazi. She went on for several minutes in this way.

She also targeted Alizand, and continues to publicly, on social media- claiming I am abusive. She explained that we were hated in the Barony because we "tell people how to do their jobs"- a reference to a conversation she was NOT a party to on the BAO page (and which our seneschal looked at and "sided" with us). She went on for nearly 20 minutes telling us how awful we were, how unsuited to the office of B&B etc. with everyone around us hearing her dressing us down. Since the decision for B&B has been delivered, she has continued to attack us on our own pages on Social Media, and clearly, according to others, is posting on her own page about us. She has repeated the allegations that Hakon is a Nazi and I am abusive to others, including Volk the Grey. I am including her latest digs as attachments. I urge you to speak with Volk, Maude, the Duchess and Bledyn about the incident at May Crown as well as postings afterward.

<The Fiddle and Flagon, since this conversation happened, has "Banned" Hakon and I from the camp- even though they have a publicly stated "Open and Inclusive" camp/bar>

Raffaella's name-calling and public social media targeting has become more than an irritant. Calling anyone a racist and nazi is highly-charged these days. There is no proof my husband is such, because he isn't. His family has a long military history, including his own service, of defending the rights of ALL to speak and believe what they will. That doesn't make him one of them.

She continues to surf my FB page and targets her responses about me to the other posters, I have deleted several of her more directed responses because I need my page to NOT have those accusations upon it. I intended to blocking her, but that wont stop the damage she's already done as well as the damage she clearly intends to continue doing.

Copies of text and FB messages and conversations highlighting this behavior is available upon request.

Witness names:
Maude De Orleans (Latoya Johnson)
Duchess Zenobia
HL Bledyn Drwg de Caerdydd (Kevin Wolfe)

Since this initial face to face conversation, we have been increasingly attacked by more and more members of the Barony- anytime we post to the Baronial FB page, attacks come from all sides, but mostly from Nykera Drago D'Argento (Denise Coyle), who unmercifully attacks every single word we post.

Raffaella has spoken at our seneschal's house in a derogatory manner (witness: Heather Vaerewyck < Hafþóra Krístna>) about us, without censure. She has spoken to others who have indicated to us the nature of her comments (Volk the Grey, for one).

On Sept. 10th, Hakon and I both went to Elspeths, where we sat with her and Elizabeth Lewis (as witness) and told her our story. She wrote notes, and said she'd transcribe our notes, and let us review it for content prior to sending it to Kingdom. She also stated she'd contact Raffaella to "get her side". She stated they were "great friends" once, but not so much anymore.

We waited.

Recently, Nykera (Denise Coyle) took one of Alizands post, and posted a long response on her own page ridiculing it. The post was responded to by many Baronial members, with comments mean and mild- but these comments specified things that made it clear they were about us. We hardly know Nykera, only at events, and she is a GREAT friend of Raffaella's. A copy of the conversation is included with this report. Nykera has been particularly hateful in targeting every single post we make on the Baronial Page and writing long missives telling us how wrong we are and why. Every time. This has resulted in a fear of posting on the Baronial FB page, meaning we cannot ask questions or ask for information. We have been truly ostracized.

When Elspeth was questioned by Hakon regarding this conversation Nykera posted about, she claimed she didn't know what it was about, yet she commented twice on the thread. A copy of the Messenger conversation is available.

Because of the actions and inactions of the Peers in our Barony, we have lost respect, we have lost friends and we have lost the desire to play at all. We have seen Baronial members begin to follow along and jump on the bandwagon- we have endured months of this behavior. The overall attack culture of Blatha An Oir has become a cancer- affecting everyone.

The accusations of being a Nazi racist and abuser not only played a part in us losing the polling but has had an adverse impact on our ability to play and enjoy the SCA. We feel will never be able to recover. No matter what we say, or DONT say, we will never be able to trust the Barony which should have been our home. Alizands position as a Society Officer could easily be in jeopardy not only because of these innuendos and allegations, but also because of this very complaint. We greatly fear more retaliation. In addition, These accusations can also have modern impact on Alizand's job, should they become known.

Her words on other people' pages show she is unfit to be on the Diversity and Inclusion Council of An Tir. She is mocking, irreverent and cruel. Her language shows her true character.

Timeline:
May 18th, 2019 Initial encounter in person
July 3rd- 1st letter to Kingdom Seneschal-
        Copy of Email in file

July 8th - Reply received-
        Responded July 8th
        Emailed BAO Seneschal July 8th
        Copy of emails

July 17th- 2nd attempt to Blatha An Oir Seneschal

Sept 4th - Conversation moved to Messenger
                Conversation screenshot
Sept. 10th Meeting with BAO Seneschal & 3rd party witness

Oct 20th Requested copy of Complaint transcript to review

Oct 25-27 Collegium (all parties in attendance)

Oct 28 2nd attempt for transcript review

        Have previous actions been taken to resolve this issue? *If yes, please provide information.*
See above

What outcome are you looking for?

