Appeal 1000, Feb 2022

Greetings to the Board of Directors,

Recently I was R&D'd for an online incident (one comment) on the page of a (at the time) friend.

I would like to appeal that decision.

> *1. Only a sanctioned person may file an appeal.*
>
> *2. Appeals may only be filed if there exists either sufficient evidence to conclude that the Board would have reached a different decision had the evidence discovered been reviewed by the Board, or a discovery of a material error of fact.*

(SOCIETY FOR CREATIVE ANACHRONISM, INC.: SANCTIONS PROCEDURES AND POLICIES MANUAL Effective as of 11/15/2019 Updated January 2020 Further updated October 2020)

To refresh- the incident occurred April 2nd. Immediately, I was Exiled by the Crown of An Tir. I was Exiled for "Hate speech against a protected class".

The SCA Policy on Hate Speech state:

> *4. Hate speech is not tolerated in the Society. Hate speech is speech or symbols that offend, threaten, or insult individuals or groups, based on race, color, religion, national origin, sexual orientation, disability or other traits. Such symbols and speech have no essential part of any discussion of ideas and are of so little value to the Society that any benefit that may be derived from them is clearly outweighed by the harm caused. The use by any participant in the Society may result in possible sanctions* ***up to and including revocation of membership and denial of participation.***

I contend that rather than the horrible, hateful person claimed in the complaint, I am, in actuality, a VICTIM of the very hate I've been accused of. There was clear bias on the part of the crowns, the senaschalate and those party to that conversation.

I am one of the "protected classes" your policies claim to protect, yet I was unmercifully baited and called names by those members in the conversation, with no regard to my disabilities. I did not and still do not know or care what their sexual orientation is- only that they continued their UNCHIVALRIC and HOSTILE behavior. I was the target of "hate speech" yet nothing has been done to those who perpetrated the hate on me. My comment was not made to any individual- it was unspecific and generalized, and there was no threat involved. My comment is protected by the US Constitution via the First Amendment. In addition to the First Amendment, as I stated in my first response to the R&D, even Facebook did not deem the comment offensive enough to ban me or censure me in any way.

My name was then put forth to the BoD for R&D. An officer of the Society Seneschal's office contacted me and asked that I give my "side" of the story for the investigation.

At that time, I informed her that I have been long diagnosed with Asperger's, one of the Autism Spectrum Disorders. This fact seems to have been ignored by the investigator, the Society Seneschal and the Members of the Board.

For your information- please note the items in BOLD:

> *Asperger's syndrome (also known as Asperger's Disorder) was first described in the 1940s by Viennese pediatrician Hans Asperger, who observed autism-like behaviors and* ***difficulties with social and communication skills in boys who had normal intelligence and language development.*** *Many*

*professionals felt Asperger's syndrome was simply a milder form of autism and used the term "high-functioning autism" to describe these individuals. Uta Frith, a professor at the Institute of Cognitive Neuroscience of University College London and editor of Autism and Asperger Syndrome, describes individuals with Asperger's as "having a dash of autism."*

*Asperger's Disorder was added to the American Psychiatric Association's Diagnostic and Statistical Manual of Mental Disorders (DSM-IV) in 1994 as a separate disorder from autism. However, there are still many professionals who consider Asperger's Disorder a less severe form of autism.* ***In 2013, the DSM-5 replaced Autistic Disorder, Asperger's Disorder and other pervasive developmental disorders with the umbrella diagnosis of autism spectrum disorder.***
*(https://www.autism-society.org/what-is/aspergers-syndrome/)*

*Asperger's syndrome is one of the autism spectrum disorders. Asperger's patients usually display a distinctive symptom pattern.* ***Because their ability to intuitively recognize nonverbal signals in other persons is impaired, patients are considerably limited in their social interactions.*** *Their interest in other people is often limited; on the other hand, Asperger's patients typically have "special interests" that may seem unusual because of their subject matter or the intensity with which patients pursue them. Asperger's patients are also often fixated on ensuring that their external environment and daily routines remain constant; sudden changes may exceed their coping mechanisms.*

