EXHIBIT M

Lori Parker <alizaunde@gmail.com>

# Fwd: Parker Complaint - Royal Response

6 messages

**Lori Parker** <alizaunde@gmail.com> Wed, Feb 26, 2020 at 11:20 AM
To: Roberta Tower <elonda@towerr.com>
Bcc: LaToya Johnson <latoya.johnson98055@gmail.com>

This is the response we received today.

---------- Forwarded message ---------
From: **An Tir Seneschal** <seneschal@antir.org>
Date: Wed, Feb 26, 2020, 10:50 AM
Subject: Parker Complaint - Royal Response
To: alizaunde@gmail.com <alizaunde@gmail.com>, George Parker <thorgiersson@gmail.com>
Cc: Attia Prima <attia@antir.org>, An Tir Crown <crown@antir.org>

Greetings Alizand and Hakon,

The Crown has had the opportunity to thoroughly read the materials provided by you describing your interactions with those named in your bullying and harassment complaint and the materials provided by those same individuals as part of the investigation conducted by Mistress Attia.

It is the opinion of the Crown of An Tir that actions taken on the part of Mistress Raffaella and also yourselves that have fallen outside of the expectations of SCA courtesy. Therefor it the Crown's decision that these three parties, Alizand, Hakon, and Raffaella take a 6 month leave of absence from all Baronial Facebook pages/forums/lists, and also refrain from engaging the other parties in any direct or indirect communications.

As this matter seems to be about a pattern of behaviors rather than a finite number of incidents, the Crown will consider the claim closed at a time when there has passed one year without directly related issues. The Crown recommends that Raffaella, Alizand, and Hakon do not engage in any provoked interactions (whether actual or imagined); rather the instruction is to contact Mistress Attia directly (as the investigating officer) to report the behavior.

The Crown would like to stress to all parties that these are not sanctions "punishing" a complainant or a respondent: this is a mediation of interpersonal conflict guided by the hand of the Kingdom.

If you have any questions regarding the Crown's decision on this matter, please contact me.

Most sincerely,

Mistress Alianora Greymoor, OP
Kingdom Seneschal of An Tir

seneschal@antir.org

---

**Lori Parker** <alizaunde@gmail.com> Thu, Mar 5, 2020 at 12:29 PM
To: Roberta Tower <elonda@towerr.com>

This is the response Hakon got.
Notice it says " perception of behaviors"...
We did not have the opportunity to answer to these, as apparently Raffaella had a chance to answer to our "accusations".
We are livid again.

To us, we are reading this as "We're gonna give the Peer all the "weight" in this, and take her word for it all."
I'm so beaten.
We're now blocked from the Baronial FB page. The SM Officer didn't do it, so it had to be the Seneschal. For nowt being "sanctioned" or "punished", we sure are being so. Guess we're just plain not trustworthy enough to control ourselves.

They won. She won. If you want your protege stuff back, I'll understand. You didnt sign on for this kind of altercation. I'm in tears. I really expect the next thing is to be asked to step down from my Society office.

*Quis custodiet ipsos custodes?*
*Vert, a chevron enarched within and conjoined at the point to a chevron argent between two fleurs-de-lys and a Thor's hammer Or*

---------- Forwarded message ---------
From: **Ha'kon Thorgeirsson** <thorgiersson@gmail.com>
Date: Thu, Mar 5, 2020 at 11:24 AM
Subject: Fwd: Parker Complaint - Royal Response
To: Ali <Alizaunde@gmail.com>

---------- Forwarded message ---------
From: **An Tir Seneschal** <seneschal@antir.org>
Date: Tue, Mar 3, 2020 at 6:04 PM
Subject: Re: Parker Complaint - Royal Response
To: Ha'kon Thorgeirsson <thorgiersson@gmail.com>
Cc: Attia Prima <attia@antir.org>, An Tir Crown <crown@antir.org>

Greetings,

Mistress Attia has prepared a redacted copy of the complaints uncovered during the investigation. This summary of complaints describes the perception of behaviors exhibited by both you and Alizand.

    Summary of Complaint:

- Perceived retaliation when Respondent(s) did not agree with something a member of the barony had done or said.
- Intimidation in regards to online interactions. (examples: ridicule; negative, condescending or combative comments)
- Behaving in "name-calling/smear campaigns against members of the barony.
- False claims and accusations against members of the Barony
- Disrupting baronial business.
- Perceived "gaslighting" in online conversations or offensive posts and then deleting them.
- Using a deputy position in the Society to intimidate and threaten to report to the society if not agreed with.
- Intimidating behavior against the officers of the Barony.
- Engaging in behavior contradictory to the SCA Statement of Core Values

I would emphasize again that this information along with the resources provided in the initial complaint were part of the report sent to the Crown and facilitated Their decision in this matter. If you have any questions about how the decision was made, the Crown should be contacted.

----

Most sincerely,

Mistress Alianora Greymoor, OP (Kirsten Chow)
Kingdom Seneschal, An Tir
seneschal@antir.org

---

**From:** Ha'kon Thorgeirsson <thorgiersson@gmail.com>
**Sent:** Wednesday, February 26, 2020 4:49 PM
**To:** An Tir Seneschal <seneschal@antir.org>
**Subject:** Re: Parker Complaint - Royal Response

Please send me a copy of the counter complaint wherein it accuses us of wrong doing. Not a your investigation, just the counter complaint.
Thank you.

On Wed, Feb 26, 2020, 1:22 PM An Tir Seneschal <seneschal@antir.org> wrote:
    Greetings Ha'kon,

    I should clarify that you currently under no sanction as defined by the SCA sanction guide. It is not the practice to share the investigative report completed by my office. If you have specific questions regarding the considerations of the Crown in this matter and how they came to their decision, I encourage you to reach out to Them to discuss further. They have been copied on this email.

    ----

    Regards,

Mistress Alianora Greymoor, OP (Kirsten Chow)
Kingdom Seneschal, An Tir
seneschal@antir.org

---

**From:** Ha'kon Thorgeirsson <thorgiersson@gmail.com>
**Sent:** Wednesday, February 26, 2020 12:15 PM
**To:** An Tir Seneschal <seneschal@antir.org>
**Subject:** Re: Parker Complaint - Royal Response

Mistress Alianora Greymoor,
Your response side steps the question.
What did my wife or I specifically do, in other words, please state the exact action, words, or behaviors that we did that has "fallen outside of the expectations of SCA courtesy" that warrants these sanctions? What did the respondents claim we did? As far as we know we didn't do anything that would warrant any kind of sanctions. That's why we want to know what we are being accused of.

Please forward a copy of the respondent's claims.

Thank you

Ha'kon & Alizaunde

On Wed, Feb 26, 2020, 11:52 AM An Tir Seneschal <seneschal@antir.org> wrote:

> Hello Ha'kon,
>
> As mentioned in my prior email, the Crown extensively reviewed all of the materials provided in your initial complaint as well as materials provided by the respondents. It is the opinion of the Crown of An Tir that actions taken on the part of Mistress Raffaella and also yourselves have fallen outside of the expectations of SCA courtesy. It is my understanding that the interactions between yourselves and the respondents were looked at holistically in making that determination.
>
> ----
> Regards,
>
> Mistress Alianora Greymoor, OP (Kirsten Chow)
> Kingdom Seneschal, An Tir
> seneschal@antir.org
>
> ---
>
> **From:** Ha'kon Thorgeirsson <thorgiersson@gmail.com>
> **Sent:** Wednesday, February 26, 2020 10:24 AM
> **To:** An Tir Seneschal <seneschal@antir.org>
> **Subject:** Re: Parker Complaint - Royal Response
>
> Mistress Alianora Greymoor, OP
> We would like to know specifically what it is my wife and I did that warrants this action against us?

I look forward to receiving your response by noon on Friday, February 28th 2020.
Thank you

Her Leadership Amazon Thorgeirsson nee LeFever
His lordship Ha'kon Thorgeirsson von Eignersfjord
[Quoted text hidden]

--

Kveðja í þjónustu við drauminn,

Hans Drottinvald Hákon Þorgeirsson von Eignersfjord
AoA, CLA,CSD,CST,GoS.OoGB, CoB
*Azure, a chevron enarched within and conjoined at the point to a chevron argent between a drakkar and a Thor's hammer Or*

---

**Lori Parker** <alizaunde@gmail.com> Fri, Mar 6, 2020 at 10:12 AM
To: LaToya Johnson <latoya.johnson98055@gmail.com>

Lori Parker

Dans un service joyeux au rêve ~

HL Alizand Thorgeirsson née LeFevre

*Society YAFA Program Director*

*Protégé to Mistress Elonda Blue Haven*

[Quoted text hidden]
[Quoted text hidden]

---

**Lori Parker** <alizaunde@gmail.com> Sat, Jun 13, 2020 at 4:20 PM
To: An Tir Seneschal <seneschal@antir.org>

Question:
Obviously, Raffaella knows we have the complaint against her.
Do we get to know who filed this complaint against us?

On Sat, Jun 13, 2020, 2:35 PM An Tir Seneschal <seneschal@antir.org> wrote:

Greetings Lori,

We discussed the redacted information from the complaint we received. I want to make sure I forward this email to you so you have a copy of this information.

