



# Exhibit O

## Role of the Council

The primary role of the EDI Council is to advise the Crown, Kingdom, and Society of opportunities that would help to bring the mission of the Council to full fruition.

The council conducts climate assessments, policy reviews, ceremonial reviews, fosters community engagement, and works towards fulfilling requested and recommended educational needs.

The committee also provides recommendations to the Crown and Kingdom when requested for EDI issues that may affect An Tir's members or event sites.

An Tir's EDI Council aligns with the work of the Society DEI Officer and relevant Kingdom level policies and procedures.

The Council is not an investigatory body and will work with other parties in order to resolve any complaints, primarily when the complaints fall under the purview or direction of the Bullying and Harassment policy and associated procedures.

The Council will always maintain appropriate levels of confidentiality, in order to respect the privacy of individuals. Identifiable information about individual populace members will not be shared at the populace level or on any social media sites/public forums.