So we didn't get to talk about what I said earlier today. It's not extreme to what they have been saying lately but then again this was a while ago. These were the instances where I've been in the presence of others talking about you. This will be the in writing part of it for you.

So at one social, around the time of the first blow up, Rafiella was talking crap about you guys in front of me. It was when you first told me about her defaming you and endangering your name and reputation with mundane work. I think it was about the EDI stuff. But they didn't really know I was super close with you at the time.

Second time was when you were running for B&B. They (Beth in particular) were trying to find out who I was voting for. I told her you guys. She tried to tell me that I should vote for Francisca and Kass. She was like, "I know you're on Ali & Hakon's side but they wouldn't be right for the Barony". Something along those lines. I said, yeah, no I'm sticking with who I'm voting for.

Alizand
wow

The other time was during Embers A&S competition when we were running in it. Denise was very "unhappy" with how Hakon ran it. She told me that the communication sucked and that she was not told certain things she needed to do in order to compete. That she had to keep going to other people for resources on entering an A&S comp. She didn't like how she didn't know she needed a display, or that it was single entry and that I knew more of what was going on. And she also complained about the scoring and that none of it was communicated properly. You know whiny stuff.

Alizand
I really wouldnt have thought that of Beth

Which part?
She was trying to keep me secluded and away from you guys
She saw that I was starting to an open mind when I started being around you guys.

Alizand
her trying to find out who you were voting for and trying to change your mind.

No lie. She wasn't abrupt about it but she was trying to know my opinion on it
I remember specifically her saying, "well I know you're more likely voting for Ali and Hakon. I see you're hanging out with them more, and that's fine" but Kass and Francisca would be great for the Barony too.

She tries to make people think that

she should have know they werent ready

In the meeting with me, at the end she hugged me and told me that she's in my corner and that her home will always to be there and I'm welcomed anytime. If I need to talk to her about anything I can go to her. Bitch please. You just fucking betrayed me by having this meeting and I don't trust her. I'm not really surprised, I guess, she always acts like she respects us, but doesnt every really back us

Exactly!

Alizand
Yes- thats exactly like her. she's really good at pretending to be on your side.

I feel like she tries to stay out of things but then is always right there when shit happens.

Alizand

After our complaint meeting, she said she was "proud of us" and how we behaved having to go through all that, and she had no idea!

Hafþóra replied to you

Yes- thats exactly like her. she's really good at pretending to be on your side.

Yes

Hafþóra replied to you

After our complaint meeting, she said she was "proud of us" and how we behaved having to go through all that, and she had no idea!

She knows exactly what's going on.

Alizand

I dont think she tries to stay out at all.
I think she wants things on her terms

She was there when Rafiella was talking shit about your
You
Yep

Alizand

oh, was she? and she didnt say anything to her about it?
Thats crap

It was at her house when it was going on.
One Tuesday social
It was at her house when it was going on.
One Tuesday social
I don't rent the day but it was at the time you told me about the confrontation with her.
Remember

I know when- cause raffy doesnt go to beths very often-

No she didn't talk to her about how inappropriate it was talking about that situation
Yep
It was like the only time I seen her at the social

Alizand

yeah. soon after the pollling- maybe before june coronation?

Yes I believe so

Alizand

yeah- they were tight with all the planning going on.
This has been going on a long time, since the beginning of the year. We've dealt with this almost a YEAR now!