UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEORGE DC PARKER et al.,

                Plaintiff(s),

   v.

SOCIETY FOR CREATIVE ANACHRONISM INC,

                Defendant(s).

CASE NO. 3:23−cv−05069−RJB

MINUTE ORDER SETTING TRIAL AND PRETRIAL DATES

| | |
|---|---|
| FIVE DAYS JURY TRIAL set for | June 3, 2024 at 09:00 AM |
| Deadline for the FILING of any motion to join parties | July 31, 2023 |
| Disclosure of expert testimony under FRCP 26(a)(2) | December 6, 2023 |
| All motions related to discovery must be FILED by | January 16, 2024 |
| Discovery COMPLETED by | February 5, 2024 |
| All dispositive motions must be FILED by | March 5, 2024 |
| Motions in limine should be FILED by and NOTED on the motion calendar no later than the third Friday thereafter, but no later than the Friday before any scheduled pretrial conference. | May 6, 2024 |
| Agreed pretrial order LODGED with the court by | May 17, 2024 |
| Pretrial conference will be HELD on (COUNSEL SHALL REPORT TO COURTROOM A) | May 23, 2024 at 01:30 PM |
| Trial briefs, proposed voir dire & jury instructions due * | May 23, 2024 |

     *JURY INSTRUCTIONS See Local Civil Rule LCR51. A Manual of Model Civil Jury Instructions For the Ninth Circuit – Latest Edition should be used as the format for proposed jury instructions. See www.wawd.uscourts.gov.

Minute Order Setting Trial, Pretrial Dates and Ordering Mediation – Page 1

1    PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW need not be
2 submitted unless specifically requested by the Judge.
3    If any of the dates identified in this Order or the Local Civil Rules fall on a
4 weekend or federal holiday, the act or event shall be performed on the next business day.
5 These are firm dates that can be changed only by order of the Court.
6    If this case is settled, please advise Tyler Campbell, Courtroom Deputy to Judge
7 Bryan, immediately at (253) 882–3822. If this case is not settled, it will go to trial on the
8 date set or as soon thereafter as the court is available.

10   DATED:  June 20, 2023

12   The foregoing Minute Order entered by  /s/ Tyler Campbell   Deputy Clerk, **BY**
13 **DIRECTION OF THE HONORABLE ROBERT J. BRYAN, UNITED**
14 **STATES DISTRICT JUDGE.**