UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEORGE DC PARKER II and LORI A. PARKER,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>THE SOCIETY FOR CREATIVE ANACHRONISM, INC., a/k/a/ "SCA" or "SCA, Inc.", et.al,<br><br>　　　　　　　　　　Defendant(s). | CASE NO.  3:23-cv-05069-RJB<br><br>APPLICATION FOR COURT-APPOINTED COUNSEL<br><br>Noted for Determination on:<br><br>November 24, 2023 |

## MOTION

Plaintiff respectfully requests that the Court appoint counsel to represent them.  This action seeks relief under federal statutes protecting civil rights.  This is **not**, however, an employment discrimination action brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq.

## FINANCIAL AFFIDAVIT

This Court has granted Plaintiff leave to proceed in forma pauperis (Dkt 8).

## PREVIOUS EFFORTS TO RETAIN AN ATTORNEY

Plaintiff George Parker has contacted multiple attorneys in the Seattle area.  I lost count of how many I contacted because they all gave me one of 4 answers;

　1. They do not litigate Federal cases and warned me that finding someone who would will be difficult at best.

APPLICATION FOR COURT-APPOINTED COUNSEL - 1

2. They will not pick up a case that has already been started by someone else including Pro Se also warning me that finding someone who would will be difficult at best.

3. They require a $200 fee to even look at the case. If they are willing to take it, they require a $10,000 deposit to even begin litigating.

4. The phone person took my information and a few details about the case but never called me back with an answer either way.

None were willing to take it on a contingency fee basis, many of them told me that such fees are usually reserved for personal injury cases.

## **MERITS OF CLAIM**

The Equal Employment Opportunity Commission, the Washington State Human Rights Commission, or other state or federal agency officially determined whether there is reasonable cause to believe that the allegations of your complaint are true? _ No _. If so, please identify the agency which made the finding, and the conclusion the agency reached. _____

Dated: November 7th, 2023

Respectfully submitted,

*[signature: George DC Parker II]*

George DC Parker II, and

*[signature: Lori A Parker]*

Lori A Parker

APPLICATION FOR COURT-APPOINTED COUNSEL 2