Honorable Robert J. Bryan

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEORGE DC PARKER II and LORI A. PARKER,

                Plaintiff(s),

v.

THE SOCIETY FOR CREATIVE ANACHRONISM, INC., a/k/a/ "SCA" or "SCA, Inc.", et.al,

                Defendant(s).

NO. 3:23-cv-05069-RJB

ORDER GRANTING DEFENDANT'S APPLICATION FOR COURT-APPOINTED COUNSEL

[PROPOSED]

**NOTE ON MOTION DOCKET: NOVEMBER 24TH, 2023**

THIS MATTER having come before the Court on Plaintiff's Application for court-appointed counsel and the Court having reviewed the court file and the following pleadings:

Plaintiffs' application court-appointed counsel (Dkt. _____) is GRANTED.

Plaintiffs do not appear to have funds available to afford the costs required to hire counsel to represent them in this case.

ORDER FOR COURT-APPOINTED COUNSEL - 1

NO. 3:23-cv-05069-RJB

ORDERED that Plaintiff's Motion to Vacate Default is **GRANTED**.

DATED this _____ day of November, 2023.

_____
Robert J. Bryan
U.S. District Court Judge

Respectfully submitted by,

_____
George DC Parker II, and

_____
Lori A Parker

ORDER FOR COURT-APPOINTED COUNSEL - 2

NO. 3:23-cv-05069-RJB