## Re: Alizand's husband Hakon

**Lis Schraer** <seneschal@sca.org>
Thu 4/1/2021 8:59 PM

To: An Tir Seneschal <seneschal@antir.org>
Cc: Lis Schraer <seneschal-elect@sca.org>

Wow, what a weird conversation. I wonder why he suddenly felt compelled to go completely off the rails? Because before that he wasn't being awful...maybe a little disingenuous. Actually kind of reminded me of the Blaine Hebert stuff I investigated before I was on the Board...where he said something to the effect of "The SCA is plenty diverse...we have Vikings, Italians, French, Irish, Russians..."

Sigh.

Lis

On 4/1/2021 10:40 PM, An Tir Seneschal wrote:

> Here you go! I've labeled them 1-13. The Crown decided tonight they will issue an exile. It has grown since my screen shots. He deleted his comment, but of course it was it was screenshotted and posted again.
>
> Attia
>
> Attia
>
> ----
> Regards,
>
> Mistress Attia Prima, OP (Amanda Grayson)
> Kingdom Seneschal, An Tir
> seneschal@antir.org
>
> ---
>
> **From:** Lis Schraer <seneschal@sca.org>
> **Sent:** Thursday, April 1, 2021 8:09 PM
> **To:** An Tir Seneschal <seneschal@antir.org>
> **Cc:** Lis Schraer <seneschal-elect@sca.org>
> **Subject:** Re: Alizand's husband Hakon
>
> Hi Attia,
> So you had better send me the entire conversation. I just got my first complaint from someone who apparently does not agree with us that spouses do not necessarily share a brain. I fully intend to point that out, but I would like to know what the entire thing said.
> Thanks,
> Lis
> On 4/1/2021 8:55 PM, An Tir Seneschal wrote:
>
>> Well! I have the entire conversation. I'm friends with her and she seems to like me so there is that. I absolutely agree about wives, spouses and partners. Alex

would kick my butt, but what I say is what I say. And I would have probably flipped a lid too so I'm with John's wife. 😂 with that said it has taken flight so to speak. I did let Adenveldt know of it. And I'd totally like to see a chiv trying to control LaToya. 😂😂😂😂

Attia

Get Outlook for iOS

**From:** Lis Schraer <seneschal@sca.org>
**Sent:** Thursday, April 1, 2021 6:49:40 PM
**To:** An Tir Seneschal <seneschal@antir.org>
**Cc:** Lis Schraer <seneschal-elect@sca.org>
**Subject:** Re: Alizand's husband Hakon

Hi Attia,
Um, yes, that's pretty bad. I know they are moving very soon (I think Alizand said within the week--she has quit her job in preparation.) The Crown can still do an exile if they feel it is appropriate. It would ban him from all in-kingdom official social media for the duration of the reign, and would make a statement.
I cannot hold her responsible for what he said; the other day I had a call with Bearkiller in which LaToya came up and John said something about people on the chiv list in Gleann Abhann were implying that the knight she is dating should "control" her behavior. John mentioned that to his wife and she flew up and turned left; "control your woman" is definitely not a thing. :) But in fairness, it works the other way too.
I don't know if you/your Crown want to share with your Atenveldt counterparts.
I am not Facebook friends with LaToya. I wish I had the entire conversation. But then I always wish that. It looks as though it's just possible he might have been trying to make a different point than the literal words…badly, if so, but without the whole conversation I can't entirely rule that out.
Thanks,
Lis
On 4/1/2021 8:36 PM, An Tir Seneschal wrote:

> Lis,
>
> The Crown is contemplating Exile, but rumors they might be in Adenveldt now. This was hate speech posted on a FB page under SCA name and about SCA events. This happened today. This is not good. Ironically it was posted on Maude (LaToya) page. This kinda goes back to what I was saying this morning.