HONORABLE ROBERT J. BRYAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE DC PARKER II and LORI A. PARKER,<br><br>Plaintiffs,<br><br>v.<br><br>THE SOCIETY FOR CREATIVE ANACHRONISM, INC., a/k/a/ "SCA" or "SCA, Inc.", et.al,<br><br>Defendant. | Case No. 3:23-cv-05069-RJB<br><br>[PROPOSED] ORDER DENYING PLAINTIFFS GEORGE DC PARKER II AND LORI A. PARKER' MOTION TO COMPEL<br><br>**NOTED ON MOTION CALENDAR: JANUARY 19, 2024** |

THIS MATTER comes before the Court on Plaintiffs George DC Parker II and Lori A. Parker' Motion to Compel. The Court has considered the following materials in deciding this Order:

1. Plaintiffs' Motion to Compel, with Exhibits attached thereto;

2. Defendant the Society for Creative Anachronism, Inc. ("SCA")'s Opposition to Plaintiffs' Motion;

3. Declaration of Justin E. Bolster in support of SCA's Opposition, with Exhibits attached thereto;

4. Plaintiff's Reply, if any; and

RESPONSE TO MOTION TO COMPEL - 1
11010-0002 5968086
No. 3:23-cv-05069-RJB

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

5. The Court file in this matter.

Based on the foregoing, Plaintiff's Motion to Compel is hereby DENIED.

DATED this ____ day of _____, 2024.

                                                                _____
                                                                ROBERT J. BRYAN
                                                                U.S. District Court Judge

Submitted by:

PREG O'DONNELL & GILLETT PLLC

By: /s/ Justin E. Bolster
       Justin E. Bolster, WSBA #38198
       Debra Dickerson, WSBA# 20397
Attorneys for Defendant the Society for
Creative Anachronism, Inc., a/k/a/ SCA, Inc.

RESPONSE TO MOTION TO COMPEL - 2
11010-0002 5968086
No. 3:23-cv-05069-RJB

PREG O'DONNELL & GILLETT PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

# DECLARATION OF SERVICE

I hereby declare that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record listed below:

**Counsel for Plaintiffs George DC Parker II and Lori A. Parker**:
George DC Parker II
Lori A. Parker
10710 199th Street East
Graham, WA 98338
\_\_\_ **Via Messenger**
\_\_\_ **Via Facsimile –**
 X  **Via U.S. Mail, postage prepaid**
\_\_\_ **Via Overnight Mail, postage prepaid**
 X  **Via Court E-Service or email with recipient's approval**
*thenorsegypsyforge@gmail.com*

DATED at Seattle, Washington, this 16th day of January, 2024.

/s/ Justin E. Bolster
Justin E. Bolster, WSBA #38198

RESPONSE TO MOTION TO COMPEL - 3
11010-0002 5968086
No. 3:23-cv-05069-RJB

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113