Honorable Robert J. Bryan

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| GEORGE DC PARKER II and LORI A. PARKER,<br><br>　　　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>THE SOCIETY FOR CREATIVE ANACHRONISM, INC., a/k/a/ "SCA" or "SCA, Inc.", et.al,<br><br>　　　　　　　　　　　Defendant(s). | NO. 3:23-cv-05069-RJB<br><br>ORDER GRANTING DEFENDANT SOCIETY FOR CREATIVE ANACHRONISM INC'S MOTION FOR SUMMARY JUDGMENT<br><br>**NOTE ON MOTION CALENDAR: MARCH 1, 2024** |

THIS MATTER came before the Court on Defendant's Motion for Summary Judgment and the Court having considered the files and records herein, including the following:

1. Defendant's Motion for Summary Judgment;

2. Declaration of Justin E. Bolster in support of Defendant's Motion for Summary Judgment;

3. _____;

4. _____; and

5. _____;

DEFENDANT THE SOCIETY FOR CREATIVE ANACHRONISM INC'S MOTION FOR SUMMARY JUDGMENT - 1
11010-0002  5972917
NO. 3:23-cv-05069-RJB

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1  and being otherwise fully advised in the premises, now, therefore

2       it is ORDERED, ADJUDGED and DECREED that Defendant's Motion is GRANTED and

3  Plaintiffs' Complaint is dismissed with prejudice.

4       DATED this _____ day of March, 2024.

5

6
                                            _____
7                                           Robert J. Bryan
                                            U.S. District Court Judge

8  Submitted by:

9  PREG O'DONNELL & GILLETT PLLC

10

11 By /s/ Justin E. Bolster
      Justin E. Bolster, WSBA #38198
12    Debra Dickerson, WSBA# 20397
   Attorneys for Defendant The Society for
13 Creative Anachronism, Inc., a/k/a/ SCA, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

DEFENDANT THE SOCIETY FOR CREATIVE
ANACHRONISM INC'S MOTION FOR SUMMARY
JUDGMENT - 2
11010-0002  5972917
NO. 3:23-cv-05069-RJB

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

## DECLARATION OF SERVICE

I hereby declare that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record listed below:

**Counsel for Plaintiffs George DC Parker II and Lori A. Parker**:
George DC Parker II
Lori A. Parker
10710 199th Street East
Graham, WA  98338

\_\_\_  **Via Messenger**
\_\_\_  **Via Facsimile –**
_X_  **Via U.S. Mail, postage prepaid**
\_\_\_  **Via Overnight Mail, postage prepaid**
_X_  **Via Court E-Service or email to:**
*thenorsegypsyforge@gmail.com*

DATED at Seattle, Washington, this 8th day of February, 2024.

/s/ Justin E. Bolster
Justin E. Bolster, WSBA #38198

DEFENDANT THE SOCIETY FOR CREATIVE ANACHRONISM INC'S MOTION FOR SUMMARY JUDGMENT - 3
11010-0002  5972917
NO. 3:23-cv-05069-RJB

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113