Honorable Robert J. Bryan

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE DC PARKER II and LORI A. PARKER,<br><br>                               Plaintiff(s),<br>v.<br><br>THE SOCIETY FOR CREATIVE ANACHRONISM, INC., a/k/a/ "SCA" or "SCA, Inc.", et.al,<br><br>                             Defendant(s). | NO. 3:23-cv-05069-RJB<br><br>DECLARATION OF JUSTIN BOLSTER IN SUPPORT OF DEFENDANT THE SOCIETY FOR CREATIVE ANACHRONISM INC'S MOTION FOR SUMMARY JUDGMENT<br><br>**NOTE ON MOTION CALENDAR: MARCH 1, 2024** |

I, Justin E. Bolster, declare as follows:

1. I am over the age of 21, am competent to testify, and I make this declaration based upon my own personal knowledge.

2. I am one of the attorneys of record representing Defendant The Society for Creative Anachronism in this lawsuit.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the deposition of Lori A. Parker in this matter conducted on January 5, 2024.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the deposition of George DC Parker II in this matter conducted on January 5, 2024.

DEFENDANT THE SOCIETY FOR CREATIVE ANACHRONISM INC'S MOTION FOR SUMMARY JUDGMENT - 1
11010-0002  5972910
NO. 3:23-cv-05069-RJB

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Facebook posting authored by George Parker that ultimately resulted in the revocation of his membership and denial of participation at the SCA.

6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the SCA's published manual entitled *Sanctions Procedures and Policies* that have been produced in discovery in this matter.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the October 28, 2021, letter from SCA to George Parker confirming the Board vote to revoke the membership of Mr. Parker that was produced in discovery.

8. Attached hereto as **Exhibit 6** are true and correct copies of complaints from members of the Kingdom of An Tir complaining about Mr. Parker's postings that were provided by the Kingdom of An Tir to the SCA Board for review of Mr. Parker's Facebook posting that is the subject of this lawsuit and were produced in discovery in this matter.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the letter sent by certified mail to George Parker and produced in discovery in this matter.

10. Attached hereto as **Exhibit 8** are true and correct copies of Mr. Parker's response to the SCA Board attempting to justify is actions.

11. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of the May 25, 2021 SCA Board Meeting Minutes confirming the vote to uphold the initial sanction of exile and recommendation by the Board for an investigation into possible R&D that was produced in discovery in this matter.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the May 27, 2021 letter from SCA Seneschal Lis Schraer to George Parker advising that the SCA Board voted to uphold the initial sanction of exile and recommended an investigation into possible additional sanctions including R&D that was produced in discovery in this matter.

DEFENDANT THE SOCIETY FOR CREATIVE
ANACHRONISM INC'S MOTION FOR SUMMARY
JUDGMENT - 2
11010-0002  5972910
NO. 3:23-cv-05069-RJB

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

13. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of the SCA Organizational Handbook that was produced in discovery which includes in its entirety the Corpora, bylaws, Corporate Policies, and Articles of Incorporation.

14. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of Plaintiffs' answers to interrogatory number 13.

I declare under penalty of perjury under the laws of Washington and the United States that the foregoing is true and correct.

DATED this 8th day of February, 2024, at Seattle, Washington.

PREG O'DONNELL & GILLETT PLLC

By /s/ Justin E. Bolster
Justin E. Bolster, WSBA #38198

DEFENDANT THE SOCIETY FOR CREATIVE ANACHRONISM INC'S MOTION FOR SUMMARY JUDGMENT - 3
11010-0002  5972910
NO. 3:23-cv-05069-RJB

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

### DECLARATION OF SERVICE

I hereby declare that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record listed below:

**Counsel for Plaintiffs George DC Parker II and Lori A. Parker**:
George DC Parker II
Lori A. Parker
10710 199th Street East
Graham, WA  98338

`___`  **Via Messenger**
`___`  **Via Facsimile –**
` X `  **Via U.S. Mail, postage prepaid**
`___`  **Via Overnight Mail, postage prepaid**
` X `  **Via Court E-Service or email to:**
*thenorsegypsyforge@gmail.com*

DATED at Seattle, Washington, this 8th day of February, 2024.

/s/ Justin E. Bolster
Justin E. Bolster, WSBA #38198

---

DEFENDANT THE SOCIETY FOR CREATIVE ANACHRONISM INC'S MOTION FOR SUMMARY JUDGMENT - 4
11010-0002  5972910
NO. 3:23-cv-05069-RJB

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113