# EXHIBIT 3

—Image-1.jpeg—



**Hakon Thorgeirsson**

To those who support my stand, thank you. To those who are interferent or don't understand it, I would encourage you to re-read the comments wherein I'm being called "sis dude" and tell me that that term isn't being used as much as an insult as calling a homosexual a homo or a fag. All you faggots can stick your reticule and scorn up your collective asses along with everything else you seem to like to stick there.

 1

32 mins   Like   More

Attachments:

| | |
|---|---|
| Image.jpeg | 238 KB |
| Image-1.jpeg | 72.7 KB |