# EXHIBIT 5



# the society for creative anachronism, inc.
P.O. Box 360789 • Milpitas, California 95036-0789 • Tel (408) 263-9305 • Fax (408) 263-0641

Lis Schraer
Society Seneschal/VP for Operations
seneschal@sca.org
October 28, 2021

George Parker
5705 S. Charro Lane
Hereford, AZ 85615

Dear Mr. Parker:

At its October 24, 2021 quarterly meeting, the Board of Directors of the SCA reviewed the results of an investigation into the circumstances surrounding your Exile from the Kingdom by the Crown of An Tir in April 2021. That review resulted in the following Board action:

*Motion by Dan Watson to revoke the membership of, and deny participation to, George Parker (Hakon Thorgeirsson Von Eignersfojord) effective immediately. Second by Ross Roegner. Opposed: None. Recused: Gigi Coulson. Absent: Jennifer Krochmal. Motion carried.*

Per the SCA's Corporate Policies, a revocation or denial of membership by the Board enforces exclusion from all SCA functions in all SCA kingdoms.

You have the right to appeal this action. Per the Corporate Policies of the SCA, Inc., "A revocation or denial of membership may be appealed, but such appeal must be accompanied by new evidence that warrants re-examination by the Board." You may refer to the SCA Sanctions Manual, located at https://www.sca.org/wp-content/uploads/2021/09/Seneschal-Sanctions-Manual-2020.pdf, for more information on this sanction and your rights of appeal.

Sincerely,


Lis Schraer
Vice-President for Operations/
Society Seneschal
cc: Amanda Grayson, Kingdom Seneschal, An Tir
    Nichelle Vargo, Kingdom Seneschal, Atenveldt

SCA_000014