# EXHIBIT 6



4/12/2021								Mail - An Tir Seneschal - Outlook

### FW: Unacceptable online behaviour

**Mary Larose <lucrezia@shaw.ca>**
Fri 4/2/2021 10:50 AM
To: An Tir Seneschal <seneschal@antir.org>

📎 2 attachments (386 KB)
Aizand.docx; Yafa Social media conversation Sept 2017 original screen capture.docx;

Greetings Mistress Attia,

I just wanted to make you aware that I have sent the attached compliant to the BOD in regard to a former An Tir citizen. Normally I would go through the An Tir chain, but they have moved to Arizona and she is a Society level officer.

Regards,

Isabella Lucrezia

---

**From:** Mary Larose <lucrezia@shaw.ca>
**Date:** Friday, April 2, 2021 at 10:46 AM
**To:** <sca-comments@lists.sca.org>
**Subject:** Unacceptable online behaviour

Greetings members of the BOD,

I am writing today about someone, Hakon Thorgeirsson, who continues to be abusive and posts unacceptable rhetoric on Facebook. While not on official groups, this post was on an SCA member's post, where it has been seen by numerous members of our LGBTQ+ community. This person, once threatened me while I was the An Tir Social Media Deputy. The threat was because I was trying to get his wife to follow Society social media protocols for our Facebook YAFA group. Instead of following our protocols she block me, and our Kingdom Seneschal (who she actually reported to). Given the nature of the group, we could not have it be an official Kingdom group where the Kingdom Social Media Deputy, nor the Seneschal could monitor the contents. I had to create a new "official" group and she refused to shut down her "unofficial group. She was removed from being YAFA deputy for our Kingdom, but somehow was given the position at the Corporate level, which she appears to still hold. The reason I Mention this now, although it occurred in 2017/18, is on a thread where this screen capture was posted

**From:** Mary Larose <lucrezia@shaw.ca>
**Date:** Friday, April 2, 2021 at 10:46 AM
**To:** <sca-comments@lists.sca.org>
**Subject:** Unacceptable online behaviour

Greetings members of the BOD,

I am writing today about someone, Hakon Thorgeirsson, who continues to be abusive and posts unacceptable rhetoric on Facebook. While not on official groups, this post was on an SCA member's post, where it has been seen by numerous members of our LGBTQ+ community. This person, once threatened me while I was the An Tir Social Media Deputy. The threat was because I was trying to get his wife to follow Society social media protocols for our Facebook YAFA group. Instead of following our protocols she block me, and our Kingdom Seneschal (who she actually reported to). Given the nature of the group, we could not have it be an official Kingdom group where the Kingdom Social Media Deputy, nor the Seneschal could monitor the contents. I had to create a new "official" group and she refused to shut down her "unofficial group. She was removed from being YAFA deputy for our Kingdom, but somehow was given the position at the Corporate level, which she appears to still hold. The reason I mention this now, although it occurred in 2017/18, is on a thread where this screen capture was posted numerous people have posted about being bullied and harassed by both these people...including my successor as Kingdom Social Media Deputy. I feel it reflects badly on the BOD for a woman with this type of record to hold a Society level position. I feel that we, as populace need to start doing a better job at pushing these types of instances up the chain. While I held the Social Media position in An Tir we did not yet have the Bullying and Harassment policy or social media policies we have now.

I would normally go up the chain with or current Kingdom Sensechal, but these people no longer live in An Tir as they have moved to Arizona.

This is the current post

https://outlook.office.com/mail/AAMkADNjZTJjYTdmLWFlMGMtNDc1NC1hNzlhLTE3NzE2ZjgxZDVkYgAuAAAAAAC6X5ETDx5vRrFOYmOop4z3AQA...   1/3

9

4/12/2021             Mail - An Tir Seneschal - Outlook



**Hakon Thorgeirsson**

To those who support my stand, thank you. To those who are interferent or don't understand it, I would encourage you to re-read the comments wherein I'm being called "sis dude" and tell me that that term isn't being used as much as an insult as calling a homosexual a homo or a fag. All you faggots can stick your reticule and scorn up your collective asses along with everything else you seem to like to stick there.



32 mins    Like    More

The threat he sent to me was this, the one and only post I made to his wife's now "unofficial" Facebook group. I had never posted about his wife anywhere, nor had I ever bullied her. This is an example of what he considers me "bullying" her.



**Mary Larose** shared a group.
15 April at 15:02

Hello all, This is just a reminder that this group is an unofficial group and is not at all sanctioned by the Kingdom. The official group is:
https://www.facebook.com/groups/127088954719158/

An Tir - Official Youth and Family Achievement (YAFA) Gro

10