# EXHIBIT 7

Amanda Grayson
Regional Vice-President for Operations, SCA Inc.
PO Box 360789
Milpitas, CA 95036-0789
seneschal@antir.org
April 2, 2021

George D.C. Parker
5705 S. Charro Lane
Hereford, AZ 85615

Dear Mr. Parker:

On *April 2, 2021* Their Majesties Christian and Helene III of the Kingdom of An Tir issued the following sanction against you: *Exile from the Kingdom.* This sanction was issued for the following reason(s):

*On April 1, 2021 you participated in a discussion on a page of another SCA member. In this discussion you used Hate speech towards a protected class. This violates the SCA Core Values and the policy against Hate speech.*

Exile from the Kingdom means that you may not engage in any SCA activity in the Kingdom that issued the sanction. This also precludes participation in any Kingdom-controlled social or electronic media. This sanction does not preclude participation in activities in other Kingdoms. This sanction will be reviewed by the Board of Directors. You will receive a notification from the Society Seneschal of the results of this review. This sanction will continue until at such time that the Crown steps down.

If this sanction is the result of a complaint and the complainant is known to you, you shall not contact them nor harass them directly or through others about this matter. You may refer to the SCA Sanctions Manual, located at http://socsen.sca.org/, for further information on this sanction's restrictions on your SCA participation, your responsibilities, and your rights of appeal. Questions regarding the information in the Sanctions Manual may be directed to the Society Seneschal's office.

Regards,

Amanda Grayson

cc: *Christian and Helene III, Crown An Tir*
*Lis Schraer, Society Seneschal*

SOCIETY FOR CREATIVE ANACHRONISM, INC.
Proof of Certified Mail Delivery                Form 5 - 2019

