# EXHIBIT 8

Hello;
The King and Queen of An Tir have chosen to exile me from the kingdom for their reign. The email from their seneschal stated this:

> On *April 2, 2021* Their Majesties Christian and Helene III of the Kingdom of An Tir issued the following sanction against you: *Exile from the Kingdom*. This sanction was issued for the following reason(s):
>
> *On April 1, 2021 you participated in a discussion on a page of another SCA member. In this discussion you used Hate speech towards a protected class. This violates the SCA Core Values and the policy against Hate speech.*

They did not give any details of where I violated any rules. As you can see in the above statement, explanation of what I did was so brief that I have to guess exactly which discussion, on what page did I engage in, wherein I did anything and what I could have said that was to be defined as hate speech. Nowhere does it state any fact supporting the sanction save to say that at some time I offended some one and engaged in hate speech. Nor does it spell out my appeal rights but only to tell me in what publication I might find them.

Sanction policy Paragraph C. has several subparagraphs that were not adhered to:

> *4. For Kingdom Sanctions, the event at which the Sanction was announced*
> *6. A brief statement of facts supporting the sanction*
> *7. Right of appeal*

I was not given an opportunity to respond to this sanction, nor was I told that I even had that right. Additionally, I cannot find anywhere that I might have violated any "hate speech" rules. The only "hate speech" rules I can find is in the Media Policies. Which state:

**Outward Facing Outlets and being "Official"**
*Social Media pages/outlets considered Official include Kingdom and Regional Branch Outlets. Social media pages/outlets for unrecognized groups such as households, fan groups and communities are not considered official. While there are many pages, groups, and other outlets, if you conduct the official business in that page/outlet, then it is Official and should be treated as such.*

**Restriction on content; paragraph 2 states;**
*"The SCA encourages creativity and innovation in the use of social media by its entities. Certain activities and information are inappropriate to any social media page/outlet. The following material, including but not limited to posted messages, comments, threads of discussion, or media, collectively known as "content," shall not be permitted on any presence associated with the SCA."*

I have not been on any official SCA social media in an exceptionally long time. It clearly states that unrecognized groups are not covered, which would lead one to conclude, by extension, that this policy does not include personal pages either. I think the incident (if it's what I think it is) did not take place on a "presence associated with the SCA". It was on a personal page of a former member the kingdom, who now resides in a different kingdom. As far as I know, this is a member who chose to allow her membership laps in December 2020 and did not intend to reinstate it. So is it the intention of the SCA to monitor and lay claim the right to monitor and discipline "offensive activity" on the personal page of any member who uses the same name they use in the SCA on all social media posts? And to the posts on the personal pages of all it's members AND former members? Is it now the corporate policy to allow monarchs to bring sanctions for infractions committed in any kingdom under the aforementioned circumstances, theirs or not? This is an important question for all populace members. While I was in fact on my game profile, the SCA is not the only game I play, wherein I use the same name/profile/persona. Including, but not limited to online MMORPGs, and other historical reenactment groups.

I only mention this because I can only find one incident wherein people have called what I said as "hate speech", however, I don't see it that way. Hate speech requires intent, I had none. In fact much earlier in the thread I had defended the very group I am accused of hating on. But what exactly is considered "offensive material" or "hate speech"? I did not consider faggot as hate speech when intended to be directed at non LGBTQ people. While there may or may not have been anyone who were LGBTQ in the conversation, I had no intent on hurting anyone from that community and I made it a statement in general and not directed AT anyone. Had I targeted it directly at someone from the LGBTQ community this would be a different discussion, wherein I am dead wrong. As a fact, the comment was immediately deleted (though it seems some may have had a chance to take a screenshot),

**Paragraph 2, Bullet point 1 states**

> • *Content that involves modern politics or political subjects, particularly any activity that may be interpreted as an endorsement of a particular political party, candidate for political office, legislation or referendum.*

This post was all about modern politics, which is why I actually assumed that it was the person's mundane page. I didn't check since I receive posts from both her

modern profile and her game profile. She had stated some time ago that she was no longer using her game profile so I was unaccustomed to seeing posts from it, therefore I assumed it was her modern page.

**Bullet point 3 states:**

> • *Content that broadcasts false or misleading information, including content which is intended to disparage, intimidate or negatively impact the reputation of an individual, branch, event, or other group.*

Not to engage in "whataboutism", but if the SCA intends to police people's personal social media content, a person who stated that he is a baron in the SCA on this thread clearly violated this rule in his very first interactions with me, well before I ever said anything that could even be considered inappropriate at all. I would like to point out that several people are also currently violating this rule on several official SCA FaceBook pages in reference to this incident, as well as making disparaging comments about my wife and me. As I stated above, this incident took place on a personal page, not on any "SCA official presence". This means they are posting mundane issues on <u>OFFICAL</u> SCA pages. At the very least they are posting personal "drama" on official pages. This is in direct violation of the stated rules. In fact, whether or not I was wrong, to say the things they are saying on an official presence is a violation of the "*or negatively impact the reputation of an individual*" clause. Therefore, they too should have sanctions or at the very least these posts should be taken down and the moderator of these pages have a discussion on appropriate content. Allowing these kinds of content on an official page is not ok.

