# EXHIBIT 9

MINUTES OF THE CONFERENCE CALL MEETING
OF THE BOARD OF DIRECTORS
OF THE SOCIETY FOR CREATIVE ANACHRONISM, INC.

May 25, 2021

CALL TO ORDER

The meeting was called to order by Chairman Dan Watson via VoIP at 6:58 p.m. CT.

ATTENDANCE:

Directors Present:	Dan Watson – Chairman
　　　　　　　　　Natalie Degerstrom – Vice-Chairman
　　　　　　　　　Craig Carter
　　　　　　　　　Gigi Coulson
　　　　　　　　　Dale Fong-Frederick
　　　　　　　　　Jennifer Krochmal
　　　　　　　　　Ross Roegner

Directors-Elect:	Open – Seat D

Staff and Officers Present:	John Fulton – President
　　　　　　　　　Lis Schraer – Society Seneschal
　　　　　　　　　Renee Signorotti – Vice President of Corporate Operations
　　　　　　　　　Louise DuCray – Vice President of Corporate Operations – Elect
　　　　　　　　　Jessica Van Hattem – Society DEI Officer
　　　　　　　　　Brigid Costello – Society Social Media Officer
　　　　　　　　　Leslie Luther-Fulton - Executive Assistant

I.　　ESTABLISHMENT OF AGENDA

Motion by Craig Carter to accept the agenda as presented and take agenda items out of order, as necessary.  Second by Natalie Degerstrom.  Opposed:  None.  Motion carried.

II.　　OLD BUSINESS

　　　A.　　Committees Discussion

　　　　　　1.　　Finance Committee

By consensus, it was determined that the Finance Committee would be placed on hiatus, and that reporting notations for this item would be removed from future agendas until further notice.

        9.       Motion by Gigi Coulson to approve a variance granted to the Kingdom of Ansteorra by the Society Seneschal on May 17, 2021, to permit the Shire of Rosenfeld (Tyler, Texas) to participate in a demo at a local Celtic Festival on May 21-23 and May 28-30, 2021.  Second by Ross Roegner.  Opposed: None.  Motion carried.

        B.       Peerage Proposal FAQ

By consensus, this item was remanded to the July 2021 quarterly meeting.

        C.       2020 Audit – Letter of Engagement

The report of the Vice-President of Corporate Operations was accepted as presented.

IV.       Executive Session

        A.       George Parker (Hakon Thorgeirsson Von Eignersfojord)

Motion by Gigi Coulson to uphold the exile of George Parker (Hakon Thorgeirsson Von Eignersfojord) by Christian and Helene, Crown of the Kingdom of An Tir, on April 2, 2021, and to direct the Society Seneschal to begin an investigation into possible sanctions up to and including revocation of membership and denial of participation.  Second by Natalie Degerstrom.  Opposed: None.  Motion carried.

        B.       Formation of Corporate Communications Committee

Motion by Dale Fong-Frederick to form a Corporate Communications Committee with the limited purpose of this committee is to draft a manual of guidelines for internal and external communication by Board Members, Officers, Committee members, and Project members.  Second by Jennifer Krochmal.  Opposed: None.  Motion carried.

*The formal description of this committee is as follows:*

> *The Corporate Communications Committee is a committee with the limited purpose of drafting a manual of guidelines for internal and external communication by Board Members, Officers, Committee members, and Project members.  The committee shall automatically be dissolved upon Board approval of a completed guideline manual.  The committee shall be comprised of the President of the SCA, Communications Officer, Legal Counsel, Social Media Officer, DEI Officer, and a Board Member.  The President shall call the first meeting to order, and the committee shall select its own chair by majority vote.  The committee may nominate and select a new chair by majority vote at any committee meeting as needed.  The board member may cast a second vote to break a tie.*