# EXHIBIT 10



# the society for creative anachronism, inc.

P.O. Box 360789 • Milpitas, California 95036-0789 • Tel (408) 263-9305 • Fax (408) 263-0641

Lis Schraer  
Society Seneschal/VP for Operations  
seneschal@sca.org  
May 27, 2021

George Parker  
5705 South Charro Lane  
Hereford, AZ 85615

Dear Mr. Parker:

On April 2, 2021, Christian and Helene, Crown of An Tir, issued the sanction of Exile from the Realm against you. This sanction was based on a statement you made on another individual's SCA-identifying Facebook page which appears to violate the SCA's Hate Speech Policy as listed in Corpora.

At their May 25, 2021 conference call meeting, the SCA's Board of Directors took the following action:

*Motion by Gigi Coulson to uphold the exile of George Parker (Hakon Thorgeirsson Von Eignersfojord) by Christian and Helene, Crown of the Kingdom of An Tir, on April 2, 2021, and to direct the Society Seneschal to begin an investigation into possible sanctions up to and including revocation of membership and denial of participation. Second by Natalie Degerstrom. Opposed: None. Motion carried.*

Exile from the Kingdom means that you may not engage in any SCA activity in the Kingdom that issued the sanction. This also precludes participation in any Kingdom-controlled social or electronic media. This sanction does not preclude participation in activities in other Kingdoms. This sanction will continue until the end of Their Majesties Christian and Helene's current reign. As I understand you are now residing in the Kingdom of Atenveldt, the Kingdom Seneschal of Atenveldt will receive a copy of this letter; however, the Exile imposed by Their Majesties of An Tir does not extend to Atenveldt.

The Board of Directors also instructed my office to conduct an investigation into this matter. An investigator will be assigned to conduct that investigation. You may expect to be contacted by the investigator at some future date to obtain any statement or evidence you wish to supply. Once the investigation is completed, the matter will be referred back to the Board of Directors for a final determination of action to be taken. You will be informed of when that review will occur.

You may refer to the current version of the 2019 SCA Sanctions Manual, available on the Society Seneschal's web page at: socsen.sca.org, with regard to your options to appeal, limitations of activities in the SCA, and responsibilities with regards to this sanction.

Sincerely,


Lis Schraer  
Society Seneschal/Vice President for Operations  
cc: Kingdom Seneschals of An Tir and Atenveldt