# the society for creative anachronism, inc.

# EXHIBIT S



## ORGANIZATIONAL HANDBOOK

Including Corpora, the By-Laws, Corporate Policies, and the Articles of Incorporation

Revised August 12, 2018

© Copyright 2018 - The Society for Creative Anachronism, Inc. All Rights Reserved.

Printed copies of this document can be ordered from
SCA Marketplace, PO Box 360789, Milpitas, CA 95036-0789

*Members of the Society for Creative Anachronism, Inc. may photocopy this work in whole or in part for SCA use provided copyright credit is given and no changes are made to the text. The contents of this document will be posted at http://www.sca.org and further reproduction on other Internet sites is expressly forbidden.*

August 12, 2018 Revision

# TABLE OF CONTENTS

A BRIEF INTRODUCTION  TO THE SOCIETY FOR CREATIVE ANACHRONISM .................................................6

GLOSSARY ...............................................................................................................................................7

THE CORPORA OF THE SOCIETY FOR CREATIVE ANACHRONISM, INC. ...................................................9

   **I.**     GENERAL ...........................................................................................................................9
      **A.**  *Precedence of Law* ........................................................................................................9
      **B.**  *Role of Corpora* ...........................................................................................................9
      **C.**  *Role of the Board* .......................................................................................................10
          1.  Rules ......................................................................................................................10
          2.  Intervention ..........................................................................................................10
          3.  Publication of changes ..........................................................................................10
          4.  Relationship with branches ...................................................................................10
          5.  Right of appeal ......................................................................................................11
          6.  Impeachment ........................................................................................................11
          7.  Communications with the Board of Directors of the SCA, Inc. ..............................11
          8.  Operations outside the USA ..................................................................................11
      **D.**  *Membership Requirements* .......................................................................................12
          1.  General ..................................................................................................................12
          2.  Officers ..................................................................................................................12
          3.  Awards ..................................................................................................................12
      **E.**  *Unofficial Entities* .....................................................................................................12
      **F.**  *Sanctions* ...................................................................................................................12
   **II.**    EVENTS ...........................................................................................................................13
      **A.**  *Society Events Defined* ...............................................................................................13
      **B.**  *Requirements for Participants at Society Events* ........................................................13
      **C.**  *Business Requiring Prior Announcement* ...................................................................13
      **D.**  *Individuals in Charge of Events* ..................................................................................13
      **E.**  *Duty to Enforce Requirements* ..................................................................................13
      **F.**  *Policy on Religion* ......................................................................................................14
      **G.**  *Waterbearing* ...........................................................................................................14
  **III.**   BRANCHES .....................................................................................................................14
      **A.**  *General* .....................................................................................................................14
      **B.**  *Borders* .....................................................................................................................15
      **C.**  *Branch Designations* .................................................................................................15
      **D.**  *Establishment and Advancement* ..............................................................................18
      **E.**  *Reservations to the Board* .........................................................................................19
  **IV.**  ROYALTY .........................................................................................................................19
      **A.**  *Selection* ...................................................................................................................19
      **B.**  *Qualifications* ............................................................................................................19
      **C.**  *Duties* .......................................................................................................................19
      **D.**  *Privileges* ..................................................................................................................20
      **E.**  *Limitations.* ...............................................................................................................20
      **F.**  *Kingdom and Principality Law* ...................................................................................21
      **G.**  *The Crown* .................................................................................................................21
      **H.**  *The Coronet* ..............................................................................................................23
   **V.**    TERRITORIAL BARONS AND BARONESSES ........................................................................24
      **A.**  *Appointment and Removal* .......................................................................................24

*B.*   Responsibilities ...............................................................................................24
**VI.**   SOCIETY OFFICERS .............................................................................................24
   *A.*   General .........................................................................................................24
   *B.*   Society Seneschal ...........................................................................................26
   *C.*   Laurel Sovereign of Arms and The College of Arms .................................................26
      1.   Laurel Sovereign of Arms ............................................................................26
      2.   College of Arms .......................................................................................26
      3.   Heraldic Administration ..............................................................................26
   *D.*   Marshal of the Society ....................................................................................26
   *E.*   Minister of Arts and Sciences ............................................................................27
   *F.*   Chronicler of the Society. ................................................................................27
   *G.*   Society Chancellor of the Exchequer ...................................................................27
   *H.*   Webminister ..................................................................................................27
   *I.*   Reservations to the Board .................................................................................27
**VII.**   KINGDOM, PRINCIPALITY, AND LOCAL OFFICERS ........................................................27
   *A.*   General .........................................................................................................27
   *B.*   The Seneschal ................................................................................................28
   *C.*   The Principal Herald ........................................................................................28
   *D.*   The Earl Marshal .............................................................................................28
   *E.*   The Minister of Arts and Sciences .......................................................................28
   *F.*   The Chancellor of the Exchequer ........................................................................29
   *G.*   The Chronicler ...............................................................................................29
   *H.*   Duties of Other Officers ...................................................................................29
   *I.*   Appointment to office ......................................................................................29
   *J.*   Warranting / Rosters ........................................................................................29
   *K.*   Ending a term of office ....................................................................................29
   *L.*   Suspension of an officer ...................................................................................30
**VIII.**   PERSONAL AWARDS AND TITLES ..........................................................................30
   *A.*   Patents of Arms ..............................................................................................30
      1.   General Requirements ................................................................................30
      2.   Order of Precedence Within the Peerage .........................................................31
      3.   Departure from the Peerage .........................................................................31
      4.   Patent Orders ..........................................................................................31
   *B.*   Other Awards .................................................................................................33
   *C.*   Membership Requirements for Receiving Awards .....................................................34
   *D.*   Titles ...........................................................................................................34
   *E.*   Reservations to the Board .................................................................................35
      1.   Degradation from the Peerage ......................................................................35
      2.   Revocation of Awards and Grants of Arms ........................................................35
      3.   Granting and creation of new titles .................................................................35
**IX.**   SOCIETY COMBAT ..............................................................................................36
   *A.*   Society Combat-Related Activities .......................................................................36
   *B.*   The Rules of the Lists ......................................................................................36
   *C.*   Royal Lists ....................................................................................................37
**X.**   GRIEVANCES AND SANCTIONS ..............................................................................37
   *A.*   General .........................................................................................................37
   *B.*   Grievances ....................................................................................................38
      1.   Principles ...............................................................................................38
      2.   Procedures .............................................................................................38
   *C.*   Sanctions .....................................................................................................39

1.  Royal Sanctions ......................................................................................................................... 39
2.  Administrative Sanctions .......................................................................................................... 39
3.  Expulsion from the SCA ............................................................................................................ 39
4.  Reservations to the Board of Directors .................................................................................... 40

**THE BY-LAWS OF THE SOCIETY FOR CREATIVE ANACHRONISM, INC.** ....................................................... 45

I.     NAME ................................................................................................................................................ 45
II.    OFFICES ............................................................................................................................................ 45
III.   OBJECTIVES AND PURPOSES ...................................................................................................... 45
IV.    DEDICATION OF ASSETS ............................................................................................................... 45
V.     MEMBERS ......................................................................................................................................... 45
       A.    *Statutory Members* ................................................................................................................ 45
       B.    *Nonstatutory Members* ......................................................................................................... 45
       C.    *General Conditions and Privileges Of Membership* ........................................................... 45
             1.  Access to Membership ................................................................................................... 45
             2.  Privileges of Members ................................................................................................... 45
             3.  Revocation/Denial of Membership ................................................................................ 46
             4.  Reservations to the Board .............................................................................................. 46
VI.    BOARD OF DIRECTORS .................................................................................................................. 46
       A.    *Powers* ................................................................................................................................... 46
       B.    *Number of Directors* ............................................................................................................. 46
       C.    *Qualifications of Directors* ................................................................................................... 46
       D.    *Restriction on Interested Directors* ...................................................................................... 47
       E.    *Election and Term* ................................................................................................................. 47
             1.  Probationary Period ....................................................................................................... 47
             2.  Term of Service .............................................................................................................. 47
             3.  Resignation .................................................................................................................... 47
       F.    *Vacancies and Removal* ........................................................................................................ 47
             1.  Dismissal of a Director .................................................................................................. 48
             2.  Filling Vacancies ........................................................................................................... 48
             3.  Leave of Absence .......................................................................................................... 48
       G.    *Place of Meetings; Meetings by Telephone* ........................................................................ 48
       H.    *Regular Quarterly Meetings* ................................................................................................. 48
       I.    *Special Meetings* ................................................................................................................... 48
       J.    *Action at a Meeting; Quorum and Required Vote* ................................................................ 49
       K.    *Chairman and Vice-Chairman of the Board* ........................................................................ 49
       L.    *Committees* ........................................................................................................................... 49
       M.    *Reimbursement of Expenses* ................................................................................................ 49
VII.   ADMINISTRATION ........................................................................................................................... 49
       A.    *Officers* ................................................................................................................................. 49
       B.    *Corporate Office* ................................................................................................................... 49
       C.    *Compensation* ....................................................................................................................... 50
VIII.  CONTRACTS, CHECKS AND FUNDS ............................................................................................ 50
       A.    *Execution of Corporate Instruments* .................................................................................... 50
       B.    *Checks, Drafts, Etc.* .............................................................................................................. 50
       C.    *Gifts* ....................................................................................................................................... 50
IX.    INDEMNIFICATION .......................................................................................................................... 50
X.     BOOKS AND RECORDS ................................................................................................................... 50
XI.    FISCAL YEAR ................................................................................................................................... 51
XII.   AMENDMENT TO BY-LAWS ........................................................................................................... 51

XIII.   DEFINITION OF STRUCTURE ..................................................................................................51
    A.   *The Corpora* ....................................................................................................................51
    B.   *Corporate Policies of the SCA, Inc.* ...............................................................................51
XIV.   PARLIAMENTARY PROCEDURE ..........................................................................................51

**THE CORPORATE POLICIES OF THE SOCIETY FOR CREATIVE ANACHRONISM, INC.** .................................**52**

I. MEMBERSHIP TYPES ...............................................................................................................52
    *A. Statutory Members* ..........................................................................................................52
    *B. Non-Statutory Members* ..................................................................................................52
II. GENERAL CONDITIONS AND PRIVILEGES OF MEMBERSHIP .................................................53
    *A. Access to Membership* ....................................................................................................53
    *B. Privileges of Members* .....................................................................................................53
    *C. Eligibility for Office* ..........................................................................................................53
    *D. Revocation/Denial of Membership* ..................................................................................53
        1. Grounds ...............................................................................................................533
        2. Board Consideration ..............................................................................................54
        3. Notification ............................................................................................................54
        4. Appeal ................................................................................................................544
    *E. Reservation by the Board* ..............................................................................................544
III. ADMINISTRATION ...............................................................................................................544
    *A. President* .........................................................................................................................55
    *B. Vice President for Operations* ..........................................................................................55
    *C. Vice President for Corporate Operations* .........................................................................55
    *D. Secretary* ........................................................................................................................55
    *E. Treasurer* ........................................................................................................................55
    *F. Other Offices* ...................................................................................................................55
IV. WAIVERS – GENERAL ...........................................................................................................55
V. WAIVERS - COMBAT ..............................................................................................................56
    *A. Waivers for SCA Combat-Related Activities* .....................................................................56
    *B. Medical Authorization for Minors:* ....................................................................................56
VI. WAIVERS - PROCEDURES .....................................................................................................56
VII. POLICY ON FINANCIAL RESPONSIBILITY AND REDRESS ......................................................57
VIII. POLICY ON ALCOHOL .........................................................................................................57
IX. POLICY ON FIRST AID AT EVENTS OR SCA ACTIVITIES ..........................................................57
X. POLICY ON ELECTRONIC COMMUNICATIONS .......................................................................58
    *A. Electronic Publication of SCA Documents.* ......................................................................58
    *B. Participation of SCA Officials in Electronic Communications Media* ..................................58
    *C. Electronic Communications to and from SCA Officers* .....................................................58
XI. POLICY ON COINAGE AND CURRENCY ..................................................................................58
XII. POLICY ON TRADE MARKS ...................................................................................................59
XIII. POLICY ON ACCESSIBILITY TO SOCIETY FUNCTIONS ..........................................................59
XIV. POLICY ON LAND USE / REAL ESTATE .................................................................................59
XV. TRANSLATION OF CORPORATE DOCUMENTS ......................................................................59
XVI. AUTHORITY TO RETAIN LEGAL COUNSEL ...........................................................................59
XVII. AMENDMENT TO CORPORATE POLICIES............................................................................60

**THE ARTICLES OF INCORPORATION OF THE SOCIETY FOR CREATIVE ANACHRONISM, INC.** .......................................**61**

# A BRIEF INTRODUCTION
# TO THE SOCIETY FOR CREATIVE ANACHRONISM

The Society for Creative Anachronism, Inc. (SCA, Society is a 501(c)3 Educational Not-for-Profit organization devoted to the study of the Middle Ages and Renaissance. Most of its activities take place in the context of a social structure adapted from the forms of the European Middle Ages, which allows participants to take a first-hand look at various aspects of the life, culture and technology of the times under study.

As a living history group, the Society provides an environment in which members can recreate various aspects of the culture and technology of the period, as well as doing more traditional historical research. We sponsor events such as tournaments and feasts where members dress in clothing styles worn in the Middle Ages and Renaissance, and participate in activities based on the civil and martial skills of the period. These activities recreate aspects of the life and culture of the landed nobility in Europe prior to 1600 CE. The dress, pastimes, and above all the chivalric ideals of the period serve to unify our events and activities.

For Society members, most of the world, and all of the centuries prior to the 17th, can serve as a source for personal research. However, the further you go from the core of Medieval and Renaissance Europe, the less the environment we offer will resemble what someone of your time and country would find natural or homelike. For example, you can be an Asian or African guest at a European court, but you cannot expect others to share your special interests - like any long-term visitor in a foreign land, you are the one who will have to adapt to the customs you find around you. Since members have free choice of what areas they will explore, it follows that Society branches cannot decide to specialize in a specific time and place, since that would make it hard for members there to pursue their own interests in other times and places.

The Society has active branches in the United States, Canada, Europe, Australia, Asia, and Africa. This "Known World" is divided into Kingdoms. Each Kingdom has a King and Queen selected by tournament combat, in which each entrant seeks the Crown both for him or herself and for a chosen consort. Some of the Kingdoms include Principalities ruled by Princes and Princesses also chosen by combat. These regional organizations are responsible for the smaller branches based in individual towns, cities or counties.

The SCA was incorporated in the United States in 1968, but counts its years from the first tournament held on May 1st, 1966. The corporation maintains a central membership registry; publishes a quarterly magazine, Tournaments Illuminated; publishes a monograph series, The Compleat Anachronist; and provides mailing lists for the monthly regional newsletters published by the Kingdoms for all subscribing members. It also sets overall standards for safety and organizational structure, within which each Kingdom works as an independent unit.

The documents in this book set forth the workings of the SCA, Inc. and of the Society. Except as otherwise noted, the rules of the modern corporation (the By-Laws and the Corporate Policies of the SCA, Inc.) apply only to the US and other areas not separately incorporated, while the document named Corpora governs all the Kingdoms of the Society, wherever they exist.

August 12, 2018 Revision

# GLOSSARY

In this volume, the following terms are used only with the meanings given here:

- **Society**: The entirety of the Society for Creative Anachronism (a worldwide group of affiliated organizations).

- **SCA, Inc. or SCA**: The Society for Creative Anachronism, Inc., California nonprofit (or not-for-profit) corporation

- **Board:** The Board of Directors of the SCA, Inc.

- **Governing documents**: *The Organizational Handbook*, which contains The Introduction, Corpora, The Articles of Incorporation of the SCA, Inc., the By-Laws of the SCA, Inc., the Corporate Policies of the SCA, Inc., and any amendments and appendices.

- **By-Laws**: The By-Laws of the SCA, Inc.

- **Corpora**: The policies governing historical re-creation within the Society, and those policies applicable to the entire Society.

- **Subscribing member**: A Sustaining or International member of the SCA, Inc. or its approved equivalent in an affiliated organization.

- **Society Member**: Membership in the Society is defined in the By-Laws of the SCA, Inc., or in the approved organizational documents of any corporation affiliated with the SCA, Inc.

- **SCA, Inc. Waiver Card:** A card which indicates that a properly executed waiver is on file at the corporate office. This card may also contain membership information.

- **Armigerous award:** An award that can convey Arms by Award, Grant, or Patent.

- **Consort**: The member for whom the combatant fights in a Royal Lists.

- **Coronet:** The Sovereign and Consort of a principality, acting together.

- **Court of Chivalry / Court of Inquiry:** A panel, defined according to kingdom law, convened to investigate issues and possibly recommend action to the appropriate Society authority.

- **Crown**: The Sovereign and Consort of a kingdom, acting together.

- **Officer:** A Society member serving in an appointed office as defined in Corpora, or as an appointed deputy in such an office, or in another office as may be defined by Kingdom Law, at any level of the Society, or in the role of organizer of a Society event (commonly referred to as "Autocrat" or "Steward"), or as a Territorial Baron or Baroness, or as Crown or Coronet or heir to a Crown or Coronet.

- **Peerage:** Collectively, the members of the Order of Chivalry, the Order of the Laurel, the Order of the Pelican and the Order of Defense are referred to as the Peerage. A member of any of these Orders is a Peer.

- **Period:** The era used by the Society as the base for its re-creation activities. The Society is based on the life and culture of the landed nobility of pre-17[th] Century Western Europe, focusing on the Middle Ages and the Renaissance.

- **Realm:** A kingdom (including any principalities), or a principality.

- **Royal Lists**: Properly constituted armored combat tournament to determine the successors to current royalty. They are known as "Crown Lists" for kingdoms and "Coronet Lists" for principalities.

