September 1, 2020

From:       John Fulton, President of the Society for Creative Anachronism, Inc.

To:         Participants of the Society

Re:         Interim Mid Quarter President's Board Report

Greetings everyone,

Since the onset of the Corona Virus epidemic the Board of Directors has moved all quarterly meetings to online.  The normal quarterly meetings occur in January, April, July, and October each year.  To help ease the volume of the online quarterly meetings the Board added several online conference call meetings.  These conference call meetings were used to keep up with the Kingdom variances being issued, budget concerns, and sanctions.  The volume of variances has dropped off dramatically since the decision to cease all in person SCA activities until January 31, 2021.

Sanctions usually issued by Kingdoms still needed to be reviewed by the Board and rather than hold everything to a quarterly meeting multiple sanctions were also addressed on the conference calls.

Normally, these would appear once the minutes of each meeting were approved or attached to my after quarterly report of the October 2020 meeting.

Because of the volume I am issuing an interim report focusing on the sanctions that were presented to the Board at the June 13, 2020, June 23, 2020, July 21, 2020, August 8, 2020, and August 18, 2020 conference calls.

There was a July 11, 2020 Quarterly Board meeting and my after Board meeting report for that meeting can be found here:

   https://www.sca.org/wp-content/uploads/2020/08/July2020PresidentsReport.pdf .

Keep in mind that this information in my report here is not the actual Minutes from the meetings.

The sanction actions are below.

In service,

John

John Fulton
Duke John the Bearkiller,
President, Society for Creative Anachronism, Inc.
president@sca.org

## Executive Session Items from Conference Call Meetings June-August 2020

**June 13, 2020:**

A.	Troy Arndt (Tygustus Illiminatus)

Motion by Ross Roegner to uphold the exile from the realm of Troy Arndt (Tygustus Illiminatus) by Jehanette, Crown of the Kingdom of Northshield, and her Kingdom Seneschal, on September 14, 2019. Second by John St. Dennis. Opposed: None. Absent: T.S. Morgan. Motion carried.

B.	Philip Gilbert (Bernard of York)

Motion by John St. Dennis to uphold the Temporary Removal from Participation in the Society of Philip Gilbert (Bernard of York) as issued by Morgan and Livia, Crown of the Kingdom of An Tir, and their Kingdom Seneschal, and to further direct the Society Seneschal to begin an investigation into possible sanctions up to and including revocation and denial of membership. Second by Dan Watson. Opposed: None. Absent: T.S. Morgan. Motion carried.

C.	Landon Morris (Agrippa Morris)

Motion by John St. Dennis to remand the matter of Landon Morris (Agrippa Morris) to the July 2020, quarterly business meeting. Second by Dan Watson. Opposed: None. Absent: T.S. Morgan. Motion carried.

D.	Melvin Willsey (Guy de la Mayne Esanglant)

Motion by Gigi Coulson to uphold the Temporary Removal from Participation in the Society of Melvin Willsey (Guy de la Mayne Esanglant) as issued by Society Seneschal on October 1, 2019, and to further direct the Society Seneschal to begin an investigation into possible sanctions up to and including revocation and denial of membership. Second by Dan Watson. Opposed: None. Absent: T.S. Morgan. Motion carried.

E.	Bullying & Harassment Violations

The report of the President was accepted as presented and the matter remanded to the July 11, 2020, quarterly meeting. The matter was forwarded to the President, Legal, DEI, Seneschal and Chair for additional work.

F.	Robert Householder

Motion by John St. Dennis to direct the Society Seneschal to issue a Temporary Removal from Participation in the Society on Robert Householder (aka Housholder) (Ronan Blackmoor), and to further begin and investigation into possible sanctions up to and including revocation and denial of membership. Second by Dan Watson. Opposed: None. Absent: T.S. Morgan. Motion carried.

**June 23, 2020:**

A.     Jon Daniels (Tarquyn of Sergontium)

*By consensus the Board took no action.*

B.     James R. Horne (James of Sanquhar)

Motion by to uphold the Temporary Proscription from Participation of James R. Horne (James of Sanquhar) issued by Margarita, Crown of the East Kingdom, and her Kingdom Seneschal, on February 8, 2020; and to direct the Society Seneschal to begin an investigation into possible sanctions up to and including revocation and denial of membership. Second by: Gigi Coulson. Opposed: None. Absent: Natalie Degerstrom.  Motion carried.

C.     Arthur Lancaster (Jiro Koike)

Motion by to uphold the Temporary Proscription from Participation of Arthur Lancaster (Jiro Koike) issued by Morgan and Livia, Crown of the Kingdom of An Tir, and their Kingdom Seneschal, on December 26, 2019; and to direct the Society Seneschal to begin an investigation into possible sanctions up to and including revocation and denial of membership. Second by: Gigi Coulson. Opposed: None. Absent: Natalie Degerstrom.  Motion carried.

D.     Kyle Sanner

Motion by Dan Watson to uphold the Temporary Proscription from Participation of Kyle Sanner (SCA Name Unknown) issued by Seto and Ynes, Crown of the Middle Kingdom, and their Kingdom Seneschal, on December 26, 2019; and to direct the Society Seneschal to begin an investigation into possible sanctions up to and including revocation and denial of membership. Second by: Ross Roegner. Opposed: None. Absent: Natalie Degerstrom.  Motion carried.

