UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE DC PARKER, II & LORI A PARKER,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>THE SOCIETY FOR CREATIVE ANACHRONISM, a/k/a SCA and/or SCA, INC.,<br><br>　　　　　　　Defendant. | CASE NO. 3:23-cv-05069-RJB<br><br>ORDER CORRECTING SCRIVENER'S ERROR IN ORDER GRANTING SUMMARY JUDGMENT |

　　　This matter comes before the Court *sua sponte* on review of the record.  The Court has considered the record and is fully advised.

　　　On March 11, 2024, this Court granted Defendant's motion for summary judgment.  Dkt. 53.  On page 8, line17, there is a scrivener's error.  A comma after the word "discovery" was inadvertently omitted.

　　　Accordingly, the March 11, 2024 Order Granting Defendant's Motion for Summary Judgment and Closing Case, page 8, line 17 should be amended to read:

ORDER CORRECTING SCRIVENER'S ERROR IN ORDER GRANTING SUMMARY JUDGMENT - 1

denied.  They have failed to point to specific facts they hope to get from additional discovery, to

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 11th day of March, 2024.

                                   _____
                                   ROBERT J. BRYAN
                                   United States District Judge

ORDER CORRECTING SCRIVENER'S ERROR IN ORDER GRANTING SUMMARY JUDGMENT - 2