In no particular order:

Raffaella do Contino-

> Removal from EDI Council
>
> Degradation from Peerage
>
> Banned from holding office (Kingdom or lesser) for 5 years
>
>> Reasoning: Bullying and harassment as defined by the Corporate Policy
>>
>>> Prosecutable libel and slander
>>>
>>> Retaliatory attacks after knowledge of complaint filed
>>>
>>> Inciting others to action/join in

Yusuf

> Removal as Baron and other Office(s)
>
> Removal as Kingdom EDI Deputy
>
> Banned from holding office 5 years
>
>> Reasoning: Condoning bullying and harassment as defined by the Corporate Policy

Francisca Ossiander

> Removal from Chatelain Office
>
> Banned from holding office for 5 years
>
>> Reasoning: Bullying and harassment as defined by the Corporate Policy
>>
>>> Possible retaliatory attacks after knowledge of complaint filed against her friend
>>>
>>> Inciting others to action/join in

Dawn Vanderhorst Chronister

> Removal from Office(s) Baronial and Kingdom
>
> Banned from holding office 2 years.
>
>> Reasoning: Inciting bullying and harassment as defined by the Corporate Policy
>>
>> Possible retaliatory attacks after knowledge of complaint filed against her friend

Nykera Drago D'Argento

> Removal from office
>
> Banned from holding office for 5 years
>
>> Reasoning: bullying and harassment as defined by the Corporate Policy
>>
>> Possible retaliatory attacks after knowledge of complaint filed against her friend

Inciting others to action/join in

Beth Park

Removal from Office(s)

Banned from holding office (Kingdom or lesser) for 5 years

Reasoning: Condoning bullying and harassment as defined by the Corporate Policy

Lack of action in a timely manner regarding Bullying and Harassment complaint

Knowledge and agreement of sentiments posted

Knowledge and support of Protégé's actions and words (Bullying, harassment, inciting etc)

Lack of actual knowledge regarding official duties or processes

Other issues upon request

By submitting this complaint, you attest that the information provided above is, to the best of your ability, a true and accurate account of the events and actions described.

Date 10.31.2019

HL Alizand Thorgeirsson née Lefevre

HL Hákon Þorgeirsson von Eignersfjord

George DC Parker II

Lori A Parker

Email Address Thorgeirsson@gmail.com

Alizaunde@gmail.com

Phone Number 253-302-0014 and 0015

 **Gmail**

**Lori Parker <alizaunde@gmail.com>**

---

## Harassment Complaint
2 messages

---

**Lori Parker** <alizaunde@gmail.com>                    Sun, Oct 20, 2019 at 12:09 PM
To: BAO Seneschal <BlathaanOir.Seneschal@antir.org>
Cc: AAAGeorge Parker <thorgiersson@gmail.com>

Greetings-
Could we please get a copy of the Complaint we discussed regarding Raffaella Di Contino for review.
It has been nearly a week since we've been home and have heard nothing about being able to review
this.

Thanks in advance-
Lori Parker

Dans un service joyeux au rêve ~

HL Alizand Thorgeirsson née LeFevre


*Deputy Society Seneschal-YAFA Program*

*Protégé to Mistress Elonda Blue Haven*

*Bealidh Pursuivant-Blatha An Oir*


*Quis custodiet ipsos custodes?*
*Vert, a chevron enarched within and conjoined at the point to a chevron argent between two fleurs-de-lys and a*
*Thor's hammer Or*

---

**George Parker** <thorgiersson@gmail.com>                    Sun, Oct 20, 2019 at 12:14 PM
To: Lori Parker <alizaunde@gmail.com>
Cc: BAO Seneschal <BlathaanOir.Seneschal@antir.org>

We would also like a copy of Raffaella's grievances against us.
Thank you.
George
[Quoted text hidden]
--

Kveðja í þjónustu við drauminn,

Hans Drottinvald Hákon Þorgeirsson von Eignersfjord
AoA, CLA,CSD,CST,GoS.OoGB, CoB
*Azure, a chevron enarched within and conjoined at the point to a chevron argent between a drakkar and*
*a Thor's hammer Or*

**Alizand Thorgeirsson** Lori Parker (wife of George Parker)
9 hrs · When you SAY you're inclusive, but kick out someone for imagined slights
Things that make you go hmmmmmmmmmm

7Hafþóra Krístna, Jean-Pierre Colbert and 5 others
30 Comments
Like

CommentShare
Comments

- **Raffaella Di Contino** Do you mean kicked out, as in R&D'd and no longer allowed to play? It usually takes actual legal conviction to be kicked out these days, so I'm a little confused.

  Delete or hide this

  - Like
  - · Reply
  - · 8h
- **Di Anicker** Raffaella Di Contino you can be kicked out of the SCA unofficially, have seen it happen before... People "invited to leave" or other such terms. Don't know the case being spoken of here, but it happens.

  Delete or hide this

    - Like
    - · Reply
    - · 6h
- **Raffaella Di Contino** Di Anicker Do you mean for behavior issues, even if they don't rise to the level of R&D, but people aren't willing to tolerate it?