*Depending on the severity of their symptoms, Asperger's patients* ***may either exhibit unusual social behavior or be severely impaired in their social and professional life.***

*Although Asperger's syndrome is one of the more common differential diagnoses in child and adolescent psychiatry, in adults the disorder has received particular attention only recently.*

**DSM-IV extensions after Adult Asperger Assessment (AAA) (modified)**

**A) Difficulties in understanding social situations and other people's thoughts and feelings**

**B) Tendency to think of issues as being black and white, rather than considering multiple perspectives in a flexible way**

Additionally: Qualitative impairments in verbal or nonverbal communication with at least three of the following symptoms:

1. **Tendency to turn any conversation back on to self or own topic of interest**
2. **Marked impairment in the ability to initiate or sustain a conversation with others. Cannot see the point of superficial social contact, niceties, or passing time with others, unless there is a clear discussion point/debate or activity.**
3. **Pedantic style of speaking, inclusion of too much detail**
4. **Inability to recognize when the listener is interested or bored**
5. **Frequent tendency to say things without considering the emotional impact on the listener**

*(https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2695286/)*

I have included the above excerpts to more clearly illustrate the problem that I have. It is real, and debilitating. It is verifiable, diagnosed and part of my life.

I have Asperger's/Autism. As such, I am not always aware of the impact of my actions or words on others. I have never been able to communicate fully or clearly, and indeed, my wife is helping me with this missive, since words fail me.

While I do not doubt my words on the post were poorly said, I was given no chance at all to remedy the situation. Neither by the Kingdom, nor the BoD.

I see on the SCA DEI website where disabilities are included in the DEI statements of Values. However, the actions mentioned on the website were never offered to me, instead, I was dismissed out of hand.

The SCA DEI website states:

> *The DEI office develops activities and training to cultivate a climate in which all members are treated fairly and able to thrive in a welcoming atmosphere.*

I do not believe I was treated fairly. There was ONE incident being investigated, not a long history of behaviors. I feel I was discriminated against because I was never offered any of the remedies mention on the website:

> *Lastly, that we take action. We value chivalry and live by those tenets we claim to hold as ideal.* ***When a participant violates the code of conduct we require, we let them know so they can adjust their behavior.*** *The phrase, "if you see something, say something" can be applied here.*

I was never given the chance to "adjust" my behavior. This clearly violated the Value statement so clearly seen on the website.

So which is it? Do you, the BoD, simply remove anyone who falters? Or do you stand by your words and help people like me adjust and amend their behavior?

The website further state:

> *Our job as members isn't to judge other members but to be clear on what actions are acceptable. You can simply let a member know that, "we don't treat people that way in the SCA", or "that violates our core values", or "that action/statement isn't acceptable".*

Again, this alternative was never given to me. The Crowns of An Tir didn't offer me a way to apologize or indicate in any way that an apology would even be acceptable. No communication regarding how to amend my behavior or words, no suggestions as to how I could alleviate or rectify the situation at all, just an immediate and final banishment. Where was the DEI policy for me?

The Americans with Disabilities Act (ADA) became law in 1990. The ADA is a civil rights law that ***prohibits discrimination against individuals*** with disabilities in all areas of public life, including jobs, schools, transportation, and all public and private places that are open to the general public. The SCA frequently utilizes public places in their meetings, practices and events and is in fact bound by the ADA.

According to the Americans with Disabilities Act of 1990 (ADA) an individual with a disability is a person who: Has a physical or mental impairment that substantially limits one or more major life activities; has a record of such an impairment or is regarded as having such an impairment (Disability Discrimination).