Please let me know if I can answer any questions. As we discussed, you can certainly write a letter responding to this counter complaint and that will be supplied to the Crown in addition to the witness statements received from Bledyn and Maude as well as the notes from our meeting yesterday.

----

Regards,

Mistress Alianora Greymoor, OP (Kirsten Chow)
Kingdom Seneschal, An Tir
seneschal@antir.org

---

**From:** An Tir Seneschal <seneschal@antir.org>
**Sent:** Tuesday, March 3, 2020 5:04 PM
**To:** Ha'kon Thorgeirsson <thorgiersson@gmail.com>
**Cc:** Attia Prima <attia@antir.org>; An Tir Crown <crown@antir.org>
**Subject:** Re: Parker Complaint - Royal Response

[Quoted text hidden]

---

**Lori Parker** <alizaunde@gmail.com> Fri, May 28, 2021 at 10:54 AM
To: blueskiesbyrd@gmail.com

Lori Parker

*Quis custodiet ipsos custodes?*
*Vert, a chevron enarched within and conjoined at the point to a chevron argent between two fleurs-de-lys and a Thor's hammer Or*

[Quoted text hidden]

---

**Lori Parker** <alizaunde@gmail.com> Fri, May 28, 2021 at 10:54 AM
To: blueskiesbyrd@gmail.com

Lori Parker
[Quoted text hidden]
[Quoted text hidden]

 George Parker <thorgiersson@gmail.com>

---

**cpmplaint**
1 message

---

**Lori Parker** <alizaunde@gmail.com> Wed, Mar 4, 2020 at 9:53 AM
To: AAAGeorge Parker <thorgiersson@gmail.com>

here is the appeal document
Lori Parker

Dans un service joyeux au rêve ~

HL Alizand Thorgeirsson née LeFevre

*Society YAFA Program Director*

*Protégé to Mistress Elonda Blue Haven*

*Quis custodiet ipsos custodes?*
*Vert, a chevron enarched within and conjoined at the point to a chevron argent between two fleurs-de-lys and a Thor's hammer Or*

---

**Appeal.docx**
14K

Greetings Master Aylwin,

Last fall, we initiated a Bullying and Harassment complaint against a Peer in An Tir. Recently, we received the results of the investigation, and Their Majesties response.

After careful consideration, and much conversation between ourselves, we have decided to appeal the Crown's decision.

Our appeal is based on these items:

1. We were never interviewed by the "investigator" assigned by the Kingdom Seneschal- even though she stated she would interview us in her first email. She only had our written complaint to consider.

2. We named 3 witnesses who were present at one of the major incidents. None of those witnesses were interviewed, nor were they asked to provide written statements.

3. In their response, the Crown stated that they were not "punishing" or "sanctioning" any of us, but yet denied us (both my wife and myself and the Peer in question) access to posting on the Baronial FB page for a time of 6 months.

4. The Crown determined that the behavior of all 3 of us was outside the bounds of Chivalry and Courtesy. My wife and I are not Peers and feel that the Peer should have been held to a higher standard. We do not know what we did that was outside those bounds, and requests for information regarding this have gone unanswered. My spouse or I may have made a misstep, but behaved by the example of other Peers that should have been there to guide us and not harass.

5. The Crown took our Bullying and Harassment complaint and downgraded it to a simple "interpersonal conflict" needing mediation.

6. The Crown neglected to consider the participation of other Baronial members, including the Baronial Seneschal, her Protégé and other Baronial officers in acts of bullying and harassment.

I have been in the SCA for 31 years and my wife for 28 years. The impact of these incidents have scarred us to the point that we no longer play within our own Barony, and we are losing any desire to contribute to the Kingdom as we have in the past.

Please consider our request to re-open our complaint.

 **George Parker <thorgiersson@gmail.com>**

# Unwelcome Contact

3 messages

**Lori Parker** <alizaunde@gmail.com> Sun, Apr 26, 2020 at 3:25 PM
To: Attia Prima <attia@antir.org>, socsen@sca.org, Seneschal An Tir <seneschal@antir.org>
Cc: president@sca.org, AAAGeorge Parker <thorgiersson@gmail.com>

Greetings-
My husband and I have been very patient with our request to discover WHY our witnesses were never contacted or interviewed in regards to our complaint against Raffaella Di Contino. We would sincerely like to have an answer to this question, as we feel the so-called "investigation" was woefully incomplete due to this lack of action. We have never received an answer to our request outlining what exactly we did wrong- instead, we got pacified with the response "Its in your own evidence". Please, once again, could someone please point us to any direct evidence of wrong-doing on our part. We cannot take ownership of any fault because we are unaware of what we did that is considered wrong.

While we were initially removed from the Baronial list, and have yet to rejoin, we have also scrupulously maintained a less obvious Kingdom Facebook presence. We have tried, even though we do not understand, to keep to the terms the Crown set for us.

However, today, on someone else's page, Raffaella Di Contino actually replied to one of my comments. Now I realize it was not argumentative nor confrontational, however, she is not supposed to be doing it at all, as per Their Majesties word: *Therefor it the Crown's decision that these three parties, Alizand, Hakon, and Raffaella take a 6 month leave of absence from all Baronial Facebook pages/forums/lists, and also refrain from engaging the other parties in any direct or indirect communications.*

Please see the conversation screenshot below:

I realize this is a minor issue, however, I would really love for this not to be considered an opening for further harassment on her part. As the Crown specifically called for no

communication, either direct or indirect, I am reporting the communication, again, as specifically outlined by the Crown: *rather the instruction is to contact Mistress Attia directly (as the investigating officer) to report the behavior.*

Thank you in advance~

Lori Parker

Dans un service joyeux au rêve ~

HL Alizand Thorgeirsson née LeFevre

*Society YAFA Program Director*

*Protégé to Mistress Elonda Blue Haven*

*Quis custodiet ipsos custodes?*
*Vert, a chevron enarched within and conjoined at the point to a chevron argent between two fleurs-de-lys and a Thor's hammer Or*

---

**An Tir Seneschal** <seneschal@antir.org>      Mon, Apr 27, 2020 at 5:13 PM
To: "alizaunde@gmail.com" <alizaunde@gmail.com>, Attia Prima <attia@antir.org>,
"socsen@sca.org" <socsen@sca.org>
Cc: "president@sca.org" <president@sca.org>, AAAGeorge Parker
<thorgiersson@gmail.com>

Hello Lori,

I am sorry that this has taken so long. I've reviewed the investigation and see that you've listed the following individuals as witnesses:

Maude De Orleans (Latoya Johnson)
Duchess Zenobia
HL Bledyn Drwg de Caerdydd

I will reach out to these people this week to gather statements. Once those are collected I will make sure they are attached to the investigation file and sent to the Crown to review.

Regarding this most recent engagement with Raphaella, I will reach out to her to remind her that she needs to be avoiding direct and indirect contact. Thanks for bringing it to my attention.

----

Regards,

Mistress Alianora Greymoor, OP (Kirsten Chow)
Kingdom Seneschal, An Tir
seneschal@antir.org

---

**From:** Lori Parker <alizaunde@gmail.com>
**Sent:** Sunday, April 26, 2020 3:25 PM
**To:** Attia Prima <attia@antir.org>; socsen@sca.org <socsen@sca.org>; An Tir Seneschal <seneschal@antir.org>
**Cc:** president@sca.org <president@sca.org>; AAAGeorge Parker <thorgiersson@gmail.com>
**Subject:** Unwelcome Contact

[Quoted text hidden]

---

**Lori Parker** <alizaunde@gmail.com> Mon, Apr 27, 2020 at 5:52 PM
To: An Tir Seneschal <seneschal@antir.org>
Cc: Attia Prima <attia@antir.org>, socsen@sca.org, "president@sca.org" <president@sca.org>, AAAGeorge Parker <thorgiersson@gmail.com>

Thank you!
We appreciate it.
[Quoted text hidden]

**2 attachments**

image.png
215K

image.png
215K

 George Parker <thorgiersson@gmail.com>

# Your appeal

4 messages

**Lis Schraer** <seneschal@sca.org> Tue, Feb 8, 2022 at 2:23 PM
To: Ha'kon Thorgeirsson <thorgiersson@gmail.com>
Cc: seneschal-elect@sca.org

Dear Mr. Parker:

On January 15, you sent an appeal of your R&D. On January 18, I emailed you acknowledging receipt of the appeal. At that time I told you that one of the three zip files you had sent, the one titled "SCA Evidence", was not able to be read. I do not know what the problem is, but while it appears to have unzipped successfully, when I try to open any of the PDF or JPG files in that one folder, I get a message that the format is not supported. If I try to open one of the Word documents, it opens to a blank document. The other two zip files, and all other attachments, are fine, so I suspect something got corrupted in that one zip file.

I need to know how you wish to proceed. If you want me to put the appeal in front of the Board for their February 28 conference call, I will either need to exclude the items in that zip file, or I will need to receive copies I can open, read, and transfer prior to February 16. If you would like me to wait until the March 28 conference call or the April quarterly meeting, so you can have more time to repair the files or find another means of getting them to me, I need to know that as well. Any of the three alternatives--send new files, leave them out, or delay putting the appeal in front of the Board--is fine with me, I just need to know what you want me to do.

Please advise how you want me to proceed.