**Bullet point 5 states:**

> • *Content that involves potentially lewd or offensive material, harassment, hate speech, profanity, or pornography.*

Again, not to engage in "whataboutism", however, it seems to me that the aforementioned baron is also guilty of violating this rule as well. He continued to refer to me with a term that I and others informed him is offensive. Again there have been no sanctions against him or anyone else that joined him in bullying me so far, that I know of. Whereas I made one comment, one time, he berated me and called me names several times throughout the conversation. He is engaging in the exact same hate speech that I am being accused of and sanctioned for. If this is the kind of behavior that I am supposed to look up to, I think I need to find new role models. Why can he get away with this and I cannot? Also, as mentioned

above the current activity on official FB pages also falls under this rule under the harassment clause. However, I have not been on any official pages.

While I will admit that what I said may have been inappropriate in today's new society, due to my diagnosed disability, I'm still struggling to get a handle on what is and is not ok speech. I was always taught that you have a right to say anything you want, however, it seems that is not the case any more. For those with my particular disability, we do not accept changes to the rules easily, especially if that change seems unfair for anyone. Also, I was not aware that so many people would take such offense to me insulting anyone, especially when so loosely directed. After all, no one took exception to them insulting me. It was a general statement to all those attacking me and NOT an insult/slur against any particular group, gay or straight nor to any one person. If these people can decide at whim what is to be defined as hate speech and what is not, how is anyone supposed to know what they can say?

In my defense, upon my very first comment stating that I find the term used in the meme in question offensive, the aforementioned Landed Baron could do nothing but antagonize me, hurl insults at me and do everything in his power to get a rise out of me. I let him know that I was not going to engage in ad hominem with him. This did little to dissuade him. I tried to tell him that I would rather engage in civil debate in this topic. But rather than act like a peer of the realm and try to have a civil dialog with me he felt his best course was to act like a barroom brawler and antagonize me using the very slur several of us had informed him was such. I even posted an article from the BBC that explains why his term was a slur. He was the one who really started the bullying off with his condescending and insulting comments. Many seem to build on his foundation, until it got to the point that very few people seemed interested in civil dialog, but all wanted to slam me (and anyone who agreed with me) in one way or another, just because I felt that the term they were using was an insult/slur. My opinion didn't matter, and I was told as much. Any evidence that I offered was dismissed out of hand, stating that "just because others agree with you doesn't make you right." One person deleted all of their comments and they were some of the most offensive.

I'm sure you have received several copies of the thread in question, but I am including the screenshots I took and have attached them as a separate word document. Upon reading it I'm sure you will notice that all through the insults, attacks, and condescending comments I was respectful to everyone until I had

finally had enough and blew up. Once again, I recognize that in light of today's attitude in protecting the LGBTQ community and the fact that some do still find the word faggot a slight against that community, it was not the best term I could have used. But you must understand that to me, it was never a slight against "the community", it was an insult used against straight people. Using fag/faggot against LGBTQ had long since died to my knowledge. So I never intended it as an insult to anyone in the LGBTQ community.

I would also like to point out that nowhere in the rules can I find exactly what is to be defined as hate speech spelled out. Otherwise, calling me a term that I have already called out as a slur would theoretically qualify as such (which would include the Baron who used it against me). Also, in mundane law, "hate speech" is not actually defined either. In fact, mundane law continues to protect the people's right to free speech, protected under the 1st amendment, and to try to limit mine is a violation of that protected activity.

So in summary, the BOD should not allow this exile to stand because:
1. The incident in question took place on a personal page (whether their membership is current or not is irrelevant), especially wherein the person lives in another kingdom.
2. There is no definition of what constitutes "hate speech", whether or not intent is required and who gets to define what exactly is hate speech. I (and many people here and in other countries) consider their use of the term cis to be hate speech. Therefore, if the word I used is hate speech, so is the word cis and all those who call me that word especially AFTER I informed them that it is offensive speech should also be sanctioned, including the original poster. My rights are as important as anyone else's. If you defend their right to be offended by something I said, and not mine, no one is safe. After all that is the exact reason I used the word I did. They were intentionally offending me because I told them as much, so I concluded that offending anyone was fair game.
3. The social media had until just recently not recognized the word I used as a violation of their hate speech policy. I have attached an article which shows a quote from Facebook on this very topic. The article outlines a petition to change Facebook policy, which may or may not have happened.