- **Royal heirs**: The victor in the Royal Lists and the victor's consort for the period between the victory and the Coronation (kingdom) or Investiture (principality).

- **Royal Peer:** An individual who has reigned as King or Queen, or as Prince or Princess of a principality, is referred to as a Royal Peer.

- **Royalty**: The persons who hold the offices of Sovereign or Consort of a kingdom or principality. The heirs to those positions are also considered royal, but Corpora uses the terms "royalty" and "reigning royalty" interchangeably, and only to refer to Sovereigns and Consorts.

- **Sovereign and Consort**: The victor in the Royal Lists and the victor's consort, respectively, after their Coronation or Investiture.

- **Subject**: Any person who physically resides within the borders of a realm for more than half the year. Those who do not maintain a residence meeting this definition may be considered subjects of the realm where they participate most frequently if they obtain written acknowledgment from the royalty of that realm. Those who participate in Society activities primarily in a realm other than the one where they reside may be considered subjects of that realm if they obtain written permission and acknowledgment from the royalty of both realms. Decisions of the Coronet in such matters depend upon the approval of the Crown.

# THE CORPORA
# OF THE SOCIETY FOR CREATIVE ANACHRONISM, INC.

## I.   GENERAL

## A.   Precedence of Law

1.      The approved English language version of any Society for Creative Anachronism, Inc. document is the official version.  In case of conflict between the English language version and a translation into another language, the English language version governs.

2.      Despite the use of the word "law" to describe the operating documents of its regional branches, the Society recognizes the absolute precedence of law issued by civil authorities over any of its internal rules. The SCA, Inc. as a corporate person, along with all of its members as citizens, must obey the law of whatever jurisdictions apply to them in exactly the same fashion as all other corporations or citizens in those jurisdictions.

3.      Within the Society, if there is any conflict among the provisions of the following types of rules, those higher on the list will govern over those lower:

   a.      The By-Laws of the appropriate organization

   b.      The Corporate Policies of the appropriate organization

   c.      The Corpora of the Society

   d.      Society Officers' Policies approved by the Board

   e.      Kingdom Law (within the kingdom that enacts it)

   f.      Decision of the Crown (within the kingdom and for the duration of the current reign)

   g.      Principality Law (within the principality that enacts it)

   h.      Decision of the Coronet (within the principality and for the duration of the current reign)

4.      If they find it useful to codify their customs, branches and organizations such as orders, guilds, et cetera, are permitted to create charters. Charters are primarily administrative tools that can help the group to define structure and procedures. Unless written into kingdom or principality law organizational charters do not have the force of law. Branch charters may not be written into law.

## B.   Role of Corpora

Corpora serves as a framework for the structure of the historical re-creation activities of the Society, and applies equally to all branches worldwide, regardless of corporate affiliation. The various Board-approved Policies of Society officers provide guidance for the operations of those offices. Kingdoms may follow custom or make law in areas where these policies are silent, as long as they remain consistent with the general approach embodied therein. They may also impose additional rules and requirements for branches, offices, and awards within their jurisdiction, but may not reduce or waive any specified requirement contained at a higher level in the Precedence of Law.

## C.    Role of the Board

### 1.    Rules

The Board of Directors of the SCA Inc. establishes the rules of the Society's historical recreation activities and minimum administrative requirements for officers and branches; these are published in Corpora. It is the final arbiter of the interpretations of these rules as made by the officers of the Society. It reserves to itself various powers as described in Corpora, and these reservations apply to all branches, regardless of corporate affiliation.

### 2.    Intervention

If the Board finds it necessary to intervene in branch affairs to protect the SCA's legal standing, its action will be directed as nearly as possible at the individuals responsible for the lapse. The Board will move against a branch as a whole only if repeated failures prove it incapable of locating and maintaining reliable officers, to be determined and defined on a case-by-case basis.

### 3.    Publication of changes

a.    Under normal circumstances, the Board will publicize proposed changes to Corpora in sufficient time to allow comment from the membership before making a final determination.

b.    The Board of Directors shall give a minimum of sixty (60) calendar days' notice to Kingdom Administration of the effective date of changes made Corpora. This notice shall be in written form and the sixty days shall count from the date of mailing. In case of an emergency, less notice may be given, such notice to be no less than thirty (30) days before the implementation date for such changes. In all cases where less than sixty days' notice was given, the notice shall be accompanied by a letter of explanation of the emergency prompting the change.

### 4.    Relationship with branches

a.    The Board will maintain a policy of non-interference with branch activities. The Board reserves the right to intervene in branch affairs if:

(i)    the events leading to such intervention appear to cause a threat to the integrity of the Society or the SCA, Inc.;

(ii)    the governing documents of the Society appear to have been violated;

(iii)    there is a threat to the SCA's legal standing; or

(iv)    the Board is asked to become involved.

b.    If the Board finds it necessary to intervene in branch affairs to protect the SCA's legal standing, its action will be directed as nearly as possible at the individuals responsible for the lapse. The Board will move against a branch as a whole only if repeated failures prove it incapable of locating and maintaining reliable officers.

c.    The application of any sanctions will depend upon the severity of the lapse, and the degree to which the affected parties were involved in either causing the problem or attempting to solve it.

d.    The Board shall ensure that each kingdom shall have a specific Board member, called an ombudsman, assigned to act as its representative to the Board, and vice versa, for matters concerning that kingdom.

5.      Right of appeal

a.      The Board is the ultimate determiner and arbiter of the rules of the Society, regardless of what authority it may delegate elsewhere. All members of the Society shall therefore have the right of appeal to the Board, provided they follow proper channels for complaint and appeal.

b.      When individual actions or decisions are appealed to the Board, any Directors who have been personally involved with the matters in question within the medieval structure of the Society must declare the potential conflict of interest and withdraw from the ruling.

6.      Impeachment

A Director's tenure on the Board can be challenged by means of a petition presented to the Board (via the Corporate Office) by a majority of either the current Crowns or current Kingdom Seneschals. Such a petition will invoke the impeachment procedures presented in the By-Laws of the SCA, Inc.

7.      Communications with the Board of Directors of the SCA, Inc.

a.      The Corporate Office serves as the primary channel of communications to and from the Board, and materials intended for the agenda must be sent to the Corporate Office for distribution, with a copy to the ombudsman for the affected kingdom and/or office and the administration of the affiliated corporation of which the correspondent is a member, if applicable. The Corporate Office prepares and distributes Board minutes, and arranges for publication of any decisions by the Board pertaining to the Governing Documents, any proposals for such decisions which the Board wishes disseminated for comment, and any other communications from the Board to the membership.

b.      Decisions of the Board are effective immediately, but shall not be considered binding until made available to the segment of the membership they affect via direct mailing, printing in the appropriate corporate publications, or other methods the Board shall establish.

c.      Any communication with the Board is considered public unless the author stipulates at the time of writing that the document is to be considered confidential. Confidential documents will not be distributed outside the corporate staff unless the author's permission has been obtained. Reasonable requests for copies of other communications must be made in writing to the corporate office, and all such requests are automatically considered public documents.

d.      For communications to be considered by the Board, they must be dated and include the author's legal name. A Society name may also be included when appropriate. A method of contacting the author (either postal or email address) must be included.

e.      The Board does not accept anonymous communications, and electronic communications with no identifier of the sender other than an email address will be considered anonymous.

8.      Operations outside the USA

The Board recognizes that the development of branches outside the United States enhances the Society as a whole by providing additional sources of ideas and materials, and additional opportunities for travel and education among the membership. However, while it is desirable for the SCA, Inc. to make an effort to assist such branches in their early development, it is not appropriate for one group of members to subsidize another indefinitely. The members in each country must eventually contribute enough to cover the ongoing expenses of operation in their country.

## D.    Membership Requirements

### 1.    General

Participants should expect to show proof of membership in order to qualify for member privileges. The level of proof required should be commensurate with the long-term risk to the Society posed by an erroneous claim to membership.

### 2.    Officers

a.    Officers at all levels of the Society must be Society members as defined in the Glossary and must have immediate access to the corporate newsletter for their area received at their residence. (Alternate access arrangements may be made for members of affiliated organizations or on a case-by-case basis for people with post office boxes and for International Members.) This standard also applies to deputies designated as successors to officers subject to this provision, or assigned independent administrative duties. Deputies who only assist with specific tasks are exempt from the newsletter access requirement.

b.    The warrants and/or appointments of officers found to be without a valid membership shall be considered terminated as of the date of the lapse.

c.    Warrants terminated due to a lapse in membership may or may not be reinstated upon demonstration of a valid membership at the pleasure of the warranting authority and within the confines of the governing documents and kingdom law.

### 3.    Awards

Each Kingdom may, if it so desires, require paid membership in the Society for any of the following: receiving a Patent of Arms; receiving a Grant of Arms; receiving an Award of Arms; admission to an armigerous order. Such requirements must be written into Kingdom Law, and may not imply or state that a person must remain a member to retain such awards or titles once given. A Kingdom which establishes such laws must ensure that its populace is informed of these requirements, and is responsible for their enforcement.

## E.    Unofficial Entities

In many kingdoms, there are groups in which many people participate but which are not formally recognized by the Society. These can range from highly structured guilds to loosely associated camping groups. Entities that fall into this category can have many names, including but not limited to households, guilds, ships, and clans. Although these entities are not recognized by the Society in any formal way, some kingdoms have awards that can be given to these groups. Because they are not official Society groups, unofficial entities cannot sponsor Society events.

## F.    Sanctions

1.    Sanctions and administrative actions should be proportionate and appropriate. Major sanctions, such as a ban on attendance or participation, should not be a substitute for appropriate administrative or legal action.

2.    Administrative sanctions include, but are not limited to, suspension or removal from office, revocation of authorization, or removal of a disruptive element from an event by the individual responsible for the event, as defined in the appropriate section of Corpora. The Royalty should work with the appropriate officers to impose any sanctions.

3.    Offenses against contemporary civil or criminal law should be dealt with through the appropriate legal system. This does not preclude the SCA from taking other appropriate actions.

## II.    EVENTS

### A.    Society Events Defined

The term "Society event" refers to tournaments, feasts, and other activities whereby participants can display the results of their researches into the culture and technology of the period in an environment which evokes the atmosphere of the pre-17th century European Middle Ages and Renaissance. It also refers to educational activities involving either one-time classes or ongoing Society university organizations, and meetings where participants share skills or discuss the business of the group. All Society events must be sponsored by official branches of the Society, registered with the Seneschal of the sponsoring branch, publicized at least to the members of that branch, and conducted according to Society rules.

### B.    Requirements for Participants at Society Events

Anyone may attend Society events provided he or she wears an attempt at pre-17th century clothing, conforms to the provisions in Corpora, and complies with any other requirements (including but not limited to site fees or waivers) which may be imposed. At business meetings and informal classes, the requirement to wear pre-17th century dress may be waived. All participants are expected to behave as ladies or gentlemen.

### C.    Business Requiring Prior Announcement

Formal actions and announcements with long-term impact on the Society may occur only at Society events for which a full announcement including date, time, and place has been published in advance in the appropriate corporate publication. These actions include Crown and Coronet Tournaments, Coronations and Investitures, appointment of officers, presentation of awards and titles, proclamation of law, and the establishment or advancement of branches. However, deputy officers and officers below principality level need not be appointed at published events.

### D.    Individuals in Charge of Events

Each Society event must have one Society member appointed by the sponsoring branch in attendance and responsible for the general conduct of the event. Where an event involves only one type of Society activity, the responsible member is the appropriate branch officer, or someone designated by that officer (usually called an Autocrat or Event Steward). Where an event includes a variety of activities, the responsible member is the branch Seneschal or someone designated by the branch Seneschal (usually called an Autocrat or Event Steward). Events including Society combat or combat-related activities must have at least one warranted marshal, designated by the Marshal of the sponsoring branch, in attendance and responsible for those activities.

### E.    Duty to Enforce Requirements

1.    The officer(s) of the sponsoring branch responsible for an event shall ensure that the event operates according to the rules set forth in this document. If transgressions occur which seriously compromise the integrity of the event or endanger the health and safety of the attendees, the responsible officers shall correct the problem immediately as follows:

2.    Disruptive elements at an event may be removed from the event by the individual responsible for that event or other appropriate officer. Offenses against contemporary civil or criminal law should be dealt with through the appropriate legal system. This does not preclude the Society from taking other appropriate actions as described in Corpora X.

3.    The responsible officer for the event may find it necessary to remove Society approval for the event, or call the appropriate civil authorities, such as police, fire, or medical personnel. If the responsible officer cannot or will not do so, the senior Seneschal present, or (in cases involving the Rules of the Lists) the senior Marshal present shall do whatever is necessary to end the transgressions, and notify the responsible officers and the owner of the site or the owner's agent

that the Society will no longer be responsible for the event. In such a case, all official actions properly performed prior to the point when sanction was removed will be considered valid. However, no action taken after that point, including transfers of office or bestowal of awards, will be considered valid. If an event is terminated in this manner, the person(s) doing so must notify the Society Seneschal, the appropriate kingdom officers, and any other appropriate Society officers as soon as possible. They must also file a complete written report of the circumstances with the Society Seneschal, the appropriate kingdom officers, and any other appropriate Society officers within 30 days.

4.      It is not the responsibility of Crowns to deal with violations of modern law. When asked to resolve situations that fall under the jurisdiction of modern authorities, it is the Crown's responsibility to cooperate in referring such violations to the modern authorities. Further, it is the responsibility of the officers, particularly the local or Kingdom Seneschal, to ensure that the modern authorities are promptly notified.

## F.      Policy on Religion

1.      Having no wish to recreate the religious conflicts of the period under study, the Society shall neither establish nor prohibit any system of belief among its members. No one shall perform any religious or magical ceremony at a Society event (or in association with the name of the Society) in such a way as to imply that the ceremony is authorized, sponsored, or promulgated by the Society or to force anyone at a Society event, by direct or indirect pressure, to observe or join the ceremony. However, this provision is in no way intended to discourage the study of historical belief systems and their effects on the development of Western culture.

2.      Except as provided herein, neither the Society nor any member acting in its name or that of any of its parts shall interfere with any person's lawful ceremonies, nor shall any member discriminate against another upon grounds related to either's system of belief.

## G.      Waterbearing

The activity of providing beverages to combatants and spectators at SCA Combat activities is not regulated, warranted, organized, controlled, or sanctioned by the SCA, Inc. or any affiliate or subsidiary entity.  Any warrants, authorizations, or other formal recognition of this activity which may currently exist are by publication of this change revoked.  The change does not address or restrict any volunteer activities regarding providing beverages to combatants or spectators at SCA Combat activities nor the methods by which such provisions may be made.  This does not preclude or affect SCA award recognition.

# III.   BRANCHES

## A.      General

1.      The Society defines standard categories for branches based on several criteria. Groups are encouraged to develop well beyond the required minimum levels before petitioning for a change in status, to assure the stability and permanence of the branch if the petition is granted. Since members have free choice of what areas they will explore, it follows that Society branches cannot decide to specialize. The choice of a single time and place for a branch would make it hard for members there to pursue other interests of their own.

2.      While international memberships may be used in the calculation of membership totals for branch status, a branch based on international memberships must have least one subscription to the appropriate corporate publication for their geographic area. The exact number required is a matter for negotiation among the Seneschals of the branch, principality, and kingdom, and the Society Seneschal. The required subscription(s) may be purchased communally by the branch.

## B.   Borders

1.      Each branch must have established borders, enclosing a single, contiguous area. At the Board's discretion, exceptions may be made in the case of overseas areas dependent upon kingdoms or principalities. Branch borders need not necessarily follow state lines or similar political divisions, if other clearly definable lines are available. In some cases, the "border" may be defined in terms of an institution rather than a specific map reference.

2.      Branches below principality level may not cross over state or national borders without the authorization of the Society Seneschal. The Kingdom Seneschal, with the approval of the Crown, may approve border adjustments below the principality level; specifically including adjustments to Baronial level borders to allow areas to form independent branches, as long as such adjustments are consistent with branch organization and designations.

3.      All kingdom and principality border adjustment petitions should be prepared by the Kingdom Seneschal(s) involved, and sent to the Society Seneschal, who will present them to the Board.

## C.   Branch Designations

1.      The designations given below are considered standard, and their use for branches of the appropriate type needs no special justification:

   a.      Kingdom: area ruled by a King and Queen

   b.      Principality: area within a kingdom ruled by Prince and Princess

   c.      Barony: area administered by a Baron and/or Baroness, the ceremonial representative(s) of the Crown

   d.      Province: equivalent of barony without ceremonial representative

   e.      Shire: local branch reporting directly to a kingdom or principality

   f.      Canton: local branch reporting through a barony

   g.      Riding: local branch reporting through a province

   h.      College: institutional branch based at a school, research facility, etc.

   i.      Stronghold: institutional branch based at a military installation

   j.      Port: institutional branch based at a military installation in situations where groups of members will be detached for long periods, as with ships at sea

2.      The Society recognizes that the use of these terms has developed over time, and does not require branches which adopted any of them in a sense other than that described herein prior to release of the 1989 Governing Documents to conform to the policy. Further, the Society recognizes that equivalent terms exist in many languages, and permits a branch to use any valid equivalent for the standard designation for a branch of its level, as determined by the College of Arms. Any branch wishing to use a term which has not yet been included on the College's list of established alternates should apply through its kingdom's College of Heralds for permission to use the new designation.

3.      Lateral changes in branch designation (such as between barony and province or between shire and college) must be submitted to the Society Seneschal for review and approval, in order to provide an outside confirmation that the needs of the membership will be served by the change.