**July 21, 2020:**

A.     Kole Chapman (Pancake) (Poundcake)

Motion by Gigi Coulson to uphold the Temporary Removal from Participation in the Society of Kole Chapman (Pancake) (Poundcake) as issued by Boru and Fianna, Crown of the Kingdom of Meridies, and their Kingdom Seneschal on February 29, 2020, and to further direct the Society Seneschal to begin an investigation into possible sanctions up to and including revocation of membership and denial of participation. Second by John St. Dennis.  Opposed: None. Recused: Ross Roegner.  Motion carried.

B.     Sharon Christian (Margrette the Crone)

Motion by Gigi Coulson to uphold the Temporary Removal from Participation in the Society of Sharon Christian (Margrette the Crone) as issued by Christian and Helene, Crown of the Kingdom of An Tir, and their Kingdom Seneschal on March 7, 2020, and to further direct the Society Seneschal to begin an investigation into possible sanctions up to and including

revocation of membership and denial of participation.  Second by John St. Dennis.  Opposed: None. Motion carried.

**August 8, 2020:**

A.   John Hamilton Proctor

Motion by Gigi Coulson to revoke the membership of, and deny participation to, John Hamilton Proctor (SCA Name Unknown) effective immediately.  Second by Dan Watson. Opposed: None. Motion carried.

B.   John Keller (Wolfgang von Sachsenhausen)

Motion by Ross Roegner to uphold the Temporary Proscription from Participation of John Keller (Wolfgang von Sachsenhausen) issued by Jason and Margherita, Crown of the Kingdom of Ansteorra, and their Kingdom Seneschal, on June 16, 2020; and to direct the Society Seneschal to begin an investigation into possible sanctions up to and including revocation and denial of membership. Second by: T.S. Morgan. Opposed: None.  Motion carried.

C.   Paul Mitchell (Galen of Bristol)

*By consensus of the Board it was agreed to invite Jessica Van Hattem, Society DEI Officer, into the meeting to participate in discussion of this matter.*

Motion by John St. Dennis to uphold the Exile from the Realm of Paul Mitchell (Galen of Bristol) by Jason and Margherita, Crown of the Kingdom of Ansteorra, on June 20, 2020. Second by Dan Watson.  In favor:  John St. Dennis, Ross Roegner, Dan Watson.  Opposed: Gigi Coulson, Natalie Degerstrom, T.S. Morgan.  Recused:  Craig Carter.  Motion failed.

Motion by John St. Dennis: with regard to the potential sanctions for postings on non-official social media sites, the Board will initially uphold the Kingdom action and refer the matter to the Society Seneschal for future review.  This review will take place at the Board's discretion but starting within three (3) months following receipt of the Social Media Committee's recommendations for the handling of such postings.  No second.  Motion failed.

Motion by Dan Watson to uphold the exile from the Realm of Paul Mitchell (Galen of Bristol) by Jason and Margherita, Crown of the Kingdom of Ansteorra, on June 20, 2020.  Second by Gigi Coulson.  Opposed: none.  Recused: Craig Carter.  Motion carried.

D.1.   Robert Buchanan (Thorstenn in Rollosson)

Motion by Dan Watson to uphold the Temporary Proscription from Participation of Robert Buchanan (Thorsten in Rollosson) by Boru and Fianna, Crown of the Kingdom of Meridies, and their Kingdom Seneschal on June 9, 2020.  Second by Natalie Degerstrom.  Opposed: none.  Recused:  Ross Roegner.  Motion carried.

D.2.	Michael Johnson (Ingelri Kelvin)

Motion by Gigi Coulson to uphold the Temporary Proscription from Participation of Michael Johnson (Ingelri Kelvin) by Boru and Fianna, Crown of the Kingdom of Meridies, and their Kingdom Seneschal on June 9, 2020.  Second by Dan Watson.  Opposed: none.  Recused: Ross Roegner.  Motion carried.

E.	Letters of Censure

Motion by Dan Watson to direct the Society Seneschal to issue Letters of Censure on Robert Buchanan (Thorstenn in Rollosson), Michael Johnson (Ingelri Kelvin), Owen Townes (Wistric Oftun), and Stephanie Stewart-Howard (Gwendolen I. Stewart); and further direct that Owen Townes (Wistric Oftun) be removed from the Peerage Committee.  Second by Natalie Degerstrom.  Opposed: none.  Recused: Ross Roegner.  Abstained: Gigi Coulson.  Motion carried.

**August 18, 2020**

A.	Alex Bush (Alex)

Motion by Dan Watson to uphold and continue the Temporary Proscription from Participation of Alex Bush (Alex) issued by Wilhelm and Tsyra, Crown of the Kingdom of Caid, and their Kingdom Seneschal, on December 14, 2019, to extend the Proscription from Participation, and to direct the Society Seneschal to begin an investigation into possible sanctions up to and including revocation and denial of membership.  Second by: T.S. Morgan.  Opposed: None. Motion carried.

B.	Guy Butler (Guy the Good)

Motion by Dan Watson to uphold and extend the Temporary Proscription from Participation of Guy Butler (Guy the Good) issued by Alexander and Tahira, Crown of the Kingdom of Caid, and their Kingdom Seneschal, on January 4, 2020, to extend the Proscription from Participation, and to direct the Society Seneschal to begin an investigation into possible sanctions up to and including revocation and denial of membership.  Second by: T.S. Morgan.  Opposed: None.  Motion carried.

C.	Robert Householder (Ronan Blackmoor)

Motion by Gigi Coulson to uphold Exile from the Realm of Robert Householder (Ronan Blackmoor) issued by Kum and Maisie, Crown of the Kingdom of Trimaris, on June 9, 2020.  Second by: T.S. Morgan.  Opposed: None.  Motion carried.