  Delete or hide this

    - Like
    - · Reply
    - · 6h
- **Di Anicker** Raffaella Di Contino one I'm thinking of was simply the powers that be decided they didn't want the folks in the group any longer over a basic difference of opinion.

  Delete or hide this

    - Like
    - · Reply
    - · 6h
- **Raffaella Di Contino** Di Anicker that's shitty- I've seen people in positions where they used those positions to abuse others and that's never okay.

  Delete or hide this

          "    Like
          "    · Reply
          "    · 6h

o  **Di Anicker** Raffaella Di Contino yep.

   Delete or hide this

          "    Like
          "    · Reply
          "    · 6h

o  **Raffaella Di Contino** That's why it's super important to vet people who have a history of behavioral problems before they are put into positions of even perceived power like that.

   Delete or hide this

          "    Like
          "    · Reply
          "    · 6h

o  **Alizand Thorgeirsson** Being R&D'd requires a long investigation, and usually starts with a kingdom complaint. I'm talking of households/groups that claim "inclusiveness" but fail to practice what they preach. Inclusive ideals include people that disagree with you, people you personally dont like, or people who have insulted you. If you are truly "Inclusive" you agree to disagree and move on.

   Edit or delete this

          "    Like
          "    · Reply
          "    · 28m

o  **Raffaella Di Contino** Alizand Thorgeirsson I think you are confusing inclusivity with people turning a blind eye to those who are hurtful to others, repeatedly, intentionally, who refuse to take responsibility for their own actions even after it's pointed out that they are hurting others. That's not lack of inclusion, that's having boundaries.

   Delete or hide this

          "    Like
          "    · Reply
          "    · 20m


   View 20 more replie s

·  **Alizand Thorgeirsson** Certain groups within the SCA claim "inclusion" and "one big family" but expel you if you dont agree with their definitions-

   2

   Edit or delete this

o  [Like](#)
o  · [Reply](#)
o  · 1h

Write a comment...

Alizand Thorgeirsson

8 mins ·

For the uniformed Raffaella Di Contino

Defamation is an area of law that provides a civil remedy when someone's words end up causing harm to your reputation or your livelihood. Libel is a written or published defamatory statement, while slander is defamation that is spoken by the defendant.

Legalzoom:

Differences Between Defamation, Slander, and Libel

Brette Sember, Esq. by Brette Sember, Esq.

Freelance writer

Differences Between Defamation, Slander, and Libel

by Brette Sember, Esq., August 2015

Defamation, slander, and libel are terms that frequently confused with each other. They all fall into the same category of law and have to do with communications that falsely debase someone's character.

Defamation Definition

What is defamation? Defamation is a false statement presented as a fact that causes injury or damage to the character of the person it is about. An example is "Tom Smith stole money from his employer." If this is untrue and if making the statement damages Tom's reputation or ability to work, it is defamation. The person whose reputation has been damaged by the false statement can bring a defamation lawsuit.

Defamation of character happens when something untrue and damaging is presented as a fact to someone else. Making the statement only to the person the statement is about ("Tom, you're a thief") is not defamation because it does not damage that person's character in anyone else's eyes.

Legal Difference Between Opinion and Defamation

There is an important difference in defamation law between stating an opinion and defaming someone. Saying, "I think Cindy is annoying" is an opinion and is something that can't ever really be empirically proven true or false. Saying "I think Cindy stole a car" is still an opinion but implies she committed a crime. If the accusation is untrue, then it will defame her. This is why the news media is so careful to use the word "allegedly" when talking about people accused of a crime. This way they merely report someone else's accusation without stating their own opinion.

Importance of Intent

Another crucial part of a defamation case is that the person makes the false statement with a certain kind of intent. The statement must have been made with knowledge that it was untrue or with reckless disregard for the truth (meaning the person who said it questioned the truthfulness but said it anyhow). If the person being defamed is a private citizen and not a celebrity or public figure, defamation can also be proven when the statement was made with negligence as to determining its truth (the person speaking should have known it was false or should have questioned it). This means it is easier to prove defamation when you are a private citizen. There is a higher standard required if you are a public figure.

Some states have laws that automatically make certain statements defamation. Any false statement that a person has committed a serious crime, has a serious infectious disease, or is incompetent in his profession are automatically defamatory under these laws.

Slander and Libel Definition

What is Slander? What is Libel? Libel and slander are both types of defamation. Libel is an untrue defamatory statement that is made in writing. Slander is an untrue defamatory statement that is spoken orally. The difference between defamation and slander is that a defamatory statement can be made in any medium. It could be in a blog comment or spoken in a speech or said on television. Libelous acts only occur when a statement is made in writing (digital statements count as writing) and slanderous statements are only made orally.

You may have heard of seditious libel. The Sedition Act of 1798 made it a crime to print anything false about the government, president, or Congress. The Supreme Court later modified this when it enacted the rule that a statement against a public figure is libel only if it known to be false or the speaker had a reckless disregard for the truth when making it.