I have told the Board, Stacy Hall as well as Lis Schraer that I have ASD. Yet this was not taken into consideration during the "investigation" that was done by Stacy Hall (indeed, there was a point where she complained to Lis Schraer about my behavior- behavior that was categorically my disability in action. Please see Addendum

The sheer number of sanctions issued by him and Heather Holmes (the Queen of An Tir) during their reign should be cause for concern and further investigation. Each sanction should be reviewed for merit. He sanctioned me, a member not even of his Kingdom, for posting on the page of a person not even of his kingdom.

The seneschal who issued the statement to me (Amanda Grayson aka Attia Prima) was biased- she was the "investigator" who greatly mis-managed the investigation by refusing to interview our witnesses and ourselves until we complained upline to the then SoSen, Mike Watkins. Records of these conversations are available from the Society Seneschal, and I have included some emails here as part of my addendum. In short, all three An Tir parties, the two crowns and seneschal, had reason to be biased against me. Is that the reason I was judged so harshly?

Bias should not play a part in these kinds of decisions. The bias of those in An Tir and in the current Society Seneschal's office (Stacy Hall) should be of major concern to the Board Members. Clearly, I was not given fair treatment by those in offices where fair treatment is expected and required. Personal friendships between BoD members, Crowns and seneschals should not be allowed weight when deciding the fate of members.

You may feel as if I am strewing blame all over, but in reality, it all plays a part in what happened, and my responses to those in the thread. After being continually attacked over the last several years, my fuse was short. In fact, even now that I've been away from those people for over two years (having removed myself from An Tir in 2019), I am finding it difficult to offer the benefit of the doubt concerning their motives in any interaction. Check my facebook- there's nothing there, and never has been. It was one error in judgment.

I am not saying that the statement I made was right, appropriate or acceptable, but I feel the "punishment" far outweighs the incident. Do you want me to apologize? Just ask. I offered in my original response, even though I still contend it would fall on deaf ears, I am still willing. I have an abundance of accessory evidence that I am including with this missive. Please contact me if you have any additional questions, or if I can provide more information.

As a Board of Directors, you have the ability to mitigate the sanction imposed on me October 24th, 2021. The policy states "up to and including"....I am asking for relief from the worst possible outcome. Does the punishment handed down to me really fit? Was one comment, one instance of thoughtlessness really enough to remove me completely? I will happily accept any other sanction- removal from all SCA social media, temporary removal, no offices or official positions.....?

I ask that you reconsider the R&D. I cannot take back the words, but I can comport myself better, given the chance. All I am asking is that you give me that chance as outlined in your own policies.

George Parker II

  George Parker <thorgiersson@gmail.com>

## Board action regarding your appeal

3 messages

**Lis Schraer** <seneschal@sca.org> Thu, Mar 3, 2022 at 8:25 PM
To: Ha'kon Thorgeirsson <thorgiersson@gmail.com>
Cc: seneschal-elect@sca.org

Dear Mr. Parker:

On January 15, 2022 you submitted to the SCA Board of Directors an appeal of the Revocation of Membership and Denial of Participation in the SCA issued by the Board at the October 2021 quarterly meeting. The appeal, and all accompanying documentation, was presented to the Board at its February 28, 2022 conference call meeting. At that meeting the Board took the following action (from the unapproved minutes):

*C. George Parker (Ha'kon Thorgeirsson)*

*By consensus, the Board declined to hear the appeal of George Parker (Ha'kon Thorgeirsson).*

As a result of this decision by the Board, their October decision stands as presented at that time.

I understand that this is a disappointment. If you have any questions regarding the process, please do not hesitate to contact me.

Sincerely,
Lis Schraer
Society Seneschal

---

**Ha'kon Thorgeirsson** <thorgiersson@gmail.com> Mon, Mar 7, 2022 at 7:25 PM
To: Lis Schraer <seneschal@sca.org>

Lis,
I wanted to let you know that I do intend to reply to your message and to the BoD's decision to not even hear my appeal, however, as proven in the past, if I react too quickly with a "knee jerk" message from a gut level I say things I shouldn't. Make no mistake, as I am sure you have anticipated, I am angry, I am very angry. I am trying to give myself time to cool off, type out my anger then revise it to be appropriately worded. To that end, I am taking my time and re-editing my message

over and over again to make sure I don't say anything inappropriate. This cooling off period can take days for someone like me, so I ask that you please be patient.