Sincerely,

Lis Schraer

Society Seneschal

**Ha'kon Thorgeirsson** <thorgiersson@gmail.com> Tue, Feb 8, 2022 at 3:20 PM
To: Ali <Alizaunde@gmail.com>

I am forwarding this to you just so I remember to talk to you about it and we can find the right file to resend her.

[Quoted text hidden]

Thank you, I think I was able to open and download all the items in the Google drive.

Regards,

Lis Schraer

[Quoted text hidden]



Lori Parker <alizaunde@gmail.com>

# Fwd: Bulling and Harassment complaint

2 messages

**Ha'kon Thorgeirsson** <thorgiersson@gmail.com> Wed, Apr 29, 2020 at 12:34 PM
To: Ali <Alizaunde@gmail.com>

---------- Forwarded message ---------
From: **Mike Watkins** <seneschal@sca.org>
Date: Mon, Apr 27, 2020 at 4:01 PM
Subject: RE: Bulling and Harassment complaint
To: Ha'kon Thorgeirsson <thorgiersson@gmail.com>

Greetings,

I will be reaching out to the Kingdom Seneschal to make sure that you get

interviewed along with your witnesses.

Respectfully,

Mike Watkins

Society Seneschal

**From:** Ha'kon Thorgeirsson [mailto:thorgiersson@gmail.com]
**Sent:** Sunday, March 15, 2020 10:51 PM
**To:** Mike Watkins; John Fulton
**Subject:** Re: Bulling and Harassment complaint

Master Aylwin,

As discussed in our previous email An Tir is beginning to show a pastern of behavior from the crowns for not following the rules, neither those of the kingdom nor the Society. This is inductive of their lack of concerns for allegations of bullying especially when it concerns a

peer. We have heard from other members with similar complaints of this kind of treatment from members of the Royalty.

It has now been 11 days since we requested you look into our bullying complaint, yet we have heard nothing.

Today us Sunday, March 15. We hope to hear from you by Friday, March 20th.

Thank you for your prompt attention to this matter.

George & Lori Parker

On Wed, Mar 4, 2020 at 6:10 PM Ha'kon Thorgeirsson <thorgiersson@gmail.com> wrote:

Greetings Master Aylwin,
Last fall, we initiated a Bullying and Harassment complaint against a Peer in An Tir. Recently, we received the results of the investigation, and Their Majesties response. After careful consideration, and much conversation between ourselves, we have decided to appeal the Crown's decision.

Our request to appeal is based on these items:
1. We were never interviewed by the "investigator" assigned by the Kingdom Seneschal- even though she stated she would interview us in her first email. She only had our written complaint to consider.
2. We named 3 witnesses who were present at one of the major incidents. None of those witnesses were interviewed, nor were they asked to provide written statements.
3. In their response, the Crown stated that they were not "punishing" or "sanctioning" any of us, but yet denied us (both my wife, myself and the Peer in question) access to posting on the Baronial FB page for a time of 6 months.
4. The Crown determined that the behavior of all 3 of us was outside the bounds of Chivalry and Courtesy. My wife and I are not Peers and feel that the Peer should have been held to a higher standard. We do not know what we did that was outside those bounds, and requests for information regarding this have gone unanswered. My spouse or I may have made a misstep, but behaved in accordance with the example of other Peers that should have been there to guide us and not harass.
5. The Crown took our Bullying and Harassment complaint and downgraded it to a simple "interpersonal conflict" needing mediation.
6. The Crown neglected to consider the participation of other Baronial members, including

the Baronial Seneschal, her Protégé and other Baronial officers in acts of bullying and harassment.

I have been in the SCA for 31 years and my wife for 28 years. The impact of these incidents have scarred us to the point that we no longer play within our own Barony, and we are losing any desire to contribute to the Kingdom as we have in the past.  Please consider our request to re-open our complaint.

Thank you for taking the time to review our request.

George Parker (Hákon Thorgeirsson von Eignersfjord) 56581

Lori Parker (HL Alizand Thorgeirsson nee` LeFevre) 70161

--

Kveðja í þjónustu við drauminn,

Hans Drottinvald Hákon Þorgeirsson von Eignersfjord

AoA, CLA,CSD,CST,GoS.OoGB, CoB
*Azure, a chevron enarched within and conjoined at the point to a chevron argent between a drakkar and a Thor's hammer Or*

--

Kveðja í þjónustu við drauminn,

Hans Drottinvald Hákon Þorgeirsson von Eignersfjord
AoA, CLA,CSD,CST,GoS.OoGB, CoB
*Azure, a chevron enarched within and conjoined at the point to a chevron argent between a drakkar and a Thor's hammer Or*

 Virus-free. www.avg.com

**Lori Parker** <alizaunde@gmail.com> Fri, May 28, 2021 at 10:56 AM
To: blueskiesbyrd@gmail.com

Lori Parker

*Quis custodiet ipsos custodes?*
*Vert, a chevron enarched within and conjoined at the point to a chevron argent between two fleurs-de-lys and a Thor's hammer Or*

[Quoted text hidden]

 George Parker <thorgiersson@gmail.com>

# Parker Complaint- Follow Up

7 messages

**Lori Parker** <alizaunde@gmail.com> Sat, Jun 6, 2020 at 11:14 AM
To: Seneschal An Tir <seneschal@antir.org>
Cc: AAAGeorge Parker <thorgiersson@gmail.com>, president@sca.org, Society Seneschal <seneschal@sca.org>, seneschal-elect@sca.org, jstdennis@director.sca.org

Greetings and hello-
On April 26th, I emailed in regards to a contact from Raffaella Di Contino on Facebook, such contact being in violation of the Royal sanctions we were placed under February 26th of this year.

At that time, it was again brought up that our witnesses had never been interviewed, despite the Bullying and Harassment Complaint being deemed "complete".

Since then, both Maude and Bledyn have been interviewed, that same week in April. We do not know if Zenobia has been.

Hakon and I were to be interviewed, and yet, we have heard nothing. No request for a conversation, no review of our written complaint, nothing.

It has now been 6 weeks.

Since May of last year, we feel that we have been the target of Bullying and Harassment. Our Crown chose to "downgrade" our complaint to a simple "personality conflict" based on incomplete evidence.
*"The Crown would like to stress to all parties that these are not sanctions "punishing" a complainant or a respondent: this is a mediation of interpersonal conflict guided by the hand of the Kingdom. "*

Every week is more time that our reputation is marred by the actions of a Peer. We are asking for an update on this issue. Bullying and Harassment is real. And important. And to have let this continue so long makes us, as the victims, be made into pariahs because we dared to complain about a Peer's behavior.

George Parker
*mem # 56581*
Lori Parker
*mem.# 70161*

*Quis custodiet ipsos custodes?*
*Vert, a chevron enarched within and conjoined at the point to a chevron argent between two fleurs-de-lys and a Thor's hammer Or*

---

**An Tir Seneschal** <seneschal@antir.org> Sat, Jun 6, 2020 at 12:20 PM
To: "alizaunde@gmail.com" <alizaunde@gmail.com>
Cc: AAAGeorge Parker <thorgiersson@gmail.com>, "president@sca.org" <president@sca.org>, Society Seneschal <seneschal@sca.org>, "seneschal-elect@sca.org" <seneschal-elect@sca.org>, "jstdennis@director.sca.org" <jstdennis@director.sca.org>

Greetings Lori,

As you mentioned, you had emailed me on 4/26 requesting that interviews be conducted with three witnesses that were not conducted as part of the initial investigation. Since that time, as you indicated, I have interviewed Bledyn and Maude. Zenobia has not yet responded to my request for an interview.

I can certainly schedule a time to interview you and George as well if you feel that there is additional information to provide apart from your initial letters. I'll send an email to you directly to work on scheduling that call.

----

Regards,

Mistress Alianora Greymoor, OP (Kirsten Chow)

Kingdom Seneschal, An Tir

seneschal@antir.org

---

**From:** Lori Parker <alizaunde@gmail.com>
**Sent:** Saturday, June 6, 2020 11:14 AM
**To:** An Tir Seneschal <seneschal@antir.org>
**Cc:** AAAGeorge Parker <thorgiersson@gmail.com>; president@sca.org <president@sca.org>; Society Seneschal <seneschal@sca.org>; seneschal-elect@sca.org <seneschal-elect@sca.org>; jstdennis@director.sca.org <jstdennis@director.sca.org>
**Subject:** Parker Complaint- Follow Up

[Quoted text hidden]

---

**Lori Parker** <alizaunde@gmail.com> Fri, Jul 17, 2020 at 2:11 PM
To: An Tir Seneschal <seneschal@antir.org>, AAAGeorge Parker <thorgiersson@gmail.com>, Attia Prima <attia@antir.org>, Society Seneschal <seneschal@sca.org>, seneschal-elect@sca.org

Greetings
We have struggles for weeks trying to answer the accusations presented to us. In the end, we simply have a lack of information.

Summary of Complaint:

- **Perceived retaliation when Respondent(s) did not agree with something a member of the barony had done or said.**
  We responded in kind to attacks on our posts. At no time did we retaliate. Please provide more specific information regarding this (screenshots, recordings etc.), so we may more accurately form a defense.

- **Intimidation in regards to online interactions. (examples: ridicule; negative, condescending or combative comments)**
  Again, our responses were in kind- we were ridiculed, attacked and belittled any time we posted to the Baronial list. Please provide more specific information regarding this (screenshots, recordings etc.), so we may more accurately form a defense.