In closing, if this sanction stands, and/or no sanctions are levied against those who have slandered me and my wife (who was not a party to this, yet is being maligned just the same), I would like to inform you that we have an excellent case that could be taken to mundane courts. What I said has no standing in a mundane court. The insults that the officers and members of the SCA have engaged in is liable and will hold up in court. These acts of libel are likely to shut down my business. Several BOD members are attorneys, I would expect you to understand the merits of my case.

--

Kveðja í þjónustu við drauminn, (yours in service to the dream)

44

**Hans Drottinvald Hákon Þorgeirsson von Eignersfjord**
AoA, CLA,CSD,CST,GoS.OoGB, CoB
*Azure, a chevron enarched within and conjoined at the point to a chevron argent between a drakkar and a Thor's hammer Or*

SCA_000166

**Subject:** Re: An Tir Sanction
**From:** Lis Schraer <seneschal@sca.org>
**Date:** 4/9/2021, 10:59 AM
**To:** Ha'kon Thorgeirsson <thorgiersson@gmail.com>
**CC:** seneschal-elect@sca.org
**BCC:** elasait1@gmail.com

Hello Hakon,

Complaints and appeals are entirely separate actions, so a complaint must be submitted separately from an appeal.

Also, my apologies, but yesterday I did not include all the information I intended to. (I was under the weather due to having gotten my second COVID vaccine.) You had cited Society social media policy a number of times. The applicable hate speech policy is actually found in Corpora, Section X.A.4:

*Hate speech is not tolerated in the Society. Hate speech is speech or symbols that offend, threaten, or insult individuals or groups, based on race, color, religion, national origin, sexual orientation, disability or other traits. Such symbols and speech have no essential part of any discussion of ideas and are of so little value to the Society that any benefit that may be derived from them is clearly outweighed by the harm caused. The use by any participant in the Society may result in possible sanctions up to and including revocation of membership and denial of participation.*

*Please report any possible instances of hate speech to your Kingdom Seneschal, the Society Seneschal or the President of the SCA immediately. For more information about hate speech and the reporting of same, please refer to the Society Seneschal's Handbook.*

I do need to add that despite the wording above, there is no particular additional information in the Seneschal's Handbook regarding this subject, except possibly in the Bullying and Harassment Policy.

In service,

Lis Schraer

Society Seneschal

On 4/8/2021 6:32 PM, Ha'kon Thorgeirsson wrote:

> Greetings and well met Elasait ingen Diarmata,
> Thank you so much for your prompt response to my email. I do apologize for the appeal being so long, but I felt it needed to be said. Yes, the letter does constitute an appeal, however, can it double as a complaint on those I mentioned in my letter or do I need to submit a separate form for that? I especially want to file a complaint against the landed barron who attacked me on the page as well as all of the moderators who allowed me to be attacked on the official SCA pages.
> Thank you for your assistance.

51

Hakon

On Thu, Apr 8, 2021 at 12:23 PM Lis Schraer <seneschal@sca.org> wrote:

> Greetings:
>
> I wanted to acknowledge receipt of your email. The Board of Directors must review all sanctions above the level of Banishment from the Royal Presence; however, the agenda for the upcoming quarterly meeting is closed, so that review will not happen until their midquarter conference call, currently scheduled for June 1 (that date may be subject to change). In the meantime, please understand that sanctions imposed by a kingdom stand until the Board has had a chance to review them and decide whether or not to uphold them.
>
> You do have the right to appeal the sanction. If I am understanding correctly, your letter to the Board, and the other material you submitted, constitutes your appeal. I will see that this is presented to the Board along with the material from the kingdom at their midquarter conference call. If you wish to submit any other materials in support of your appeal, you will need to either email them to me at this email address, or send them to the SCA's corporate mailing address. Any such material should reach me (or the corporate address) by May 20, 2021.
>
> In service,
>
> Lis Schraer
>
> (Elasait ingen Diarmata)
>
> Society Seneschal
>
>
> On 4/8/2021 12:03 AM, Ha'kon Thorgeirsson wrote:
>> Hello;
>> The kingdom of An Tir has exiled me. I have attached a statement, and documents that contain screenshots of the relevant Facebook posts.
>> --
>>
>> Kveðja í þjónustu við drauminn,
>>
>> Hans Drottinvald Hákon Þorgeirsson von Eignersfjord
>>
>> AoA, CLA,CSD,CST,GoS.OoGB, CoB
>> *Azure, a chevron enarched within and conjoined at the point to a chevron argent between a drakkar and a Thor's hammer Or*

--

Kveðja í þjónustu við drauminn,