4.      Kingdom: A kingdom is a sovereign entity within the Society which has the right to select a ruling King and Queen by armored combat. A branch or contiguous group of branches may petition for kingdom status if the resulting entity would fulfill the requirements listed below:

        a.      At least 400 members.

        b.      Candidates for all Great Officer positions, each of whom is acceptable to the Society Officer responsible for the direction of that aspect of Society activity.

        c.      A name and device registered with the College of Arms.

        d.      Consensus favoring advancement in branch status by the members in the proposed kingdom, demonstrated by procedures acceptable to the Kingdom and Society Seneschals.

        e.      A record of well-attended events together with regular study or guild meetings, demonstrations, and other educational activities for the benefit of the members and the community at large.

        f.      Sufficient members of the orders conferring Patents of Arms to advise the Crown regarding the admission of candidates to those orders and to foster the development of those orders and the skills they represent within the kingdom.

        g.      Sufficient fighters of such caliber as to invest the competition for the Crown with the dignity and value it merits.

        h.      A body of kingdom law which provides for the maintenance and succession of the Crown; for the definition and advancement of local branches; for the appointment and removal of territorial Barons and Baronesses; for the conduct of such courts as may be required for the maintenance of the realm; and for such other matters as are found necessary. Draft laws, in the form to be presented to the victors of the first Crown Lists, must accompany a petition for kingdom status.

        i.      A newsletter with quality and stability suitable for conversion to a corporate publication of the Society.

5.      Principality: A principality is a part of a kingdom which has the right to select a reigning Prince and Princess by armored combat. A branch or contiguous group of branches within a kingdom may petition for principality status if the resulting entity would fulfill the requirements listed below:

        a.      At least 100 members.

        b.      Candidates for all Great Officer positions, each of whom is acceptable to the kingdom officer responsible for the direction of that aspect of Society activity, and such other officers as kingdom law and custom may require.

        c.      A name and device registered with the College of Arms.

        d.      Consensus favoring advancement in branch status by the members in the proposed principality, demonstrated by procedures acceptable to the Kingdom and Society Seneschals.

        e.      A record of well-attended events together with regular study or guild meetings, demonstrations, and other educational activities for the benefit of the members and the community at large.

f.    Sufficient members of the orders conferring Patents of Arms to foster the development of those orders and the skills they represent within the principality.

g.    Sufficient fighters of such caliber as to provide appropriate competition for the Coronet.

h.    A body of principality law which provides for the maintenance and succession of the Coronet, and for any other matters delegated or permitted by the parent kingdom. Draft laws, in the form in which they will be presented to the victors of the first Coronet Lists, must accompany a petition for principality status.

6.    Baronies and Provinces: Baronies and provinces are large branches within and subject to the administration of a kingdom (or principality, if any). They are alike in status and in the ability to administer other branches within their borders, but differ in that baronies possess a Baron and/or Baroness, ceremonial representatives appointed by the Crown, and therefore have the ability to create and administer awards, while provinces do not. A branch or contiguous group of branches may petition for baronial or provincial status at the members' option, subject to the approval of the Crown and (if applicable) the Coronet, if the resulting entity meets the requirements listed below:

a.    At least 25 members.

b.    A set of officers acceptable to the Crown (and Coronet, if applicable).

c.    A name and device registered with the College of Arms.

d.    Consensus favoring advancement in branch status, and favoring the type of branch (barony or province) specified in the petition. This consensus is determined by kingdom law and custom. If the branch is to be a barony, arrangements shall have been made with the Crown at the time of application for baronial status to select and appoint a Baron and/or Baroness in accordance with kingdom law and custom.

e.    A strong record of activity in a variety of fields of Society endeavor.

7.    Other local branches: Below baronial/provincial level, branch establishment proceeds according to kingdom law and custom, subject to the Society Seneschal's review and the requirements set forth below. These branches may adopt designations as provided for by the laws and customs of their kingdoms and as established in this document. Minimum requirements include:

a.    At least 5 members

b.    At least 3 officers, including a Seneschal, an Exchequer, and one of the following: a Herald, a Marshal, or a Minister of Arts and Sciences. Local branches are encouraged to fill all the latter positions.

c.    A name registered with the College of Arms.

d.    Consensus among members in the area favoring establishment of the proposed branch.

e.    A special type of local branch is available for use at schools or military bases, or in other situations where membership is likely to fluctuate for reasons beyond the members' control. The "territory" of such branches is defined in terms of affiliation with the institution where they are based, not in terms of physical boundaries. Institutional branches may report

directly to a kingdom, but if their institution is located within the borders of a branch of any other class, they report through that branch. They differ from other local branches in that they go dormant if membership falls below five (5), rather than being disbanded.

## D.    Establishment and Advancement

1.    The Society and Kingdom Seneschals will work together as necessary to process petitions for branch establishment or advancement. Society members, who wish to form a branch, advance an existing branch in status, or advance a group of branches in status must first determine whether the area they have in mind is eligible for such treatment. This process shall involve consultation with the Kingdom (and Principality, if any) Seneschal, and with the Seneschals of any nearby branches.

2.    The Society permits very broad participation by people who are not members as defined in the By-Laws. However no part of the Society can be required to solicit or heed non-member views regarding branch status, or any other situation where the opinion of the populace is to be consulted. Law, custom, or actual practice may allow consultation with nonmembers, but it cannot be required.

3.    If necessary, the members shall reach a consensus as to a proposed name (and device, where required) and register it with the College of Arms before any petition for recognition can be granted.

4.    The members of the proposed branch shall prepare a petition for the proposed action, stating the proportion of their numbers favoring the move, and demonstrating that the requirements are met. The petition shall be submitted as specified by kingdom law and custom. The Kingdom Seneschal shall review the petition to determine whether the proposed branch elevation conforms to Corpora and kingdom law and custom, consulting royalty and other kingdom or principality officers as appropriate for the level of branch under consideration. If the Kingdom Seneschal decides to recommend that the petition should be granted, the action to be taken depends on the level of branch, as follows:

a.    Kingdoms: The Kingdom Seneschal of the parent kingdom shall determine whether the petition package is complete. The Seneschal shall forward the entire petition package (together with the accumulated recommendations, comments, and reasons for approval) to the Society Seneschal for review. The Society Seneschal shall bring the petition before the Board for formal action.

b.    Principalities: The Kingdom Seneschal shall forward the entire petition package (together with the accumulated recommendations, comments, and reasons for approval) to the Society Seneschal for review. The Society Seneschal shall bring the petition before the Board for formal action.

c.    Baronies and provinces: The Kingdom Seneschal shall forward the entire petition package, including statements regarding the opinions of the relevant officers and royalty, to the Society Seneschal for review. The Society Seneschal shall determine the acceptability of the petition and either notify the Seneschal that the branch advancement may proceed, or that there are deficiencies which need to be corrected before the petition can be approved. The Society Seneschal will report the change in status to the Board.

d.    Institutional branches and local branches other than baronies and provinces: The Kingdom Seneschal shall advise the Crown if the petition is acceptable. After the Crown acknowledges the creation of the branch, the Kingdom Seneschal shall inform the Society Seneschal of the name, location and date of elevation and the Society Seneschal shall then notify the Board.

5.    Appeals: If a petition to change branch status is denied at any stage, the petition will be returned to the originator(s) together with the accumulated recommendations, comments, and reasons for denial. Any denial may be appealed to the next level.

## E.    Reservations to the Board

The Board specifically reserves to itself the following functions with respect to branches of the Society:

1.    To set and revise the borders of principalities and kingdoms.

2.    To deny recognition to any group, regardless of other criteria met, for just cause, stated in writing to the affected people.

3.    To change the status of any branch to reflect its current qualifications.

4.    To dissolve a branch should it fail to continue to meet the qualifications for a branch of any level, or for other just cause, stated in writing to the affected people.

5.    To authorize a branch or group of branches to experiment with a non-standard class of organization. Any such authorization is specific to the branch obtaining it.

# IV.    ROYALTY

## A.    Selection

1.    Royal Lists must be conducted at a tournament announced in the kingdom newsletter as being for that purpose. Crowns or Coronets who wish to conduct a royal list in a manner other than individual combat must obtain the prior approval of the Board of Directors.

2.    Each competitor and prospective consort must hold a valid membership on the day of the Royal Lists. Within ten business days after being declared victor in a Crown or Coronet Tourney, the Victor and Consort must present to the Kingdom Seneschal proof that their memberships are current through at least the end of the prospective reign. Positive confirmation consists of; a valid membership card, appearance of the name with a valid membership on a printout from the Corporate Office, a membership label issued by the Corporate Office showing the name and expiration date, receipt of online membership (as downloaded from the renewal website), or a postcard or letter from the Corporate office confirming that the membership has been received.

3.    Kingdoms and principalities will ensure that all competitors in Crown and Coronet Lists are aware of and meet the membership requirements for themselves and their prospective consorts at the time they register for the Lists. Any officer of the Society or representative of a Kingdom found responsible for allowing a non-member to participate as an entrant or prospective consort in a Royal List will be subject to sanctions.

## B.    Qualifications

1.    Each competitor in a Royal List must be fighting for a prospective consort of the opposite sex unless the Crown has elected to permit a competitor to fight for a prospective consort of the same sex.

2.    No one may take part in a Royal Lists, either as a competitor or as a prospective consort, who has any reason to believe that either member of that competing couple will be unable to fulfill the duties of royalty.

3.    Each competitor and prospective consort must have access to the appropriate corporate newsletter at their place of residence.

## C.    Duties

1.    Royalty must know and uphold the laws of their realm and Corpora.

2.      The royal pair must attend their Coronation or Investiture, preside over the Royal Lists to select their successors, and attend the Coronation or Investiture of their successors. They must also attend such other events as may be dictated by the laws of their realm. Should extreme and extraordinary circumstances prevent a Crown, heir to the Crown, Coronet, or heir to the Coronet, from completing the these requirements, the Board of Directors may, upon substantial petition, and on a case by case basis, waive these requirements to allow the bestowing of a royal peerage or royal title.

3.      Royalty shall be the chief examples of chivalry, courtesy, and the other virtues appropriate to the ideals of the Society, and shall inspire these virtues in their subjects. They shall be true and faithful rulers for their subjects, uphold their subjects' rights and work for their benefit, and maintain an impartial justice for all in the realm.

4.      Royalty shall give appropriate recognition to those worthy of such honor.

5.      Royalty shall foster an atmosphere that encourages new and prospective members to feel welcome to participate in Society activities.

6.      Royalty shall foster an atmosphere that encourages their subjects to participate in arts and sciences activities.

7.      Royalty shall defend the realm from all foes, domestic and foreign.

8.      Royalty, acting with and through the officers of the realm, administer the lands and branches which comprise the realm. Royalty consult the officers of the realm in matters concerning the officers' areas of responsibility, and monitor the performance of their officers to the extent necessary to confirm that they are performing essential duties. They sign such internal documents as are necessary for the conduct of business within the realm.

9.      The Sovereign supervises combat on the field of honor.

10.     The Royal Heirs and Royalty must maintain their memberships until their term as Royalty is over. Should anyone serving as a Royal Heir, or as Royalty, be found in violation of the membership requirements, that individual's term ends as of the date of the membership lapse. Provisions for dealing with the situation are addressed in Kingdom Law within each individual kingdom. The individual shall not receive any recognition for having temporarily held the status of Royal Heirs or Royalty.

### D.    Privileges

1.      Royalty receive such gifts as may be made to the realm, use them appropriately in accordance with law and custom, and preserve them for their successors. If a gift is designated as personal by the donor, the royalty may retain it after the conclusion of the reign. During their reign, Royalty may use such items as the royal office shall already hold, in accordance with the law and custom of the realm.

2.      Royalty may delegate to any subject the execution of any legitimate royal power for a specific instance, such as the transmission of an award to an individual named and selected by them, subject to the laws and customs of the realm.

### E.    Limitations

1.      Royalty are subject to all current Society rules and kingdom and/or principality law.

2.      No Sovereign or Consort may fight or be fought for in any Royal Lists, nor may anyone hold more than one royal office, except for those held by virtue of holding another. (For example, a King may be temporarily Prince of a principality, if the Coronet is vacated and the Kingdom laws regarding succession make this provision.) Neither the Sovereign nor the Consort may become either Sovereign or Consort of that realm in the reign immediately following their own.

3.    The Crown may delegate the following authority to those territorial princes and princesses within their Kingdeom and may not delegate these powers or authorities to anyone else:

a.    decision making powers on legislation or principality law within the approval of the Crown;

b.    distribution of armigerous awards and orders with prior approval of the Crown;

c.    banishment within the principality with prior approval of the Crown; and

d.    signature authority for warrants and rosters with prior approval of the Crown.

4.    Royalty may grant armigerous awards to subjects of other realms only if all the following conditions apply:

a.    the service or achievements being recognized must have taken place in the realm of the conferring royalty,

b.    the conferring royalty must comply with all consultation provisions and other restrictions in the law of its realm,

c.    the conferring royalty must obtain prior written consent from the Crown of the realm of the recipient.

d.    For patent orders, the Crown of the realm of the recipient must likewise comply with any consultation provisions and other restrictions in its own law.

## F.    Kingdom and Principality Law

1.    The Crown or the Coronet may make and amend such laws of their realm as they deem necessary, with the restriction that principality laws are subject to the approval of the Crown. (Note that law applies to all persons participating in Society activities within the borders of the realm, without regard to subject status or individual fealty.)

2.    Law must be kept current, and all changes thereto must be proclaimed at a Society event and published in the kingdom newsletter. No provision of law shall be in effect, nor shall the subjects of a realm be responsible for such provision, until such proclamation and publication have taken place.

3.    If a new law of the realm conflicts with an existing provision, the latter must be explicitly repealed. Any law declared null and void because of a conflict must be explicitly repealed. Laws that are repealed must be proclaimed and published in the same manner as the original law.

4.    No law may require members or branches to make donations to the treasury of the realm. Laws which discuss voluntary donations are acceptable, as are those which mandate reasonable fees for events and services or discuss financial arrangements for the realm's main events sponsored by local branches.

5.    Failure of the Reign or Succession: Procedures shall be established in the law of the realm to ensure the succession and to provide for the maintenance of the realm and its royal offices in the event of disaster, failure, or absence of any of the reigning royalty or their heirs. At kingdom option, the procedures for principality succession may be placed in kingdom law.

## G.    The Crown

1.    The Crown may present Awards of Arms, the titles of Court Baron and Court Baroness, and Grants of Arms in accordance with the laws and customs of the kingdom. The Crown may establish and present such other awards as the Crown shall deem proper, in accordance with the laws and customs of the kingdom.

2.      The Crown may elevate subjects to the Peerage by granting membership in one of the Orders conferring a Patent of Arms, after consultation with the members of the Order within the Kingdom, and in accordance with the laws and customs of the kingdom. Restriction: to advance a candidate to the Order of Knighthood, a Knight of the Society must bestow the accolade.

3.      The Crown shall acknowledge attainment of Ducal, County or Viscounty rank by those who have met the requirements. The privilege of acknowledging Viscounty rank is designed for use when the Coronet is unavailable, as at the conclusion of a principality.

4.      The Crown may appoint, remove, and replace Great Officers of State, in conjunction with the appropriate Society Officers, if any. The Crown may appoint, remove, and replace lesser officers of the kingdom in conjunction with the appropriate Great Officers, if any.

5.      The Crown may either control the appointment, removal, and replacement of principality officers in conjunction with the Great Officers of State, or it may delegate this authority to the Coronet.

6.      The Crown may appoint, remove and replace territorial Barons and Baronesses in accordance with this document, kingdom law and custom.

7.      The Crown may suspend any officer of the kingdom for just cause, stated in writing to the affected person, for the duration of the reign.

8.      No Sovereign or Consort may hold any office in the kingdom other than territorial Baron or Baroness for the duration of the reign.

9.      The Crown may establish and call such courts as may be necessary for the governance of the realm, in accordance with kingdom law and custom.

      a.      Any courts within the Society are presumed to be within the historical context of the Society and pertain only to conduct within the structure and definitions of the Society.

      b.      The primary purpose for these courts within the Society is for the investigation of questions and issues, for opening communications on issues; and for the clarification of issues. Only secondarily are courts considered to be for the purpose of trying members of the Society for alleged behavior or incidents. No courts of the latter type are to be established by any branch below kingdom level.

      c.      No court shall be held within any kingdom on individual behavior that falls within the jurisdiction of a civil or criminal court maintained by the nation or other political division where it takes place, nor shall any recommendation about individuals be made on such issues. However, a given action may have implications both in law and in the Society's rules of courteous behavior. A court which restricts itself to the latter may be held as long as the act in question occurred in a Society context.

      d.      If a court concludes that the appropriate action is one beyond the powers of the Crown or Kingdom to enact, the judgment should be issued in the form of a request to the Society Seneschal.

10.     Reservations to the Board.

The Board explicitly reserves to itself the discipline of members for actions taken while serving as Sovereign or Consort of a kingdom. However, the Board will not consider appeals against the Crown before the aggrieved parties have attempted to resolve their problem directly with the Crown, and then with the appropriate kingdom and corporate officers, including the Society Seneschal.

11.     The Crown may sanction subjects of their realm and visitors thereto in accordance with Corpora X.A. (Royal Sanctions)

## H. The Coronet

1.    The Coronet shall administer the principality, its branches and subjects on behalf of the Crown, uphold their people's rights, work for their benefit, maintain the Crown's justice, and be true and faithful servants of their Crown.

2.    The Coronet shall recommend to the Crown those subjects whose achievements and service within the principality are worthy of recognition that cannot be granted by the Coronet.

3.    The Coronet may make armigerous awards only where the right has been formally delegated to them by the Crown. Any such general delegation extends only to subjects of their principality; the Coronet must obtain specific authorization from the Crown for armigerous awards to other persons. They shall acknowledge the attainment of Viscounty rank by those who have met the requirements. The Coronet may establish and present non-armigerous awards specific to their principality.