Damages for Defamation

Suing for slander, libel, or defamation brings a civil suit in a state court and alleges that under the slander laws or libel laws of that state the person who brought about the lawsuit was damaged by the conduct of the person who made the false statement. A libel or slander lawsuit seeks monetary damages for harm caused by the statement, such as pain and suffering, damage to the plaintiff's reputation, lost wages or a loss of ability to earn a living, and personal emotional reactions such as shame, humiliation, and anxiety.

Defending a Defamation Case

If you are accused of defamation, slander, or libel, truth is an absolute defense to the allegation. If what you said is true, there is no case. If the case is brought by a public figure and you can prove you were only negligent in weighing whether the statement was false, that can be a defense as well.

Defamation is an area of law that protects people's reputations by allowing them recourse if false statements are made about them. This type of civil case is an effective way to protect your reputation.

7 Comments

Like

Comment

Share

Comments

Raffaella Di ContinoActive Now

Raffaella Di Contino How exactly is my saying that people are allowed to have boundaries slanderous, or libel? More to the point- how has this cost you income in any possible way? Get a grip and look at your own actions before lashing out at others. This is a perfect example of my not having to say anything and letting your actions speak clearly for themselves.

Delete or hide this

Like

· Reply · 5m

Alizand Thorgeirsson

Alizand Thorgeirsson Just thought you'd want the definitions on hand.....

Edit or delete this

Like

· Reply · 4m

Raffaella Di ContinoActive Now

Raffaella Di Contino Alizand Thorgeirsson because you think you can bully me with them? Nice try.

Delete or hide this

Like

· Reply · 4m

Alizand Thorgeirsson

Alizand Thorgeirsson I think you should re-read the definitions. Please stop trying to bully me-

Edit or delete this

Like

· Reply · 1m

Raffaella Di ContinoActive Now

Raffaella Di Contino Funny how you are accusing me of the very thing you are doing by attempting to threaten me. Hypocrites who complain about hypocrites........

Delete or hide this

Like

· Reply · 1m

Alizand Thorgeirsson

Write a reply...

Raffaella Di ContinoActive Now

Raffaella Di Contino Hey Ari- I'm being threatened with legal action- would you care to review. I will also PM you

Delete or hide this

Like

· Reply · 5m

Alizand Thorgeirsson

Have fun. When I threaten you, you will know it. I've simply asked you to cease and desist your defamation of my character. Your Libel and slander must stop. This is my third request.

Press Esc to cancel.

Alizand Thorgeirsson

Write a comment...

 Gmail

**Lori Parker <alizaunde@gmail.com>**

## Re: Bullying and Harassment Complaint - Investigation ACTION NEEDED

2 messages

---

**Lori Parker** <alizaunde@gmail.com>                    Mon, Nov 11, 2019 at 10:20 AM
To: Attia Prima <attia@antir.org>

Thank you-
We have incidents going back at least to January of 2019. The Bullying started when we put in for Baron and Baroness-
May Crown was our attempt at a mediated discussion with the woman spearheading the campaign.
Lori Parker

Dans un service joyeux au rêve ~

HL Alizand Thorgeirsson née LeFevre


*Society YAFA Program Director*

*Protégé to Mistress Elonda Blue Haven*

*Bealidh Pursuivant-Blatha An Oir*


*Quis custodiet ipsos custodes?*
*Vert, a chevron enarched within and conjoined at the point to a chevron argent between two fleurs-de-lys and a Thor's hammer*
*Or*


On Mon, Nov 11, 2019 at 7:50 AM Attia Prima <attia@antir.org> wrote:
In order to move forward on the investigation and letting the Respondents know they have a Bullying and Harassment complaint filed against them I need to have all the information you wish to provide in this complaint. As soon as you are able to provide me with the answers below then we'll get started. An investigation by the office of the Kingdom Seneschal is a information gathering process. This is why I have asked for more information should you wish to provide it. This process will culminate in a report, written by me and delivered to the Crown. It is important to clarify that decision making regarding sanctions rests solely with the Crown.

Defining the Scope of the investigation.

In your initial complaint you stated that the following people are respondents in this investigation:

Raffaella do Contino
Baron Yusuf
Francisca Ossiander
Dawn Vernderhorst Chronister
Nykera Drago D'Argento
Beth Park

You are asking for an investigation of bullying and harassment of these Respondents as stated in your initial complaint. We will focus on the time between May Crown 2019 and October 31, 2019.

If this sounds reasonable to you please provide me with the following information by November 29, 2019.

1) Is there any other documentation (emails, screenshots etc) that you would like me to add into the investigation?

2) Please let me know convenient evening times where I may have a Skype call with both you and Hakon. These would be separate conversations.

As I have previously indicated I will be on vacation from November 16 - 25 and will have no access to email. Once I have the answers to these questions we will get started.

Thank you!

Attia

---

**Lori Parker** <alizaunde@gmail.com>
To: Attia Prima <attia@antir.org>

Mon, Nov 11, 2019 at 12:30 PM

We do understand about scope. But the issues either started or became "public" with the baronial polling process.
For us- its when it began.
Hakon and I are currently going through our stuff and will get it to you as soon as possible. He's out of State until the 14th, so we're working as we can.