I do have questions I want to ask, but they are real, actual questions so I don't want to be perceived as being argumentative or confrontational and angry questions always come off that way no matter the content, after all, we all know that phraseology is everything.

George

[Quoted text hidden]

--

Kveðja í þjónustu við drauminn,

Hans Drottinvald Hákon Þorgeirsson von Eignersfjord

AoA, CLA,CSD,CST,GoS,OoGB, CoB

*Azure, a chevron enarched within and conjoined at the point to a chevron argent between a drakkar and a Thor's hammer Or*

---

**Ha'kon Thorgeirsson** <thorgiersson@gmail.com> Sat, Mar 12, 2022 at 7:21 PM

To: Ali <Alizaunde@gmail.com>

[Quoted text hidden]

Gmail

Lori Parker <alizaunde@gmail.com>

## Recent Refusal to Hear Appeal

4 messages

**Lori Parker** <alizaunde@gmail.com> Sat, Mar 12, 2022 at 6:24 PM
To: Society Seneschal <seneschal@sca.org>
Cc: membership@sca.org
Bcc: dfongfrederick@director.sca.org, pbainter@director.sca.org, dwatson@director.sca.org, ndegerstrom@director.sca.org, gcoulson@director.sca.org, rroegner@director.sca.org, jkrochmal@director.sca.org, ksheppard@director.sca.org, ea@sca.org, equity@sca.org

Hello-
I have a concern I am binging to you regarding the investigation into the initial Exile and resulting R&D of George Parker II.

The letter George received from An Tir states:

> On *April 2, 2021* Their Majesties Christian and Helene III of the Kingdom of An Tir issued the following sanction against you: *Exile from the Kingdom.* This sanction was issued for the following reason(s):
>
> *On April 1, 2021 you participated in a discussion on a page of another SCA member. In this discussion you used Hate speech towards a protected class. This violates the SCA Core Values and the policy against Hate speech.*

In reviewing the Society Senechal handbook regarding **Investigation of Complaint** (Section VI A.4 and A.5) - the report must be made in writing- I would like verification that that initial report to the Kingdom Seneschal followed that rule, as I suspect the initial report was made via text message.
Section VI B states:
" *1. The purpose of a Kingdom investigation is to gather the facts of the matter, and accounts of what occurred, as close to the time of the incidents as possible and in as objective a manner as possible, so you and the Crown (and possibly other Kingdom officers, depending on the nature of the complaint or offense) can decide what action, if any, is appropriate."*
Also- there were steps that COULD have been taken, except for the bias of the Seneschal and King (at the time). Those steps would have been appropriate and helpful. Section D.1 states:

*" 1. Once the investigation is concluded, you and the Crown will need to review the information and decide what, if any, action is appropriate. Not every complaint needs to be acted upon. If you determine that it is an* ***interpersonal conflict****, mediation might be appropriate. You and the Crown are empowered to strongly suggest this, but it can't be required. It is also permissible to issue a letter to one or more parties, stating the conclusions reached and suggesting behaviors going forward that might mitigate the issues. Such a letter should be treated as confidential and kept on file by your office, as documentation should further related issues arise. "*

I contend that no real due diligence was done regarding the complaint. The post was made, and in LESS THAN 24 HOURS he was Exiled by the then King and Queen, as relayed by the then Seneschal. There was no gathering of facts, and no investigation done, nor any suggestion of trying to address the issue any other way. The Seneschal, King and Queen failed to do their duty as laid out in the Corporate Document, The Society Seneschals Handbook. To be clear- the Corporate documents are your rules, and legally MUST be followed by officers and members alike. In this case, your officers did NOT follow those rules, as laid out in the corporate documents.