- **Behaving in "name-calling/smear campaigns against members of the barony.**
  Our opinions of Baronial members were kept to ourselves. Unlike other Baronial members, who consistently gossiped and derided and degraded us. Contact Hafþóra Krístna (Heather Vaerewyck) pshlheatherv@yahoo.com. You MUST provide specific proof of this allegation, which we take most seriously. Please provide more specific information regarding this (screenshots, recordings etc.), so we may more accurately form a defense.

- **False claims and accusations against members of the Barony**
  Please define these "False " claims and accusations? We cannot answer to this accusation without more information. You MUST provide specific proof of this allegation, which we take most seriously. Please provide more specific information regarding this (screenshots, recordings etc.), so we may more accurately form a defense.

- **Disrupting baronial business.**
  We would like to know when this happened. We at no time disrupted Baronial business.
  You MUST provide specific proof of this allegation, which we take most seriously. Please provide more specific information regarding this (screenshots, recordings etc.), so we may more accurately form a defense.

- **Perceived "gaslighting" in online conversations or offensive posts and then deleting them.**
  Deleting comments in no way equates to "gaslighting".

*Gas-light /ˈgaslīt/ : manipulate (someone) by psychological means into questioning their own sanity.*

We would like to know when or where this happened.

Comments may have been deleted , however, this does NOT equate to gaslighting-Please provide more specific information regarding this (screenshots, recordings etc.), so we may more accurately form a defense.

- **Using a deputy position in the Society to intimidate and threaten to report to the society if not agreed with.**
  You MUST provide specific proof of this allegation, which we take most seriously. Please provide more

specific information regarding this (screenshots, recordings etc.), so we may more accurately form a defense.

- **Intimidating behavior against the officers of the Barony.**
  You MUST provide specific proof of this allegation, which we take most seriously. Please provide more specific information regarding this (screenshots, recordings etc.), so we may more accurately form a defense.

- **Engaging in behavior contradictory to the SCA Statement of Core Values**
  We maintain we behaved as we were treated. We followed the example as we were given by the Peers and populace involved. Please provide more specific information regarding this (screenshots, recordings etc.), so we may more accurately form a defense.

Our feeling is that if these complaints were lodged against us, as you stated in our phone call, it is our right to answer them. We should be given the opportunity to see the evidence being attributed to these complaints. We do not understand why this was not made clear in January when we were first given this list of alleged transgressions.

Also- It seems very clear that this complaint -these accusations against us-i s simply a case of retaliation for our initial complaint.

During our phone conversation, it became clear that there were several items in our original complaint that somehow "mysteriously" were omitted from the report you and Their Majesties saw- leading you and them to an erroneous conclusion. Perhaps by reviewing the "proof" of these allegations against us, we can ferret out the truth in this matter.

.

We look forward to your reply-

Lori Parker
George Parker

*Quis custodiet ipsos custodes?*

*Vert, a chevron enarched within and conjoined at the point to a chevron argent between two fleurs-de-lys and a Thor's hammer Or*

On Sat, Jun 6, 2020 at 1:27 PM An Tir Seneschal <seneschal@antir.org> wrote:

Hello Lori,

Is there a good time in the next few days that would work for you for a phone call? I am available tomorrow afternoon or Monday evening.

----

Regards,

Mistress Alianora Greymoor, OP (Kirsten Chow)

Kingdom Seneschal, An Tir

seneschal@antir.org

---

**From:** Lori Parker <alizaunde@gmail.com>
**Sent:** Saturday, June 6, 2020 11:14 AM
**To:** An Tir Seneschal <seneschal@antir.org>
**Cc:** AAAGeorge Parker <thorgiersson@gmail.com>; president@sca.org <president@sca.org>; Society Seneschal <seneschal@sca.org>; seneschal-elect@sca.org <seneschal-elect@sca.org>; jstdennis@director.sca.org <jstdennis@director.sca.org>
**Subject:** Parker Complaint- Follow Up

[Quoted text hidden]

---

**An Tir Seneschal** <seneschal@antir.org> Sun, Jul 19, 2020 at 5:46 PM
To: "alizaunde@gmail.com" <alizaunde@gmail.com>, AAAGeorge Parker <thorgiersson@gmail.com>, Attia Prima <attia@antir.org>, Society Seneschal <seneschal@sca.org>, Lis Schraer <seneschal-elect@sca.org>

Greetings Lori,

I'm sorry that there isn't more information to provide. The redacted complaints provided were personal testimonials taken during the interview process of the investigation. I can certainly provide your responses below to the Crown so that they can review for any additional action.

----

Regards,

Mistress Alianora Greymoor, OP (Kirsten Chow)

Kingdom Seneschal, An Tir

seneschal@antir.org

---

**From:** Lori Parker <alizaunde@gmail.com>
**Sent:** Friday, July 17, 2020 2:11 PM
**To:** An Tir Seneschal <seneschal@antir.org>; AAAGeorge Parker <thorgiersson@gmail.com>; Attia Prima

<attia@antir.org>; Society Seneschal <seneschal@sca.org>; Lis Schraer <seneschal-elect@sca.org>
**Subject:** Re: Parker Complaint- Follow Up

[Quoted text hidden]

---

**Lori Parker** <alizaunde@gmail.com>                      Sun, Jul 19, 2020 at 5:53 PM
To: AAAGeorge Parker <thorgiersson@gmail.com>, Attia Prima <attia@antir.org>, Society
Seneschal <seneschal@sca.org>, Lis Schraer <seneschal-elect@sca.org>, An Tir
Seneschal <seneschal@antir.org>

So do I understand that no complaints were actually file, but instead, this list is garnered from the personal
testimony?

Get Outlook for Android

---

**From:** An Tir Seneschal <seneschal@antir.org>
**Sent:** Sunday, July 19, 2020 5:46:27 PM
**To:** alizaunde@gmail.com <alizaunde@gmail.com>; AAAGeorge Parker <thorgiersson@gmail.com>; Attia Prima
<attia@antir.org>; Society Seneschal <seneschal@sca.org>; Lis Schraer <seneschal-elect@sca.org>
[Quoted text hidden]

[Quoted text hidden]

---

**An Tir Seneschal** <seneschal@antir.org>                Sun, Jul 19, 2020 at 6:02 PM
To: "alizaunde@gmail.com" <alizaunde@gmail.com>, AAAGeorge Parker
<thorgiersson@gmail.com>, Attia Prima <attia@antir.org>, Society Seneschal
<seneschal@sca.org>, Lis Schraer <seneschal-elect@sca.org>

These testimonies were part of the complaint. I wanted to make sure you were presented with a redacted
version of the concerns brought to our attention as part of that complaint.

----

Regards,

Mistress Alianora Greymoor, OP (Kirsten Chow)

Kingdom Seneschal, An Tir

seneschal@antir.org

---

**From:** Lori Parker <alizaunde@gmail.com>
**Sent:** Sunday, July 19, 2020 5:53 PM
**To:** AAAGeorge Parker <thorgiersson@gmail.com>; Attia Prima <attia@antir.org>; Society Seneschal
<seneschal@sca.org>; Lis Schraer <seneschal-elect@sca.org>; An Tir Seneschal <seneschal@antir.org>
[Quoted text hidden]

[Quoted text hidden]

**Lori Parker** <alizaunde@gmail.com> Fri, May 28, 2021 at 10:57 AM
To: Seneschal An Tir <seneschal@antir.org>
Cc: AAAGeorge Parker <thorgiersson@gmail.com>, president@sca.org, Society Seneschal <seneschal@sca.org>, seneschal-elect@sca.org, jstdennis@director.sca.org

blueskiesbyrd@gmail.com
Lori Parker

*Quis custodiet ipsos custodes?*
*Vert, a chevron enarched within and conjoined at the point to a chevron argent between two fleurs-de-lys and a Thor's hammer Or*

[Quoted text hidden]

Group posts

Amanda Grayson shared a link.

Margch 20,2021·

On Monday the 15th I was informed of the Reddit Post. When that happened, the SCA Board was notified.

What followed from that day forward up until the end of the week was a series of vitriolic posts aimed against people in the Kingdom. Frankly, I was appalled and completely disappointed. Vigilantism crosses over into bullying and harassment and will not be tolerated. We are not the law. We are also not the judge, jury and executioner. We know that there are problems with the handling of certain issues in the SCA and we are working to address those problems -but what happened this week is not the way.

Facebook flame wars don't effect meaningful change and like actual fires they can often get out of control and consume everyone and everything in their path.

Now the facts:

1) No SCA policy states you have to use the grievance procedure to resolve a sexual assault.

2) SCA policy does prohibit the sharing information on complaints, investigations, and reasons for removals. It is also SCA policy that the membership lists are not shared.

3) You can and do change policy by being an active member in the SCA. What that means: making commentary to the Board, volunteering for officer positions, and learning the policies and procedures and how they work.

4) The SCA does not enforce restraining orders. A restraining order is a modern legal instrument and is enforced by the police even in a SCA setting.

5) Vigilantism will not be tolerated. Social media bullies could find themselves the subject of the very procedure they are trying to instigate.

6) The seneschal's email is seneschal@antir.org The comments are turned off on this post at my request.

By participating in education opportunities, volunteering and communicating through the appropriate channels will allow you to effectively respond and them to affect true change.