4.    If authority has been delegated by the Crown, the Coronet may appoint, remove, or replace Great Officers of the principality, in conjunction with the appropriate kingdom Great Officers. The Coronet may likewise appoint, remove, and replace Lesser Officers of the principality, in conjunction with the appropriate kingdom or principality Great Officers, if any. The Crown may require consultation and prior approval for any or all of these steps. The Coronet may suspend any officer of the principality for just cause, stated in writing to the affected person for the duration of the reign.

5.    No Sovereign or Consort may hold any office in the principality other than territorial Baron or Baroness, or any kingdom-level office, for the duration of the reign.

6.    The Coronet may call courts of inquiry only if the Crown approves.

7.    Reservations to the Crown

   a.    When the Crown believes the Coronet has overstepped the bounds of law and custom, the normal recourse should be to in-kingdom mediation and then to a Court of Chivalry.

   b.    If the Board upholds the judgment of such a Court, the affected parties may be subject to loss of any honors and privileges deriving from their reign, and nullification of any official acts dating back to the incident which led to the invocation of the Court.

   c.    If the Crown feels that rapid action is essential to protect the Society, it has the option of banishing the Coronet from the realm, effectively putting the principality reign into abeyance until either conditions change within the kingdom or the Board countermands the order. However, if the Board does not agree with the Crown's judgment regarding the urgency of the situation, the Board may choose to take action against the Crown as well as or instead of against the Coronet.

8.    Reservations to the Board

   a.    The Board reserves to itself the final determination regarding discipline of members for actions taken while serving as Sovereign or Consort of a principality. However, the Coronet remains subject to the Crown, and provisions regarding Courts of Chivalry and banishment still apply.

   b.    The Coronet may sanction subjects of their realm and visitors thereto in accordance with Corpora X.A. (Royal Sanctions).

# V. TERRITORIAL BARONS AND BARONESSES

## A. Appointment and Removal

1.       The Crown shall appoint a territorial Baron and/or Baroness according to the laws and customs of the kingdom when a branch is granted baronial status, or whenever a new Baron and/or Baroness are required. The barony's opinion on the matter must be requested and received in writing, and the appointments must not be substantially opposed by the populace of the barony. Territorial Barons and Baronesses are officers and must maintain appropriate membership status.

2.       The Crown may suspend a territorial Baron and/or Baroness for the duration of a reign, for just cause stated in writing and presented only to the Baron and/or Baroness. Suspension would prohibit the use of the baronial titles and arms, the conduct of baronial courts, and the presentation of baronial awards.

3.       The Crown may remove a territorial Baron and/or Baroness for just cause stated in writing and presented only to the Baron and/or Baroness; however, the Crown must request a written opinion from the populace of the barony before taking such action.

## B. Responsibilities

1.       The basic duties of the Baron and/or Baroness are ceremonial in nature in reflecting the royal presence in the barony. The Crown may assign additional duties and responsibilities, according to the laws and customs of the kingdom.

2.       Territorial Barons and/or Baronesses are responsible to the Crown and (if the barony is within a principality) to the Coronet. The Baron and/or Baroness shall work with the baronial officers as circumstances dictate, and shall keep these officers informed as necessary for the efficient performance of their duties and effective liaison within the barony.

3.       The privileges, duties, and rights, ceremonial and otherwise, of the office of territorial Baron and/or Baroness are established by the laws and customs of the kingdom, and shall include the right to make such awards as the Crown (or the Coronet, if applicable) shall specifically delegate, and to establish and present non-armigerous awards specific to the barony.

4.       A territorial Baron or Baroness may hold any other Society office for which he or she is fitted and qualified, save only those of Baronial Seneschal and Baronial Exchequer, but must not allow the duties and responsibilities of such office and the office of Baron or Baroness to conflict.

# VI. SOCIETY OFFICERS

## A. General

The term "Society Officer" refers to the officers listed below in their administrative roles within the historical structure of the Society.

1.       Responsibilities

a.       Each Society Officer shall carry out the duties assigned to that office, and may, with the approval of the Board, appoint such deputies as may prove necessary. The following duties are common to all Society Offices:

b.       Coordinating appointment of Great Officers of State for their areas of responsibility, in cooperation with the Crown of each kingdom.

c.       Maintaining communications with their subordinates, and assuring the flow of information on policies and developments in their areas of responsibility.

d.      Reporting to the Board quarterly, with copies to the Society Seneschal, regarding the status and activities of the kingdoms in the areas of their responsibility, and also submitting annual summaries of this information. Failure to submit these reports is tantamount to resignation, which may be accepted at the pleasure of the Board.

e.      Maintaining communications with other Society Officers as appropriate.

2.      Requirements and Benefits

a.      Society Officers and their warranted deputies must be members.

b.      Society Officers and some deputies may receive certain corporate periodicals (except their home-kingdom newsletters) at Society expense, for the duration of their tenure. The Corporate Office maintains the distribution list for these publications, at the direction of the Board. The Kingdom Seneschal and Kingdom Chronicler may receive certain corporate periodicals other than their own kingdom newsletter at the Society's expense for the duration of their terms. The Board may from time to time designate additional officers to receive these publications.

c.      No Society Officer may hold more than one Society Office, or any kingdom or principality Great or Lesser Office of State.

d.      No Society Officer may serve as Crown or Coronet during their tenure in office. In order to fight or be fought for in a Crown or Coronet Lists, the officer must have served a minimum of one year in that office and must have an appointed deputy, approved by the Board, who is ready and willing to accept all responsibilities for that office. Committing to become a Crown or Coronet will be considered a resignation from office.

e.      The Board shall ensure that each Society Officer shall have a specific Board member, called an ombudsman, assigned to act as its representative to the Board, and vice versa, for matters concerning that office.

3.      Sanctions

Society Officers may impose Administrative Sanctions within their area of authority, in accordance with Corpora X.

4.      Appointment and Removal

a.      Appointment: Society Officers shall be appointed by the Board. All appointments will be for specific terms of service, renewable at the option of the Society Officer and the Board. The initial appointment will be for a trial period of six months. At the end of that period, the Board will either confirm the remainder of the term of office, or appoint another person to the office for the trial period.

b.      Warranting: Three Board members must sign the warrant for a Society Officer. For a deputy, two Board members and the appropriate Society Officer must sign the warrant.

c.      Resignation: Society Officers may resign by submitting written notification to the Board via the Secretary and Corporate Office.

d.      Removal: Any Society Officer or deputy may be removed by a two-thirds vote of the Board.

## B.    Society Seneschal

The Society Seneschal is responsible for coordinating the administration of the Society's historical re-creation. This involves directing the activities of the Kingdom Seneschals and of Society-level deputies. Where questions arise concerning the intent of Corpora, the Board specifically authorizes the Society Seneschal to make interpretations and clarifications. Such rulings must be discussed with the Chairman at the earliest opportunity, and reported to the Board at the following meeting. The Society Seneschal's rulings will stand until and unless overruled by the Chairman or the Board. The Society Seneschal is also responsible for reviewing all sanction related activities.

## C.    Laurel Sovereign of Arms and The College of Arms

### 1.    Laurel Sovereign of Arms

The Laurel Sovereign of Arms (Laurel) is the principal heraldic officer of the Society and the head of the College of Arms. Laurel is responsible for fostering the study and practice of heraldry, and for establishing rules and making determinations regarding names and armory, royal and noble titles, and geographical designations to be approved for use in the Society.

### 2.    College of Arms

The College of Arms of the Society consists of the Principal Heralds of the kingdoms and such other persons as Laurel may deem to be of assistance. It aids Laurel in studying historical heraldic usage, developing heraldic rules for the Society's use, and reviewing individual items prior to their registration for use in the Society.

### 3.    Heraldic Administration

a.    Standards of difference and other rules: Laurel shall define standards suitable to the type of item to be registered, and apply them uniformly to all such submissions. These standards shall be designed to support the historical re-creations of the Society and to provide sufficient difference from names and armory registered within the Society to avoid undue confusion, to avoid the appearance of unearned honors or false claims, and to provide sufficient difference from historical or fictional personages to prevent offense due to obvious usurpation of identity or armory. Members are encouraged to develop unique, historically valid names and armory.

b.    Any item once registered shall remain registered unless the owner requests its release, and shall be accepted in the Society for the person for whom it was registered without regard to changes in the rules and standards applied to future submissions, or to the membership status of the owner.

c.    The standards and rules employed by Laurel and the College of Arms shall be published so that participants in Society activities can obtain copies for their own reference. The Ordinary and Armorial listing registered names and armory shall also be made available to the membership.

d.    Laurel shall ensure that fees for the Society's heraldic publications and for its services in registering names or armory are sufficient to cover the cost of such services, both at the corporate level and within the kingdoms.

## D.    Marshal of the Society

The Marshal of the Society is responsible for activities related to combat, archery and equestrian activities. This includes directing the Earls Marshal of the Kingdoms in matters concerning the supervision of combat and related activities at Society events and the manner and conduct of duties of all marshals throughout the Society; working to promote safety in the Society's martial arts; and working with the Minister of Arts and Sciences to encourage research in armor and weapons. The Board specifically authorizes the Marshal

to make interpretations and clarifications regarding the Rules of the Lists, with the proviso that such rulings must be reported to the Board at the following meeting. The Marshal's rulings will stand until and unless overruled by the Board.

## E.     Minister of Arts and Sciences

The Minister of Arts and Sciences is responsible for fostering the study of period culture and technology, and of methods for producing historically accurate artifacts and performances. Duties include coordinating the efforts of kingdom officers in the field (regardless of whether or not the functions related to "Arts" and "Sciences" are combined in one job or kept separate); promoting the dissemination of accurate information about the fields under study; and assisting the Chronicler of the Society and the editors of the corporate publications in confirming the validity of research presented to the membership.

## F.     Chronicler of the Society

The Chronicler is responsible for overseeing the production of kingdom newsletters, local branch newsletters, kingdom and local branch websites, and any other publications the Board may designate. In addition, the Chronicler establishes overall policies for Society-sponsored event and branch-related paper publishing at all levels, and serves as a source of publishing expertise and advice for the benefit of the Society.

## G.     Society Chancellor of the Exchequer

1.     The Society Chancellor of the Exchequer reports directly to the Treasurer as identified in the By-Laws.

2.     The Society Chancellor of the Exchequer shall cause to be kept and maintained adequate and correct accounts of the properties and business transactions of all branches and divisions of the Society except those controlled by the Treasurer and the Corporate Office. Such accounts shall include records of assets, liabilities, receipts, disbursements, gains, losses, capital, retained earnings, and other matters customarily included in financial reports.

3.     This officer accomplishes this directly, through the Kingdom Chancellors of the Exchequer, Kingdom Chroniclers (for regional corporate publications) or through other special deputies. The Society Chancellor of the Exchequer additionally collects and compiles reports on all such accounts for the Society's tax returns and other financial reports.

## H.     Webminister

The Web Minister is responsible for overseeing the websites of kingdoms, local branches, and any other website the Board may designate. In addition the Web Minister serves as a source of web publishing expertise and advice for the benefit of the Society. The Web Minister of the Society is responsible for collecting reports from Kingdoms, be they Greater or Lesser Officers.

## I.     Reservations to the Board

The board reserves the right to appoint and remove Society Officers.

# VII.   KINGDOM, PRINCIPALITY, AND LOCAL OFFICERS

## A.     General

1.     Officers assist Royalty in the administration of the lands and branches of the realm. Each officer has a specific area of specialization, and a defined geographic scope. Within those bounds, an officer coordinates branch activities, and may supervise deputies or lesser officers.

2.     Kingdom Great Officers are responsible directly to the Crown, but also report to a

corresponding Society officer if such a Society officer exists. Each Kingdom's Great Officer corps must include the Seneschal, the Principal Herald, the Earl Marshal, the Minister of Arts and Sciences, the Chancellor of the Exchequer, and the Chronicler. No person may hold more than one of these Great offices at a time. The Crown may create additional Great Offices. Kingdom Lesser Officers and deputies are created by the Crown according to the needs of the kingdom. These officers may be supervised directly by the Crown, or be placed under the jurisdiction of a Greater Officer, and report accordingly. However, Great Officers retain ultimate responsibility for delegated functions.

3.      Principality Great and Lesser Officer structure and duties generally parallel that of the Kingdom, with the Great Officers responsible to the Coronet and corresponding superior kingdom officer. Lesser officers may be supervised directly by the Coronet, or be placed under the jurisdiction of a Principality Great Officer. Specific reporting requirements are established by Kingdom and Principality law or custom.

4.      Local officers are responsible to a superior officer, and possibly Royalty, or a Territorial Baron and/or Baroness, depending on the particular administrative structure of that area.

5.      Kingdom and Principality Royalty may impose Administrative Sanctions within their area of authority, in accordance with Corpora X.

6.      The duties of the Kingdom Great Officers are defined below:

## B.      The Seneschal

1.      The Seneschal is the chief administrative officer of the Society for the kingdom, which includes coordinating the other kingdom officers as required for the smooth operation of the kingdom and for its relations with outside agencies. The Seneschal is responsible for assisting new branches and branch elevations.

2.      The Seneschal shall review all proposed changes to kingdom law to determine compliance with the governing documents of the Society, and advise the Crown accordingly. The Seneschal shall with due promptness either acknowledge the propriety of the changes by signing them, prior to the Crown's enacting them, or shall state any conflicts in writing to the Crown and to the Great Officers of the kingdom. Once the law has been enacted, the Seneschal shall ensure that the Society Seneschal and the Board ombudsman for the kingdom receive current copies, which must include the Seneschal's opinion regarding apparent conflicts, if any.

## C.      The Principal Herald

The Principal Herald is the head of the kingdom's College of Heralds and is responsible for supervising field heraldry and court heraldry at events within the kingdom, and for College of Arms activities within the kingdom, including the timely processing of submissions for names and armory.

## D.      The Earl Marshal

The Earl Marshal is responsible for overseeing the conduct of all martial arts activities, including but not limited to tournament lists, wars, combat archery, and fencing, as well as such related activities as scouting and target archery. The Earl Marshal bears primary responsibility for promoting both the safety and the authenticity of the martial arts in the kingdom, but works with other officers in their areas of mutual interest.

## E.      The Minister of Arts and Sciences

The Minister of Arts and Sciences is responsible for supporting study into art forms, technologies, and those aspects of culture relating to their use, both in period and in Society activities.

## F.    The Chancellor of the Exchequer

The Chancellor of the Exchequer is responsible for maintaining the financial records of the kingdom, supervising the finances of the kingdom, and assembling financial reports and submitting them to the Society Chancellor of the Exchequer in a timely fashion.

## G.    The Chronicler

The Chronicler supervises all publishing activities of the kingdom, and is the editor or supervises the editor of the kingdom newsletter, which is responsible for all required announcements and notices of Society events, kingdom law, and other kingdom business. The Chronicler works with the Society Registrar on matters of mailing and circulation. The Chronicler is also responsible for accounting for the corporate stipend and other kingdom newsletter income, and reporting all such income and expenditures to the Society Chancellor of the Exchequer as required by that officer.

## H.    Duties of Other Officers

Specific duties of Kingdom Lesser Officers, deputies, Principality Officers, and Local Officers are defined by Royalty and the appropriate superior officer.

## I.    Appointment to office

1.    Kingdom Great Officers of State are appointed by the Crown after due consultation with the outgoing officer, the Seneschal, and any other appropriate Great Officer. The appointments take effect when and if ratified by the corresponding Corporate Officer by countersignature of the warrant. If there is no Corporate Officer, the Crown shall act unilaterally.

2.    Kingdom Lesser Officers are appointed by the Crown in a parallel manner, where the Great Officer takes the place of the Society Officer.

3.    Principality Great and Lesser Officers are appointed in a similar fashion, although the specific details are governed by kingdom law or custom.

4.    Local officer appointments are usually done by the next superior officer, and confirmed by Royalty, according to kingdom law and custom. Local officers must not be substantively opposed by the people of the branch, but the final decision remains with the superior officer and Royalty.

## J.    Warranting / Rosters

1.    Kingdom Great Officers' appointments are confirmed by a signature from the Corporate Level and the Crown, on the standard warrant form. All other Officer appointments may be listed on a roster that includes the legal and Society names, address, phone number, and the appointment and expiration dates for each officer. It must be signed by the appropriate Royalty and the responsible superior officer, and be updated regularly. The roster must contain a statement that it is the current roster of (office) for the (kingdom, principality) of the Society as of (date).

2.    Local Branch officers may be officers in their own right, or be deputies of officers of an administering branch. Until a branch is proclaimed by the Crown, its officers must be deputies of their counterparts in the administering branch.

3.    Before a proposed officer can be placed on a roster or warrant, they must have a membership that provides immediate access to the corporate newsletter for their area. This also applies to deputies designated as an officer's successor.

## K.    Ending a term of office

1.    All office terms end upon the expiration date listed on the warrant or roster. Officers are normally responsible for presenting a potential successor to the appropriate Royalty before their term expires. Where a good-faith effort to fill the office is in progress, the Crown may authorize a

Kingdom Great Officer to continue in office for up to 45 days after the expiration of the warrant. Officers may serve successive terms only as kingdom law and custom permit. Officers must turn over all office related materials to their successor in a timely and organized fashion when their term ends.

2.      All officers may resign by sending written notice to the people who signed their warrant or roster. Kingdom law may include provisions regarding levels of inactivity or non-reporting as equivalent to resignation.

3.      Officers may be removed for just cause, stated in writing to the officer, by joint action of the Crown and the corresponding superior officer. If there is no superior officer, the Crown may act unilaterally, in accordance with law and custom. An officer so removed may appeal to the Board.

## L.    Suspension of an officer

1.      Officers may be suspended by either the appropriate Royalty or the superior officer for just cause, stated in writing to the officer. Suspensions by the Royalty are for not more than the duration of the current reign. Suspensions by the superior officer are for not more than 90 days. A suspension takes effect upon declaration to the officer, but the Royalty or the superior officer must be informed as soon as possible. The suspension of a kingdom or principality great officer must be announced in the next available issue of the kingdom or principality newsletter.