Have a great vacation-
Lori Parker

Dans un service joyeux au rêve ~

HL Alizand Thorgeirsson née LeFevre


*Society YAFA Program Director*

*Protégé to Mistress Elonda Blue Haven*

*Bealidh Pursuivant-Blatha An Oir*

*Quis custodiet ipsos custodes?*

*Vert, a chevron enarched within and conjoined at the point to a chevron argent between two fleurs-de-lys and a Thor's hammer*
*Or*

On Mon, Nov 11, 2019 at 10:20 AM Attia Prima <attia@antir.org> wrote:
> Okay so the dates will be January 2019 to oct 31. Please understand that I have to give a scope.
>
> Attia
>
> Get Outlook for iOS
>
> ──────────────────────────
>
> **From:** Lori Parker <alizaunde@gmail.com>
> **Sent:** Monday, November 11, 2019 9:20:04 AM
> **To:** Attia Prima <attia@antir.org>
> **Subject:** Re: Bullying and Harassment Complaint - Investigation ACTION NEEDED
>
> [Quoted text hidden]

Impact Statement

G6I have been under a Doctors care for Anxiety and Depression. I can provide proof of such as needed. I come from a previous marriage of 10 years where I was emotionally and physically abused- where much of my anxiety and depression stem from. In addition, George (Hakon) has been diagnosed as Asperger's and ADHD, and has also suffered from abuse. These are important to remember as you view the evidence we have submitted. That said, I hope to help you understand the actual impact that this has had on me and my husband.

We have been very frustrated with our inability to face this head-on, as we were in the polling for Baron and Baroness. We felt we could not be public in answering the slander and lies being told about us. At May Crown, when Latoya put it out that we would be available for a Q&A should anyone desire, the only one who came forward was Raffaella. And she came not with questions, but with an all-out attack.

Here is a copy of our initial email to the Kingdom Seneschal, dated July 3rd.

*Ever since I and my husband put in for B & B of Blatha An Oir, she has been targeting us with not only libel, but slander too. The first we became aware of it was shortly before May Crown, and at that event we gave her (and anyone else) the opportunity to address her concerns with us with a 3rd party moderator/witness.*
*We put out publicly that we would be opening our camp for anyone who had questions of us. She responded to Maude de Louisiana that she would not go to our camp because she was afraid of being "ambushed". Raphaella suggested we come to her at the Fiddle and Flagon. After some discussion, and with much trepidation, we complied.*
*So we; Hakon,myself, Maude, Duchess Zenobia and Bledyn Drwg de Caerdydd all trooped over to the Fiddle. The Fiddle had several people hanging around, within hearing.*
*When we sat down, we asked her what questions we might answer, and she proceeded to tell us we had no business putting in for B&B, that we had no PLQs, that Angharat had put in for it 4 times already and deserved it.*
*She also said that Hakon is a Racist and Nazi. Hakon tried to answer her, telling her he defends the rights of all people to believe what they will, and she persisted in claiming that made him a nazi. She went on for several minutes in this way.*
*She also targeted me, and continues to publically, on social media- claiming I am abusive. She explained that we were hated in the Barony because we "tell people how to do their jobs"- a reference to a conversation she was NOT a party to on the BAO page (and which our seneschal looked at and "sided" with us). She went on for nearly 20 minutes telling us how awful we were, how unsuited to the office of B&B etc. with everyone around us hearing her dressing us down.*

*Since the decision for B&B has been delivered, she has continued to attack us on our own pages on Social Media, and clearly, according to others, is posting on her own page about us. I am including her latest digs as attachments. I urge you to speak with Volk, Maude, the Duchess and Bledyn about the incident at May Crown as well as postings afterward.*

*Raphaella's name-calling and public social media targeting has become more than an irritant. Calling anyone a racist and nazi is highly-charged these days. There is no proof my husband is such, because he isn't. His family has a long military history, including his own service, of defending the rights of ALL to speak and believe what they will. That doesn't make him one of them.*
*She continues to surf my FB page and targets her responses about me to the other posters, as recently as this morning. I have deleted several of her more directed responses because I need*

*my page to NOT have those accusation upon it. I intend on blocking her, but that wont stop the damage she's already done as well as the damage she clearly intends to continue doing.*

*My position as Society YAFA Program Director means that I cannot allow this to continue. Accusations of abuse are very serious, and I simply cannot have her continuing to tell anyone, via spoken word or social media postings, that I am abusive. It impacts my effectiveness as a Society officer. In addition, I am a certified teacher. These accusations can be detrimental to me in the Modern world as well. I simple cannot have her continue.*
*As she is a Peer, there must be SOMETHING that can be done!*

Since that time, Raffaella has spoken the same words to others- some we know about, but we're positive there is a vast amount we DON'T know about.