In addition to these points, Section VI C 1 was not followed.
" ***They must make attempts to interview the complainant or complainants, any witnesses, and the accused.*** *These interviews must take place separately. They can be in person, or by phone or videoconference. Attempts to contact interviewees need to be documented, and multiple attempts need to be made if necessary, preferably by more than one method."*

George was NOT contacted, nor was any contact attempt made prior to the issuing of the Kingdom banishment, and the move to refer him to the Board for R&D.
Section D4 goes on to state:
*"4. If the decision is that a Royal Sanction is appropriate, you and the Crown will need to refer to the Sanctions Guide, located on the Society Seneschal's web page, for detailed information on enacting that sanction:*

*http://socsen.sca.org/seneschal-resources/. The Sanctions Guide spells out all the procedural steps that need to happen for the sanction to be done correctly. It is important to be sure all the steps are followed—the Board can, and has, overturned sanctions that were improperly done.* ***An improperly done sanction can also put you and the Crown at risk of sanction by the Board."***

I contend that the initial Exile was done improperly, and, as a result, the Revocation and Denial of membership that resulted in the report being sent to the Board was also improper. Fruit of the Poisonous Tree is a legal doctrine that applies in this case. I am asking that the Board remove the R&D and re-instate George Parker to the membership.

I bring your attention to these additional points- Corpora Section F.1. states: " *F. Sanctions 1. Sanctions and administrative actions should be proportionate and appropriate. Major sanctions, such as a ban on attendance or participation, should not be a substitute for appropriate administrative or legal action."* The initial exile was not investigated at all, in accordance with Copora and the Society Seneschals Handbook, and the resulting R&D was far outside what could be considered "appropriate" for a member that had been in good standing with the organization for over 30 years, and who has no history or current display of "un-chivalric " behavior expected by members. In the Introduction Section of Corpora, it states: " *In pursuing its mission, the SCA is committed to excellence in its programs, communications, and activities. The SCA expects that all its members and participants will conduct themselves in accordance with the SCA Core Values, to: • Act in accordance with the chivalric virtues of honor and service in all interactions with SCA members and participants;*".
I note that the language in the document states "expects" not demands or requires. The expectation of courteous behavior is all well and good, but when that expectation falls short, the Corporation should consider alternative means of rectifying the situation. In this manner, what George said online (not on any official SCA presence) allows for alternative sanctions, as clearly stated in many areas (some that I have copied here) of Corpora and the Society Seneschals Handbook.

Section X.4. Corpora states that . *"The use by any participant in the Society may result in possible sanctions up to and including revocation of membership and denial of participation."*

May result in....Sanctions up to and including.....possible........the language in the documents allows leeway in handing down punishments. Leeway that SHOULD have been applied. George did not have a history of hate speech, participation in hate groups or any other form of activity that show him to be a danger to anyone. He did not wear Swastikas, nor did he murder anyone. He did not practice discrimination publically or privatly. His one comment should not have been enough to circumvent the stated goals of the DEI office, that of approaching those who err and correcting their behavior.

George has a verifiable, provable disability. He should have been approached by someone in the DEI community for amending his action....as is so clearly stated on the DEI website- " ***Lastly**, that we take action. We value chivalry and live by those tenets we claim to hold as ideal. When a participant violates the code of conduct we require, we let them know so they can adjust their behavior. The phrase, "if you see something, say something" can be applied here."* Clearly, even after the matter went to the Board, the DEI advocate did not follow through with the stated actions and purpose of her office. Part of his disability is his need to view the world as Black-and_white. So when they started calling him names, he retaliated, because the action must be okay. His is a social disability, well recorded. The ADA describes Disability as:

"**§ 36.105 Definition of "disability."**

**(a)**

**(1) *Disability* means, with respect to an individual:**

**(i) A physical or mental impairment that substantially limits one or more of the major life activities of such individual;**

**(ii) A record of such an impairment; or**

**(iii) Being regarded as having such an impairment as described in paragraph (f) of this section.**

Many of the persons on that thread conversation are involved in the DEI community one way or another, and they should all be held accountable for their purposful refusal to see how the use of the word "Cis" was as objectionable to George as the word "faggot" was to them. He even told

them he objected and found it insulting. Facebook (where the post was made) did not consider the comment offensive, since they did not remove it or ban George from commenting. "Offensive" is subjective. What offends one person does not necessarily offend others. George tried to make it clear he was offended by the use of the word "Cis" and "Cis dude" until he lost his temper. And to make things worse, none of the others in that conversation, including a landed baron, were held accountable for their harassment of George, even though he has complained and mentioned it multiple times. The Board is free to take up any issue, should it so choose, and by NOT taking it into consideration, the Board is giving the appearance that harassment of members, especially by Peers, is acceptable. Make no mistake, George was harrassed throughout that conversation, and even after he left the thread. Does DEI only cover the LGTBQ community and persons of Color? Or does it, as it states, cover people with disabilities too?

He recently requested an appeal of the Board decision, which was dismissed out of hand.

As the Society Seneschal Handbook is a Corporate Document (as defined by Corpora), officers are required to follow it. They did NOT. Nor did the Society Seneschal follow up and rectify the lapse, instead, the matter was let to proceed based on a faulty initial action.

I ask for copies of any and all investigative material (properly redacted) of the initial investigation that resulted in the Exile of George Parker II. Should there be no documentation of the investigation, I ask that all resulting actions and punishments be removed. If need be, George will make the request, but we require that documentation.

I maintain that the initial Exile was done improperly, and, as a result, the Revocation and Denial of membership that resulted in the report being sent to the Board was also improper. Because that initial action was improper, I ask that he be reinstated. He is willing to apologize (as stated in his appeal request). There was clear bias on the part of the King, Queen and Seneschal at the time of his initial Exile. Provable bias.

I personally feel that the punishment handed down by the Board was far more than one comment deserves. He should be treated with the same respect and be given the same opportunity to enjoy events as his harassers...he did not instigate the incident, and yet he is the only one being held accountable. He should be given the opportunity, as the DEI website states, to amend his actions.

Lori Parker
member # 70161
5705 S. Charro Lane
Hereford, Az. 85635

*Quis custodiet ipsos custodes?*
*Vert, a chevron enarched within and conjoined at the point to a chevron argent between two fleurs-de-lys and a Thor's hammer Or*

---

**Lis Schraer** <seneschal@sca.org>       Sat, Mar 12, 2022 at 9:10 PM
To: Lori Parker <alizaunde@gmail.com>
Cc: seneschal-elect@sca.org, membership@sca.org

Dear Lori:

I understand that the result of your husband's appeal was not the result you wanted. However, while anyone is allowed to appeal to the Board, the Board is not obligated to consider an appeal.

All investigation materials become the confidential property of the SCA and are not released to anyone. I cannot release any reports or complaints.

I can tell you that a number of complaints were received, by the Board as well as by the kingdom seneschal. The ones I saw were not text messages; they were emails, which is considered to be "in writing".

Per the Corporate Policies, "A revocation or denial of membership may be appealed, but such appeal must be accompanied by new evidence that warrants re-examination by the Board." Further, the Sanctions Manual states: "Appeals may only be filed if there exists either sufficient evidence to conclude that the Board would have reached a different decision had the evidence discovered been reviewed by the Board, or a discovery of a material error of fact." The Board did have access to every document that was provided in the appeal. I cannot speak for the Board, but evidently they did not consider that these standards were met.