In the coming months I will be holding classes regarding SCA policy, grievance and bullying and harassment policy. The SCA also did something similar and I've attached that link.

SCA Topical Town Hall: Topic Investigations and Sanctions.

https://www.facebook.com/watch/live/?v=699103467627057&ref=watch_permalink

AnTir Bullying and Harassment Policy:

https://antirsca.sharepoint.com/:b:/s/library/Ea88BpGjRPBJukY3-lxhgzwBt0cTvVjH8e2A5DR6Kdh0cA?e=ovAqui

Society Seneschal's Handbook:

http://socsen.sca.org/.../2018-Jan_Seneschals-Handbook.pdf

Attia Prima, OP

Kingdom Senechal, An Tir

George Parker <thorgiersson@gmail.com>

**Notice of Sanction - issued by Christian and Helene III, King and Queen of An Tir**
2 messages

**An Tir Seneschal** <seneschal@antir.org> Fri, Apr 2, 2021 at 12:53 PM
To: George Parker <thorgiersson@gmail.com>

Dear Mr. Parker:

On *April 2, 2021* Their Majesties Christian and Helene III of the Kingdom of An Tir issued the following sanction against you: *Exile from the Kingdom.* This sanction was issued for the following reason(s):

*On April 1, 2021 you participated in a discussion on a page of another SCA member. In this discussion you used Hate speech towards a protected class. This violates the SCA Core Values and the policy against Hate speech.*

Exile from the Kingdom means that you may not engage in any SCA activity in the Kingdom that issued the sanction. This also precludes participation in any Kingdom-controlled social or electronic media. This sanction does not preclude participation in activities in other Kingdoms. This sanction will be reviewed by the Board of Directors. You will receive a notification from the Society Seneschal of the results of this review. This sanction will continue until at such time that the Crown steps down.

If this sanction is the result of a complaint and the complainant is known to you, you shall not contact them nor harass them directly or through others about this matter. You may refer to the SCA Sanctions Manual, located at http://socsen.sca.org/, for further information on this sanction's restrictions on your SCA participation, your responsibilities, and your rights of appeal. Questions regarding the information in the Sanctions Manual may be directed to the Society Seneschal's office.

Regards,

Mistress Attia Prima, OP (Amanda Grayson)
Kingdom Seneschal, An Tir
seneschal@antir.org

**Ha'kon Thorgeirsson** <thorgiersson@gmail.com> Fri, Jan 14, 2022 at 6:31 PM
Draft To: Ali <Alizaunde@gmail.com>

[Quoted text hidden]
--

Kveðja í þjónustu við drauminn,

Hans Drottinvald Hákon Þorgeirsson von Eignersfjord
AoA, CLA,CSD,CST,GoS.OoGB, CoB
*Azure, a chevron enarched within and conjoined at the point to a chevron argent between a drakkar and a Thor's hammer Or*



Maude Louisiana d'Orleans
LaToya Johnson
Remember, at events, on Facebook, etc...

mister dickoris
@stump_water
i don't think cis guys realize how much power they can shift in a conversation just by casually telling their friends "that's fucked up, man" when someone says something bigoted
4:17 PM · 3/30/21 · Twitter Web App

Like
Comment
James M Bain
The look on people's faces when you say, "Hey! I don't think that's really appropriate." is precious.
Brad Hawk Sparks
Some of us are aware and use it like a secret weapon. Some of us are also 50+ and can add the devastating "disappointed dad head shake" that negates any approval that their peers may have provided.
Gilbert Hattler
Brad Hawk Sparks this is exactly my tactic. As a 50+ dad of 4 boys I'm good at it
Jessica Smith-Carlock
Brad Hawk Sparks indeed. I deploy that and "are you kidding me right now?" parent eybrows to good effect.
Hakon Thorgeirsson
George Parker
Although I do certainly agree with the sentiment of positive peer pressure and calling people out on ignorant shit, but while we are on the subject, what the fuck does cis even stand for? What the fuck ever happened to simply calling us straight men??

**Hakon Thorgeirsson**
Although I do certainly agree with the sentiment of positive peer pressure and calling people out on ignorant shit, but while we are on the subject, what the fuck does cis even stand for? What the fuck ever happened to simply calling us straight men??

Like Reply 4d

Hide 64 Replies

**Skamp Widegrin**
Hakon google it. Cis men has been in usage since the 90s and my 0.47 google search tells me popular since 2007ish.

Like Reply 4d

**Hakon Thorgeirsson**
I was in college in the 90s. Strange, though I most certainly don't know a lot, never mind everything, I have never heard of it before. And I have only seen it in use over the past few months now that throwing insulting labels around has become so p... **See More**

Like Reply 4d

**Skamp Widegrin**
**Hakon Thorgeirsson** And the time it's taking you to bitch on Facebook and declare the term a slur. You could've learned at least four new things.

Like Reply 4d

**Hakon Thorgeirsson**
**Skamp Widegrin** In recognition of the fact that intent doesn't always come across correctly in written word, are you intentially being as condescending as it seems?

Like Reply 4d

**Skamp Widegrin**

Like Reply 4d

**Hakon Thorgeirsson**
ok, clearly you would rather resort to ad hominem than engage in civil dialog. Have a nice day.

Like Reply 4d

**Skamp Widegrin**

Like Reply 4d

**Hakon Thorgeirsson**
Latoya, as you know, I consider the most pungent part of ignorance to be not what you don't know, but what you think you know and it's wrong. So to insure I wasn't being ignorant on this subject I did check some of my favorite sources for such topics... **See More**

METRO.CO.UK
What is cisgender, where does the word come from



Like Reply 4d

**Hakon Thorgeirsson**
Latoya, as you know, I consider the most pungent part of ignorance to be not what you don't know, but what you think you know and it's wrong. So to insure I wasn't being ignorant on this subject I did check some of my favorite sources for such topics. I'm not wrong. I'm not being ignorant. I'm not alone. Some of us do find "cis" to be an offensive term.

https://metro.co.uk/.../cisgender-word-come-offensive.../

METRO.CO.UK
**What is cisgender, where does the word come from, and is it offensive?**

Like Reply Remove Preview 4d

**Skamp Widegrin**
**Hakon Thorgeirsson**

Like Reply 4d

**Skamp Widegrin**
Thought he promised to go away? Alas.

Like Reply 4d

**Rachel Somers**
Why is the term cisgender offensive? I don't get it.

Like Reply 4d

**Elisabethe Phipps**
**Rachel**, me, staring blankly at cis-dude...

Like Reply 4d

**Michelle Haight**
**Hakon Thorgeirsson** Just because you aren't alone in your opinion doesn't make you right. Sheesh.

The term cis has been around for over a decade. Just because you are new to it does not mean it is new. As noted in the post you shared.

Like Reply 4d

**Alycia Z DuBry**
**Hakon Thorgeirsson** The more I read up on it and the way cis has been used to make good men ashamed of being men the more I'm offended as a loving wife, sister, daughter, niece and friend of several wonderful champion men.

Like Reply 4d Edited

**Alycia Z DuBry**
**Hakon Thorgeirsson** This strand has gotten very ugly for wanting support from across identities... This should tell us something about the entire subject and people's opinions.

Like Reply 4d Edited

**Alycia Z DuBry**
**Olena Wishanetsky** That's awful to wish someone dead and or to die not at peace.

Like Reply 4d

**Alycia Z DuBry**
**Rachel Somers** My geek out: On cisgender being considered offensive: its been used in derogatory and nasty manners to men for just being of male gender and straight. Its been used as a slur in a few different areas or a dismissal of a man's



**Alycia Z DuBry**
**Rachel Somers** My geek out. On cisgender being considered offensive: its been used in derogatory and nasty manners to men for just being of male gender and straight. Its been used as a slur in a few different areas or a dismissal of a man's thoughts. Whatever the actual definition is the social definition/usage of it in other type dialogues on dismissing people is what makes it not well received now.
Like Reply 4d

**Skamp Widegrin**
Just because there are people offended by the use of the term does not invalidate the term nor its use.
Like Reply 4d — 10

**Alycia Z DuBry**
Diana Wishanetsky You present yourself as an awful human being. I hope this is just anger and being hyped up on volatile conversations. I will pray for you.
Like Reply 4d

**Angela Gallant**
Question, are you also offended at being called monogamous? heterosexual? Seriously, it is a term to describe actual facts about you in relation to others. Like Parent, child...its relational.