2.      If a deputy has been designated as successor for the post, the deputy shall automatically assume the duties of the office at the moment of such suspension and shall continue fulfilling said duties until the suspension is terminated. In order to be assured of the succession in the event of the suspension of an officer, the deputy designated to succeed that officer must be on a roster or warrant signed by that officer, and the Royalty that signed that officer's roster or warrant. In addition, the officer must send a copy of that warrant to their superior officer. The deputy is considered an officer. If no designated successor exists for the post, the Royalty and superior officer (if any) shall reach an agreement as to how to carry out the duties of the post. The suspension stands until and unless overruled by the Board.

# VIII.   PERSONAL AWARDS AND TITLES

## A.    Patents of Arms

### 1.    General Requirements

Candidates for any order conferring a Patent of Arms must meet the following minimum criteria. Additional requirements may be set by law and custom of the kingdoms as deemed appropriate and necessary by the Crown.

a.      They shall have been obedient to the governing documents of the Society and the laws of the kingdom.

b.      They shall have consistently shown respect for the Crown of the kingdom.

c.      They shall have set an example of courteous and noble behavior suitable to a peer of the realm.

d.      They shall have demonstrated support for the aims and ideals of the Society by being as authentic in dress, equipment and behavior as is within their power.

e.      They shall have shared their knowledge and skills with others.

f.      They shall have practiced hospitality according to their means and as appropriate to

the circumstances.

g.    They shall have made every effort to learn and practice those skills desirable at and worthy of a civilized court. To this end they should have some knowledge of a wide range of period forms, including but not limited to literature, dancing, music, heraldry, and chess, and they should have some familiarity with combat as practiced in the Society.

h.    They should participate in Society recreations of several aspects of the culture of the Middle Ages and Renaissance.

## 2.    Order of Precedence Within the Peerage

The Crown may establish the order of precedence within the peerage according to the laws and customs of the kingdom. However, the Chivalry, the Laurel, the Pelican and Defense are of equal precedence and must be considered as one group.

## 3.    Departure from the Peerage

Any member of an order conferring a Patent of Arms may resign from that order. To leave a Patent Order, the member must send a written resignation to the Crown, the Principal of the Order (if any), the Principal Herald, and the Board. The Crown bestows membership in Patent Orders. No 'interchangeability' exists from one order to another (as Knight to Master or Laurel to Pelican), and the acceptance of a person who has so resigned an order into any other order is solely at the discretion of the Crown according to the laws and customs of the kingdom.

## 4.    Patent Orders

The following institutions are established for all kingdoms in the Society. A Patent of Arms may be conferred only upon a person being admitted into one of these orders. Each candidate for a patent order must satisfy the general requirements listed above in A.1., as well as the specific requirements listed here.

a.    The Chivalry:

(i)    The Chivalry consists of two equal parts: Knighthood and Mastery of Arms. No one may belong to both parts of the order at one time. When a member is admitted to the Chivalry by the Sovereign, the choice of which part of the order to join is made by the new member. The candidate must be considered the equal of his or her prospective peers with the basic weapons of tournament combat. To become a Knight, the candidate must swear fealty to the Crown of his or her kingdom during the knighting ceremony. Masters of Arms may choose to swear fealty, but are not required to do so.

(ii)    The duties of the Chivalry are as follows:

(a)    To set an example of courtesy and chivalrous conduct on and off the field of honor.

(b)    To respect the Crown of the kingdom; to support and uphold the laws of the kingdom and Corpora.

(c)    To enrich the kingdom by sharing his or her knowledge and skills.

(d)    To support and uphold the Crown of his or her kingdom.

(e)    To enhance the renown and defend the honor of the peer's Lady or Lord.

(f)     To advise the Crown on the advancement of candidates for the Chivalry.

(g)     To bestow the Accolade of Knighthood upon a candidate for the Order of Knighthood, by sole right as both Sovereign and knight, or acting directly for a Sovereign who is not a knight.

b.     The Order of the Laurel:

(i)     Members of the Order of the Laurel may choose to swear fealty, but are not required to do so. The candidate must have attained the standard of excellence in skill and/or knowledge equal to that of his or her prospective peers in some area of the Arts or Sciences. The candidate must have applied this skill and/or knowledge for the instruction of members and service to the kingdom to an extent above and beyond that normally expected of members of the Society.

(ii)     The duties of the members of the order are as follows:

(a)     To set an example of courtesy and chivalrous conduct.

(b)     To respect the Crown of the kingdom; to support and uphold the laws of the kingdom and Corpora.

(c)     If in fealty, to support and uphold the Crown of his or her kingdom.

(d)     To enrich the kingdom by sharing his or her knowledge and skills.

(e)     To advise the Crown on the advancement of candidates for the Laurel.

c.     The Order of the Pelican.

(i)     Members of the Order of the Pelican may choose to swear fealty, but are not required to do so. The candidate must have attained the standard of service to the Society or any of its branches equal to that of his or her prospective peers, which is above and beyond that normally expected of members of the Society.

(ii)     The duties of the members of the order are as follows:

(a)     To set an example of courtesy and chivalrous conduct.

(b)     To respect the Crown of the kingdom; to support and uphold the Laws of the kingdom and Corpora.

(c)     If in fealty, to support and uphold the Crown of his or her kingdom.

(d)     To enrich the kingdom by sharing his or her knowledge and skills.

(e)     To advise the Crown on the advancement of candidates for the Pelican.

d.     The Order of Defense

(i)     Members of the Order of the Defense may choose to swear fealty, but are not required to do so. The candidate must be considered the equal of his or her prospective peers with the basic weapons of rapier and/or cut-and-thrust combat. The candidate must have applied this skill and/or knowledge for the instruction of

members and service to the kingdom to an extent above and beyond that normally expected of members of the Society.

(ii)    The duties of the members of the order are as follows:

(a)    To set an example of courtesy and chivalrous conduct on and off the field of honor.

(b)    To respect the Crown of the kingdom; to support and uphold the Laws of the kingdom and Corpora.

(c)    If in fealty, to support and uphold the Crown of his or her kingdom.

(d)    To enrich the kingdom by sharing his or her knowledge and skills.

(e)    To enhance the renown and defend the honor of the peer's Lady or Lord.

(f)    To advise the Crown on the advancement of candidates for the Order of Defense.

e.    Royal Peerages: The titles assumed by former Crowns and Coronets may convey Patents of Arms if the laws and customs of the kingdom so provide. However, in order to receive a patent with the title, the recipient must meet the general requirements listed for peerage.

f.    The Order of the Rose: The Order of the Rose consists of former Royal Consorts of a kingdom. It is specifically charged with encouraging chivalrous and courteous behavior among all members of the Society. It may be non-armigerous, or it may be defined as a Patent Order according to the laws and customs of the kingdom. In the latter case, the general requirements for peerage must be met.

## B.    Other Awards

1.    The title of Baron or Baroness, whether territorial or of the court, shall carry at least an Award of Arms if the recipient is not already armigerous.

2.    Kingdoms may establish awards and orders conferring Awards or Grants of Arms, and the Crown may award membership in such orders according to the laws and customs of the kingdom. The names and insignia of these awards and orders must be ratified by the Laurel Sovereign of Arms. The order of precedence among orders conferring Awards or Grants of Arms shall be established according to the laws and customs of the kingdoms. Principalities may establish their own awards and orders, but the approval of the Crown is required before these awards and orders may convey Arms.

3.    An armiger may resign any award or order. To do so requires a written statement, sent to the current royalty of the level which bestowed the award, the Principal of the Order, if any, the Principal Herald and the Board.

4.    Non-armigerous awards and orders may be established by a kingdom, principality or barony, according to the laws and customs of the kingdom. The names and insignia of these awards and orders must be ratified by the Laurel Sovereign of Arms. Below kingdom level, orders may not convey Arms, unless specifically delegated by the Crown. The Crown must approve any non-armigerous award or order before it may be recognized by the College of Heralds of a kingdom and given a place in its Order of Precedence.

5.    Only royalty and territorial Barons and Baronesses may bestow awards. If an award is

established for a specific branch, only the royalty or Baronage of that branch may bestow the award, unless the power is specifically delegated in a manner consistent with Corpora and kingdom law and custom.

## C.    Membership Requirements for Receiving Awards

1.    The Board authorizes each Kingdom to determine if they require paid membership in the Society for any of the following:

   a.    receiving a Patent of Arms;

   b.    receiving a Grant of Arms;

   c.    receiving an Award of Arms;

   d.    admission to an armigerous order.

2.    Such requirements must be written into Kingdom Law, and may not imply or state that a person must remain a member to retain such awards or titles once given. A Kingdom which establishes such laws must ensure that its populace is informed of these requirements, and is responsible for their enforcement.

## D.    Titles

1.    "Landedness" in the Society is an attribute of the Crown, the Coronet, and the territorial Barons and Baronesses. Other titles within the Society do not confer land, and no form of any title shall be taken or used which states or implies ownership or control of any geographic, demographic or sociographic area within or external to the Society in any sense, medieval or otherwise.

2.    The Society's standard titles are defined in (4) below. The Society recognizes that equivalent titles from other cultures may be more appropriate for individual members. Such alternate titles may be used by those entitled to the rank or award associated with them, provided the College of Arms has ruled that the title in question is an equivalent for the rank or award in question. All standard and alternate titles are specific to the Society, and convey no rank or precedence outside it. They may be used in a Society context only by those who have achieved the appropriate rank or award within the Society.

3.    Names and terms that imply relationships between Society members (such as apprentice, page, squire, etc.) or that carry vocational connotations (religious, military, scholarly, etc.) may be used in the Society on an informal basis, subject to the following restrictions: They must not assert or imply noble rank or territorial jurisdiction. They must not be offensive in themselves or in the context in which they are used. They may carry no precedence and must not be used in any manner which would suggest that they do so.

4.    The titles listed here are considered standard, and may be used by those who have earned or been granted the appropriate rank or award within the Society. The College of Arms publishes a more extensive list of titles and alternative forms, which may also be used freely by qualified persons. In addition, the College of Arms has full approval authority over new alternative titles, which must be added to their list before being released for use in the Society.

| TITLE (masculine/feminine/collective) | RANK OR AWARD |
| --- | --- |
| King/Queen/Crown | Rulers of a kingdom |
| Crown Prince/Crown Princess/(Royal) Coronet | Heirs to the Crown |
| Prince/Princess/Coronet | Rulers of a principality |

| TITLE (masculine/feminine/collective) | RANK OR AWARD |
|---|---|
| Duke/Duchess | Persons who have reigned over a kingdom two or more times. The title is assumed at the end of the second complete reign. |
| Count/Countess | Persons who have once reigned over a kingdom. The title is assumed at the end of the first complete reign. |
| Viscount/Viscountess | Persons who have reigned over a principality. The title is assumed at the end of the first complete reign. |
| Master/Mistress | Members of the Orders of the Laurel, the Pelican, Mastery of Arms and Defense. |
| Sir/Sir | Members of the Order of Knighthood. Note that most women who are members of the order have chosen to use 'Sir'. |
| Baron (of placename)/ Baroness (of placename) | Ceremonial heads of a barony |
| (Court) Baron/ (Court) Baroness | Armigerous titles awarded at the discretion of the Crown. The word "Court" is often left out when referring to this title. |
| Lord/Lady | Basic titles for persons who hold Arms by Award or Grant |
| "my lord"/ "my lady"/ "good gentles" | **These are general forms of address rather than titles**. They are properly used informally, or any time the speaker does not know another form that would be more appropriate for the listener. |
| Master of (job name)/ Mistress of (job name) | Alternates for 'Minister of (job name)'. As with the standard designation for the office, **these are not personal titles, and should in no case be abbreviated or prefixed to the officer's personal name.** |

## E.    Reservations to the Board

### 1.    Degradation from the Peerage

The Board reserves the right to degrade a person from the Peerage. However, kingdom law may define conditions and procedures under which a recommendation for such action may be made to the Board. Unless stipulated otherwise by the Board, the Board's decision in such a case applies only to the matter at hand. Nothing prohibits a person who has been degraded from any order of the peerage from being elevated to the peerage at a later date, should the Crown determine that the person in question now meets the requirements of the order to which he is being elevated.

### 2.    Revocation of Awards and Grants of Arms

As with Peerages, the Board specifically reserves the right to revoke any Award or Grant of Arms. Kingdom law may make provision for offering such a recommendation to the Board.

### 3.    Granting and creation of new titles

The Board reserves the right to define the circumstances for which new titles of rank may be granted and to coin any such titles either for general use or for specific individuals. A specific title granted by the Board upon just petition is unique to each case and does not make that title valid for any other use or person within the Society.

Case 3:23-cv-05069-RJB   Document 47-1   Filed 02/18/24   Page 36 of 61
August 2023 revision

# IX.  SOCIETY COMBAT

## A.  Society Combat-Related Activities

1.    Society combat-related activities are defined as armored combat, fencing, combat archery, marshaling, scouting, and banner bearing in combat. Other activities clearly falling within the scope of the above are also to be considered combat-related activities.

2.    A participant in any of the Society combat-related activities as defined above must be authorized by a marshal warranted and designated by the Earl Marshal of a kingdom or his representative as able to authorize individuals in the appropriate activity.

3.    Requirements for authorization for all combat-related activities are delineated in the Marshal's Handbook. Kingdoms may define such additional types of authorization (such as weapons forms) as they deem necessary.

4.    Authorizations shall be registered with and kept on file by the Earl Marshal or other designated official of each kingdom.

5.    Waivers, indemnities, or other required documents must be signed as appropriate before training for authorization, being authorized, or participating in SCA combat or related activities. Proof that the required document, if applicable, has been signed must be presented before an individual may participate in the above mentioned activities. (For more detailed information on waivers, see Corporate Policies of the SCA, Inc., section IV – VI.)

6.    A Combat Authorization Card shall be issued to each authorized participant in a Society Combat-Related Activity. This card shall be presented to the Lists Official at a Society event to register for such activities and shall establish that the person is authorized. This card must be shown to any marshal or lists official upon request. The Society Marshal shall establish procedures for the notification and registration of authorizations and the issuance of the Combat Authorization Cards.

7.    No person who has not attained his or her sixteenth (16th) birthday may be authorized in armored combat or the marshaling of armored combat. No person who has not attained his or her fourteenth (14th) birthday may be authorized for any form of Society combat-related activity.

8.    Prior to the authorization of a minor in any Society combat-related activity, the parent or guardian of the minor must witness the activity, discuss it with a witnessing marshal, and execute a waiver, indemnity, or other required document for the minor. The witnessing marshal must be explicitly authorized to perform this function by the Earl Marshal of the kingdom. The marshal who authorizes a minor person for any form of Society combat-related activity must be the Kingdom Earl Marshal or the Principality Marshal or a designated deputy. This need not be the same person as the witnessing marshal.

9.    Any minor involved in Society combat-related activities at an event must have a parent or a properly-executed document designating some adult person present at the event as able to authorize medical treatment for that minor in the case of any emergency.

## B.  The Rules of the Lists

1.    Each fighter, recognizing the possibilities of physical injury to himself or herself in such combat, shall assume unto himself or herself all risk and liability for harm suffered by means of such combat. Other participants shall likewise recognize the risks involved in their presence on or near the field of combat, and shall assume unto themselves the liabilities thereof.

2.    No person shall participate in Combat-Related Activities (including armored combat, fencing, combat archery, marshalling, scouting, and banner-bearing in combat) outside of formal training sessions unless and until he or she shall have been properly authorized under Society and kingdom

procedures.

3.      All combatants must be presented to, and be acceptable to, the Sovereign or his or her representative.

4.      All combatants shall adhere to the appropriate Armor and Weapons Standards of the Society, and to any additional standards of the kingdom in which the event takes place. The Sovereign may waive the additional kingdom standards.

5.      The Sovereign or the Marshallate may bar any weapon or armor from use upon the field of combat. Should a warranted Marshal bar any weapon or armor, an appeal may be made to the Sovereign to allow the weapon or armor.

6.      Combatants shall behave in a knightly and chivalrous manner, and shall fight according to the appropriate Society and Kingdom Conventions of Combat.

7.      No one may be required to participate in Combat-Related Activities. Any combatant may, without dishonor or penalty, reject any challenge without specifying a reason. A fight in a tournament lists is not to be considered a challenge, and therefore may not be declined or rejected without forfeiting the bout.

8.      Fighting with real weapons, whether fast or slow, is strictly forbidden at any Society event. This rule does not consider approved weaponry that meets the Society and kingdom standards for traditional Society combat and/or Society rapier combat, used in the context of mutual sport, to be real weaponry.

9.      No projectile weapons shall be allowed and no weapons shall be thrown within the Lists of a tournament. The use of approved projectile weapons for melee, war, or Combat Archery shall conform to the appropriate Society and Kingdom Conventions of Combat.

## C.    Royal Lists

Only Chivalric (rattan) combat shall be used for formal tournament lists for royal ranks.

# X.    GRIEVANCES AND SANCTIONS

## A.    General

1.      While the Society is devoted to courtesy, trustworthiness, and personal responsibility, tensions and disputes do arise.

2.      The Board is the final court of appeal for disputes that have escalated beyond the ability of the participants or the officers to handle. However, it is reluctant to play that role because its rulings affect the entire Society –often by restricting everyone's freedom and reducing their enjoyment of the organization. Corpora provides a right of appeal to the Board, but members should make every effort to work out their disputes at as low a level in the organization as possible.