The impact on those in the Barony has become apparent over the last few months:

As Baronial Herald, I was NOT part of the revisions to the BAO Ceremonials. That's was MY JOB to be included- and Jonnalyn made the revisions without my knowledge. It was presented to me as a completed document.
Any time we posted to the Baronial FB page, we were attacked by any and all- most especially Nykera (Denise), Francisca Ossiander and Dawn Chronister (Kira Mikkelsdotter). No one- not the seneschal, not the Baron or Baroness ever came to our defense, nor did they stop the very public attacks.

Bear in mind- Francisca is Elspeth's (Seneschal) Protege. Dawn is Jonnalyn's Court Herald and Court Coordinator. Nykere is engaged to one of Gernon's Squires.

My post to the Kingdom Scribal page is a prime example of what we have dealt with. We are afraid to post to the Baronial page- to simple be attacked again and again. Molly Boone- whom I barely know, and haven't ever said more than 10 words to...attacked me with really, no cause at all.

I've been a member of the SCA since 1992. My membership number is 56581. I have a history of serving, of holding offices.  I have service awards from 2 Kingdoms. I'm currently a Society Officer....and I'm in tears just thinking about all this.  I do NOT deserve this from anyone- but especially, I do not deserve to be told I have NO PLQ's and have no "business" running for B&B.

I do not deserve to be brought to tremors just thinking about going to a meeting or to a event put on by this Barony. I've torn my hand to bleeding because of the stress (a condition I suffer- again, medically diagnosed as brought on by stress).

The post on Nykera's page (now deleted) was simply another nail in our coffin. EVERYONE including Baron Yusuf and Elspeth (the seneschal) is culpable. No one STOPPED it. They all "knew" who they were talking about- with enough references to me and George to make it obvious that WE were the targets. But NO ONE stopped it- not even the Kingdoms Seneschal Deputy for EDI- Yusuf.

I may have erred in trying to get Baronial officers to do their jobs- the chronicler should NOT have been asking if the populace "wanted a newsletter"- she should have known. Its easily found in the Chroniclers handbooks, which she clearly never read.

I should never have had to point out to the Seneschal HOW to run a background check, nor advise her that officer positions HAD to be advertised, and not just handed off as she and the B&B wanted to.

If I am guilty of telling people how to do their jobs, perhaps it is because they weren't doing them, and they seemed to have no idea what their job entails.

I may be guilty of that, but I certainly DON'T deserve being attacked over and over- for whatever I say. No one does.

In all my years in the SCA, I have never felt more ostracized, more outcast than I do now.

To let this go is to let Raffaella and her lies win. She needs to be brought to bear the consequences of this. And the consequences of her lies being spread to others.

What she has started is Slander and Libel. Prosecutable. Her words to the Crown for the polling (because you know as well as we that she said the same to the Crown as she said to us) is evidence we can subpoena. Her continued story-telling about us has bled over to many of the Barony. Dawn used to be a friend. Francisca used to be cordial. Nykera also- not a friend, maybe, but not an enemy- at least not until after the polling.

Yusuf- Baron- who posted anti-white racially-charged memes on his page prior to the Q&A- he should have stopped all this. He should have stepped up in his roll as EDI Officer and stopped this. Because Anxiety and Aspergers/ADHD are invisible doesn't mean no protection needs to be given. He should have stepped in and STOIPPED that whole conversation on Nykera's page.

Elspeth- the seneschal- should have STOPPED the conversation instead of giving her seal of approval by not only agreeing with what was said, but by "looking into" getting the persons they were talking about banned from the unofficial list- us banned? For what?

Jonnalyn-Baroness- took a month to answer my complaint of her Court Reporter telling me how to do my job. A MONTH. And instead of addressing it- she brushed my complaint aside.

Dawn- a former friend- unfriended me- then complained to my Pelican that I blocked her....-I blocked her Modern FB , NOT her SCA Facebook, which she herself said she would be using for all SCA communications.

Denise- whose opinion of us was well and truly laid out on her page- then deleted as soon as LaToya asked for people to quit "vague-booking" and just name names. We, neither George nor I have been nothing but gracious to her. Yet at every chance, since the polling she would get up on the page and write long missives as to why were horrible people and wrong on every single count. On a public page. Bashing us over and over.

My anxiety has affected my modern job. My ability to focus as well as complete assigned tasks has suffered. Depression has made it difficult for me to attend my necessary YAFA tasks. I push through, but take little joy anymore- just going through the motions. All the joy in the SCA is dimmed- colored by "who is talking about me now" and "why wont anyone hear MY SIDE?"

George has suffered too- vacillating between wanting to quit and wanting to stand up in public and call each and every one of them out- His Aspergers makes it difficult for him to understand what has motivated these people to try and destroy us- for that is what they are doing- trying to destroy us.

Please know we have stepped back and are doing nothing with the Barony at this time.  We do not post to the List (and havent since September). We do not attend meetings, nor events. We missed Harvest Feast because we knew we'd be targeted and talked about.