Sincerely,

[Quoted text hidden]

---

**Lis Schraer** <seneschal@sca.org> Sun, Mar 13, 2022 at 7:58 PM
To: Lori Parker <alizaunde@gmail.com>
Cc: seneschal-elect@sca.org, membership@sca.org

Dear Ms. Parker:

I'm sorry but I cannot discuss this matter further with you. Mr. Parker will need to contact me directly with any further questions. I cannot deal with third parties in sanction matters unless it is the parent of a minor child.

If you wish to contact the Board directly, that is best done one of three ways: Contact your ombudsman, contact the Chair, or use the comments address located on the website. The Board does not receive email sent to my address.

Sincerely,

Lis Schraer

Society Seneschal

[Quoted text hidden]

Lord Hákon Þorgeirsson von Eignersfjord
CLA, CSD, CST, GoS
(George DC Parker II, Memb.# 56581)

Date of Membership: 1989

Name & Device Passed: 2003

Azure, a chevron enarched within and conjoined at the point to a chevron argent between a drakkar and a Thor's hammer Or.

Awards:
1. Award of Arms (AoA): May, 1994
2. Guardian of the Saguaro (GoS) <Baronial Service>: 1998
3. La Orden Del Sirviente Del Sol (CSD)<Kingdom Lower Service>: Jan 2003
4. Order of the Silver Thunderbolt (CST)<Baronial Hardsuit Fighting>: July 2003
5. Light of Atenveldt (CLA)<Kingdom Upper Service>: Sept 2003
6. Golden Blossom <Baronial Service> Sept. 2016

Offices Held:
1. Baronial Sheriff: 1994 - 1996
2. Baronial Marshal: 2002
3. Baron's Champion: 2003
4. Captain of the Guard: 2003
5. Baronial Champion 2018

Events Autocrated:
1. Barmaids 1998, 2003
2. Baronial Sunday 2002
3. Baronial War Practice 2003
4. Crown Tourney Sept 2003
5. Autumn War

Volunteer
1. Barons War: Security 1993
2. Estrella War: Security (Too many times to list)
3. Under Siege: Security 2002, Marshal 2002
4. Barmaid's tourney: MIC 2002, Sub-Autocrat 1991, 1998, 2004, 2005, 2006

Other accomplishments
1. Armor building and teaching including chain, leather and plate.
2. Held armor workshops at home
3. Aided newcomers and longtime players in designing and making armor
4. Taken an active part in teaching the fighting arts to new members.
5. Brew, teach brewing arts to all who wish to learn
6. Champion in brewing competition Barmaids >96
7. Metalcast site tokens for Barmaids >98, Mace & Greatsword >02
8. Taught A&S class on Viking Wire Braid. May 2003

Í Þjónusta til the Draumur

# What does this mean for me?

- **Very little.**
- If a direct connection can be made to the SCA in your personal online activity, **don't bully, harass, use hate speech, abuse or threaten people.**

  *It's not only against our rules, it's against the rules of 99% of social media platforms.*
- That's it.

socialmedia@sca.org

# Mythbusting

- The SCA is actively monitoring my personal social media
  - Nope. Social Media Officers aren't the social media police. Like at an event, sometimes incidents are reported to officers and the SCA might then investigate the report.
  - There are lots of you and only a few of us and despite appearances, most of us need to sleep.
- My post has offended someone, I'm going to be in trouble.
  - Not everything that causes offence is actionable by the SCA.
  - If your post breaches one of our existing policies, the Office of the Seneschal will investigate the report. Based on those findings, a sanction may or may not occur.

"[illegible]" by [illegible] is licensed under CC BY 2.0

socialmedia@sca.org

# Mythbusting continued

- The SCA can take away my name and heraldry.
- Nope. If you use it in the SCA we might use it to establish a connection to your online presence but that's only an issue if you're bullying, harassing, abusing or threatening people
- I can't criticise the SCA or how the game is played.
- Sure you can. People do it every day. That's your right as participants. All we ask is that you are truthful in your criticism



socialmedia@sca.org