Actually using Cis was a choice to help take Othering ... **See More**
Like Reply 4d — 13

**Tamra Enchantadorea Kinzel-Wood**
So, just to clarify...Cis dude is mad because society defined him usin' a term he doesn't like??? Maybe just my neuro-divergence showing but hmmm.
Like Reply 4d Edited

**Rachel Somers**
**Alycia Z DuBry** That's weird, I've never heard it used as a slur against men, it literally just means "not trans". What's wrong with people calling someone not-trans if they aren't trans?
Like Reply 4d

**Alycia Z DuBry**
**Rachel Somers** Nothing. Although I just like to call people by their names for the pronoun preferences. I have a few personal experiences (mental health inferences) that interfere with some of it so I just go out of my way to use names more. For gen... **See More**
Like Reply 4d Edited

**Skamp Widegrin**
"They" as a singular has existed in common usage for over a century. This stuff is not that hard.
Like Reply 4d Edited

**Alycia Z DuBry**
**Angela Gallant** this makes the best sense.
Like Reply 4d

**Michelle Height**
Also, if you want to dialogue in good faith, don't throw "I'll pray for you" into this mix. FYI I am a Christian and say this as such. And here is why and how it sounds.
https://veritasquest.com/.../why-saying-ill-pray-for.../... **See More**

PRAY FOR Y
VERITASQUEST.COM
Why saying "I'll pray for you" is insulting to non-believers
Like Reply 4d

**Hakon Thorgeirsson**
I would point out to you, **Angela Gallant**, that there are a plethora of words that USED TO be relatively innocuous with logical meanings that have been perverted over the years to mean something bad. The infamous "N" word is a prime example. It is a d... **See More**
Like Reply 4d — 1



Hakon Thorgeirsson
I would point out to you, **Angela Gallant**, that there are a plethora of words that USED TO be relatively innocuous with logical meanings that have been perverted over the years to mean something bad. The infamous "N" word is a prime example. It is a derivative of the Spanish word for black and used to mean no more that that. Over the years had following the Emancipation Proclamation it been to be used used in an ever increasingly derogatory manner until today it is considered even more ugly than the "F" word. Which, by the way, is an example of exactly the opposite, wherein a word that used to be considered too ugly to say in polite company is not used by a "lady".
Like Reply 4d 1

Angela Gallant
Thankfully, cis is not one of them. So go hang your hat elsewhere.
Like Reply 4d 3

Hakon Thorgeirsson
**Angela Gallant** several of us here have tried to explain to you the fact that it IS offensive. Just because YOU don't find it offensive in no way negates our disgust for it. So if you don't mind, I identify as a Straight Male(man); or (to a lessor ext... **See More**
Like Reply 4d 1

Alycia Z DuBry
**Michelle Height** Article above noted. Thank you for sharing, good quick read. I like this: ""I'll pray for you" also depends on the context. If you're saying that because I'm in the hospital, then I know it means "I am wishing you well" and I am happ... **See More**
Like Reply 4d Edited 1

Bledyn Drwg de Caerdydd
I agree that Cis has been used in offensive contexts, though the term itself is rooted in simple definition of identity. I don't quite understand how anyone who is earnestly acting inclusive should be offended unless a particular statement is blatantly... **See More**
Like Reply 4d 3

Bledyn Drwg de Caerdydd
The meme is a perfect example
Like Reply 4d 2

Naomi Lazarus
**Hakon Thorgeirsson** cis and straight are not on the same axis.

Cis means "the same gender your parents thought you were at birth" and straight means "heterosexual"... **See More**
Like Reply 4d 12

Hakon Thorgeirsson
**Michelle Height** As a proud Heathen, I too find it a little offensive for someone to say "I'll pray for you". In the context stated in the article, I 100% agree, my response is something less then polite. However, that is not the case here. So in the... **See More**
Like Reply 4d 1

Angela Gallant
The only reason cis-gender people have been offended is because they received a label that was in relation to Transgender people. That is literally the ONLY offence and cis-people took it on themselves.
Like Reply 4d 10

Alycia Z DuBry
**Hakon Thorgeirsson** yeah. Clara left the convo. thank you for reading my comment the way it was intended. She seemed in a very dark place. I'm debating about deleting my comments back to her as she is no longer here, but others are commenting on the... **See More**
Like Reply 4d

Alycia Z DuBry



Alycia Z DuBry
**Angela Gallant** interesting...
Like Reply 4y

Hakon Thorgeirsson
**Naomi Lazarus** OOOOHHHHH I do see that distinction. One refers to actual gender while the other refers to sexual preference. Thank you for the clarification.
Like Reply 4y 2

Hakon Thorgeirsson
**Angela Gallant** Wrong, but thank you for showing how ignorant blanket generalized statements can truly be. Under the explanations here of what cis means, has meant, is intended to mean, and what it has been bastardized to mean, nothing you said is cor... **See More**
Like Reply 4y 2

Hakon Thorgeirsson
It seems to me (and according to my own experiences) that LGBTQ people are fighting back against the prejudism perpetuated onto them so hard that they are reversing that prejudism onto all straight / cisgendered people. Sadly enough its the same thin... **See More**
Like Reply 4y 1

Angela Gallant
There is no such thing as reverse prejudice.
Like Reply 4y 8

Angela Gallant
I'm finding it very ironic that you're fighting so hard against a term used in the OP that actually is celebrating an awesome power by virtue of that label to help marginalized groups...

You missed the point by a mile!!!
Like Reply 4y 3

Stephanie McLeod
So THIS is what some of y'all are getting from this? Several of you have taken this, a valid way to use your privilege, and turned around and made it about you. That is most certainly fucked up.
Like Reply 4y 8

Stephanie McLeod
**Angela Gallant** GMTA
Like Reply 4y 1

Elisabethe Phipps
**Stephanie** spot on.
Like Reply 4y 3

Skamp Widegrin
I hesitate to continue to contribute to the strawman boomer and god bothering, bible-waving-sunday crybullies, but some of the folks in this thread either are, are married to, related to, or love folks that identify as transgender.

So you thumb sucker... **See More**
Like Reply 4y Edited 15

Angela Gallant
**Skamp Widegrin** same same. HUGS
Like Reply 4y 4

Julia Grim
Cisgender is literally the opposite of transgender... it comes from the Latin meanings for this side of/the other side of and doesn't have anything to do with being heterosexual or homosexual. The only way that I could see being offended at someone is... **See More**
Like Reply 4y 11

Angela Gallant
I feel this is like someone not understanding the word handsome, and getting offended because they got called handsome.



Angela Gallant
I feel this is like someone not understanding the word handsome and getting offended because they got called handsome.
Skamp Widegrin
Angela Gallant that is the kindest read I can imagine. Brava
Stephanie McLeod
Skamp Widegrin thank you. My spouse is trans and our newly adopted son is trans. They've both been hesitant to come to events. Nice to know there are true allies that step up.
Skamp Widegrin
Stephanie McLeod I am the Baron of Three Mountains (Portland, OR) You and yours are welcome any time!
Maude Louisiana d'Orleans
What the ACTUAL ENTIRE fuck is going on here?
STOP... See More
Elisabethe Phipps
Maude turn off commenting?
Maude Louisiana d'Orleans
Elisabethe nope. Folk can be respectful like adults.
Elisabethe Phipps
Alas, they are not behaving like respectful adults.
Skamp Widegrin
Elisabethe there is a time when respect has to be earned. And I am as adult as Kool Aid, yo! Oh yeah!
GIF
Tenor
Rachel Somers
Someone dirty-deleted
comment had been deleted - Rachel Somers Re-posted it.



Like Reply 4d

Caroline Ros Vur
**Rachel Somers** wow. That's seriously not okay. I was going to make a more helpful comment here, but screw it. That comment makes the author beyond redemption for me.

Like Reply 3d Edited

Elisabethe Phipps
**Rachel** not surprising, considering the author.

Like Reply 3d

Elisabethe Phipps
**Caroline** you would be correct.

Like Reply 3d

Joel Reid Jr.
**Alycia Z DuBry** so in your opening comment in this thread, you make a very critical point that I think rather successfully contextualizes the full content on your contribution through subsequent comments. You state that you "are offended on behalf of..... **See More**

Like Reply 1d Edited

Skamp Widegrin

Unleash the beast.

Like Reply 1d

Maude Louisiana d'Orleans
**Joel** Mads would like me to take a break from decorating to give you a message.

"Yeah, this non-binary atheist is so happy right now. I got to see and hear cisgender adults tell me why I shouldn't use my pronouns. This made me smile."

Like Reply 1d

Write a reply...

Skamp Widegrin
Aaaand it is super satisfying to step on an idiots lines!!

Like Reply 4d

Marc Barber
I, personally, also find that being a half-giant seems to add to interactions even with people I don't know...

Like Reply 4d

Caroline Ros Vur
Another favorite: "I don't understand. What does that mean?" It works with fucked up jokes, proxy language, etc. Force someone to be specific. Repeat it back to them. Keep a straight face, like data from Star Trek.