3.      While it is not possible to prescribe a specific list of things to do or people to consult that will serve in all disputes, the general procedure outlined here should be adaptable to most of them. If you are directly involved in a dispute, you must go through a process at least as comprehensive as this one before asking the Board for help. If you are asked to intervene in someone else's dispute because of the office or title you hold, please don't rush in. First, urge the principals to try all measures recommended for attempting to reach a settlement without involving your level of the organization. Then, if you do intervene, make every effort to find a resolution the participants can accept, instead of escalating the dispute to higher levels of the organization.

4.      Hate speech is not tolerated in the Society. Hate speech is speech or symbols that offend, threaten, or insult individuals or groups, based on race, color, religion, national origin, sexual orientation, disability or other traits. Such symbols and speech have no essential part of any discussion of ideas and are of so little value to the Society that any benefit that may be derived from them is clearly outweighed by the harm caused. The use by any participant in the Society may result in possible sanctions up to and including revocation of membership and denial of participation.

Please report any possible instances of hate speech to your Kingdom Seneschal, the Society Seneschal or the President of the SCA immediately. For more information about hate speech and the reporting of same, please refer to the Society Seneschal's Handbook.

## B.      Grievances

1.      Principles

a.      Be understanding. There are many valid approaches to Society activity. Members should make room for each other to explore anything that supports the Society's goals, abides by its rules, is legal and does not actively interfere with the environment it attempts to create. Communication is the key to finding common ground.

b.      Look for common ground. It may be possible to find compromise by taking up both alternatives, either together or at different times.

c.      Keep a sense of perspective. There are always two sides to an issue. Make an effort to listen to the arguments of the other side with good will and honesty, and look for a solution everyone can live with.

d.      Go through the chain of command/appeal. If you can't solve the problem yourself, your requests for assistance should follow a line of authority without skipping anyone, and without spreading laterally through the organization any more than absolutely necessary. For example, when you reach a level that has royalty or royal representatives, include them on your copy list, but don't start out by copying all the royalty in your corner of the Known World and the board on your initial complaint. Try to be circumspect and polite.

e.      Be patient. Allow each level time to try to deal with the situation, and avoid the temptation to be aggressive to the people you've asked for help if they don't seem to be moving fast enough to suit you. Remember we are a volunteer society.

2.      Procedures

a.      Try to work things out face-to-face. When someone does something that interferes with your appreciation of the Society in a way you can't ignore, or that seems to be contrary to the rules, talk it over. Explain the problem as you see it, and listen to the reply. (Likewise, if someone comes to you, listen carefully before you frame your answer.) Hopefully this will resolve the matter. If you can't communicate, ask someone you and the other party both respect to help, either by relaying messages or by moderating a meeting between you. Try not to go to an officer in charge of the area in question, as such an officer may be tempted or compelled to make a ruling instead of letting you reach an informal agreement.

b.      Write to the person you're having difficulty with. Describe the way you feel you're being damaged, without insults or threats. Ask for the action you feel would set things right, and indicate how long you feel you can wait for a reply before making further distribution of the complaint. Do not send it to anyone else at this time. Hopefully this letter, or a series of direct letters and replies, will eventually lead you to a solution. As long as you feel you're making progress either in understanding or in getting you way, do not go on to step c.

c.      <mark>Write a formal letter to the other party</mark>. Outline any new points you may have thought of and refer to your previous correspondence. Send a copy to the officer in charge of the area in question, or to the royalty or royal representative nearest the level where you have a dispute. Depending on the situation, it may be a good idea to send copies of the letters you've already written or received on the matter with the copy of the current letter you send to the superior; if you are doing so, be sure to mention it in your letter. (It is very important to proceed openly as you pursue your complaint; things are tense enough already without adding a new–and justified–charge of sneakiness to the general dispute!) Again, set a reasonable time for a reply, and consider it carefully when it arrives. As with step b, continue at this level as long as it looks like there's any progress.

d.      Write directly to the officer in charge of the area in question, with copies to the subject of the dispute, the next higher officer, and the appropriate royalty or royal representative, if any. Explain how you feel you're being mistreated, and ask for specific help. Include the entire previous correspondence; if you have not already shared it with the officer–and mention the enclosures in the text. Evaluate the reply or replies before you decide to go forward.

e.      Repeat step d, moving up the organization and including everyone you've involved on your copy list. Follow you correspondents' advice as to whether or not anyone else at or below their level needs to be consulted. Eventually, you run out of levels.

f.      <mark>If no one else has managed to find a solution, the Board will do so.</mark> However, there is no guarantee that you will like what they come up with, and there is nowhere else to turn. Even if you get something resembling what you originally asked for, the effect on the Society may well be regrettable, as the Board finds it almost impossible to deal with a specific situation without touching anything else.

g.      While it appears cumbersome, this technique should reach some sort of resolution in a matter of months. The greatest number of levels between you and the Board is five, assuming a dispute between members of a canton whose barony is part of a principality. The important thing is getting a solution, NOT getting to the Board, and the approach outlined in this article will probably let you settle the matter without involving the corporate administration at all.

## C.      Sanctions

1.      Royal Sanctions

a.      The Crown of a Kingdom may sanction subjects, residents and visitors within the borders of the Crown's Kingdom, <mark>for just and stated cause.</mark> Royal Sanctions take effect from the moment of proclamation, but a notice must be announced in court and also be published in the next available issue of the kingdom newsletter if the sanction is to remain in effect. Within 15 business days of the imposition of the sanction, the specific cause and occasion of the sanction must be explained in writing to the sanctioned individual.

2.      Administrative Sanctions

a.      Officers may impose Administrative Sanctions within their areas of authority, for just and stated cause, only in accordance with the rules defined in their office handbooks or specifically granted to their offices by the Governing Documents of the SCA. Only the Society Seneschal may impose an Administrative Sanction that precludes the holding of any office, including that of Crown.

3.      Expulsion from the SCA

a.      Expulsion precludes the individual from attendance or participation in any way, shape or form in any SCA activity, event, practice, or official gathering for any reason, at any

time.  Expulsions are temporary until the Board imposes a Revocation of Membership and Denial of Participation (R&D). This includes a ban on participation on officially recognized SCA social media (Facebook) sites, officially recognized SCA electronic email lists, and officially recognized SCA webpages.

4.      Reservations to the Board of Directors

a.      Sanctions on Individuals for Actions taken as Crown

The Board explicitly reserves to itself the discipline of individuals for actions taken while serving as Sovereign or Consort of a kingdom. However, the Board will not consider complaints against the Crown before the aggrieved parties have attempted to resolve their problem directly with the Crown, and then with the appropriate kingdom and corporate officers.

b.      Sanctions upon Individuals for Actions taken as Coronet

The Board reserves to itself the final determination regarding discipline of members for actions taken while serving as Sovereign or Consort of a principality. However, the Coronet remains subject to the Crown, and provisions regarding Courts of Chivalry and sanctions. If the Crown believes the Coronet has overstepped the bounds of law and custom, the normal recourse should be in-kingdom mediation and then a Court of Chivalry. If the Board upholds the judgment of such a Court, the affected parties may be subject to loss of any honors and privileges deriving from their reign, and nullification of any official acts dating back to the incident which led to the invocation of the Court. If the Crown feels that rapid action is essential to protect the SCA, it has the option of imposing a Proscription from Active Participation upon the Coronet from the realm, effectively putting the principality reign into abeyance until either conditions change within the kingdom or the Board countermands the order. However, if the Board does not agree with the Crown's judgment regarding the urgency of the situation, the Board may choose to take action against the Crown as well as, or instead of, against the Coronet.

c.      Degradation from the Peerage

The Board reserves the right to degrade a person from the Peerage. However, kingdom law may define conditions and procedures under which a recommendation for such action may be made to the Board. Unless stipulated otherwise by the Board, the Board's decision in such a case applies only to the matter at hand. Nothing prohibits a person who has been degraded from any order of the peerage from being elevated to the peerage at a later date, should the Crown determine that the person in question now meets the requirements of the order to which he is being elevated.

d.      Revocation of Awards of Arms and Grants of Arms

As with Peerages, the Board specifically reserves the right to revoke any Award of Arms or Grant of Arms. Kingdom law may make provisions for offering such a recommendation to the Board.

APPENDIX B: STANDARD WARRANT FORMS



# the society for creative anachronism, inc.

P.O. Box 360789 •Milpitas, California 95036-0789 •Tel (408) 263-9305 •Fax (408) 263-0641

## WARRANT OF APPOINTMENT TO EXECUTIVE OFFICE

**LEGAL NAME:** _____

**ADDRESS:** _____

**TELEPHONE: (HOME)** _____ **(OTHER)** _____

**EMAIL ADDRESS:** _____ **MEMBER NUMBER:** _____

**SCA REFERENCE NAME:** _____

**Let it be known that the above-referenced person is hereby appointed to the office of**
[ ] President [ ] Vice-President for _____ [ ] Local President (Seneschal)  [ ] Other_____

**FOR BRANCH:** _____

**EFFECTIVE AS OF:** _____ **AND EXPIRING AS OF:** _____

with all rights, privileges, insignia, precedence, and responsibilities appertaining to the office while the Warrant is effective. This executive is specifically empowered to do business as a legal representative for the above-referenced branch of the Society for Creative Anachronism, Inc., including but not limited to making contracts involving the Society for Creative Anachronism, Inc. This Warrant supersedes any existing or previous Warrant for this office.

PRINT:                                          PRINT:

SIGN:                                           SIGN:

OFFICE:                                         OFFICE:

DATE:                                           DATE:

PRINT:

SIGN:

OFFICE:

DATE:

| |
|---|
| **Required signatures:** |
| **President**: 3 members of the SCA Board of Directors. |
| **Vice President for Operations (Society Seneschal):** three Board members. |
| **Regional Vice President (Kingdom Seneschal):** Society Seneschal and the current Crown. **Regional Vice President (Principality Seneschal):** Crown or Coronet and the Kingdom Seneschal. **Local President (Seneschal)**: Kingdom Seneschal or Principality Seneschal and the current Crown. |

*This form may be photocopied or reproduced in any mechanical medium that preserves the complete text and letterhead image.*

August 12, 2018 Revision



# the society for creative anachronism, inc.

P.O. Box 360789 •Milpitas, California 95036-0789 •Tel (408) 263-9305 •Fax (408) 263-0641

## WARRANT OF APPOINTMENT TO FINANCIAL OFFICE

**LEGAL NAME:** _____

**ADDRESS:** _____

**TELEPHONE: (HOME)** _____ **(OTHER)** _____

**EMAIL ADDRESS:** _____ **MEMBER NUMBER:** _____

**SCA REFERENCE NAME:** _____

**Let it be known that the above-referenced person is hereby appointed to the office of**
[ ] Treasurer  [ ] Vice Treasurer for _____ [ ] Local Treasurer (Exchequer/Reeve) [ ] Other_____

**FOR BRANCH:** _____

**EFFECTIVE AS OF:** _____ **AND EXPIRING AS OF:** _____

**with all rights, privileges, insignia, precedence, and responsibilities appertaining to the office while the Warrant is effective. This treasurer is specifically empowered to do business as a financial representative for the above-referenced branch of the Society for Creative Anachronism, Inc., including but not limited to managing financial transactions with financial institutions. This Warrant supersedes any existing or previous Warrant for this office.**

**PRINT:**                          **PRINT:**

**SIGN:**                           **SIGN:**

**OFFICE:**                         **OFFICE:**

**DATE:**                           **DATE:**

**PRINT:**

**SIGN:**

**OFFICE:**

**DATE:**

> **Required signatures:**
> **Treasurer:** three members of the SCA Board of Directors.
> **Vice Treasurer (Society Exchequer):** three Board members.
> **Vice Treasurer (Kingdom Exchequer):** Society Exchequer and current Crown.
> **Vice Treasurer (Principality Exchequer):** Kingdom Exchequer and the current Crown or Coronet.
> **Local Treasurer (Exchequer/Reeve):** Kingdom Exchequer or Principality Exchequer and the current Crown.

*This form may be photocopied or reproduced in any mechanical medium that preserves the complete text and letterhead image.*



## the society for creative anachronism, inc.

P.O. Box 360789 •Milpitas, California 95036-0789 •Tel (408) 263-9305 •Fax (408) 263-0641

**WARRANT OF APPOINTMENT TO OFFICE**

LEGAL NAME:

ADDRESS:

TELEPHONE: (HOME) (OTHER) MEMBER

EMAIL ADDRESS:

NUMBER:

SCA REFERENCE NAME:

Let it be known that the above-referenced person is hereby appointed to the office of [    ] A&S Officer

[    ] Herald [    ] Chronicler [    ] Marshal [    ] Other _____ FOR BRANCH: _____

EFFECTIVE AS OF: AND EXPIRING AS OF:                    with all rights, privileges, insignia, precedence, and responsibilities thereto appertaining the office while the Warrant is effective. This Warrant supersedes any existing or previous Warrant for this office.

PRINT:                              PRINT:

SIGN:                               SIGN:

OFFICE:                             OFFICE:

DATE:                               DATE:

PRINT:

SIGN:

OFFICE:

DATE:

| |
|---|
| **Required signatures:** Corporate and Society Officers: three members of the SCA Board of Directors. **Deputy Corporate/Society officers:** two Board members and the appropriate Corporate/Society officer. **Kingdom Officers with Corporate Superiors:** Crown and the appropriate Corporate Officer. **Other Great Officers and Lesser Officers:** Crown or Coronet and the appropriate kingdom or principality officer, if any. **Other officers:** as established by Kingdom Law and custom, but must include more than one signature, and must include royalty. |

*This form may be photocopied or reproduced in any mechanical medium that preserves the complete text and letterhead image.*

# THE BY-LAWS OF
# THE SOCIETY FOR CREATIVE ANACHRONISM, INC.

## I.    NAME

The name of this corporation shall be the Society for Creative Anachronism, Inc., herein referred to as the 'SCA'.

## II.    OFFICES

The principal office of the SCA shall be located in the State of California. The SCA may have other offices as the Board of Directors may determine or as the affairs of the SCA may require from time to time.

## III.    OBJECTIVES AND PURPOSES

The SCA shall be dedicated primarily to the promotion of research and re-creation in the field of pre-17thcentury Western culture, as stated in greater detail in Article II of the SCA's Articles of Incorporation.

## IV.    DEDICATION OF ASSETS

The properties and assets of the SCA are irrevocably dedicated to charitable purposes. No part of the net earnings, properties, or assets of this corporation, on dissolution or otherwise, shall inure to the benefit of any private person or individual, or any member, Director or officer of the SCA. On liquidation or dissolution, all properties and assets and obligations shall be distributed and paid over to an organization dedicated to charitable purposes which has established its tax-exempt status under Internal Revenue Service Code Section 501(c)(3).

## V.    MEMBERS

### A.    Statutory Members

The SCA is a public benefit corporation and shall not have any members within the meaning of Section 5056 of the California Corporations Code. It is not a mutual benefit nonprofit corporation permitting distributions to members.

### B.    Nonstatutory Members

The Board of Directors may designate categories of advisory membership. These will be detailed elsewhere in the Governing Documents of the SCA, Inc. Such advisory members are not members within the meaning of Section 5056 of the California Corporations Code.

### C.    General Conditions and Privileges Of Membership

1.    Access to Membership

Membership in the SCA is open to any interested individual, without restriction of age or citizenship. Memberships are not transferable or assignable. Membership can be terminated only by: (1) lapse following nonpayment of dues, or (2) action of the Board of Directors in accordance with the rules for Revocation and Denial of Membership as defined in the Corporate Policies of the Society for Creative Anachronism, Inc., II.D. (Revocation/Denial of Membership).

2.    Privileges of Members

    a.   General Privileges of Members and Non-members.

Every member of the SCA is eligible for office and advancement within the SCA, subject to the requirements for such office or such advancement, and to the provisions established above. However, while a group or institution may obtain a membership in order to obtain the newsletters and/or increase its support of the SCA, such membership does not convey the privileges of membership to persons associated with that group or institution. Employment by the SCA as staff, as a contractual agent of the SCA, or as a paid consultant to the SCA does not require membership in the SCA.

b.  Eligibility for Office.

Officers at all levels of the SCA must be members and must have immediate access to the corporate newsletter for their area. This standard also applies to deputies designated as successors to officers subject to this provision, or assigned independent administrative duties. Deputies who only assist with specific tasks are exempt from the newsletter access requirement.

3.    Revocation/Denial of Membership

Membership in the SCA may be revoked and/or denied as provided in Paragraph C.1 of this Article for the following reasons:

a.    conviction of violation of civil or criminal law

b.    actions that endanger the SCA;

c.    violation of the By-Laws or Corpora of the SCA;

d.    formal recommendation arising out of procedures for the purpose defined in Corpora for the medieval structure of the SCA.

4.    Reservations to the Board

The Board shall have the sole authority to define the classes of membership and to establish and revise a schedule of dues. No dues may be set by any branch of the SCA. However, fees for admission to events other than regular business meetings of branches of the SCA shall not be considered dues.

# VI.   BOARD OF DIRECTORS

## A.    Powers

Subject to the provisions of the California Nonprofit Corporation Law, the activities and affairs of the SCA shall be managed and all corporate powers shall be exercised by or under the direction of the Board of Directors, herein referred to as the Board. The Board may delegate management of the day-to-day operation of the business of the SCA provided that the activities and affairs of the SCA shall be managed and all corporate powers shall be exercised under the ultimate direction of the Board subject to the limitations in the Articles of Incorporation.

## B.    Number of Directors

The authorized number of Directors of the SCA shall not be less than five (5) or more than seven (7) until changed by amendment of this Article of the By-Laws.

## C.    Qualifications of Directors

Each Director shall be a natural person at least 21 years of age, and shall be qualified for independent office under V.C.2.a. of these By-Laws.

It is the intent of the SCA that the composition of the Board shall represent a diversity of skills and experience, to enable the Board to make informed, well-balanced decisions on the SCA's activities.