We know that simply because we are bringing this out in the open that we will once again be targets, and that the rumor-mill will be working overtime. We have accepted that we will once again be targeted, and that we will be vilified all over again. But this cannot continue. 4 Peers and a Protégé MUST be held accountable for their actions!

Bullying Impact Statement

I would like to start by saying that I try to make it a policy to find good in any situation where I am lodging complaints about. There are peers in this kingdom and even in my local area that have bent over backwards to make us feel welcomed and even to try to help us grow as a person and as members of the Society. Most notably are Their Excellencies Barron Gernon and Baroness Alice. They are excellent people with not an unkind word to say about a single soul. His Excellency, when asked, has offered wise and helpful council that helped me understand how to handle these troubling times. To my mind they personify what Peer Like Qualities mean, they are the people I would most like to emulate.

That said; First and foremost, considering the fact that a good amount of this bullying has taken place very publicly and in full view of all of the peers in this area coupled with the fact that several peers have commented in agreement with the bullying statements being made, I have to conclude that it is acceptable behavior in this area. The direct bullying that we have suffered at the hands of the other Peers, Sergeants and even the current Coronet of Blatha An Or has had a profound impact on how we can play the game in An Tir. I realize that the attitudes being displayed towards us are not new. In fact a person that I didn't even know and had never met private messaged me via Facebook a year ago claiming that "we know that you are still a Nazi". She stated that her reason is the fact that I had made statements against the behavior (and direct statements) of the founder of Black Lives Matter. I do realize that, as a kingdom, there is nothing that can be done about private incidents such as this, and I am not asking for actions on this incident, but I mention it merely to illustrate the extent of the sentiment being displayed in the current bullying incidents. E.g. Raffiella dressing us down in public and calling me a Nazi (while coincedently, citing the exact same reasons). She alluded to the fact that she was friends with the aforementioned person in the messages. This demonstrates the fact that there is a rumor mill at work here. And again, there is little the kingdom can do about rumor mills but to be aware of the fact. I do NOT feel it is the job of kingdom officers to act as babysitters for high school courtyard behavior from those who were never able to grow past such juvenile actions. However, it is within the purview of said officers to curtail the public behavior of the peers and officers of the Kingdom.

After the cyber bullying incident where people who we thought were (and considered) friends all joined in on trashing us online we went to kingdom colegium where I was teaching a class. I looked at people there with a new perspective, that of suspicion. Who else is only pretending to be friendly to me while hating me behind my back? "HEY so and so didn't even look at me, are this person be taking "their" side?" But then a friend (who we thought might be a part of it all) came up to us and talked to us about what was going on. It was then that I realized that maybe I was just being paranoid and allowing the haters to taint my perspective. It is now going to take a lot of work to get past this (mis)perceived perspective of the world is against us and the feeling that we can trust no one. Raffaella is the quintessential instigator of all this so to my mind she carries the weight of all this squarely on her shoulders.

 An Tir Scribes

 Alizand   Home   Create   3

 Write a comment...

 **Alizand Thorgeirsson**
November 10 at 10:23 AM

Greetings to the List-

I'm looking for the PDF file of Bookmarks...
Does anyone have a copy to message or email me?

alizand
yafa@sca.org

 Hafþóra Kristna, LaToya M. Johnson and 1 other     23 Comments

Like                          Comment

 **Molly Boone** I'm just curious, but why do you need the file?
As the person who put in the work to assemble our file I am curious why you need it but not us.

Like · Reply · 2w

Hide 19 Replies

 **Alizand Thorgeirsson** I am needing this for YAFA work- the Calligraphy and Illumination worksheets.....I plan on having it in my personal toolbox for teaching.

Like · Reply · 2w                          1

 **Alizand Thorgeirsson** Also- the teacher at Collegium in no way indicated they were "private" or "exclusive". If you have issue with my asking for a copy of the PDF, please indicate WHY you have issue.

Like · Reply · 2w                          1

**Molly Boone** No need to be aggressive, as I said I am curious.

I fully support YAFA and the work it does to teach and involve our youth on our society.

However, the bookmark sheets created for BAO is my work and I think it is fair that I am asked when they are being requested for use. I know Deunan Shiruba the scribal officer of Aquaterra feels much the same way as she has had artwork of her creation stolen.

If you would like something better suited to youth efforts than our standard sheets. You could ask.

Also, as I know you have asked the scribes of BAO many times to teach your Scribal YAFA classes but, as far as I know you are neither an illuminator nor a calligrapher, wouldn't it be a good idea to make sure your teacher is practised in these arts?

Just some thoughts...

Like · Reply · 2w                          2

 **Whitney Giboney** I dont believe she was asking for the BAO art specifically as this is the An Tir scribes page and not the BAO page. It's also pretty bold of you to assume she was looking for your artwork and not Deunans. Her files are posted in the file section, I believe, and she has said a few times, to me anyway, the are free for use as long as you leave her water mark's on the art work. I also believe that if you were fully supporting YAFA you wouldnt get so defensive about her wanting to keep her worksheets stocked so she is prepared when people ask. Just some thoughts...