Like Reply 4d



**Marc Barber**
I, personally, also find that being a half-giant seems to add to interactions even with people I don't know...
Like · Reply · 4d

**Caroline Ros Var**
Another favorite: "I don't understand. What does that mean?" It works with fucked up jokes, proxy language, etc. Force someone to be specific. Repeat it back to them. Keep a straight face, like data from Star Trek.
Like · Reply · 4d
Styrkarr Jarlsskald replied · 2 Replies

**Rachel Somers**
The one I used on patients when I worked in healthcare was just to stare blankly at them in silence until they felt awkward. That way they couldn't complain about my response but they got the hint. Worked like a charm on the patient who decided to make... **See More**
Like · Reply · 4d

**Katie Lagarde**
Lately, I involuntarily sneer when people say things I find overtly ridiculous. It's gotten pretty bad. I noticed it getting out of control in my 40's; now that I'm 50, I positively do not give a flying fuck what they make of the face I'm directing ... **See More**
Like · Reply · 4d · Edited
Katie Lagarde replied · 1 Reply

**Maude Louisiana d'Orleans**
For everyone who engaged in respectful dialogue, thank you.
Like · Reply · 3d

**Joel Reid Jr.**
So FB decided to unfurl this thread to me late in the game. And thanks to a visit fro the insomnia fairy....here I am reading this grease-fire-in-a-wax-museum exchange with the soul equivalent of the worst ice cream headache imaginable. **Skamp Widegri**... **See More**
Like · Reply · 3d · Edited
Hide 20 Replies

**Angela Gallant**
**Joel Reid Jr.** To be fair, in dealing with the Hakon's of the world, my aim isn't necessarily to educate them. My aim is to tell those who are considering to be like him that there are those of us who will make their aims difficult and stand up to them ... **See More**
Like · Reply · 3d · Edited

**Rachel Somers**
Also sometimes people watching the thread may learn something, like what "cis" actually means and how it is used.
Like · Reply · 3d

**Angela Gallant**
<---- Aries = warrior spirit. I try to choose wisely where a stand. This is one that I deem worthy of a stand.
Like · Reply · 3d

**Joel Reid Jr.**
**Angela Gallant** me=Scorpio ...I'll read a bitch to filth for their bigotry simply because it's in my nature; and I'm the eldest of three siblings who has yet to loose an argument or fail to get the last word....I just make sure I set my expectations ... **See More**
Like · Reply · 3d · Edited

**Angela Gallant**
and that is why we love you! Besides your vocabulary and choice of phrase are stellar and entertaining! ❤️
Like · Reply · 3d · Edited

**Michelle Haight**
Thanks for the shout out but I just couldn't let that stand. And frankly as a cis white person of privilege I should be the one holding other cis whites accountable.



Like · Reply · 2d · Edited

Michelle Height
Thanks for the shout out but I just couldn't let that stand. And frankly as a cis white person of privilege I should be the one holding other cis whites accountable. If that makes sense.
Like · Reply · 2d

Angela Gallant
**Michelle Height** exactly!
Like · Reply · 2d

Skamp Widegrin
Depending in the day, stepping on necks gives me extra spoons. I always can find another on behalf of others.
Like · Reply · 2d

Maude Louisiana d'Orleans
I am just wondering if I need to shut down this page again...
Like · Reply · 2d

Skamp Widegrin
**Maude Louisiana d'Orleans** Noooooo
Like · Reply · 2d

Skamp Widegrin
You don't burn the house down cuz you discovered some trash. You take the trash out.
Like · Reply · 2d · Edited

Tamra Enchantadorea Kinsel-Wood
**Joel Reid Jr.** I just adore your aplomes!!!!! You write like nobody else
Like · Reply · 2d

Marie Danielle l'Englois
**Joel Reid Jr.** I was late to the party on this one too, so I'm very glad that others were not.
Like · Reply · 2d

Caroline Ros Vur
**Joel Reid Jr.** I felt the same Joel - most of the war had passed me by while I was drinking coffee and staring at the dog hair on the carpet. But to **Angela Gallant** 's point, sending a message to would-be jackholes also matters. So here is mine
Come at ... **See More**
Like · Reply · 2d

Maude Louisiana d'Orleans
**Skamp** it hasn't even been up for two weeks and boom...
Like · Reply · 2d

Caroline Ros Vur
Also, I appreciate **Rachel Somers** point that sometimes other people reading can learn without joining the fray. Thanks for that reminder.
Like · Reply · 2d

Maude Louisiana d'Orleans
**Skamp** true
Like · Reply · 2d

Julia Grim
**Skamp Widegrin** sometimes you burn the trash.
Like · Reply · 2d

Shawn Crislip
**Joel Reid Jr.** I was laughing so hard I was crying reading your response (it's truly a work of art) which led to my girlfriend reading over my shoulder. She would like you to know that when the plague is over she now owes you dinner for your unsurpasse... **See More**
Like · Reply · 2d

Joel Reid Jr.
**Shawn Crislip** I do what I can



Shawn Crislip
Joel Reid Jr. I was laughing so hard I was crying reading your response (it's truly a work of art) which led to my girlfriend reading over my shoulder. She would like you to know that when the plague is over she now owes you dinner for your unsurpasse... See More
Like · Reply · 2d
Joel Reid Jr.
Shawn Crislip I do what I can
Like · Reply · 2d
Write a reply...
Jeff Preston
Here's the thing for everyone who is offended by cis, or hetero, or whatever. The world changes, as does language, as does what is acceptable or not. Being stuck in the past where it was ok to make PoC use different bathrooms, fountains, etc, as well a... See More
Like · Reply · 2d
Marsha Mc
And this cis- het- chick is far too late to the party.
Like · Reply · 2d
Charles Chronister
So just to make sure I understand, and frankly I am too lazy to do my own research right now, that would make me: a male born male bisexual..... a cis-bi-male?
Terminologies change, mostly for the better. Just trying to make sure I do understand. And yes, thank you to all of those who took up the figurative shield and sword against certain peoples closemindedness, misogyny and bigotry. Thank you for the very informative and for the most part enjoyable reading.
Like · Reply · 1d
Julia Grim
Charles Chronister yes, cis-bi-male is how that would be used, but as always people only need to label themselves as they want or as is appropriate for each situation.
Like · Reply · 10h
Charles Chronister
Julia Grim thank you. Just making sure I understood.
Like · Reply · 10h
Write a comment...

 Lori Parker <alizaunde@gmail.com>

# Recent Exile Issue

11 messages

**Lori Parker** <alizaunde@gmail.com> Wed, Apr 7, 2021 at 6:53 PM
To: An Tir Crown <crown@antir.org>, Seneschal An Tir <seneschal@antir.org>
Bcc: Society Seneschal <seneschal@sca.org>

Greetings-

After the recent announcement of the exile of Hakon Thorgierson, many excitedly went on various official SCA managed Facebook pages to express their opinion of the exile.

In doing so, they have dragged me into the conversations, thereby purposefully and with malice, intended to disparage, intimidate or negatively impact my reputation.

According to the SCA Media Policy,

*The SCA encourages creativity and innovation in the use of social media by its entities. certain activities and information are inappropriate to any social media page/outlet. The following material, including but not limited to posted messages, comments, threads of discussion, or media, collectively known as "content," shall not be permitted on any presence associated with the SCA.*

*<clip>*

- *Content that broadcasts false or misleading information, including content which is intended to **disparage, intimidate or negatively impact the reputation of an individual**, branch, event, or other group.*

I refer to the following messages:

In addition, the members of the Barony of Blatha An Oir were particularly rabid:

**Please see attached document for screenshots**

Upon seeing this, and realizing the personal damage they are doing to me, I ask relief from the Crown and Seneschal.

The Social Media officers of all 3 Baronies, the populace members (including current Baronial Officers and several Peers) should be given the same Banishment/Exile as Hakon Thorgiersson, due to their blatant unchivalric, less than honorable behavior on open, public, SCA official entities. They have violated the Social Media Policy once again (this being NOT the first time for those in the BAO thread) and I hope you will agree that the officers and Peers should be held to the HIGHEST of SCA Standards, instead of stooping, once again, to flinging unsubstantiated rumors and innuendo on a public list.

Modern law allows for relief of libel. The SCA can be held accountable for allowing this sort of damaging content to not only be allowed to continued to be displayed, but for any inaction that also occurs, once such content is brought to their attention. I am now bringing this to you attention and hope that you will do the right thing.

HL Alizand Thorgeirsson née LeFevre

Lori A Parker

Member # 70161

Lori Parker

*Quis custodiet ipsos custodes?*
*Vert, a chevron enarched within and conjoined at the point to a chevron argent between two fleurs-de-lys and a Thor's hammer Or*

**Crown Letter.docx**
478K

**An Tir Seneschal** <seneschal@antir.org> Wed, Apr 7, 2021 at 7:14 PM
To: An Tir Crown <crown@antir.org>, "alizaunde@gmail.com" <alizaunde@gmail.com>

Hello Alizand,

I have instructed the social media deputies to delete the comments and turn the comments off.

If you need anything further, please let me know.

Attia

Get Outlook for iOS

**From:** Lori Parker <alizaunde@gmail.com>
**Sent:** Wednesday, April 7, 2021 6:53:49 PM
**To:** An Tir Crown <crown@antir.org>; An Tir Seneschal <seneschal@antir.org>
**Subject:** Recent Exile Issue

[Quoted text hidden]

**Lori Parker** <alizaunde@gmail.com> Wed, Apr 7, 2021 at 8:09 PM
To: An Tir Seneschal <seneschal@antir.org>
Cc: An Tir Crown <crown@antir.org>
Bcc: Society Seneschal <seneschal@sca.org>

I'm afraid thats not good enough.

They have clearly violated the Media Policy. I want them to be held accountable. They are once again trashing my reputation, for a SECOND time, as you well know, and I simply wont have this swept under the rug and ignored again.
The Media Officers need to be reminded exactly what is in the Media policy and what their job is. The Officers and populace as well as the Peers in BAO need to be sanctioned for this. YOU were in charge of the last complaint I had against them.YOU ignored our complaint, and all the proof we provided. I want better this time, as they are AGAIN ignoring the media policy and deliberately

"disparaging and negatively impacting" my reputation, as they did before. The reason they are doing it again, is because you let them get away with it the first time.

I want better. I deserve better.