## D.   Restriction on Interested Directors

1.      No Director may hold any office defined by the Governing Documents to be incompatible with active service on the Board. Any Director planning to take such an office must resign from the Board immediately upon committing to taking the office.

2.      In addition, not more than forty-nine percent (49%) of the Directors may be 'interested persons', defined as:

a.      any person compensated by the corporation for services rendered to it within the previous twelve (12) months, whether as a full-time or part-time employee, independent contractor, or otherwise, excluding any reasonable compensation paid to a Director as a Director; and

b.      any relative by blood or marriage of any such person. However, any violation of the provisions of this section shall not affect the validity or enforceability of any transaction entered into by the corporation.

## E.   Election and Term

Directors are elected by the unanimous vote of the Board.

### 1.   Probationary Period

Each Director shall be appointed for an initial trial period, commencing as of the date said Director assumes his position, and concluding with determination of confirmation by the remaining Directors. This confirmation shall occur within four (4) months of the end of the second regularly scheduled quarterly meeting of the Board of Directors following the date said Director assumes his position. If the Director is not confirmed, the remaining Directors shall appoint someone else to the Board to finish the assigned term, in which case the new Director is subject to the same initial trial period and confirmation vote as provided for in this section.

### 2.   Term of Service

Directors' terms shall be staggered so that one term ends each six months. Under ordinary circumstances, Directors shall serve fourteen quarters, dating from the meetings at which they are elected. A Director's term begins immediately upon election and acceptance. A Director whose term is expiring may, under extraordinary circumstances, be retained for up to two additional quarters. Such extensions may only be made by unanimous vote of the other Directors. The Director affected must abstain from voting, but may decline to serve. The Board Minutes must describe the circumstances requiring the extension. The extension shall be considered part of the next full term, and a new Director shall be chosen fill the remainder of that term. During the period between acceptance and his or her first meeting, a Director shall receive information routinely distributed to the Board, and shall be bound by its policies regarding the behavior of Directors. Former Directors of the SCA may not be reelected to the Board until a period of at least one (1) year has elapsed after their departure from the Board.

### 3.   Resignation

Should a Director be unable to serve his or her full term, the remaining Directors shall either leave the position vacant until the end of the term, or elect someone to fill the remainder of the term. Failure to attend the last meeting of a term or extension for any reason shall be considered equivalent to resignation at the beginning of that meeting, unless (in the case of a normal term) prior arrangements for an extension were made by the Board and voted in at the current meeting. As specified in VI.B, the number of active Directors may not be allowed to go below 5, except during a meeting affected by an automatic resignation resulting from this paragraph.

## F.   Vacancies and Removal

Directors remain on the Board until expiration of their term of service, resignation, or removal. By a majority

vote, the Board may remove any Director without cause at any regular or special meeting, provided that the Director to be removed has been notified in writing that such action would be considered at that meeting.

1.      Dismissal of a Director

    a.     Impeachment

A Director can be impeached by a letter signed by three (3) Directors, or by a petition signed by a majority of the Corporate Officers or 1,000 of the current advisory members. Additional procedures for petitions of impeachment arising out of the medieval structure of the SCA are defined in Corpora.

    b.     Removal

The removal of a Director shall be considered by the Board at its next regular meeting after an impeachment is filed, or at a special election meeting called as provided in VI.I, except that there must be at least ten (10) days' notice in writing to all Directors. If the next regular meeting is more than forty-five (45) days from the time of receipt of a petition of impeachment, a special election meeting shall be called.

2.      Filling Vacancies

All vacancies may be filled by unanimous vote of the Directors then in office, whether or not their numbers constitute a quorum.

3.      Leave of Absence

A Director may take leave of absence from the Board with the concurrence of the remaining Directors. Such leave of absence shall not extend the absentee's term of service on the Board. An interim replacement may be appointed by the Board with the concurrence of the Director taking the leave for the duration of a leave of absence. An interim Director must meet the requirements for a regular term on the Board, and shall have the same voting rights as a regular Director.

## G.    Place of Meetings; Meetings by Telephone

Regular or special meetings of the Board may be held at any place within or outside the State of California that has been designated from time to time by the Board. In the absence of such designation, meetings shall be held at the principal executive office of the SCA.

Notwithstanding the above provisions of this Section, a regular or special meeting of the Board may be held at any place consented to in writing by all the Board members, either before or after the meeting. If consents are given, they shall be filed with the Minutes of the meeting. Any meeting may be held by telephonic (including VOIP) or video conference or similar communications equipment, as long as all Directors participating in the meeting can hear one another, and all such Directors shall be deemed to be present in person at such meeting.  Should a meeting be held in person, any Director may be permitted to attend via telephonic (including VOIP) or video conference or similar communications equipment upon approval of the Chairman of the Board.

## H.    Regular Quarterly Meetings

The Board shall hold a regular meeting in each calendar quarter, for the purpose of appointing Directors and officers of the SCA, and for the transaction of other business. These meetings are open to any advisory member of the SCA. Notice of these quarterly meetings shall be given via publication in the Minutes of the previous meeting.

## I.    Special Meetings

1.      Special meetings of the Board may be called for any purpose at any time by the Chairman of the Board, or by any two other Directors.

2.       Written notice of the time and place of special meetings shall be delivered personally to each Director or communicated to each Director by telephone, electronic mail, or first-class mail, addressed to the Director at the Director's address as it is shown upon the records of the SCA. In case such notice is mailed, it shall be deposited in the United States mail at least ten (10) days prior to the time of the holding of the meeting. In case such notice is delivered personally or by telephone, or electronic mail, it shall be so delivered at least seventy-two (72) hours prior to the time of the holding of the meeting. Such mailing or delivery shall be due, legal and personal notice to each Director.

3.       Notice of a meeting need not be given to any Director who signs a waiver of notice or a consent to holding the meeting or an approval of the minutes of the meeting, whether before or after the meeting, or who attends the meeting without protesting, prior to the meeting or at its commencement, the lack of notice to such Director. All such waivers, consents, and approvals shall be filed with the corporate records or made part of the Minutes of the meeting.

## J.       Action at a Meeting; Quorum and Required Vote

An act of the Board consists of an affirmative decision by a majority of the maximum authorized number of Directors, except as otherwise provided for in the By-Laws. A quorum shall be a majority of the maximum authorized number of Directors.

## K.       Chairman and Vice-Chairman of the Board

The post of Chairman shall be held for such period as the Board shall from time to time determine. No member shall be required to serve as Chairman. If the Chairman is not present or may not serve as Chairman for any reason, the Vice-Chairman shall act as Chairman. Both the Chairman and the Vice-Chairman shall be selected by unanimous consent of the Board.

## L.       Committees

The Board may designate one or more committees to serve at the pleasure of the Board. These committees shall serve as advisory bodies, and shall not exercise the authority or power of the Board.

## M.       Reimbursement of Expenses

Directors and members of committees may receive such reasonable reimbursement for expenses as may be determined by the Board.

# VII.   ADMINISTRATION

## A.       Officers

1.       The officers of the corporation shall consist of a President, a Vice President for Operations, a Vice President for Corporate Operations, a Treasurer, a Secretary, and such others as the Board may from time to time designate. The office of President may be held by the Chairman of the Board of Directors.

2.       Officers of the corporation are elected by a unanimous save one vote of the Board, and shall hold office until their term of service is over, they resign, or they are removed by a two-thirds vote of the Board. The term of service shall be as agreed upon between the officer and the Board. It may be limited or open.

## B.       Corporate Office

The SCA shall maintain a business office to carry out regular administrative work of the SCA. Where overall benefit to the SCA will result, portions of the duties assigned to any officer described or referenced in Paragraphs VII.A.2-4 may be transferred to this office, and such duties as are not explicitly assigned to other officers may be assigned to and performed by this office.

## C.    Compensation

The salary and other compensation of other officers shall be fixed from time to time by resolution of or in the manner determined by the Board.

# VIII.    CONTRACTS, CHECKS AND FUNDS

## A.    Execution of Corporate Instruments

The Board may, at its discretion, determine the method and designate the signatory officer or officers or other person or persons, to execute any corporate instrument or document, or to sign the corporate name without limitation, except when otherwise provided by law, and such execution or signature shall be binding upon the SCA. Unless otherwise specifically determined by the Board or otherwise required by law, formal contracts and other corporate instruments and documents shall be executed, signed or endorsed by the Chairman of the Board, Vice-Chairman of the Board or the President and by the Secretary or Treasurer.

## B.    Checks, Drafts, Etc.

All checks and drafts drawn on banks or other depositories of funds to the credit of the corporation, or on special accounts of the SCA, shall be signed by such person or persons as the Board shall authorize to do so.

## C.    Gifts

The Board may accept on behalf of the SCA any contribution, gift, bequest, or devise for the general purposes of or for any special purpose of the SCA not inconsistent with the charitable limitations in the Articles of Incorporation.

# IX.    INDEMNIFICATION

1.    To the fullest extent permitted by law, the SCA may indemnify its Directors, officers, employees, and other persons described in Section 5238(a) of the California Corporations Code including persons formerly occupying any such position, against all expenses, judgments, fines, settlements, and other amounts actually and reasonably incurred by them in connection with any "proceeding," as that term is used in said section 5238(a), and including an action by or in the right of the SCA, by reason of the fact that the person is or was a person described in that Section. "Expenses" shall have the same meaning as in said Section.

2.    To the fullest extent permitted by law and except as otherwise determined by the Board in a specific instance, expenses incurred by a person seeking indemnification in defending any "proceeding" may be advanced by the SCA before final disposition of the proceeding upon receipt by the SCA of a contract from that person to repay such amount unless it is ultimately determined that the person is entitled to be indemnified by the SCA for those expenses.

3.    The SCA shall have power to purchase and maintain insurance to the full extent permitted by law on behalf of its officers, directors, employees and other agents, against any liability asserted against or incurred by such persons in such capacity or arising out of the person's status as such.

# X.    BOOKS AND RECORDS

The SCA shall keep correct and complete books of account and records and shall also keep Minutes of the proceedings of the meetings of its Board, and shall keep in the Corporate Office a record giving the names and addresses of the persons described in Article V, which record shall not be copied or viewed by any person, except with the prior written permission of the Board. The books of account may be inspected by any member or member's agent, for any reasonable purpose at any reasonable time.

# XI.   FISCAL YEAR

The Fiscal Year of the corporation shall begin on the first day of January and end on the last day of December in each year.

# XII.   AMENDMENT TO BY-LAWS

1.      These By-Laws may be altered, amended or repealed and new By-Laws may be adopted by the unanimous consent of the Board. Such amendments and alterations must be made in writing, and must immediately be placed in the records of the SCA, and appended to copies of the By-Laws available to the membership.

2.      Under normal circumstances, the Board will publicize proposed changes to the By-Laws in sufficient time to allow comment from the membership before making a final determination.

3.      The Board of Directors shall give a minimum of sixty (60) calendar days' notice to Kingdom Administration of the effective date of changes made to the By-Laws. This notice shall be in written form and the sixty days shall count from the date of mailing. In case of an emergency, less notice may be given, such notice to be no less than thirty (30) days before the implementation date for such changes. In all cases where less than sixty days' notice was given, the notice shall be accompanied by a letter of explanation of the emergency prompting the change.

# XIII.   DEFINITION OF STRUCTURE

## A.     The Corpora

The Board shall establish and maintain a document defining the structure of the medieval organization used by the SCA in its re-creations, and including minimum requirements and guidelines for that organization. This document is referred to as the Corpora of the SCA. The Corpora may be altered, amended or repealed in part or in whole by a two-thirds vote of the Board. Such amendments and alterations must be made in writing and must immediately be placed in the records of the SCA, and appended to copies of the Corpora available to the membership.

## B.     Corporate Policies of the SCA, Inc.

The Board shall establish and maintain a document defining policies applying to the SCA. This document is referred to as the Corporate Policies of the SCA, Inc. The Corporate Policies may be altered, amended or repealed in part or in whole by a two-thirds vote of the Board. Such amendments and alterations must be made in writing and must immediately be placed in the records of the SCA, and appended to copies of the Corporate Policies available to the membership.

# XIV.   PARLIAMENTARY PROCEDURE

In the discretion of the Chairman of the Board, business meetings of the Board, or any portion of such meeting, shall be conducted according to the procedures defined in the latest edition of *The Standard Code of Parliamentary Procedure* by Alice Sturgis.

# THE CORPORATE POLICIES
# OF THE SOCIETY FOR CREATIVE ANACHRONISM, INC.

## I. MEMBERSHIP TYPES

Membership in the SCA is open to any interested individual. Membership takes effect when the Corporate Office receives a prospective member's application. Positive confirmation of membership consists of:

- a valid membership card;
- appearance of the name with a valid membership on a printout from the Corporate Office;
- a membership label issued by the Corporate Office showing the name and expiration date;
- a postcard or letter from the Corporate Office confirming that the membership has been received;
- a proof of membership letter generated from the SCA membership webpage.

### A. Statutory Members

The SCA is a public benefit corporation and shall not have any members within the meaning of Section 5056 of the California Corporations Code. It is not a mutual benefit nonprofit corporation permitting distributions to members.

### B. Non-Statutory Members

The Board of Directors has designated the following categories of advisory membership. Such advisory members are not members within the meaning of Section 5056 of the California Corporations Code. California law supports the SCA's use of the terms "member" and "membership" in the common English meaning, referring to persons who have paid to be associated with the organization.

1. Sustaining Membership conveys eligibility to hold office in the SCA, a subscription to a Kingdom newsletter, the option to subscribe to other Corporate publications, and any other privileges designated by the SCA or its subdivisions as accruing to members of the SCA. This type of membership is considered a subscribing membership.

2. International Membership conveys the privileges of Section I.B.1. This membership type is available only in locations outside the United States which are part of the SCA, Inc., and not subject to an affiliate corporation. This type of membership is considered a subscribing membership.

3. Associate Membership conveys eligibility to hold office in the SCA, except where other membership categories are required Governing Documents. Associate membership also entitles the holder to any privileges designated by the SCA or its subdivisions as accruing to members of the SCA, except where another membership type is specifically required by the organization defining the privilege. This type of membership is not considered a subscribing membership.

4. Family Membership extends the privileges of Section I.B.1 to one additional adult and any children aged 21 or younger who live at the same physical address as a member defined in paragraphs B.1-B.2 of this Article. This type of membership is not considered a subscribing membership.

5. Institutional Membership allows a library or school to subscribe to Tournaments Illuminated and The Compleat Anachronist without acquiring the regional newsletter, and without any of the other privileges of membership. The Board reserves the right to determine whether or not a given organization qualifies for this membership type.

# II. GENERAL CONDITIONS AND PRIVILEGES OF MEMBERSHIP

## A. Access to Membership

Membership in the SCA is open to any interested individual, without restriction of age or citizenship. Membership can be terminated only by:

1.      lapse following nonpayment of dues, or

2.      action of the Board of Directors.

Memberships are not transferable or assignable.

## B. Privileges of Members

Every natural person holding membership in the SCA is eligible for office and advancement within the SCA, subject to the requirements for such office or advancement, and to the provisions established above. A group or institution may obtain a membership of the types listed in V.B.1-3 in order to obtain the newsletters and/or increase its support of the SCA; such membership does not convey the privileges of membership to any individual associated with that group or institution.

## C. Eligibility for Office

Officers at all levels of the SCA must be members as defined in I.B.1-4 above, and must have immediate access to the corporate newsletter for their area provided by a subscribing membership at their residence. (Alternate access arrangements may be made on a case-by-case basis for people with post office boxes and for International Members.) This standard also applies to deputies designated as successors to officers subject to this provision, or assigned independent administrative duties. Deputies who only assist with specific tasks are exempt from the newsletter access requirement.

1. No Director may hold any Crown, Principality Coronet, or Great Office of State of a kingdom or principality while serving on the Board.

2. Minors as officers

   a. Subject to Section C.2.c. below minors fifteen (15) years of age or over may serve as officers, only with the express written approval of their parent or legal guardian and their kingdom superior, who must first be notified of the age of the minor.

   b. Minors under fifteen (15) years of age may not serve as officers.

   c. Minors may not serve as group marshals or as marshal in charge, seneschal or exchequer.

## D. Revocation/Denial of Membership

A revocation or denial of membership by the Board enforces exclusion from all SCA functions in all SCA kingdoms.

## 1. Grounds

Membership in the SCA may be revoked and/or denied at the sole discretion of the Board of Directors for the following reasons:

- Actions that endanger public health and safety, or disturb the peace of an SCA activity in a manner which would make it reasonable for the modern authorities to be called in for assistance.

- Actions in the course of performing official duties on behalf of the SCA which would make it reasonable for the modern authorities to be called in for assistance.

- Actions that endanger the SCA.

- Violation of the Governing Documents or other rules of the SCA.

- Conviction of violation of civil or criminal law.

Membership may also be denied if the reasons for a previous revocation of membership are still considered valid by the Board.

## 2. Board Consideration

The Board will consider a request for revocation or denial of membership in the SCA under any of the following circumstances:

- Petition to the Board by 30% or more of the membership of the kingdom of residence of the person being considered for such revocation or denial who are currently members of the SCA.

- Petition by a majority of the kingdom great officers and peers of the kingdom of residence who are currently members of the SCA.

- The recommendation of a duly-constituted kingdom court of chivalry.

- Documentation of cause for absolute banishment.

- For such reasons described in the Sanctions Handbook.

## 3. Notification

Upon receipt of a request for Board action affecting membership, the Board shall notify the person(s) in question of when the matter will be considered and invite all relevant documentation and appeals.

Due to the serious nature of these proceedings the Board may elect to temporarily prohibit a person's participation in Society functions until a decision on revocation and denial of membership has been reached. In such a case, the Board shall make all reasonable efforts to expedite these proceedings and prevent unnecessary delay. See the Sanctions Handbook for details of the sanction process.