Like · Reply · 2w                          5

**Chat (61)**

An Tir Scribes

Alizand   Home   Create   3

BAO and I made a poor assumption.

Like · Reply · 2w · Edited

**Alizand Thorgeirsson** Whitney Giboney I did look in
the files section and didnt see them- I'll look again

Like · Reply · 2w

**Whitney Giboney** Alizand I didnt see them either it
may have been another group but if you message
Deunan or email her she will likely email them to you.

Like · Reply · 2w                                    3

**Hafþóra Krístna** It was also mentioned at collegium
by Deunan Shiruba in one of her classes that if we
wanted digital copies, she'd be happy to provide
them.

Like · Reply · 2w                                    5

**Bledyn Drwg de Caerdydd** I'd like to have the file as
well.

Like · Reply · 2w                                    3

**Suzanne Jachim** Alizand Thorgeirsson I have them!
Send me a message with an email address
And can send you Adrianna's files

Like · Reply · 2w                                    6

**Alizand Thorgeirsson** Suzanne Jachim. P'Md

Like · Reply · 2w · Edited

**Deunan Shiruba** Hi Deunan here, "Adrianna the
Fierce" in the SCA, and creator of the scribal An Tir
bookmarks 9 page set. Happy to send them to
anybody who wants them. Suzanne also has my files
and my permission to distribute them. They are free
as long as you don't sell them. PM me if you need
them emailed to you!

Like · Reply · 2w                                    3

**Deunan Shiruba** There were a lot of teachers at
Collegium; I taught Designing Charters and passed
around some bookmarks, if that helps identify who
and which.

Like · Reply · 2w                                    5

**Alizand Thorgeirsson** It was your class! Thank you
for teaching

Like · Reply · 2w                                    2

Chat (61)

An Tir Scribes                                         Alizand   Home   Create                3

inside and outside of BAO. I mean, I get that many folk may not favor her in the Barony, but good Lord, can we keep it neutral? Jeez, as stated above, this is not a Baronial
Page. She is, after all, promoting YAFA at the Society level and cares about the kids in this game. Remember, key word, "game."

Key items to review:

1. Alizand never said BAO.

2. This page clearly states "An Tir Scribes."

3. If Alizand asks a question in general, there are often times when she is labeled as "aggressive" by many folk in BAO, even though many of the comments to her lately are initially aggressive in nature (Whitney,
thank you for speaking up and out.)

4. Molly, is this the way you treat a Society Officer for asking general information, regardless to any prior issues in BAO?

If this is a Society based on chivalry, courtesy, and honor, then how does the attack culture seen here fit those core values?

(John Fulton, please review.)

Like · Reply · 2w · Edited                                      3

 **Molly Boone** LaToya M. Johnson I have no issue with Alizand in or out of BAO. The issues she is having with members of our barony is not my problem. I am outside of it and could care less for either side of those politics.
I am aware there are issues which is why I tried to make it clear that my question was spurred on by curiosity.

I asked a simple question about why she needed them. I had no other agenda besides wanting a bit more info. I had a thought that could be positive for her but was specific to a response and didn't feel like posting a rambling babble. Please stop assuming i had a nefarious purpose.

What ever happened to assuming positive purpose?

I asked a simple question and now am being accused of attacking someone? I was trying to offer to help.

Like · Reply · 2w

 **LaToya M. Johnson** Molly, I am curious....

You stated "positive purpose" was your intent...

Please explain how your statement, "As the person who put in the work to assemble our file I am curious why you need it but not us" is positive? Honestly, it is over-the-top passive aggressive.

Your question was far from simple and quite challenging. I do not have to assume anything as you clarified your intent in your response to Alizand's question.

If your intent was to offer help, then you would not have not made this about yourself, but rather offered advice to point her in the right direction. That would have been more courteous and aligned with what we do in the SCA to help each other.

Anyway, this is Sunday evening and I would like to continue about my time engaging in mundane life. But, please, take some time to consider where you are posting your responses if this was truly a mistake as stated above.

Have a good evening.

Like · Reply · 2w · Edited                                      5

**Chat (61)**

An Tir Scribes    Alizand   Home   Create                3

purpose. Can we please let the misassumptions rest?
Thx

Like · Reply · 2w · Edited                                                    1

 **LaToya M. Johnson**
Ok, well, it never had to get that deep in the first
place. Your question fueled the fire, darling. I think the
twist on this is funny, but I am glad Alizand has what
she needs.

Like · Reply · 2w                                                            2

 Write a reply...

 **Christie Buckley** I have the email for the teacher at
collegium. I will pm ypu

Like · Reply · 2w                                                            4

 **Emily Guerrant Sigriðr Eirikskona** I sent you mine! Enjoy!

Like · Reply · 1w                                                            2

 **Alizand Thorgeirsson** Yours are beautiful- Thank
you so much!

Like · Reply · 1w

**Megan ... bertson**                Write a reply...
September 18, 2017
Never. Again.   Write a comment...



69                                                          59 Comments

Chat (61)