Lori Parker

*Quis custodiet ipsos custodes?*
*Vert, a chevron enarched within and conjoined at the point to a chevron argent between two fleurs-de-lys and a Thor's hammer Or*

[Quoted text hidden]

---

**An Tir Seneschal** <seneschal@antir.org> Wed, Apr 7, 2021 at 8:17 PM
To: "alizaunde@gmail.com" <alizaunde@gmail.com>
Cc: An Tir Crown <crown@antir.org>

Alizand,

I have spoken with the entire Kingdom's SMO tonight, along with BAO Seneschal and Coronet. AnTir Seneschals are all aware of it also. They have been reminded. I have not seen what was said this evening. I understand where are you are coming from.

As for the other statements, please feel free to file a complaint. If you don't want AnTir to handle it I'm sure arrangements can be made. Please let me know what you would like to do.

Attia

Get Outlook for iOS

---

**From:** Lori Parker <alizaunde@gmail.com>
**Sent:** Wednesday, April 7, 2021 8:10 PM
**To:** An Tir Seneschal
**Cc:** An Tir Crown
**Subject:** Re: Recent Exile Issue

[Quoted text hidden]

---

**Lori Parker** <alizaunde@gmail.com> Wed, Apr 7, 2021 at 8:30 PM
To: An Tir Seneschal <seneschal@antir.org>, An Tir Crown <crown@antir.org>
Bcc: Society Seneschal <seneschal@sca.org>

Madame Seneschal-
So let me get this straight.

My husband can say something against the media policy and be exiled for it,but members of the BAO populace, officer corp and Peerage can trash my reputation on an open list, and all you will do is "Talk to the SMO's?"

Their violation of the policy is clear,. Your refusal to address it further shows once again, your lack of concern for the general populace of An Tir, siding only with the Peerages.

I will be filing a complaint with the Society, and exploring my legal options.

Lori Parker

*Quis custodiet ipsos custodes?*
*Vert, a chevron enarched within and conjoined at the point to a chevron argent between two fleurs-de-lys and a Thor's hammer Or*

[Quoted text hidden]

---

**An Tir Seneschal** <seneschal@antir.org> Wed, Apr 7, 2021 at 8:52 PM
To: An Tir Crown <crown@antir.org>, "alizaunde@gmail.com" <alizaunde@gmail.com>

Alizand,
I'm not sure what you want answered. I told you what I did to mitigate and I told you, you could file a complaint. I can tell you I'm not siding with anyone. So, I'm not sure what you want answered. If you feel it is necessary to file a complaint please do so.

Attia

Get Outlook for iOS

---

**From:** Lori Parker <alizaunde@gmail.com>
**Sent:** Wednesday, April 7, 2021 8:31 PM
**To:** An Tir Seneschal; An Tir Crown
[Quoted text hidden]
[Quoted text hidden]

---

**Lori Parker** <alizaunde@gmail.com> Wed, Apr 7, 2021 at 10:37 PM
To: An Tir Seneschal <seneschal@antir.org>
Cc: An Tir Crown <crown@antir.org>
Bcc: Society Seneschal <seneschal@sca.org>

I'm not sure why you are having issues understanding what I am saying.

In LESS than 24 hours, you and the Crown exiled my husband for a comment on a page of a person not even of An Tir. No formal complaint process, no statement from him, just exiled. In LESS than 24 hours. This is contrary to the media policy, which does not cover personal pages.

I have asked for sanctions against those named in my first email for violating the same Social Media Policy. Those person's are in An Tir, and posted on a SCA official page. And all you've done is removed the posts.

I want the sanctions. I shouldn't have to file a complaint. That is a defined process, which obviously wasn't accorded my husband.

It seems you are indeed playing favorites. Or have a personal grudge against both of us. Your feigned ignorance is insulting, and unbecoming of your office.

Alizand Thorgiersson

[Quoted text hidden]

---

**An Tir Seneschal** <seneschal@antir.org> Thu, Apr 8, 2021 at 8:15 AM
To: "alizaunde@gmail.com" <alizaunde@gmail.com>
Cc: An Tir Crown <crown@antir.org>

Alizand,

I am not going to discuss Mr. Parker's sanction with you.

In reviewing of your attachment (that I did not see last night) with the screenshots you attached; I feel appropriate actions were taken. Your name was not mentioned in those screenshots. With that said, the SMO's removed the post, the seneschal of BAO and Coronets were notified. The Kingdom SMO was notified; AnTir's group of SMO's were all subsequently notified and for good measure the An Tir Seneschals were also noticed. This, I feel, was the correct response to your concern and it was acted upon immediately once I was notified. I have also reviewed Social Media Policy; FAQ published by Society Social Media Deputy and again, feel this action to be sufficient. The Crown is also aware of the steps that were taken last night.

Attia

----
Regards,

Mistress Attia Prima, OP (Amanda Grayson)
Kingdom Seneschal, An Tir
seneschal@antir.org

---

**From:** Lori Parker <alizaunde@gmail.com>
**Sent:** Wednesday, April 7, 2021 10:37 PM
**To:** An Tir Seneschal <seneschal@antir.org>
**Cc:** An Tir Crown <crown@antir.org>

[Quoted text hidden]

[Quoted text hidden]

---

**Lori Parker** <alizaunde@gmail.com> Thu, Apr 8, 2021 at 8:23 AM
To: An Tir Seneschal <seneschal@antir.org>
Cc: An Tir Crown <crown@antir.org>
Bcc: Society Seneschal <seneschal@sca.org>

I beg to differ.
My business was named.
My association with my husband was named. On public lists.

The actions you took we're not sufficient to allay the continued harassment and damage to my reputation as a member, as a businesswoman and as a Society Officer.

What you are saying to them is that they are justified. Just as you did in our previous complaint.

I will be taking this matter further with the Society.

Alizand
[Quoted text hidden]

---

**An Tir Seneschal** <seneschal@antir.org> Thu, Apr 8, 2021 at 8:51 AM
To: "alizaunde@gmail.com" <alizaunde@gmail.com>
Cc: An Tir Crown <crown@antir.org>

Alizand,

Please do what you feel you need to do. I'm going to consider this conversation closed at this time.

Attia

----
Regards,

Mistress Attia Prima, OP (Amanda Grayson)
Kingdom Seneschal, An Tir
seneschal@antir.org

---

**From:** Lori Parker <alizaunde@gmail.com>
**Sent:** Thursday, April 8, 2021 8:23 AM
[Quoted text hidden]

[Quoted text hidden]

---

**Lori Parker** <alizaunde@gmail.com> Fri, May 28, 2021 at 11:00 AM
To: blueskiesbyrd@gmail.com

Lori Parker

*Quis custodiet ipsos custodes?*
*Vert, a chevron enarched within and conjoined at the point to a chevron argent between two fleurs-de-lys and a Thor's hammer*
*Or*

[Quoted text hidden]

 **Crown Letter.docx**
478K

 Gmail George Parker <thorgiersson@gmail.com>

## An Tir Sanction

**Lis Schraer** <seneschal@sca.org> Thu, Apr 8, 2021 at 12:23 PM
To: Ha'kon Thorgeirsson <thorgiersson@gmail.com>
Cc: seneschal-elect@sca.org

Greetings:

I wanted to acknowledge receipt of your email. The Board of Directors must review all sanctions above the level of Banishment from the Royal Presence; however, the agenda for the upcoming quarterly meeting is closed, so that review will not happen until their midquarter conference call, currently scheduled for June 1 (that date may be subject to change). In the meantime, please understand that sanctions imposed by a kingdom stand until the Board has had a chance to review them and decide whether or not to uphold them.

You do have the right to appeal the sanction. If I am understanding correctly, your letter to the Board, and the other material you submitted, constitutes your appeal. I will see that this is presented to the Board along with the material from the kingdom at their midquarter conference call. If you wish to submit any other materials in support of your appeal, you will need to either email them to me at this email address, or send them to the SCA's corporate mailing address. Any such material should reach me (or the corporate address) by May 20, 2021.

In service,

Lis Schraer

(Elasait ingen Diarmata)

Society Seneschal

[Quoted text hidden]

Gmail

George Parker <thorgiersson@gmail.com>

## Parker Case, An Tir; Investigator assigned

**S Hall** <sdhall1970.sh@gmail.com>                Tue, Sep 7, 2021 at 4:11 PM
To: Ha'kon Thorgeirsson <thorgiersson@gmail.com>
Cc: Lis Schraer <seneschal@sca.org>, Lis Schraer <seneschal-elect@sca.org>, sanctions deputy <sanctions@sca.org>

Dear Mr. Parker,

If you are still interested in speaking with me, I would like to extend the opportunity for you to respond to the
sanction against you. Please feel free to elaborate to your satisfaction providing any details that you feel may have
been missed. Should you prefer to speak with me directly, I will be happy to call or set up a Zoom meeting.

To refresh your memory, this is in regard to the April 2, 2021 Exile from the Realm issued by Christian and Helene,
Crown of An Tir. Their sanction was based on a specific statement you made on another individual's SCA-identifying
Facebook page which appears to violate the SCA's Hate Speech Policy as listed in Corpora (specifically, Corpora,
Section X.A.4).

Please respond to this email by 17 September 2021.

**In your own words, please describe the circumstances wherein you came to make the online statement in
question.**

I look forward to hearing from you soon.

Best,

Stacy/Gwen

[Quoted text hidden]