## 4. Appeal

A revocation or denial of membership may be appealed, but such appeal must be accompanied by new evidence that warrants re-examination by the Board. At the conclusion of the imposed term of revocation or denial, or if an appeal as provided above is accepted by the Board, exclusion from SCA events shall be lifted, and the individual shall be allowed to (re)apply for membership in the SCA, unless membership is again denied.

## E. Reservation by the Board

The Board shall have the sole authority to define the classes of membership and establish and revise a schedule of dues. No dues may be set by any branch of the SCA. However, fees for admission to events other than regular business meetings of branches of the SCA shall not be considered dues.

# III. ADMINISTRATION

The officers of the corporation shall consist of a President, a Vice President for Operations, a Vice President for Corporate Operations, a Treasurer, a Secretary, and such others as the Board may from time to time designate. The office of President may be held by the Chairman of the Board of Directors. The office of President may be held by the Chairman of the Board of Directors.

Officers of the corporation are elected and serve as described in the By-Laws.

## A. President

The President is the principal spokesperson for the SCA. The President may sign and authorize such instruments as he or she deems appropriate to the conduct of the SCA's proper business, and may delegate similar responsibilities. In the event of absence or incapacity of the President, the duties shall be apportioned at the discretion of the Board.

## B. Vice President for Operations

The Vice President for Operations shall manage the administration of the SCA's historical re-creations through a network of Regional Vice Presidents, known as Kingdom Seneschals. The Vice President for Operations is authorized by the Board to sign instruments required for the conduct of the SCA's historical recreations, and may delegate similar responsibilities. This officer also serves as Society Seneschal. The duties of this position are further defined in Corpora.

## C. Vice President for Corporate Operations

The Vice President for Corporate Operations shall be responsible for maintaining the membership files of the SCA; for processing membership applications and depositing membership monies as instructed by the Treasurer; and for preparing mailing lists for publications of the corporation. The Vice President for Corporate Operations is in charge of the day-to-day operations of the Corporate Office, and will supervise any office staff. The Vice President of Corporate Operations shall be financially responsible for all membership monies to the Treasurer.

## D. Secretary

The Secretary shall be responsible for the regular administrative duties of the Board and the corporation, including correspondence, Minutes of all meetings of the Board, and such other administrative duties as shall be assigned by the Board or the President. The Secretary shall maintain all necessary records of the corporation not maintained by other officers or offices. The Secretary shall be responsible to the President and the Board for the regular performance of the administrative duties of the corporation.

## E. Treasurer

The Treasurer shall keep and maintain, or cause to be kept and maintained, adequate and correct accounts of the properties and business transactions of the SCA, including accounts of its assets, liabilities, receipts, disbursements, gains, losses, capital, retained earnings, and other matters customarily included in financial statements.

The Treasurer shall deposit (or cause to be deposited) all monies and other valuables in the name of and to the credit of the SCA with all such depositories as may be designated by the Board. The Treasurer shall disburse (or cause to be disbursed) the funds of the SCA as may be ordered by the Board, shall render to the Board, whenever they request it, an account of all the Treasurer's transactions as Treasurer and of the financial condition of the SCA, and shall have such other powers and perform such other duties as may be prescribed by the Board or these By-Laws.

The Treasurer shall supervise a person known as the Exchequer holding a separate position within the structure of the Society's historical re-creation. The title and duties of this position are defined in Corpora.

## F. Other Offices

The Board may designate other offices as necessary.

# IV. WAIVERS – GENERAL

A. The General Membership waiver shall be incorporated into the Membership Application form, to be filled out by the prospective or renewing member at the time the membership application form is filled out. This Waiver covers attendance and participation at Society events.

B. A membership card ("blue card") with a condensed form of the waiver text printed on the back shall be provided to members who have executed the general waiver as part of becoming members or renewing their memberships.

C. Members who have not executed the general waiver as a part of becoming members or renewing their memberships shall be issued a different colored membership card and shall be subject to the provisions contained in the General Waiver Policy as if they were not members of the SCA, Inc.

D. Non-members, and members who have not brought their blue membership cards, are required to comply with the waiver signing provisions contained in the General Waiver Policy or they shall be denied admittance to SCA sponsored activities coming within the purview of said Waiver Policy.

# V. WAIVERS - COMBAT

## A. Waivers for SCA Combat-Related Activities

Waivers are required for participation in SCA combat and related activities. The SCA General Membership waiver is the text required for use in the United States. Alternative texts may be approved by the Board for use in other countries. Proof of waiver will be established as follows:

1. To be authorized, or to engage as an authorized participant in SCA combat or related activities, a person must present a current valid membership card indicating that the appropriate waiver is on file with the SCA, Inc. or they must sign a waiver with the same text and comply with all the provisions of that policy.

2. To train for authorization at SCA-sponsored practice sessions, a person must either present a current valid membership card indicating that the appropriate waiver is on file with the SCA, Inc. or they must sign a waiver with the same text and comply with all the provisions of that policy.

3. Prior to the training of a minor in any SCA combat-related activity, the parent or guardian of the minor must witness the activity, discuss it with a witnessing marshal, and execute a Waiver for the minor. The witnessing marshal must be explicitly authorized to perform this function by the Earl Marshal of the kingdom. The marshal who authorizes a minor person for any form of SCA combat-related activity must be the Kingdom Earl Marshal or the Principality Marshal. This need not be the same person as the witnessing marshal.

## B. Medical Authorization for Minors:

Any minor involved in SCA combat-related activities at an event must have a parent or properly-executed Medical Authorization Form for Minors designating some adult person present at the event as able to authorize medical treatment for that minor in the case of any emergency.

# VI. WAIVERS - PROCEDURES

1. Anyone attending any event sponsored by a branch of the SCA Inc. who is not able to present a valid SCA Inc. waiver card/blue membership card must execute a waiver as follows:

   a. All US Branches: must execute a waiver with the text adopted by the Board of Directors at each such event, practice or function

   b. All non-US Branches

      i. must execute a waiver with the text adopted by the Board of Directors at each such event, practice or function, or

      ii. must use a country-specific waiver that has been approved by the US Board of Directors, or

      iii. must submit to the US Board of Directors a letter of legal opinion stating that the waiver

requirement is not necessary in that particular country.

2. The text of all waivers must be the language approved by the Board of Directors for waiver usage, subject to individual modern jurisdictional requirements. Such alternative texts must be approved by the Board of Directors prior to usage. Roster style waivers are acceptable providing that the full text of the waiver language is included.

3. An event, for the purposes of this section only, is defined as any recreation function announced in the branch, Kingdom, or Principality newsletter. Business meetings, demos, guild meetings, dance practices, or planning sessions are specifically excluded from these provisions. Combat or Fighter practices are not excluded and waivers must be collected from those actively participating in the combat related activities at such practices.

4. Any function at which combat related activities will occur fall under the auspices of this waiver policy, regardless of what other activities may be occurring at the function. If there is a doubt about whether a specific function falls under this policy, the Kingdom Seneschal is directly empowered by the Board to make that determination and report same in their next regularly scheduled report.

5. The local Seneschal, or other officer in charge of any function at which waivers will be required, is responsible for ensuring that a copy of that Kingdom's Law and the current Organizational Handbook are available at that function.

6. Each Kingdom shall have a single responsible officer ("Waiver Secretary") as a deputy to the Kingdom Seneschal to ensure that all required waivers, rosters, and sign-in sheets are collected and safely stored within a reasonable time after each event. The Waiver Secretary shall ensure that waivers for each event can be located and provided to the appropriate officials in the event a specific waiver is required.

7. Each Kingdom shall store all original executed waivers, rosters, and sign-in sheets, or legally accepted facsimiles, including those stored on electronic media, in such a manner that a responsible party can easily retrieve any needed waiver.

Local groups need not maintain copies of these records. Kingdoms shall maintain the adult waivers for seven years and the minor waivers for 20 years.

# VII. POLICY ON FINANCIAL RESPONSIBILITY AND REDRESS

It is the policy of the Society for Creative Anachronism, Inc. to vigorously pursue legal action and redress on the part of the Society for Creative Anachronism, Inc. and its members in any case of financial malfeasance or misfeasance involving SCA funds.

# VIII. POLICY ON ALCOHOL

Manufacturing, distributing, selling, serving, or furnishing of alcoholic beverages by the SCA or its branches or subdivisions is prohibited within the United States and its territories.

The use of any SCA funds for the purchase of potable alcohol, except for such quantities as may be necessary for cooking, is prohibited in the United States and its territories.

Officers are not prohibited from serving alcohol; however, it must be done as individuals, and not as part of their official duties as officers.

Officers are not prohibited from giving gifts of alcohol; however, it must be done as individuals, and not as part of their official duties as officers. Giving or receiving gifts of alcohol in court is not considered to be part of an officer's official duties.

# IX. POLICY ON FIRST AID AT EVENTS OR SCA ACTIVITIES

While organized first aid services are desirable at events, the Society and its branches may not be placed in the position of promising to provide these services. Therefore, while branches are encouraged to have

qualified volunteer first aid personnel available, they are specifically prohibited from requiring the presence of a medical or first aid officer at events, and from in any way implying that the Society's sponsorship of an event depends upon the presence of organized first aid services.

There shall be no ownership or possession by any branch or recognized guild of the Society for Creative Anachronism, Inc. of the following Medical Equipment: Automated External Defibrillators (AED).

# X. POLICY ON ELECTRONIC COMMUNICATIONS

## A. Electronic Publication of SCA Documents

When official corporate documents are published electronically on a site not sponsored by the SCA, Inc., the original copyright notice for the document must be provided along with the text. The following addition should be made to the copyright notice:

"In cases of conflict, the governing version of this document is (title of document), copyright (date) by the Society for Creative Anachronism, Inc., and obtainable in printed form from the SCA Stock Clerk, P.O. Box 360789, Milpitas CA 95036. Disputes over the contents of this document will be decided in favor of the printed version available from the SCA, Inc."

## B. Participation of SCA Officials in Electronic Communications Media

1. Unless otherwise stated as a prerequisite of office, electronic communication is not required of any officer. Traditional paper correspondence is always acceptable, and is the default means for official correspondence.

2. The SCA, Inc. neither prohibits nor requires members' or officers' participation in electronic communications media such as newsgroups or mailing lists.

## C. Electronic Communications to and from SCA Officers

1. Electronic communications to SCA officers may be regarded as formal communications only if approved in advance by the officer, or if a non-automated confirmation of receipt is obtained.

2. Messages posted for general attention on any public electronic communications forum are not regarded as formal communications to an officer, whether or not that officer is known to participate on the forum in question. Communications posted by corporate or kingdom officers to their officer-specific forums may be considered official communications to those officers subscribed to the forum only upon return of a non-automated confirmation of receipt.

3. Any policies or procedures governing the handling of correspondence, such as maintenance of file copies for correspondence with lasting effect, apply equally to electronic mail. Officers must ensure that any electronic files are passed on in a format readable by their successor.

4. SCA officers must distinguish between their personal opinions and official statements or policies of their office in electronic communications.

# XI. POLICY ON COINAGE AND CURRENCY

While the SCA, Inc. supports and encourages the study of period numismatics, it is not the policy of the SCA, Inc. to endorse or require the acceptance of privately minted coinage or other tokens at SCA-sanctioned events. The SCA, Inc. or its branches shall not require the acceptance of privately minted coinage or other tokens as payment for any goods or services at any SCA-sanctioned events. Any such transactions may be conducted at the discretion of the individuals involved, as with any other barter transaction. In such cases, compliance with applicable tax laws is the responsibility of the individuals.

## XII. POLICY ON TRADE MARKS

The names and armory (devices and badges) of all groups and awards/orders which are registered on the registry of the Society Herald to any SCA Kingdom, Principality or any branch or subgroup thereof, are owned by the SCA.  This includes names and armory of guilds and other artisan groups registered with the Society Herald by the SCA or branches thereof, including any other such marks as would be considered "collective marks" designating quality, origin or distinguishing features or goods or services.  They may be used or reproduced only upon permission of the Society President or authorized delegate.

## XIII. POLICY ON ACCESSIBILITY TO SOCIETY FUNCTIONS

The SCA, Inc. will not discriminate against any member or participant on the basis of race, sex, religion, national origin, age or disability. The SCA, Inc. will comply with all laws of the nation in which the meeting or event is held. For any meeting or event held in the United States, the SCA, Inc. will comply with the Americans with Disabilities Act. The SCA, Inc. will provide reasonable accommodations to qualified individuals with disabilities to enable all participants to fully enjoy the events whenever it is possible to do so. The SCA, Inc. will at all times attempt to provide reasonable accommodations, while preserving the fundamental nature of the SCA event.

## XIV. POLICY ON LAND USE / REAL ESTATE

Funds may be designated to the purchase or improvement of real estate by branches, provided that the source, maintenance, and purpose of any such fund are clearly designated within the branch's financial policy.

No representative of the SCA may financially obligate the SCA to the purchase or substantial improvement of real estate without prior approval of the Board of Directors. An improvement will be considered substantial if:

    a. It requires a building permit or other clearance from the local government;

    b. It increases the fair market value of the property; or

    c. It is constructed in a manner that makes its portability to another site questionable or not feasible.

A separate incorporation for the purpose of holding real estate may be required by the Board of Directors.

## XV. TRANSLATION OF CORPORATE DOCUMENTS

The following clause will be placed in all documents published by the Society for Creative Anachronism, Inc. or any of its branches that are translated into a language other than English and contain rules or policies of the Society for Creative Anachronism, Inc. or that branch.

*The approved English language version of any Society for Creative Anachronism, Inc. document is the official version.  In case of conflict between the English language version and a translation into another language, the English language version governs.*

## XVI. AUTHORITY TO RETAIN LEGAL COUNSEL

Only the President of the Society for Creative Anachronism, Inc., has the ability to retain legal counsel (attorney, barrister, solicitor, et. al.), whether paid or unpaid (pro bono) on behalf of the society for Creative Anachronism, Inc. or any of its branches.  No other officer, at any level of governance of the Society for Creative Anachronism, Inc. has the authority to retain (even pro bono) legal counsel (attorney, barrister, solicitor, et. al.) to advise or represent the Society for Creative Anachronism, Inc. or any branch, without prior written authorization and confirmation of the retention of such counsel from the President.

## XVII. AMENDMENT TO CORPORATE POLICIES

Under normal circumstances, the Board will publicize proposed changes to Corporate Policies in sufficient time to allow comment from the membership before making a final determination.

The Board of Directors shall give a minimum of sixty (60) calendar days' notice to Kingdom Administration of the effective date of changes made to Corporate Policies. This notice shall be in written form and the sixty days shall count from the date of mailing. In case of an emergency, less notice may be given, such notice to be no less than thirty (30) days before the implementation date for such changes. In all cases where less than sixty days' notice was given, the notice shall be accompanied by a letter of explanation of the emergency prompting the change.

# THE ARTICLES OF INCORPORATION
# OF THE SOCIETY FOR CREATIVE ANACHRONISM, INC.

CERTIFICATE OF AMENDMENT OF ARTICLES OF INCORPORATION OF

THE SOCIETY FOR CREATIVE ANACHRONISM, INCORPORATED

HILDA POWERS and CLIVEDEN CHEW HAAS certify that:

They are the president and the secretary, respectively, of the SOCIETY FOR CREATIVE ANACHRONISM, INCORPORATED, a California Non-Profit Corporation.

The Articles of Incorporation shall be amended to read as herein set forth in full:

I.   The name of this corporation shall be Society for Creative Anachronism, Incorporated.

II.  This corporation is a nonprofit public benefit corporation and is not organized for the private gain of any person. It is organized under the Nonprofit Public Benefit Corporation Law for charitable purposes. The purposes for which this corporation is formed include:

   a.   Research and education in the field of pre-17th-Century Western Culture.

   b.   Generally, to engage in research; publish material of relevance and interest to the field of pre-17th-Century Western Culture; to present activities and events which re-create the environment of said era, such as, but not limited to, tournaments, jousts, fairs, dances, classes, et cetera; to acquire authentic or reproduced replicas of chattels representative of said era; and to collect a library.

   c.   This corporation shall have and exercise all rights and powers conferred upon nonprofit corporations under the laws of the State of California, provided that all activities shall be incidental to and in the furtherance of the purposes set forth in II.a. and b. above.

III. In accordance with the provisions of Section 9913 of the California Corporations Code, this corporation elects to be governed by all of the provisions of the California Nonprofit Public Benefit Corporation Law not otherwise applicable to this corporation under Sections 9910-9927 of the Corporations Code.

IV.  This corporation is organized and operated exclusively for charitable purposes within the meaning of Section 501(c)(3) of the Internal Revenue Code. Notwithstanding any other provision of these articles, the corporation shall not carry on any other activities not permitted to be carried on (1) by a corporation exempt from federal income tax under Section 501(c)(3) of the Internal Revenue Code of 1986 (or the corresponding provision of any future United States Internal Revenue Law), or (2) by a corporation, contributions to which are deductible under Section 170(c)(2) of the Internal Revenue Code of 1986 (or the corresponding provision of any future United States Internal Revenue Law).

   No substantial part of the activities of this corporation shall consist of the carrying on of propaganda or otherwise attempting to influence legislation, nor shall this corporation participate in or intervene in (including the publishing or distributing of statements) any political campaign on behalf of (or in opposition to) any candidate for public office.

V.   The property of this corporation is irrevocably dedicated to charitable purposes and no part of the net income or assets of this corporation shall ever inure to the benefit of any director, officer or member thereof or to the benefit of any private person. Upon the dissolution or winding up of the corporation, its assets remaining after payment, or provision for payment, of all debts and liabilities of this corporation shall be distributed to a nonprofit fund, foundation or corporation which is organized and operated exclusively for charitable purposes and which has established its tax exempt status under Section 501(c)(3) of the Internal Revenue Code.